

# TUE Requirements for ADD and ADHD Medications

For a TUE to be considered for the use of an ADD or ADHD medication, there are basic medical information requirements. The following information must be submitted, in a legible format, with the TUE application. Required are:

1. A thorough clinical history, including the initial report(s) that led to the diagnosis of ADHD, discussion of the measures used and their interpretation, age of onset, and family history of related diagnoses. Please include documentation from all medical evaluations, teacher or other school evaluations, and psychological evaluations.

2. The results of any laboratory testing that was done during the workup (for example, TSH). Were there any abnormalities or tests out of range?

3. A description of the deficit in performance, physical or mental, exhibited by the athlete and the description of how the proposed medication improved that performance.

4. Evaluation of the efficacy of the medications used (including dosage and dosing regimen). In addition, any observations and consequences when the medication is not taken for a brief period of time should be reported.

5. Evidence that allowed medications have been considered or tried and that the outcome of use of the allowed medications is such that the prohibited medication must be used.

6. Any clinical, educational, or consultative reports with comments on related performance issues such as anxiety or depression.

7. A statement provided by the athlete outlining how he/she feels when the medication is being taken and not taken.



5/13/2005

*STRICTLY CONFIDENTIAL*

1