

Tribunal Arbitral du Sport
Court of Arbitration for Sport

## DECISION

The Court of Arbitration for Sport hereby rules:

1. The appeal filed by Mr Justin Gatlin on 21 January 2008 is rejected.

2. The appeal filed by the IAAF on 23 January 2008 is upheld in part.

3. The decision of the American Arbitration Association {"the AAA Panel"} dated 31 December 2007 is amended by altering the commencement date of the period of ineligibility from 25 May 2006 to 25 July 2006 when Mr Justin Gatlin voluntarily accepted a provisional suspension.

4. The decision of the AAA Panel is further amended by cancelling all of Mr. Gatlin's competition results from the date of the sample collection on 22 April 2006 until the commencement of the period of ineligibility set out in paragraph 3 above.

5. The balance of the decision of the AAA Panel will remain unaltered and the period of ineligibility of four years is confirmed.

6. The award is pronounced without costs, except for the Court Office fees already paid by the Appellants and to be retained by the CAS.

7. Each party shall bear its own costs.

Done in Lausanne, 6 June 2008

**THE COURT OF ARBITRATION FOR SPORT**

President of the Panel

Kaj Hobér

Château de Béthusy   Av. de Beaumont 2   CH-1012 Lausanne   Tél: +41 21 613 50 00   Fax: +41 21 613 50 01   www.tas-cas.org