IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JUSTIN GATLIN

Plaintiff

v.

CASE NO. 3:08cv241/LAC/EMT

UNITED STATES TRACK AND
FIELD ASSOCIATION;
UNTIED STATES OLYMPIC COMMITTEE;
UNITED STATES ANTI-DOPING AGENCY;
INTERNATIONAL ATHLETIC
ASSOCIATION FEDERATION;

Defendants.

AFFIDAVIT OF RENALDO NEHEMIAH

Before me, the undersigned authority, personally appeared Renaldo Nehemiah., known to me, who being by me first duly sworn, deposes and says on oath as follows:

1. I am over the age of 18 and have personal knowledge of the following facts, and if called as a witness, could and would competently testify to them.

2. I am 49 years of age and currently reside in Reston, Virginia.

3. I am employed as a full time Athletic Agent with Octagon, Inc. and have been in this field for 10 years.

4. During my career as an agent, I have had the opportunity to represent at least 30 track and field athletes.

5. My work has provided me with clients that have competed in most every track event in the world including the Olympic Games.

6. I am familiar with the average longevity, income, and opportunities available to professional track and field athletes.

7. I have worked in conjunction with USADA, USATF and IAAF for many years as both an athlete and an agent.

8. USATF, USOC and the IAAF sponsor track meets at stadiums throughout this county and the world.

9. It is my understanding that the upcoming United States Olympic Track and Field Qualifications are taking place at Hayward Field. This event is being organized by USATF and the USOC. USATF will be controlling the set up of the stadium and the scheduling and resulting of each event.

10. I also have had first hand dealing with USADA. My understanding is that USADA is the anti-doping agent for both the USOC, USATF and IAAF.

11. USADA acts on behalf of these different parties for doping control purposes.

12. USADA will be present and controlling the anti-doping procedures at the Olympic Trials at Hayward Field.

13. I am an authorized IAAF (International Association of Athletic Federations) representative in the United States.

14. I am also an authorized and licensed agent by the State of Virginia.

15. Since 2003, I have represented Justin Gatlin.

16. I have been in a position to observe Justin's career from its inception to present.

17. This knowledge includes his dealings with the USADA charges stemming from his use of Adderall® as well as his 2006 violation.

18. Currently, Justin is under a 4 year sanction from the USADA violation and he is not currently eligible to participate in the United States Olympic Trials set for June 27, 2008 in Eugene, Oregon.

19. It is my opinion that Justin's career as a profession track and field athlete will suffer irreparable harm if he is prevented from competing the in the upcoming Olympic Trials and the harm to his career increases as time passes.

20. Further, it is my opinion that the chance that Justin could return to track and field following the current 4 year ban at the age of 28 is highly unlikely.

21. Justin is a sprinter. He was, until last week, considered the fastest man on earth. Justin's time away from competition in a sport like this will most likely result in him becoming "another person". He will change both mentally and physically in such a way that will most likely prevent him from ever being competitive in this sport.

22. Prior to Justin's suspension in 2006, Justin had earned a stature in this sport that enabled him to be one the highest paid track and field athletes in the world.

23. The Olympic Track and Field Trials are set for June 27, 2008 and Justin's participation is required for him to be considered for the US team.

24. From my experience with Olympic athletes and the rules of the United States Olympic Committee, if Justin were to qualify for the team he could be designated a provisional team member.

25. The current sanction in my professional opinion would most likely effectively end Justin's career in this sport.

_____
Renaldo Nehemiah

STATE OF Virginia :
COUNTY OF Fairfax :

worn to and subscribed before me this 16th day of June, 2008, by Renaldo Nehemiah, who are personally known to me and have produced Virginia Driver's License, as identification and who did take on oath.

Nicola M. Sollinger
NOTARY PUBLIC
Commonwealth of Virginia
My Commission Expires 8/31/09

Notary Registration
# 360598

Nicola
Nicola M. Sollinger          Notary Public
Date: June 16, 2008