IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JUSTIN GATLIN

Plaintiff

v.                  CASE NO. 3:08cv241/LAC/EMT

UNITED STATES TRACK AND
FIELD ASSOCIATION;
UNTIED STATES OLYMPIC COMMITTEE;
UNITED STATES ANTI-DOPING AGENCY;
INTERNATIONAL ATHLETIC
ASSOCIATION FEDERATION;

Defendants.

## AFFIDAVIT OF EUGENE R. HERSHORIN, M.D.

Before me, the undersigned authority, personally appeared Eugene Hershorin, M.D., known

to me, who being by me first duly sworn, deposes and says on oath as follows:

1. I am over the age of 18 and have personal knowledge of the following facts and if called as

    a witness would testify to the following items:

2. I am a resident of Miami, Florida and am 57 years of age.

3. Currently, I am a practicing medical doctor licensed in the State of Florida and Board

    Certified in Pediatrics with a boarded sub specialty in Developmental and Behavioral

    Pediatrics, as well as a mini-fellowship in psychotropic pharmacology from the

    Neuroscience Education Institute.

4. My curriculum vitae is attached to this affidavit as Exhibit one.

5. I currently am serving as an Associate Professor of Clinical Pediatrics at the University of Miami Miller School of Medicine.

6. I have staff privileges at 3 hospitals in Miami: Jackson Memorial Hospital, Baptist Hospital of Miami and South Miami Hospital.

7. In 1976, I graduated from the Milton S. Hershey Medical Center of the Pennsylvania State University with a Medical Doctorate Degree.

8. I completed my internship, residency, and Assistant Chief Residency at Children's Hospital in Philadelphia, Pennsylvania.

9. I currently serve as the Chief of the General Pediatric Division here at the University of Miami Miller School of Medicine and also serve as Associate Chair for the Community Outreach Program.

10. For 25 years, I have been involved in the diagnosis and treatment of patients suffering from Attention Deficit/Hyperactivity Disorder.

11. My experience has provided me the opportunity to observe the long term effect of both AD/HD and effects of Adderall® on this disability.

12. AD/HD is a condition which causes problems with attention and distractibility and sometimes impulsivity and overactivity. AD/HD is a biological, brain condition that often leads to poor academic performance, poor social relationships and sometimes a feeling of low self-esteem.

13. AD/HD has been shown to be effectively treated with prescription drugs that contain stimulants. These drugs include well known brands such as Ritalin® (methylphenidate) and Adderall® (amphetamine).

14. As part of my work on this matter, I have reviewed the following documents: Declaration of Eric Bennett, M.D.; Justin's medical records from Dr. Bennett; 2002 Stipulation of Facts between Justin and United States Anti-Doping Agency ("USADA") and a USADA form titled "TUE Requirements for ADD and ADHD." I have also completed a review of the medical literature available which discusses sporting issues and this disability.

15. After my review of the items listed above and with my own professional training and experience, I have the following opinions:

    a.       Justin is suffering from AD/HD.

    b.       Justin's AD/HD is a form of this disease that substantially affects his attentiveness, learning and comprehension.

    c.       Justin was deriving benefit through his use of Adderall® while he was a student at the University of Tennessee.

    d.       The type of AD/HD that Justin suffers impedes his ability to be attentive to directives that are not directed to him or his disability.

    e.       This disability would most likely prevent Justin from appreciating vague and/or subtle procedures.

    f.       AD/HD would also most likely present substantial difficulties for carrying out a procedure that requires multiples stages and forms.

    g.       Without an explicit directive, the TUE procedures and forms utilized in 2001 by USADA would most likely have provided a substantial compliance obstacle for Justin.

h.     Justin, without his medication, would likely suffer from an increase in stress, and distractions and a lowering of mood.

i.     Justin's use of Adderall® would help to regulate his neurotransmitters (or neurochemcials) so as to make his brain more like those unaffected by this condition.

j.     I have conducted a through search for medical literature discssuing the affects of Adderall on athletic competiion. Thus far, I have been unable to find any articles linking Adderall to an enhanced athletic performance compared to a person without this disability.

<br><br>

_____
Eugene Hershorin, M.D.

STATE OF FLORIDA:

COUNTY OF DADE:



worn to and subscribed before me this **12** day of **June** , 2008, by

**Eugene Hershorin** , who are personally known to me

and have produced _____, as identification and who did

take on oath.



GEORGINA M. GOMEZ
Notary Public - State of Florida
My Commission Expires Dec 25, 2011
Commission # DD 744994
Bonded Through National Notary Assn.

# CURRICULUM VITAE

## PERSONAL INFORMATION

Name and Position:

Eugene R. Hershorin, M.D.
Associate Professor Clinical Pediatrics
Chief – Division of General Pediatrics
Associate Chair for Community Provider Relations
Department of Pediatrics
University of Miami Miller School of Medicine

Clinical Office Address:

Eugene R. Hershorin, M.D.
University of Miami Pediatrics South
8932 S.W. 97th Avenue
Suite 10
Miami, Florida 33176
Phone (305) 270-5050
Fax    (305) 270-5001
E-Mail ehershorin@med.miami.edu

Administrative Office Address:

Eugene R. Hershorin, M.D.
Department of Pediatrics
University of Miami Miller School of Medicine
1601 N.W. 12th Avenue
Room 4056
Mailman Center for Child Development
Miami, Florida 33136
Phone: (305) 243-8522
Fax:    (305) 243-8524
E-Mail ehershorin@med.miami.edu

Home Address:

14820 S.W. 74th Avenue
Miami, Florida 33158

Past Professional Position

Managing Partner
South Dade Pediatric Associates, P.A.
8780 S.W. 92 Street
Suite 100
Miami, Florida 33176
July 1979-April 1997

Social Security Number:

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

Birthdate:                                February 8, 1951

Birthplace:                               Pittsburgh, Pennsylvania

Marital Status:                           Married – May 28, 1978
                                          Andrea L. Hershorin (Emergency Room Nurse)

Children:                                 Brian J. Hershorin (D.O.B. 8/15/79)
                                          Jacob B. Hershorin (D.O.B. 2/16/84)

Citizenship:                              United States

Languages:                                English

## HIGHER EDUCATION AND DEGREES

PRE-MEDICAL EDUCATION

Washington and Jefferson College
Washington, Pa.
1968-1972
June 1972
B.A.  Biology

Honors:                                   Deans List
                                          Phi Beta Kappa
                                          Magna Cum Laud
                                          Phi Sigma – National Biology Honor Society
                                          Graduated 5th in class of 200

## MEDICAL EDUCATION

Milton S. Hershey Medical Center
Of the Pennsylvania Sate University
1972-1976
May 1976
M.D.

## POST GRADUATE TRAINING

| | | |
|---|---|---|
| Children's Hospital of Philadelphia<br>University of Pennsylvania<br>Department of Pediatrics | Pediatric Internship | 1976-1977 |
| Children's Hospital of Philadelphia<br>University of Pennsylvania<br>Department of Pediatrics | Pediatric Residency | 1977-1978 |
| Children's Hospital of Philadelphia<br>University of Pennsylvania<br>Department of Pediatrics | Assistant Chief Resident<br>Pediatrics | 1978-1979 |

## PAST PROFESSIONAL APPOINTMENTS

Instructor – Department of Pediatrics                          1978-1979
University of Pennsylvania School of Medicine

## PRESENT PROFESSIONAL APPOINTMENTS

Associate Professor Clinical Pediatrics                        1997-Present
Department of Pediatrics
University of Miami School of Medicine

| | |
|---|---|
| Medical Director Behavioral Pediatrics Clinic<br>Department of Pediatrics<br>University of Miami School of Medicine | 1997-Present |
| Director – Masters of Pediatrics<br>Department of Pediatrics<br>University of Miami School of Medicine | 2000-Present |
| Director – Masters of Behavioral and Developmental Pediatrics<br>Department of Pediatrics<br>University of Miami School of Medicine | 2002-Present |
| Medical Director PPEC<br>Department of Pediatrics<br>University of Miami School of Medicine | 10/01/01 - Present |
| Medical Director – Pediatrics South Division<br>University of Miami Miller School of Medicine | 04/97 - Present |
| Chief - Division of General Pediatrics<br>University of Miami Miller School of Medicine | 01/07 - Present |
| Associate Chair – Community Provider Relations<br>University of Miami Miller School of Medicine | 01/07 – Present |
| Faculty Senate Representative<br>University of Miami Miller School of Medicine | 2005 – 2007 |

## LICENSURES

| | |
|---|---|
| Florida Medical License | No. ME034379 |
| New York Medical License | No. 181993  (Inactive) |
| Pennsylvania Medical License | No. 19726E  (Inactive) |

## BOARD CERTIFICATION

| | | |
|---|---|---|
| Diplomat – National Board of Medical Examiners | 7/1/77 | No. 169586 |
| American Board of Pediatrics | 5/5/80 | No. 24202 |
| American Board of Developmental - Behavioral<br>    Pediatrics | 12/2004 | No. 346 |

## SOCIETIES

| | |
|---|---|
| Fellow American Academy of Pediatrics | 1980-Present |
| Florida Pediatric Society | 1979-Present |
| Dade County Medical Association | 1979-Present |
| Florida Medical Association | 1979-Present |
| Greater Miami Pediatric Association | 1979-Present |
| Society for Developmental and Behavioral Pediatrics | 2005-Present |
| Florida Developmental and Behavioral Pediatrics Society | 2005-Present |
| AAP Section on Developmental and Behavioral Pediatrics | 2004-Present |
| AAP Section on Administration and Practice Management | 2005-Present |

## HONORS

| | |
|---|---|
| The Best Doctors in America | 1996-1997 |
| University of Miami School of Medicine | |
| 2000 Teaching Award | May 13, 2000 |
| The Best Doctors in Florida | 2004 and 2005 |
| Florida Monthly Magazine | |
| The Best Doctors in America | 2005-2006 |
| Strathmore's Who's Who in American Physicians | 2005-2006 |
| America's Top Pediatricians | 2006 |
| Behavioral and Developmental Pediatrics | |
| Consumer Research Council of America | |
| The Best Doctors in America | 2007-2008 |
| NY Times Florida Super Doctors | 2008 |
| Americas Top Pediatricians | 2008 |

## DEPARTMENTAL/HOSPITAL COMMITTEES

| | |
|---|---|
| Assistant Chief – Department of Pediatrics | 1982-1986 |
| Baptist Hospital of Miami | |
| Chief – Department of Pediatrics | 1986-1990 |
| Baptist Hospital of Miami | |
| Chief- Department of Pediatrics | 1992-1996 |
| Baptist Hospital of Miami | |
| President – South East Pediatric Educational | 1982-1985 |
| Conference of Florida | |
| President- Pediatric Network of South Florida | 1991-1993 |
| President- Pedinet | 1993-1995 |
| Member- Obstetrical Steering Committee | 1982-1994 |
| Baptist Hospital of Miami | |

| | |
|---|---|
| Chief- Obstetrical Steering Committee | 1982-1988 |
|     Baptist Hospital of Miami | |
| Member – Quality Assurance Committee | 1985-1986 |
|     Baptist Hospital of Miami | 1990-1991 |
| Member – Pediatric ICU/Quality Assurance | 1991-1997 |
|     Committee | |
|     Baptist Hospital of Miami | |
| Member-Pediatric Pain Management Committee | 1992-1994 |
|     Baptist Hospital of Miami | |
| Assistant Chief – Conference Committee | 1984-1985 |
|     Florida Pediatric Society | |
| Member-Masters of Pediatrics Organizing Committee | 1990-1997 |
|     University of Miami School of Medicine | |
| Associate Director – Masters of Pediatrics Organizing | |
|     Committee - University of Miami School | |
|     of Medicine | 1997 - Present |
| Chairman-Quality Assurance Focused Review | 1990 |
|     Committee | |
|     Baptist Hospital of Miami | |
| Chairman-Pediatric Steering Committee | 1991-1992 |
|     Baptist Hospital of Miami | |
| Member-Home Health Steering Committee | 1990-1993 |
|     Baptist Hospital of Miami | |
| Member-Search Committee | 1990 |
|     Pediatric Surgeon | |
|     Baptist Hospital of Miami | |
| Member-Search Committee | 1988-1990 |
|     Director of Women's and Children's Services | |
|     Baptist Hospital of Miami | |
| Member-Primary Care Physician's Advisory Committee | 1994-1995 |
|     Baptist Hospital of Miami | |
| Board Member- Primary Care Physician Advisory | 1994-1996 |
|     Committee | |
|     Baptist Hospital of Miami | |
| Board Member-Comprehensive Medical Group | 1995-1997 |
|     Dadewell IPA | |
| Member Executive Committee | 1995-1997 |
|     Dadewell IPA | |
| Board Member- PHO Board | 1996-1997 |
|     Miami Children's Hospital | |
| Member – Primary Care Committee | 1998-1999 |
|     University of Miami School of Medicine | |
| Member – Mailman Center For Child Development | 2000-2005 |
|     Redevelopment committee | |

University of Miami School of Medicine
Medical Director PPEC                                              October 1, 2001 - Present
Member – Primary Care Steering Committee                          2006 - Present
    University of Miami Miller School of Medicine
Member – Service Excellence Committee                             2007 – Present
    University of Miami Miller School of Medicine
Member – ACC QI Committee                                         2007 – Present
    University of Miami Miller School of Medicine
Member – JHS Children's Operations Committee                      2007 – Present
    University of Miami Miller School of Medicine
Member – Benefits Committee                                       2007 – Present
    University of Miami Miller School of Medicine
Chairman – Quality Improvement Committee for                      April 2008 – Present
    Inpatient Pediatrics for Holtz Childrens Hospital


## INVITED LECTURES AND GRAND ROUNDS

Grand Rounds – Department of Pediatrics                           March 1982
American Hospital


Baptist Hospital of Miami                                         November 1989
"Hepatitis B and C – An Update"


Baptist Hospital of Miami                                         May 1992
"Hepatitis B and C – An Update"


University of Miami School of Medicine                            December 1997
Residency Conference
"ADHD"


PRIMED Conference                                                 January 1998
University of Miami School of Medicine
Harvard University
"ADHD"


Pediatric Grand Rounds                                            December 1, 1998
University of Miami School of Medicine
"ADHD – Evaluation, Diagnosis, and Management"


Master's Of Pediatrics Conference                                 January 15, 1998
Lowes Hotel
Miami Beach, Florida
"ADHD – Evaluation, Diagnosis, and Management"

Noon Conference                                                     May 12, 1999
University of Miami School of Medicine
"Feeding Problems in Children"

AmericasDoctors.com                                                 August 26, 1999
Computer Chat Medical Program
"ADHD"

Pediatric Residents Job Search                                      October 15, 1999
Noon Conference
University of Miami School of Medicine

Noon Conference                                                     October 26, 2000
University of Miami School of Medicine
"Behavioral Problems in Children"

Pediatric Residents Job Search 2000                                 November 17, 2000
Special Session
University of Miami School of Medicine

Masters of Pediatrics                                               January 21, 2001
Invited Lecturer
"ADHD – Evaluation and Management"

Noon Conference                                                     March 5, 2001
University of Miami School of Medicine
"ADHD"

Primed Conference                                                   January 2001
University of Miami School of Medicine                              Ft. Lauderdale Convent. Ctr.
        Harvard University
"ADHD – Evaluation and Management:

Grand Rounds                                                        October 16, 2001
University of Miami School of Medicine
"What's New in ADHD"

Noon Conference                                                     October 25, 2001
University of Miami School of Medicine
"Common Behavioral Problems in Children"

Invited Lecture                                                    December 3, 2001
University of Miami School of Medicine
"Job Search for the Pediatric Resident"

Masters of Pediatrics                                              January 20, 2002
Invited Lecturer
"ADHD – Evaluation and Management"

Masters of Pediatrics
Invited Lecturer
"ADHD – Evaluation and non Medication Management"   January 19, 2003

Invited Lecture                                                    February 7, 2003
University of Miami School of Medicine
"Job Search for the Pediatric Resident"

Invited Lecture                                                    June 23, 2003
Florida Pediatric Society
Hilton Hotel – Orlando Florida
"A Pediatrician's Guide to ADHD"

Grand Rounds                                                       October 14, 2003
University of Miami School of Medicine
"What's New in ADHD"

Invited Lecture                                                    November 3, 2003
University of Miami School of Medicine
Noon Conference
"Evaluation and Management of ADHD

Invited Lecture                                                    December 1, 2003
University of Miami School of Medicine
Noon Conference
"Current Treatment Modalities in ADHD"

Invited Lecture                                                    April 3, 2004
Primed Conference
University of Miami / Harvard University
Fort Lauderdale, Florida – Broward Convention Center
"A Pediatrician's Guide to ADHD"

Invited Lecture                                                          June 2, 2004
University of Miami School of Medicine
Psychology Department
Noon Conference
Miami, Florida
"Psychopharmacology of ADHD"

Invited Lecture                                                          October 22, 2004
Pediatric Head Trauma Meeting
Key Biscayne, Florida
"The Faces and Treatment of ADHD"

Invited Lecture                                                          October 30, 2004
Parent to Parent
Miami, Florida
"A Parent's Guide to ADHD"

Invited Lecture                                                          January 30, 2005
Masters of Pediatrics
Bal Harbour, Florida
"Evaluation and Diagnosis of ADHD"

Invited Lecture                                                          February 18, 2005
University of Miami School of Medicine
Coconut Grove, Florida
"Job Search for the Pediatric Resident 2005"

Invited Lecture                                                          June 12, 2005
Florida Pediatric Society
Orlando, Florida
"ADHD - Update and Overview"

Invited Lecture                                                          June 15, 2005
Noon Conference
Jackson Memorial Hospital – University of Miami
Resident Conference
"ADHD – Update and Board Review"

Invited Lecture                                                    January 28, 2006
Masters of Pediatrics
Sheraton Bal Harbour Resort
Bal Harbour, Florida
"ADHD and Co-Morbidities"

Invited Lecture                                                    April 18, 2006
Noon Conference
Jackson Memorial Hospital – University of Miami
Resident Conference
"The 10 biggest mistakes I've made in ADHD"

Invited Lecture
Noon Conference                                                    April 26, 2006
Jackson Memorial Hospital – University of Miami
Psychology Department
"Medications used to treat ADHD"

Invited Lecture
Psychology Noon Conference                                         December 15, 2006
Mailman Center for Child Development
"ADHD – Evaluation and Diagnosis"

Invited Lecture
Masters of Pediatrics                                              February 26, 2007
Miami Beach Resort and Spa
Miami Beach, Florida
"ADHD and Co-Morbidities"

Invited Lecture                                                    March 21, 2007
Lend Grant and teacher Masters Points Conference
Mailman Center for Child Development
Miami, Florida
"Treatment of Depression and Anxiety in Childhood"

Invited Lecture                                                    April 22, 2007
Lee Memorial Hospital Annual Meeting
Captiva Island, Florida
"ADHD – Diagnosis, Treatment, and Co-Morbidities"

Invited Lecture                                           August 22, 2007
Grand Rounds – Family Medicine
Highland Professional Building
Miami, Florida
"Diagnosis and Treatment of ADHD"

Invited Lecture                                           November 7, 2007
Grand Rounds – Pediatrics
University of Miami Miller School of Medicine
Miami, Florida
"Release Mechanisms of ADHD medications"

Invited Lecture                                           January 15, 2008
Residents Noon Conference
University of Miami Miller School of Medicine
Miami, Florida
"Theories of Behavior and Common Behavior Problems in Children"

Invited Lecture                                           January 22, 2008
Ambulatory Grand Rounds
University of Miami Miller School of Medicine
Miami, Florida
"ADHD – Basics of Diagnosis and Treatment"

Invited Lecture                                           January 22, 2008
Residents Noon Conference
University of Miami Miller School of Medicine
Miami, Florida
"ADHD – Basics of Diagnosis and Treatment"

Invited Lecture                                           February 21, 2008
Masters of Pediatrics
Miami Beach, Florida
"Treating ADHD For Fun and Profit"

Invited Lecture                                           February 25, 2008
Masters of Pediatrics
Miami Beach Florida
"Co-Morbidities of ADHD"

Invited Lecture                                           April 11, 2008
Jewish Community Services of South Florida
Miami, Florida
"Diagnosis and Treatment of ADHD"

Invited Lecture                                              May 29, 2008
Residents Noon Conference
University of Miami Miller School of Medicine
Miami, Florida
"The Biggest Mistakes in Diagnosing and Treating ADHD"


## EXHIBITIONS AND POSTERS

Rothe, EM, M.D., Sharma, R, M.D., Lewis, E, Ph.D., **Hershorin, ER, M.D.**, Jaquez, M, M.D., Padilla, A, M.D., DeRay, M, M.D.: "Attention Deficict Hyperactivity Disorder in Boys: Differences in Co-Morbididty and use of Medications among Pediatricians, Child Psychiatrists, and Pediatric Neurology Clinics"; Masters of Pediatrics, January 28, 2005, Bal Harbour, Florida

Rothe, EM, M.D., Sharma, R, M.D., Lewis, E, Ph.D., **Hershorin, ER, M.D.**, Jaquez, M, M.D., Padilla, A, M.D., DeRay, M, M.D.: "Attention Deficict Hyperactivity Disorder in Boys: Differences in Co-Morbididty and use of Medications among Pediatricians, Child Psychiatrists, and Pediatric Neurology Clinics"; American Psychiatric Association Annual Meeting, May 2006, Toronto, Canada


## AD HOC REVIEWER

1) Primary Pediatric Care; Chapter 127; "Developmental Approach to Behavioral Problems"


## PUBLICATIONS

1. Gilman, JT, Duchowny, MS, Resnick, TJ and Hershorin, ER. Carbamazepine malabsorption: a case report. Pediatrics 82: 518-519, 1988.

2. "Oski vs. Stockman: A Pediatric Debate"
   Contemporary Pediatrics, Supplement, August, 1994, pp. 22-34.

3. "Enuresis"
   The Five Minute Pediatric Consult
   Fourth Edition                                              •
   Pages 358-35

4.  Hershorin, E.; "Don't forget to evaluate for coexisting morbidities when treating children with ADHD"; Infectious Diseases in Children; Vol 19; Num 5; May 2006

5.  Hershorin, E.; "Comorbidities In Children and Adolescents With ADHD"; Touch Briefings; US Special Populations 2006 – June 2006, Issue 20; October 21, 2006

## GRANTS

"Replication of the Healthy Steps for Young Children Program"
Sponsor: The Children's Trust
PI – Eugene R. Hershorin, M.D.
Amount of Grant Award - $298,767

"Validation of the PADDS system as a tool for assessment of ADHD in Children"
Sponsor: Armstrong Atlantic University
PI – Eugene R. Hershorin, M.D.
Amount of Grant Award - $3000

## GRANTS SUBMITTED

"A Novel Stimulant Treatment for the Attentional and Behavioral Complications of Traumatic Brain Injury"
Investigator Initaiated Grant – Application Submitted
Investigators – Eugene R. Hershorin, M.D., John Kaluz, M.D.

"Clastogenic/mutagenic effects in drug naïve children given methylphenidate for ADHD 2006 - 2008"
Submitted to NIMH
Investigators – Dale M Walker, Eugene R. Hershorin, M.D., Tracie Miller, M.D.

## ARTICLES IN PROGRESS

"Efficacy and Tolerability of a New Non Stimulant Medication for ADHD"
Investigators – Eugene R. Hershorin, M.D., Tracie Miller, M.D., Erica Tarbox, M.D., et, al..

## EDITORIAL BOARDS

   1)  Journal of Pediatrics       January 2007-December 2010
   2)  Ambulatory Pediatrics   January 2008-Present

*Revised 05/30/08*