**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

JUSTIN GATLIN,

    Plaintiff,

v.                                       Case No. 3:08-cv-241/LAC/EMT

UNITED STATES ANTI-DOPING
AGENCEY, INC.; UNITED STATES
TRACK AND FIELD ASSOCIATION;
UNITED STATES OLYMPIC COMMITTEE,
INC.; INTERNATIONAL ASSOCIATION
OF ATHLETICS FEDERATIONS,

    Defendants.

_____/

## **ORDER**

THIS CAUSE comes before the Court on Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction (doc. 4).

Rule 65 of the Federal Rules of Civil Procedure provides that "[t]he court may issue a preliminary injunction only on notice to the adverse party." Fed.R.Civ.P. 65(a)(1). While a temporary restraining order may issue without notice to adverse parties, but only where "the movant's attorney certifies in writing any efforts made to give notice and the reasons why it

should not be required." Other than the simple issuance of summons, nothing currently before the Court suggests that Plaintiff has made any attempt to serve Defendants in this case so that they may properly respond to the motion.

Accordingly, the Court **ORDERS**:

1. Plaintiff shall certify to the Court the status of service in this case and submit any proof thereof. Failure to do so or to provide ongoing updates as to the status of service may preclude the Court from taking any action on the motion or the complaint.

**ORDERED** on this 18th of June, 2008.

                                                       s/ *L.A. Collier*
                                                       Lacey A. Collier
                                                 Senior United States District Judge