IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| JUSTIN GATLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:08cv241/LAC/EMT |
| ) | |
| UNITED STATES ANTI-DOPING ) | |
| AGENCY INC.;UNITED STATES ) | |
| TRACK ANDFIELD ASSOCIATION; ) | |
| UNTIED STATES OLYMPIC ) | |
| COMMITTEE, INC.; INTERNATIONAL ) | |
| ASSOCIATION OF ATHELTICS ) | |
| FEDERATIONS; ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S RESPONSE TO JUNE 18, 2008 ORDER RELATING TO SERVICE OF PROCESS ON DEFENDANTS

Comes Now Plaintiff, Justin Gatlin, who pursuant to this Court's Order dated 18th June 2008, responds as follows regarding service of process on the Defendants:

1. Plaintiff has hired process servers in both Colorado and Indiana to serve the United States Anti-Doping Agency, United States Olympic Committee and USA Track and Field, Inc.

2. On Wednesday, June 18, 2008, Express Process Service returned a proof of service confirming that USA Track and Field, Inc. were served on June 17, 2008 by personal service on its registered agent, LaMont Jones. Following this proof of service, the Plaintiff immediately transmitted Plaintiff's Motion for Temporary Restraining Order and Motion for Preliminary Injunction to Mr. Jones via electronic mail.

3. Pursuant to this Court's June 18, 2008 Order, Counsel for the Plaintiff contacted the process service for the remaining Defendants. The process service company is Colorado Process Service, LLC. The undersigned was informed by this company that the service on all remaining US defendants will be completed on June 20, 2008.

4. Further, Plaintiff transmitted by email the Complaint, Motion for Temporary Restraining Order and/or Motion for Preliminary Injunction to all Defendants this afternoon. These emails have been confirmed with all parties except the IAAF. Plaintiff will attempt to confirm with the IAAF in the morning and will provide this information to the Court.

5. The undersigned has been advised that all remaining Defendants (except for the IAAF) will be served by Friday, June 20, 2008.

6. Plaintiff is attempting to attain an expected date of service on the IAAF that is based in Monaco.

7. Plaintiff will supplement this information as it is received.

8. As of the time of this filing, all defendants have been electronically served with all documents filed in this matter.

Wherefore, Plaintiff respectfully submits this information in response to this Court's June 18th Order concerning service of the Defendants.

/s/ Joseph A. Zarzaur, Jr.
Joseph A. Zarzaur, Jr.
Attorney for Justin Gatlin
Zarzaur Law, P.A.
Post Office Box 12305
Pensacola, Florida 32591
Florida Bar # 96806
850-444-9299 p
866-588-1493 f

## CERTIFICATE OF SERVICE

Plaintiff hereby certifies that this motion was served on all Defendants via electronic mail on the 19th day of June 2008.

                                                      /s/ Joseph A. Zarzaur, Jr.
                                                      Joseph A. Zarzaur, Jr.