IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| JUSTIN GATLIN, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:08-cv-241/LAC/EMT |
| ) | |
| UNITED STATES ANTI-DOPING ) | |
| AGENCY, INC.; UNITED STATES ) | |
| TRACK AND FIELD ASSOCIATION; ) | |
| UNITED STATES OLYMPIC COMMITTEE, ) | |
| INC.; INTERNATIONAL ASSOCIATION ) | |
| OF ATHLETICS FEDERATIONS ) | |
| ) | |
|     Defendants. ) | |
| _____/ | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Robert C. Palmer, III in the above-styled case as counsel on behalf of, UNITED STATES ANTI-DOPING AGENCY, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was submitted electronically via the Court's CM/ECF on this 19th day of June, 2008. The submission will be electronically sent via the Court's CM/ECF to: Joseph Zarzauer, Jr., Esq.

                                                Respectfully submitted,

                                                 /s/ Robert C. Palmer, III
                                                 Robert C. Palmer, III
                                                 Florida Bar No.: 316776
                                                 Wade, Palmer & Shoemaker, P.A.
                                                 25 West Cedar Street, Suite 450
                                                 Pensacola, Florida 32502
                                                 PH: (850) 429-0755
                                                 FX: (850) 429-0871
                                                 *Counsel for Defendant, United*
                                                 *States Anti-Doping Agency, Inc.*