# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

JUSTIN GATLIN,

      Plaintiff,

v.

UNITED STATES ANTI-DOPING
AGENCY, INC.;
USA TRACK AND
FIELD, INC.;
UNITED STATES OLYMPIC
COMMITTEE.; and
INTERNATIONAL ASSOCIATION
OF ATHLETICS FEDERATIONS,

      Defendants.

Case No. 3:08cv241/LAC/EMT
Florida Bar No. 0393517

---

## NOTICE OF APPEARANCE
## ON BEHALF OF UNITED STATES OLYMPIC COMMITTEE

---

LORENCE JON BIELBY and JOHN K. LONDOT of Greenberg Traurig, P.A., respectfully file this notice of appearance as counsel of record for the Defendant, UNITED STATES OLYMPIC COMMITTEE, and request that all pleadings and other papers be served on them in the above-captioned cause at the address below.

Dated this 19th day of June, 2008.

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
101 East College Avenue
Post Office Drawer 1838
Tallahassee, Florida 32302
Phone: (850) 222-6891
Fax: (850) 681-0207

_____

**LORENCE JON BIELBY**
**Florida Bar No. 0393517**
**JOHN K. LONDOT**
**Florida Bar No. 0579521**


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served per Federal Rule of Civil Procedure 5(b)(2)(E) and Northern District of Florida Local Rule 5.1(A)(6) this 19th day of June 2008, to the following:

> Joseph A. Zarzaur, Jr.
> Zarzaur Law, P.A.
> Post Office Box 12305
> Pensacola, FL 32591
> Phone 850-444-9299
> Fax 850-588-1493
> *Counsel for Plaintiff*

_____

**JOHN K. LONDOT**

*TAL 451,475,450v1 6-19-08*