IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| JUSTIN GATLIN | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) CASE NO. 3:08cv241/LAC/EMT |
| | ) |
| | ) |
| UNITED STATES ANTI-DOPING | ) |
| AGENCY INC.;UNITED STATES | ) |
| TRACK ANDFIELD ASSOCIATION; | ) |
| UNTIED STATES OLYMPIC | ) |
| COMMITTEE, INC.; INTERNATIONAL | ) |
| ASSOCIATION OF ATHELTICS | ) |
| FEDERATIONS; | ) |
| | ) |
| Defendants | ) |

## PLAINTIFF'S RESPONSE TO THIS COURT'S JUNE 20, 2008 ORDER RELATING NOTICE TO DEFENDANTS

Comes Now Plaintiff, Justin Gatlin, who pursuant to this Court's Order dated 20th June 2008, responds as follows regarding service of process on the Defendants:

1. Plaintiff has provided a copy of this Court's June 20th Order to all Defendants by electronic mail.

Wherefore, Plaintiff respectfully submits this information in response to this Court's June 20th Order concerning service of the Defendants.

Joseph A. Zarzaur, Jr.
Attorney for Justin Gatlin
Zarzaur Law, P.A.
Post Office Box 12305
Pensacola, Florida 32591
Florida Bar #96806
850-444-9299 p
866-588-1493 f

## CERTIFICATE OF SERVICE

Plaintiffs hereby certify that this motion was served on Robert Palmer, Esquire via email, John Londot, Esquire via email, Liame Diack, President of Defendant IAAF via email and LaMont Jones, Esquire, USA Track and Field, Inc., via email on the 20th day of June 2008.

_____
Joseph A. Zarzaur, Jr.