IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| JUSTIN GATLIN | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) CASE NO. 3:08cv241/LAC/EMT |
| | ) |
| UNITED STATES ANTI-DOPING AGENCY INC.; UNITED STATES TRACK AND FIELD ASSOCIATION; UNITED STATES OLYMPIC COMMITTEE, INC.; INTERNATIONAL ASSOCIATION OF ATHELTICS FEDERATIONS; | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO ALLOW TELEPHONIC WITNESS TESTIMONY AND MEMORANDUM OF LAW IN SUPPORT OF THIS MOTION**

Comes now the Plaintiff, Justin Gatlin, who through the undersigned and pursuant to applicable case law, hereby moves this Court to permit the presentation of evidence by telephone. In support of this motion, Plaintiff says as follows;

1. This Court entered an order on June 20th, 2008 setting a hearing on Plaintiff's Motion for Preliminary Injunction for Monday, June 23, 2008.

2. Counsel for Plaintiff immediately began to secure the presence of the various witnesses necessary to provide this Court with live testimony.

3. It appears that some of Plaintiff's witnesses will not be able to attend live due to professional obligations that could not be rescheduled on the notice provided.

4. If permitted, these witnesses have pledged to set aside time Monday morning to attend this hearing by telephone.

5. In the alternative, Plaintiff would request that this Court permit that the record be supplemented, following the hearing, with the depositions of these witnesses taken within the next several days.

Wherefore, Plaintiff respectfully requests that this Court enter and order permitting the telephonic appearance of witnesses whose presence cannot be attained or in the alternative permit the supplementation of the record, following the hearing, with the deposition testimony of these witnesses.


## MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO ALLOW TELEPHONIC WITNESS TESTIMONY

Comes now Plaintiff Justin Gatlin who, through the undersigned counsel and pursuant to Loc. R. Fed. Proc. 7.1, hereby files this memorandum of law in support of his motion for leave to permit telephonic witness testimony. In furtherance of this memorandum, Plaintiffs says as follows:

It is well settled that " . . . a preliminary injunction is customarily granted on the basis of procedures that are less formal and evidence that is less complete than in a trial on the merits." *University of Texas v. Camenisch*, 451 U.S. 390, 395, 101 S. Ct. 1830, 68 L. Ed. 2d 175 (1981). A hearing for preliminary injunction is generally a restricted proceeding, often conducted under pressured time constraints, on limited evidence and expedited briefing schedules. The Federal Rules of Evidence do not apply to injunction hearings. *See, e.g. SEC*

*v. Cherif*, 933 F. 2d 403, 412 n. 8 (7th Cir. 1991); *Asseo v. Pan Am. Grain Co.*, 805 F. 2d 23, 25-26 (1st Cir. 1986); *United States v. O'Brien*, 836 F. Supp 438, 441 (S.D. Ohio 1993).

The instant hearing is set for Monday, June 23, 2008. As soon as the Plaintiff received notice of this hearing on the afternoon of June 20, 2008, he has attempted to secure the physical presence of all necessary witnesses. It appears that despite these efforts, there are witnesses that have substantial conflicts which will prevent their live attendance at the hearing on Monday, June 23rd.

Plaintiff can secure these witnesses appearance via telephone testimony which would permit examination by all parties and this Court.

Respectfully submitted,

*/s/: Joseph A. Zarzaur, Jr.*

Joseph A. Zarzaur, Jr.
Attorney for Justin Gatlin
Zarzaur Law, P.A.
Post Office Box 12305
Pensacola, Florida 32591
Florida Bar #96806
850-444-9299 p
866-588-1493 f

CERTIFICATE OF SERVICE

Plaintiffs hereby certify that this motion was served on Robert Palmer, Esquire via email, John Londot, Esquire via email, Liame Diack, President of Defendant IAAF via email and LaMont Jones, Esquire, USA Track and Field, Inc., via email on the 20th day of June 2008.

/s/: *Joseph A. Zarzaur, Jr.*

_____

Joseph A. Zarzaur, Jr.