UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JUSTIN GATLIN,

    Plaintiff,

v.                                                                   Case No. 3:08cv241/LAC/EMT
                                                                     Florida Bar No. 0393517
UNITED STATES ANTI-DOPING
AGENCY, INC.;
USA TRACK AND
FIELD, INC.;
UNITED STATES OLYMPIC
COMMITTEE.; and
INTERNATIONAL ASSOCIATION
OF ATHLETICS FEDERATIONS,

    Defendants.

---

**NOTICE OF FILING
ON BEHALF OF UNITED STATES OLYMPIC COMMITTEE**

---

Defendant, UNITED STATES OLYMPIC COMMITTEE, through its undersigned counsel, respectfully files herewith the following materials in support of the Response of Defendant United States Olympic Committee to Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction and Incorporated Memorandum of Law:

1. Declaration -- Expert Report of Dr. Antonio Rigozzi

   Annex A (Curriculum Vitae)

   Annex B (English translation of Swiss Federal Statute on Private International Law)

2. Declaration of Christopher Vadala

   Exbt. A: USOC Athlete Selection Procedures: Overview, Submission Requirements, Timeline, & Instructions

   Exbt. B: USATF Athlete Selection Procedures for 2008 Olympics

   Exbt. C: USOC Bylaws

   Exbt. D: USOC National Anti-Doping Policies

3. Declaration of James E. Scherr

   Exbt. A: Ted Stevens Olympic and Amateur Sports Act

   Exbt. B: USOC Bylaws

4. USADA Protocol for Olympic Movement Testing

5. USATF Membership Application

6. Court of Arbitration for Sport Rules ["Statutes of the Bodies Working for the Settlement of Sports-related Disputes"]

7. Court of Arbitration for Sport Procedural Order (with cover letter)

8. Michael Straubel, *Enhancing the Performance of the Doping Court: How the Court of Arbitration for Sport Can Do Its Job Better*, 36 LOY. U. CHI. L. J. 1206 (2005).

9. *A. & B. v. IOC and International Ski Federation* (May 27 2003 decision of 1st Civil Division of the Swiss Federal Supreme Court)

10. Convention on the Recognition and Enforcement of Foreign Arbitral Awards, June 10, 1958

11. Brief Submitted by Justin Gatlin to Court of Arbitration for Sport, Case No. 2008/A/1461-1462, February 25, 2008

Dated this 22nd day of June, 2008.

        Respectfully submitted,

        **GREENBERG TRAURIG, P.A.**
        101 East College Avenue
        Post Office Drawer 1838
        Tallahassee, Florida 32302
        Phone: (850) 222-6891
        Fax: (850) 681-0207

        _____
        **LORENCE JON BIELBY**
        **Florida Bar No. 0393517**
        **JOHN K. LONDOT**
        **Florida Bar No. 0579521**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served per Federal Rule of Civil Procedure 5(b)(2)(E) and Northern District of Florida Local Rule 5.1(A)(6) this 22nd day of June 2008, to the following:

                    Joseph A. Zarzaur, Jr.
                    Zarzaur Law, P.A.
                    Post Office Box 12305
                    Pensacola, FL 32591
                    Phone 850-444-9299
                    Fax 850-588-1493
                    *Counsel for Plaintiff*

                    _____
                    **JOHN K. LONDOT**

*TAL 451,475,531v1 6-22-08*

4