GATLIN v. UNITED STATES ANTI-DOPING AGENCY INC

Doc. 16 Att. 8

# EXHIBIT 5

Dockets.Justia.com



# USATF Membership Application

☐ New Member  ☐ Renewal (from previous year – USATF Number _____ )

**Please print or type information**

Last Name _____  First Name _____  Initial ____

Address _____

City _____  State _____  Zip Code _____

Sex M/F ☐   Age Today ☐☐   Date of Birth ☐☐-☐☐-☐☐☐☐ (MM-DD-YYYY – i.e.: 02-19-1958)

USA Citizen ☐ Yes  ☐ No   If no, country of Citizenship _____

Phone Number ☐☐☐-☐☐☐-☐☐☐☐

Club No. ☐☐☐☐   Club Name _____

Email _____

(Your membership # will be emailed to you. Your email address will not be shared with anyone.)

**Please check all appropriate sports codes here:**

☐Track  ☐Field  ☐Road Running/LDR  ☐Cross Country  ☐Ultra-Marathon  ☐Mountain/Trail  ☐Race Walking

## Membership Category Codes

☐☐ ☐☐ ☐☐ ☐☐ ☐☐ ☐☐

Please use the codes below – you may indicate one or more categories.

| | |
|---|---|
| AT: Athlete | PA: Parent |
| DA: Disabled Athlete | OF: Official -uncertified |
| | OA: Official – Association |
| CH: Coach-uncertified | ON: Official - National |
| CD: Developmental certified | OM: Official - Master |
| C1: Coach - Level 1 certified | |
| C2: Coach - Level 2 certified | AD: Administrator |
| C3: Coach - Level 3 certified | |

By signature below, I, a prospective member of USA Track & Field, agree to abide by the applicable USATF Bylaws, Operating Regulations, and Competition Rules for my level(s) and category(ies) of membership.

_____
Signature (If an athlete is under age 18, parent or guardian must sign)

**Date of Application**

☐☐-☐☐-☐☐☐☐ (MM-DD-YYYY)

**Important information for youth members:** New or lapsed memberships must submit a copy of birth certificate or other ID.

☐ Check here if you do not wish your address used as art of a direct mail list.

## Membership Fees & Registration Options

**OPTION 1**

JOIN ONLINE AT
www.usatf.org/membership

You will receive your new Membership # – Instantly!!

Have your previous membership # and password ready as they will be needed for the renewal process

**OPTION 2**

**MAIL TO YOUR LOCAL ASSOCIATION**
Mail the completed application and appropriate membership fees to your local Association.
Mailing addresses can be found at
www.usatf.org/associations

Adult Membership (19 yrs & over)    $ _____
  $ 29.95 (1-year)        $ 79.95 (3-years)
  $ 54.95 (2-years)       $ 99.95 (4-years)

Youth Membership (18 yrs & under)
$ 19.95  x _____ =    $ _____
          # of membership years

**CONTRIBUTIONS** (TAX DEDUCTIBLE)    $_____
Please direct my contribution to ☐ LDR ☐ Youth
  ☐ Masters T & F  ☐ RW  ☐ Association Programs
            ☐ Unrestricted
**TOTAL**                                $_____

Please make checks payable to USATF.