# EXHIBIT 7



Tribunal Arbitral du Sport
Court of Arbitration for Sport

By fax

Le Secrétaire général
The Secretary General

Mr Maurice M. Suh & Mr Daniel L. Weiss
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, California 90071-3197, USA
Fax: (1 213) 229 6260

Mr William Bock, III
United States Anti-Doping Agency
1330 Quail Lake Loop, Suite 260
Colorado Springs, Colorado 80906-4651, USA
Fax: (1 719) 785 2001

Mr Pierre Weiss
International Association of Athletics Federations
17, rue Princesse Florestine
BP 359 MX 98007 Monaco
Principality of Monaco
Fax: (377) 93 15 95 15

Mr Lamont Jones
USA Track and Field
One RCA Dome, Suite 140
Indianapolis, IN 46225, USA
Fax: (1 317) 261 0481

Lausanne, 9 May 2008/MR/kh

Re: CAS 2008/A/1461 Gatlin v/USADA
CAS 2008/A/1462 IAAF v/USATF & Gatlin

Dear Sirs,

Please find enclosed the Order of Procedure for the above-referenced matter.

The parties are requested to sign and return a copy of the Order to the CAS Court Office on or before 19 May 2008.

I remain at your disposal for any further information.

Yours sincerely,

Matthieu REEB

Enc.
Cc: Panel



Tribunal Arbitral du Sport
Court of Arbitration for Sport

CAS 2008/A/1461 Gatlin v/USADA
CAS 2008/A/1462 IAAF v/USATF & Gatlin

## ORDER OF PROCEDURE

### Introduction

The present dispute which has arisen between the parties shall be decided by arbitration before the Court of Arbitration for Sport (the "CAS") in accordance with the Code of Sports-related Arbitration (the "Code"). Following the agreement of the parties, the cases *CAS 2008/A/1461 Gatlin v/USADA* and *CAS 2008/A/1462 IAAF v/USATF & Gatlin* have been consolidated. As a consequence, the same Panel has been appointed in the two procedures, a single hearing will be held and one arbitral award will be issued.

### 1. Jurisdiction

The jurisdiction of the CAS in the present case is based on Rule 60 of the IAAF Statutes and is confirmed by the signature of the present Order by the parties.

### 2. Mission

On 21 January 2008, Mr Justin Gatlin filed an appeal with the Court of Arbitration for Sport against the United States Anti-Doping Agency (USADA). On 23 January 2008 the International Association of Athletics Federation (IAAF) filed an appeal with the Court of Arbitration for Sport against United States Track and Field (USATF) and Mr Justin Gatlin. Both appeals related to an un-dated decision rendered by the American Arbitration Association North American Court of Arbitration for Sport Panel containing the case reference AAA No. 30 190 00170 07. An arbitration panel has been appointed to decide this matter in its capacity as an Arbitral Tribunal and to render an award in compliance with the Code and with the terms and conditions set out in this document.

### 3. Arbitration Panel

The Arbitration Panel will sit in the following composition:

President: Mr Kaj Hober, Attorney-at-Law in Stockholm, Sweden
Arbitrators: Professor Richard H. McLaren, Barrister in London, Canada
Mr Michele Bernasconi, Attorney-at-Law in Zurich, Switzerland

The secretarial duties of the Panel will be performed by the Secretary General of the CAS or by the member of the secretariat appointed in his place.

4. **Communications**

For the purposes of this arbitration, any communication from the CAS will be sent to the following addresses:

| | |
|---|---|
| For Mr Gatlin: | Mr Maurice M. Suh & Mr Daniel L. Weiss |
| | Gibson, Dunn & Crutcher LLP |
| | 333 S. Grand Avenue, Suite 5115 |
| | Los Angeles CA 90071-3197 |
| | USA |
| | Tel: (1 213) 229 7000 |
| | Fax: (1 213) 229 7520 |
| | |
| For USADA: | Mr William Bock, III |
| | United States Anti-Doping Agency |
| | 1330 Quail Lake Loop, Suite 260 |
| | Colorado Springs, CO 80906-4651 |
| | USA |
| | Tel: (1 719) 785 2000 |
| | Fax: (1 719) 785 2001 |
| | |
| For the IAAF: | Mr Pierre Weiss |
| | International Association of Athletics Federations |
| | 17, rue Princesse Florestine |
| | BP 359 |
| | MC 98007 Monaco |
| | Principality of Monaco |
| | Tel: (377) 93 10 88 88 |
| | Fax: (377) 93 15 95 15 |
| | |
| For USATF: | Mr Lamont Jones |
| | USA Track & Field |
| | One RCAS Dome, Suite 140 |
| | Indianapolis, IN 46225 |
| | USA |
| | Tel: (1 317) 261 0500 |
| | Fax: (1 317) 261 0481 |

5. <u>Seat</u>

In accordance with article R28 of the Code, the seat of the Panel is established at the CAS Court Office, Château de Béthusy, Avenue de Beaumont 2, 1012 Lausanne, Switzerland. All communications and documents shall be sent to this address.

6. <u>Language</u>

In accordance with article R29 of the Code, the official language of this arbitration is English. Documents submitted in any language other than English shall be accompanied by a translation. If such documents are not accompanied by an English translation, the Panel may decline to consider them.

7. <u>Law applicable to the merits</u>

In accordance with article R58 of the Code, the Panel shall decide the dispute according to the applicable regulations and the rules of law chosen by the parties or, in the absence of such a choice, according to the law of the country in which the federation, association or sports-related body which has issued the challenged decision is domiciled or according to the rules of law, the application of which the Panel deems appropriate. In the latter case, the Panel shall give reasons for its decision.

8. <u>Written proceedings</u>

8.1 On **21 January 2008** Mr Gatlin filed his statement of appeal.
8.2 On **23 January 2008** the IAAF filed its statement of appeal.
8.3 On **25 February 2008** Mr Gatlin filed his appeal brief.
8.4 On **7 April 2008** Mr Gatlin filed his witness statements.
8.5 On **18 April 2008** the IAAF filed its answer with its witness statements.
8.6 On **6 May 2008** Mr Gatlin filed his reply brief.
8.7 **A time limit of 10 days from receipt of the reply brief** is fixed for the Respondents to file a second answer, if they so wish.

9. <u>Oral presentation</u>

The parties have been called to attend an oral hearing which will take place at

**9.30am on 28 and 29 May 2008 at the NYC Seminar and Conference Center, 71 West 23rd Street, New York, NY 10010.**

The following witness statements and expert reports have been submitted by the parties:

**Mr. Gatlin**

- Witness statement of Mr. Justin Gatlin
- Witness statement of Dr. Robin E. Barnett
- Witness statement of Mr. Vince Anderson
- Witness statement of Ms. Kay Shanahan
- Witness statement of Dr. Lois Prislovsky
- Witness statement of Special Agent Jeff Novitzky
- Witness statement of Mr. Paul Scott

**IAAF**

- Witness statement of Prof. Arne Ljungqvist
- Witness statement of Dr. Larry Bowers
- Witness statement of Mr. Eugene Gulland
- Witness statement of Ms. Michelle Collins
- Expert report of Dr. Olivier Rabin

According to Art. R44.2 of the Code of Sports-related Arbitration, the President of the Panel may exempt a witness from appearing at the hearing if the witness has filed a witness statement, and if the parties so agree. In the light of this, and for the purposes of planning the hearing, the parties are invited to inform the CAS of which witnesses they intend to examine and also the expected time required for the respective witness examination. Also, the parties are invited to inform the CAS of:

- which witnesses will be available at the hearing and which will be heard via tele- or video-conference;
- the list of all other participants in the hearing, including their function (party, counsel, witness...);
- any tentative time table for the hearing, in the event the parties wish to assist the Panel in this regard;
- any particular technical equipment needed at the hearing.

The parties are invited to submit the requested information on or before **19 May 2008**.

Please note that the hearing will be recorded but that the CAS will not retain the services of a court reporter. If the parties wish to have one, they must make their own arrangements.

10. **Deliberations and Award**

The Arbitration Panel will render a written, reasoned award, which will be notified to the parties by the CAS Secretary General. The Panel may decide to issue the operative part of the award before the grounds.

11. Costs

11.1 Article R65 of the Code shall apply to these proceedings.
11.2 The Court Office fee of CHF 500 was paid by Mr Gatlin on 1 February 2008 and by the IAAF on 4 February 2008, in accordance with article R65.2 of the Code.

12. Publication

Pursuant to article R59 of the Code, the award, a summary and/or a press release setting forth the results of the proceedings shall be made public by the CAS, unless all parties agree that they should remain confidential.

Lausanne, 9 May 2008

On behalf of the President of the Panel

Matthieu REEB
CAS Secretary General

Read and agreed upon by _____ ,

on behalf of IAAF

on ___ May 2008.

Signature: _____