UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JUSTIN GATLIN,

    Plaintiff,

v.

UNITED STATES ANTI-DOPING
AGENCY, INC.;
USA TRACK AND
FIELD, INC.;
UNITED STATES OLYMPIC
COMMITTEE.; and
INTERNATIONAL ASSOCIATION
OF ATHLETICS FEDERATIONS,

    Defendants.

Case No. 3:08cv241/LAC/EMT
Florida Bar No. 0393517

## NOTICE OF FILING

Defendant, UNITED STATES OLYMPIC COMMITTEE, through its undersigned counsel, respectfully files the attached letter from the International Olympic Committee dated June 23, 2008.

A copy was provided by electronic mail to counsel for the Plaintiff at joe@zarzaurlaw.com on Monday, June 23, 2008.

Dated this 23rd day of June, 2008.

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
101 East College Avenue
Post Office Drawer 1838
Tallahassee, Florida 32302
Phone: (850) 222-6891
Fax: (850) 681-0207


/s/ Lorence Jon Bielby
**LORENCE JON BIELBY**
**Florida Bar No. 0393517**
**JOHN K. LONDOT**
**Florida Bar No. 0579521**


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served per Federal Rule of Civil Procedure 5(b)(2)(E) and Northern District of Florida Local Rule 5.1(A)(6) this 23rd day of June 2008, to the following:

Joseph A. Zarzaur, Jr.
Zarzaur Law, P.A.
Post Office Box 12305
Pensacola, FL 32591
Phone 850-444-9299
Fax 850-588-1493
*Counsel for Plaintiff*

/s/ Lorence Jon Bielby
LORENCE JON BIELBY

TAL 451,475,532v1 6-22-08



INTERNATIONAL
OLYMPIC
COMMITTEE

Legal Affairs Department
Ref. No ---/CHMS/csls
By e-mail only

Ms Rana DERSHOWITZ
Director of Legal Affairs
United States Olympic Committee
19600 Fairchild Road, Suite 270
Irvine CA 92612
USA

Lausanne, 23 June 2008

**Mr Justin Gatlin**

Dear Rana,

I understand that Mr Justin Gatlin has filed a lawsuit in the Federal Court in Florida asking the Court to issue a ruling allowing him to compete in the US Olympic trials.

Please note that, pursuant to the sanction that was imposed upon Mr Gatlin as a consequence of an anti-doping rule violation, Mr Gatlin is not eligible to compete in the 2008 Beijing Olympic Games. I point out that Mr Gatlin's case was appealed to the Court of Arbitration for Sport (CAS) and the CAS confirmed the sanction against him. This was in accordance with the rules applicable to Mr Gatlin. Should he wish to appeal this CAS decision, he must do so before the Swiss Federal Court.

Yours sincerely

Howard M. STUPP
Director

Taking the pulse: Virtual **Olympic Congress** www.2009congress.olympic.org

INTERNATIONAL OLYMPIC COMMITTEE
Château de Vidy, 1007 Lausanne, Switzerland, Tel +41 21 621 6111 / Fax +41 21 621 6216 / www.olympic.org