UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JUSTIN GATLIN,

    Plaintiff,

v.

UNITED STATES ANTI-DOPING
AGENCY, INC.;
USA TRACK AND
FIELD, INC.;
UNITED STATES OLYMPIC
COMMITTEE.; and
INTERNATIONAL ASSOCIATION
OF ATHLETICS FEDERATIONS,

    Defendants.

Case No. 3:08cv241/LAC/EMT
Florida Bar No. 0393517

---

## NOTICE OF FILING

Defendant, UNITED STATES OLYMPIC COMMITTEE, through its undersigned counsel, respectfully files the attached letter from the Court of Arbitration for Sport, dated June 23, 2008.

A copy was provided by electronic mail to counsel for the Plaintiff at joe@zarzaurlaw.com on Monday, June 23, 2008.

Dated this 23rd day of June, 2008.

          Respectfully submitted,

          **GREENBERG TRAURIG, P.A.**
          101 East College Avenue
          Post Office Drawer 1838
          Tallahassee, Florida 32302
          Phone: (850) 222-6891
          Fax: (850) 681-0207

          /s/ Lorence Jon Bielby
          **LORENCE JON BIELBY**
          **Florida Bar No. 0393517**
          **JOHN K. LONDOT**
          **Florida Bar No. 0579521**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served per Federal Rule of Civil Procedure 5(b)(2)(E) and Northern District of Florida Local Rule 5.1(A)(6) this 23rd day of June 2008, to the following:

          Joseph A. Zarzaur, Jr.
          Zarzaur Law, P.A.
          Post Office Box 12305
          Pensacola, FL 32591
          Phone 850-444-9299
          Fax 850-588-1493
          *Counsel for Plaintiff*

          /s/ Lorence Jon Bielby
          LORENCE JON BIELBY

# ATTACHMENT



Tribunal Arbitral du Sport
Court of Arbitration for Sport

**To whom it may concern:**

This is to certify that on 21 January 2008, Mr Justin Gatlin filed an appeal with the Court of Arbitration for Sport (CAS) against an un-dated decision rendered by the American Arbitration Association North American Court of Arbitration for Sport Panel, containing the case reference AAA no 301900017007. On 23 January 2008, the IAAF filed an appeal against the same decision.

In accordance with a CAS Order of Procedure dated 9 May 2008, which was signed by the representatives of all parties involved in the arbitration, including counsel for Mr Gatlin, the parties confirmed their agreement to have the CAS decide the cases *CAS 2008/A/1461 Gatlin v/USADA* and *CAS 2008/A/1462 IAAF v/USATF & Gatlin*.

By a decision taken on 6 June 2008, the CAS rejected the appeal filed by Mr Gatlin and has partially upheld the appeal filed by the IAAF. In the same decision, the CAS ruled that the decision of the AAA shall be amended by altering the commencement date of the period of ineligibility from 25 May 2006 to 25 July 2006, when Mr Just Gatlin voluntarily accepted a provisional suspension. The decision of the AAA Panel was further amended by cancelling all of Mr Gatlin's competition results from the date of the sample collection on 22 April 2006 until the commencement of the period of ineligibility set out above. The balance of the decision of the AAA Panel remained unaltered and the period of ineligibility of four years was confirmed.

Pursuant to article R59 of the Code of Sports-related Arbitration, the CAS award is final and binding upon the parties.

In accordance with article 190 of the Swiss Act on Private International Law, the award shall be final when communicated. It can be challenged before the Swiss Federal Tribunal on five specific grounds only. To the best of our knowledge, the CAS award related to the procedures *CAS 2008/A/1461 Gatlin v/USADA* and *CAS 2008/A/1462 IAAF v/USATF & Gatlin* has not been challenged by Mr Gatlin, or any other party. As a consequence, the CAS award dated 6 June 2008 is enforceable like any award rendered by an independent and impartial arbitral tribunal, pursuant to the New York Convention on the recognition and enforcement of foreign arbitral awards (concluded on 10 June 1958) which has been signed by more than 140 countries, including the United States of America.

Done in Lausanne on 23 June 2008,

Matthieu REEB
Secretary General

Château de Béthusy  Av. de Beaumont 2  CH-1012 Lausanne  Tél: +41 21 613 50 00  Fax: +41 21 613 50 01  www.tas-cas.org