UNITED STATES DISTRICT COURT
NORTHERN DISCTRICT OF FLORIDA
PENSACOLA DIVISION

JUSTIN GATLIN,

Plaintiff,

v.

UNITED STATES ANTI-DOPING
AGENCY, INC., U.S.A. TRACK AND
FIELD, INC., UNITED STATES OLYMPIC
COMMITTEE and INTERNATIONAL
ASSOCIATION OF ATHLETICS
FEDERATIONS,

Defendants.

Cause No. 3:08−cv−00241−LC−EMT

## NOTICE OF FILING UNITED STATES ANTI-DOPING AGENCY, INC.'S EXHIBITS ADMITTED AT JUNE 23, 2008, HEARING

Defendant, United States Anti-Doping Agency, Inc. ("USADA"), by counsel,

respectfully files exhibits admitted at Hearing on June 23, 2008:

| Tab | Date | Document |
|---|---|---|
| 1 | 11/22/1994 | Court of Arbitration of Sport ("CAS") Code of Sports-Related Arbitration – Edition 2004 |
| 2 | 1998 | Exhibit L to the International Association of Athletic Associations ("IAAF") Procedural Guidelines for Doping Control |
| 3 | 2000 | IAAF Handbook 2000-2001, Division II, IAAF Constitution |
| 4 | 2000 | IAAF Handbook 2000-2001, Division III, Control of Drug Abuse |
| 5 | 2000 | IAAF Procedural Guidelines for Doping Control |
| 6 | 12/2000 | United States Anti-Doping Agency ("USADA") Guide to Prohibited Classes of Substances and Prohibited Methods of Doping |

| Tab | Date | Document |
|---|---|---|
| 7 | 04/23/2001 | Justin Gatlin's Registration Form & Release re. 2001 Junior National Championships |
| 8 | 06/17/2001 | USADA Doping Control Official Record for Justin Gatlin, Sample Code No. 456473 |
| 9 | 07/31/2001 | Letters from Justin Gatlin's Submission to the USADA Anti-Doping Review Board |
| 10 | 09/04/2001 | Letter from Terrence P. Madden, USADA CEO, to Justin Gatlin, Brian Winn, American Arbitration Association ("AAA") and Gabriel Dolle, IAAF Doping Control Officer Re: notification of Justin Gatlin's request for a hearing before a three-member AAA panel |
| 11 | 01/14/2002 | Justin Gatlin's Witness List for AAA No. 30 190 00546 01 Arbitration |
| 12 | 04/30/2002 | Parties Stipulation for AAA No. 30 190 00546 01 Arbitration |
| 13 | 04/30/2002 | Justin Gatlin's Position on Suspension for AAA No. 30 190 00546 01 Arbitration |
| 14 | 04/30/2002 | USADA's Position on Sanctions for AAA No. 30 190 00546 01 Arbitration |
| 15 | 05/01/2002 | Decision of the Panel in AAA No. 30 190 00546 01 Arbitration |
| 16 | 05/22/2002 | Justin Gatlin's Request for Early Reinstatement to USA Track & Field ("USATF") |
| 17 | 06/06/2002 | Letter from Istvan Gyulai, General Secretary, IAAF, to Craig Masback, USATF, acknowledging receipt of USATF's petition for early reinstatement for Justin Gatlin |
| 18 | 07/03/2002 | IAAF Council press release including announcing the reinstatement of Justin Gatlin |
| 19 | 07/03/2002 | USATF News & Notes reporting the IAAF's reinstatement of Justin Gatlin |
| 20 | 07/03/2002 | USATF *Elite Beat* reporting the IAAF's reinstatement of Justin Gatlin |
| 21 | 07/11/2002 | Letter from Istvan Gyulai, General Secretary, IAAF, to Member Federations Re: Statement of the IAAF Council in ADD-related Cases |
| 22 | 07/30/2002 | *IAAF News*, N. 57, reporting the Statement of the IAAF Council in ADD-related Cases |

| Tab | Date | Document |
|---|---|---|
| 23 | 2003 | World Anti-Doping Code |
| 24 | 08/13/2004 | United States Olympic Committee National Anti-Doping Policies |
| 25 | 2006 | IAAF Anti-Doping Regulations |
| 26 | 2006 | IAAF Procedural Guidelines for Doping Control |
| 27 | 06/13/2006 | UCLA Olympic Analytical Laboratory's Confidential Drug Testing Report Re: USADA 7712, Specimen 496040 (Track & Field Kansas Relays) |
| 28 | 06/13/2006 | UCLA Laboratory Document Package for Specimen 496040 "A" Sample |
| 29 | 06/14/2006 | Letter from Linda Barnes, Testing Results Manager, USADA, to Justin Gatlin Re: notification of positive test result for testosterone of Specimen 496040 "A" Sample |
| 30 | 06/30/2006 | UCLA Laboratory Document Package for Specimen 496040 "B" Sample |
| 31 | 07/12/2006 | Letter from Linda Barnes, Testing Results Manager, USADA, to Justin Gatlin Re: notification of positive test result for testosterone of Specimen 496040 "B" Sample |
| 32 | 08/18/2006 | Stipulation of Uncontested Facts and Issues Between USADA and Justin Gatlin Re: Specimen 496040 |
| 33 | 08/22/2006 | Letter from Travis Tygart, CEO, USADA, to Justin Gatlin and Counsel Re: decision of the USADA Anti-Doping Review Board recommending that adjudication proceed against Justin Gatlin |
| 34 | | Omitted |
| 35 | | Omitted |
| 36 | 07/07/2007 | Olympic Charter |
| 37 | 07/2007 | Second Stipulation of Uncontested Facts and Issues between USADA and Justin Gatlin in AAA No. 30 190 00170 07 Arbitration |
| 38 | 07/16/2007 | Justin Gatlin's Pre-Hearing Brief in AAA No. 30 190 00170 07 Arbitration |
| 39 | 07/16/2007 | Justin Gatlin's Proposed Witness List in AAA No. 30 190 00170 07 Arbitration |

| Tab | Date | Document |
|-----|------|----------|
| 40 | 07/20/2007 | USADA's Pre-Hearing Brief in AAA No. 30 190 00170 07 Arbitration |
| 41 | 07/20/2007 | News Articles submitted as exhibits for USADA in AAA No. 30 190 00170 07 Arbitration |
| 42 | 07/25/2007 | Justin Gatlin's Reply to USADA's Pre-Hearing Brief in AAA No. 30 190 00170 07 Arbitration |
| 43 | 07/30/2007 | Transcript of Proceedings in AAA No. 30 190 00170 07 Arbitration |
| 44 | 08/13/2007 | Order of Panel in AAA No. 30 190 00170 07 Arbitration to parties for briefing and hearing on the decision of the Panel in the AAA No. 30 190 00546 01 Arbitration |
| 45 | 09/25/2007 | USATF Regulation 10(b), Doping Control |
| 46 |  | Omitted |
| 47 | 10/15/2007 | USADA's Brief on Justin Gatlin's First Doping Offence [AAA No. 30 190 00546 01 Arbitration] in AAA No. 30 190 00170 07 Arbitration |
| 48 | 10/16/2007 | Justin Gatlin's Response to Hearing Panel's August 13, 2007 Order Requesting Additional Information |
| 49 | 10/16/2007 | Justin Gatlin's Memorandum Regarding the Issue of "Fault" in the 2001 Arbitration |
| 50 | 10/22/2007 | USADA's Reply Brief in AAA No. 30 190 00170 07 Arbitration |
| 51 | 10/22/2007 | Justin Gatlin's Reply to USADA's Post-Hearing Brief in AAA No. 30 190 00170 07 Arbitration |
| 52 | 11/01/2007 | IAAF Constitution |
| 53 | 12/31/2007 | Award of Arbitrators in AAA No. 30 190 00170 07 Arbitration |
| 54 | 12/31/2007 | Dissent of Christopher Campbell in AAA No. 30 190 00170 07 Arbitration |
| 55 | 01/08/2008 | USADA's Response to Respondent's Motion Pursuant to Rule 48 to Modify Start Date of His Sanction in AAA No. 30 190 00170 07 Arbitration |

| Tab | Date | Document |
|---|---|---|
| 56 | 01/08/2008 | Justin Gatlin's Motion to Strike USADA's Response to Justin Gatlin's Motion for Modification of the Award Pursuant to Rule 48 of the AAA Supplementary Procedures for the Arbitration of Olympic Sport Doping Disputes in AAA No. 30 190 00170 07 Arbitration |
| 57 | 01/23/2008 | IAAF Statement of Appeal to the Court of Arbitration of Sport ("CAS") from the AAA decision in AAA No. 30 190 00170 07 Arbitration |
| 58 | 02/25/2008 | Brief Submitted by Justin Gatlin in the CAS 2008/A/1461 & CAS 2008/A/1462 Arbitrations |
| 59 | 03/24/2008 | 36 United States Code Chapter 2205, a.k.a. *The Ted Stevens Amateur Sports Act* |
| 60 | 04/07/2008 | Justin Gatlin's Witness Statements in the CAS 2008/A/1461 & CAS 2008/A/1462 Arbitrations |
| 61 | | Omitted |
| 62 | 04/17/2008 | Letter from William Bock, III, General Counsel, USADA, to Matthieu Reeb Re: portions adopted by USADA of the Answer of the IAAF to the Brief of Mr. Gatlin |
| 63 | 04/18/2008 | Answer of the IAAF to the Brief of Mr. Gatlin and its Appeal against the Decision of the AAA (Sitting as the Relevant Disciplinary Panel of USATF) dated 31 December 2007 in the CAS 2008/A/1461 & CAS 2008/A/1462 Arbitrations |
| 64 | 05/05/2008 | Reply Brief Submitted by Justin Gatlin in the CAS 2008/A/1461 & CAS 2008/A/1462 Arbitrations |
| 65 | 05/16/2008 | Response of the IAAF and Supporting Documents in the CAS 2008/A/1461 & CAS 2008/A/1462 Arbitrations |
| 66 | 05/16/2008 | Witness Statement of Eugene D. Gulland in CAS 2008/A/1461 & CAS 2008/A/1462 Arbitrations |
| 67 | 05/19/2008 | Order of Procedure in the CAS 2008/A/1461 & CAS 2008/A/1462 Arbitrations executed by Maurice Suh, Counsel for Justin Gatlin |
| 68 | 05/20/2008 | Letter from Matthieu Reeb, Secretary General, CAS, to all counsel Re: hearing procedure and arrangements in the CAS 2008/A/1461 & CAS 2008/A/1462 Arbitrations |

| Tab | Date | Document |
|---|---|---|
| 69 | 05/28/2008 | PowerPoint presentation by Maurice Suh at the May 28-29, 2008, CAS 2008/A/1461 & CAS 2008/A/1462 Arbitration Hearing |
| 70 | 06/06/2008 | Decision of the Panel without Grounds in the CAS 2008/A/1461 & CAS 2008/A/1462 Arbitrations |

USADA will also rely upon the exhibits attached to Plaintiff's brief in support of his motion for preliminary injunction.

The Defendant, the United States Anti-Doping Agency, Inc., has exercised the utmost care in its attempts to assemble all exhibits necessary for the June 23, 2008, hearing in this matter; however, given the short time frame in which to prepare for the hearing, the Defendant respectfully reserves the right to introduce additional exhibits as justice may require.

Dated: **June 23, 2008**.  Respectfully submitted,

**WADE PALMER & SHOEMAKER P.A.**

_____s/ *Robert C. Palmer, III*_____

WADE PALMER & SHOEMAKER P.A.
25 W Cedar Street, Suite 450
Pensacola, Florida 32591
bpalmer@wpslawyers.com

William Bock, III
General Counsel
**UNITED STATES ANTI-DOPING AGENCY**
1330 Quail Lake Loop, Suite 260
Colorado Springs, CO 80906
Telephone: (317) 692-9000
Facsimile:  (317) 264-6832
wb@kgrlaw.com

Brent E. Rychener
Holme Roberts and Owen LLP

90 South Cascade Avenue
Suite 1300
Colorado Springs, CO  80903-1615
Telephone:     (719) 473-3800
Facsmilie:     (719) 633-1618

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing document was served upon the following counsel of record by way of operation of the Court's electronic filing system this **23rd day** of **June**, **2008**:

| | |
|---|---|
| Joseph A. Zarzaur, Jr | Robert C. Palmer, III |
| ZARZAUR LAW, P.A. | WADE PALMER & SHOEMAKER P.A. |
| PO Box 12305 | 25 W Cedar Street, Suite 450 |
| Pensacola, Florida 32591 | Pensacola, Florida 32591 |
| joe@zarzaurlaw.com | bpalmer@wpslawyers.com |
| *Attorneys for Justin Gatlin* | *Attorneys for United States Anti-Doping Agency* |

Lorence J. Bielby
John K. Londot
GREENBERG TRAURIG P.A.
101 E. College Ave
PO Drawer 1838
Tallahassee, Florida 32302−1838
bielbyl@gtlaw.com
LondotJ@gtlaw.com
*Attorneys for United States Olympic Committee*

                                                    s/ *Robert C. Palmer, III*

WADE PALMER & SHOEMAKER P.A.
25 W Cedar Street, Suite 450
Pensacola, Florida 32591
bpalmer@wpslawyers.com