# EXHIBIT L
# IAAF Procedural Guidelines for Doping Control
## January 1998 Edition

*The language appearing in this exhibit is not under the control of USA Track & Field. The organization under whose control this language resides may change the language which appears here at any any time, according to its own internal amending procedures. For reference purposes, this is the most current version provided to USATF at the time of publication. Anyone who wishes to use this text in any legal matter should obtain a current copy from the source.*

## CONTENTS

PREFACE .................................................................................................................................................................. 131
1. Introduction .................................................................................................................................................. 128
2. Doping Control During Competition ................................................................................................... 128-131
3. Out of Competition Testing .................................................................................................................... 131-133
4. Exceptional Circumstances ..................................................................................................................... ki133
5. Procedures for Application for Exemption to Use Prohibited Substances ................................... 133
Schedule 1   Prohibited Substances ........................................................................................................... 134-135
Schedule 2   Prohibited Techniques .......................................................................................................... 135
Schedule 3   Forms .......................................................................................................................................... 136-142
HELP NOTES INTRODUCTION ........................................................................................................... 143
Help Notes - Athletes .................................................................................................................................. 143-147
Help Notes - Coaches .................................................................................................................................. 147
Help Notes - Doctors ................................................................................................................................... 147

Note: Where appropriate in these Guidelines, the masculine shall include the feminine and the singular shall include the plural.

---

Doping is expressly forbidden, and any athlete breaching the IAAF Doping Rules (55-61) renders himself ineligible to take part in competitions under IAAF Rules or the Rules of his National Federation.

These Procedural Guidelines take into account the IAAF Doping Rules 55-61 and the Guidelines should be followed as far as is reasonably practicable. *This document supersedes all previously published regulations.*

---

## PREFACE

It is a sad fact of life that doping has become a deadly threat to sport. Thankfully, our sport has recognised the problem of doping and is sparing no expense or effort to bring it under control.

The IAAF Doping Commission has a responsibility to the IAAF Council to look after all aspects of anti-doping both in and outside competition. One of the many tasks of the Commission is to keep the IAAF Doping Rules and Procedural Guidelines under constant review and to recommend amendments for approval by the Council.

The Procedural Guidelines for Doping Control should be read, understood, and followed by everybody who has some involvement with doping control. Although they directly govern only testing carried out by the IAAF, it is intended that they are closely followed by all Members and act as the model for testing throughout the World.

At the back of this publication you will find notes which are directed specifically toward athletes, coaches, and doctors. Of course you should read these, but before doing so please carefully familiarise yourself with the Guidelines.

Athletes who do not use doping substances need have no fear at the doping control, but by familiarising themselves with these Guidelines will have a better understanding of procedures.

It must be understood that the primary purpose of the anti-doping programme is not to catch and punish but to protect the innocent and to educate the young.

Doctors and coaches can serve the needs of athletes better if they are fully conversant with both the banned substance list and the Procedural Guidelines. It should be emphasised that these are Procedural Guidelines. Whilst they are intended to be closely followed, practical conditions may mean that this is difficult or impossible and other solutions to the procedural problems of testing may have to be found.

It is hoped that those who read these words will, like the IAAF, be totally opposed to drug misuse in sport.

I guarantee that the IAAF will continue to do all possible to eradicate doping within our chosen sport. May I now ask you, no matter whether you be athlete, doctor, administrator, organiser, or fan to assist us in whatever way you can. With team work we can win this fight.

**Professor Arne Ljungqvist, Chairman, IAAF Doping Commission**

control process.

Collection of Blood Samples

3.21 Blood samples may be collected in the course of an Out-of-Competition control. Where blood samples are taken, the procedures set out in paragraphs 2.23 to 2.38 of the Guidelines covering In-Competition testing will apply to the collection of these samples. Additionally, any other provisions dealing with blood sampling which apply when samples are taken In-Competition shall also apply when blood samples are taken Out-of-Competition.

Storage and Despatch of Samples

3.22 The main A and reserve B samples should be placed in a suitable outer container and should be despatched to the laboratory as instructed by the IAAF.

3.23 If at all possible, the outer container should not be opened during transit to the laboratory. The IAAF will provide identification labels, if required, for customs purposes. The opening of the outer container will not, of itself, invalidate doping control.

Analysis of Samples and Communication of Results

3.24 The same procedures as listed in the "Procedural Guidelines for Doping Control during Competition" should be followed.

Waiver

3.25 The nature of Out-of-Competition doping control makes it inevitable that little or no prior warning is given to the athlete. Every effort will be made by the International Doping Control Officer to collect the sample speedily and efficiently, with the minimum of interruption to the athlete's training plans and/or social or work arrangements. If there is an interruption, however, no athlete may take action to gain compensation for any inconvenience caused.

## 4. EXCEPTIONAL CIRCUMSTANCES

4.1 Under IAAF Rule 60, an athlete may apply to the Council for reinstatement before the IAAF's period of ineligibility has expired. It is not possible to state comprehensively the circumstances in which the discretion to reinstate will be exercised by the Council. However, the Council will not regard as exceptional for the purposes of Rule 60 an allegation that the prohibited substance was given to an athlete by another person without his knowledge, an allegation that a prohibited substance was taken by mistake, or a suggestion that medication was prescribed by a doctor in ignorance of the fact that it contained a prohibited substance. The Council may, however, consider that exceptional circumstances exist where an athlete has provided substantial evidence or assistance to a National Federation or the IAAF in the course of disciplinary or legal proceedings brought against those dealing in prohibited substances, or coaches or athletes representatives who are taking, inciting, or assisting others to take such substances.

4.2 Where an athlete believes that exceptional circumstances exist, application shall be made through the athlete's National Federation to the General Secretary of the IAAF. No applications can be accepted otherwise than through an athlete's National Federation.

4.3 The General Secretary shall consider the circumstances put forward by the athlete through his National Federation and, if he feels there is some merit in the case put forward, shall include discussion of the case on the agenda of the next meeting of the Council.

4.4 If the General Secretary thinks there is no merit in the case, he shall write to the athlete's National Federation in those terms. Despite this, the athlete's National Federation may, within 28 days of the General Secretary's letter, reply requesting that the matter be placed on the Council's agenda. The General Secretary shall then place the matter on the Council's agenda for its next meeting.

4.5 Where an athlete's application for early reinstatement has been added to the agenda of the Council meeting, the Council shall consider the question of reinstatement. It shall consider both the application by the athlete and the circumstances surrounding the athlete's ineligibility.

## 5. PROCEDURES FOR APPLICATION FOR EXEMPTION TO USE PROHIBITED SUBSTANCES

General

5.1 IAAF Rule 55.5 was introduced in order to make it possible for an athlete to participate in sport who, for a limited or prolonged period of time, needs a prohibited substance for medical reasons.

5.2 Exemption will not, therefore, normally be granted in cases of acute disease and never when sporting activity may be hazardous to the athlete. Exemptions, consequently, will be granted only rarely and in very special cases.

5.3 Out-of-Competition doping control is used as a deterrent for the use of anabolic agents and certain listed hormones. Application for exemption of drug use during training is, therefore, needed only for these substances.

Procedure

5.4 An application for exemption must contain a certificate from a qualified physician setting out the reasons why the administration of a prohibited substance is necessary for the health of the athlete. It must also contain the dosage and duration of medication, as well as an explanation as to why a non-listed drug cannot be used.

5.5 The application shall be in writing and addressed to the IAAF Doping Commission. An application with respect to salbutamol, salmeterol, or terbutaline inhalation therapy can be made either to the Doping Commission or to the relevant body of an athlete's National Federation. Any exemption granted will be in effect during a maximum period of one year, unless renewed by the Doping Commission or the relevant body of an athlete's National Federation.

5.6 In evaluating any medical opinion advanced on behalf of an athlete, the Doping Commission is authorised, if necessary, to take advice from a specialist in the field relevant to the issue.

