# INTERNATIONAL AMATEUR ATHLETIC FEDERATION

*FOUNDED IN 1912*

## OFFICIAL HANDBOOK 2000-2001

| | |
|---|---|
| *Acting President:* | LAMINE DIACK |
| *Senior Vice President* | ARNE LJUNGQVIST |
| *Vice Presidents:* | AMADEO FRANCIS |
| | DAPENG LOU |
| *General Secretary /Council Member:* | ISTVAN GYULAI |
| *Honorary Treasurer:* | ROBERT STINSON |
| *Honorary Life Vice Presidents:* | HANJI AOKI |
| | OLLAN CASSELL |
| | MAX DANZ |
| | FREDERICK HOLDER |
| *Honorary Life Personal Members:* | HASSAN AGABANI |
| | EISA AL DASHTI |
| | HELIO BABO |
| | JUAN MANUEL DE HOZ |
| | ARTHUR EUSTACE |
| | PEDRO GALVEZ VELARDE |
| | MOHAMAD HASAN |
| | CARL-OLAF HOMEN |
| | CHARLES MUKORA |
| | MAURICE NICHOLAS |
| | ARTUR TAKAC |
| | GEORG WIECZISK |

GATLIN v. UNITED STATES ANTI-DOPING AGENCY INC        Doc. 22 Att. 3

International Amateur Athletic Federation
17 rue Princesse Florestine
BP 359 - MC 98007
Monaco Cedex

*Telephone:* (377) 93 10 88 88
*Facsimile:* (377) 93 15 95 15
*Internet:* http://www.iaaf.org

Dockets.Justia.com

# DIVISION II

# IAAF CONSTITUTION

### RULE 1
### Definitions

*Athletics*
Track and field athletics, road running, race walking and cross country running.

*IAAF*
International Amateur Athletic Federation.

*Member*
Any National Governing Body for amateur athletics affiliated to the IAAF

*Club*
A Club or Society of amateur athletes affiliated to the Member Federation in accordance with the Rules of the IAAF.
"Country" means a self-governing geographical area of the world recognised as such by international law and international governmental bodies.
"Territory" means a geographical territory or region which is not a Country, but which has certain aspects of self-government, at least to the extent of being autonomous in the control of its sport and which is thus recognised as such by the IAAF.

*IAAF World Athletic Series*
Events of the IAAF four-yearly official competition programme.

*IOC*
International Olympic Committee.

*International Athletic Competitions*
 (a) Olympic Games, World Championships and World Cups;
 (b) Continental, Regional or Area Championships open to all IAAF Members in the Area or Region (i.e. Championships over which the IAAF has exclusive control, comprising only athletics events);
 (c) Group Games (i.e. Area or Group Games at which competition in several sports is to take place, and over which therefore, the IAAF has no exclusive control);

(d)
(e)
(f)
(g)
(h)

*Majority*
An absolu
A special
Congress
power of
*Note 1:*
*feminine,*
*Note 2: 1*
*by the 19*

The IAA
amateur
IAAF. (
The rule:
in confo
A Burea
of the IA
The loca

The obje
1. To
  the
  nati
2. To
  disc
  me
3. To

(d) Continental, Regional or Area Cups and Age Groups Events ;

(e) Matches between two or more Members, or combination of Members, Club Cups;

(f) International Invitation meetings specifically authorised by the IAAF See Rule 13.3(b);

(g) International Invitation Meetings specifically authorised by an Area Group Association;

(h) Other meetings specifically authorised by a Member so that foreign athletes may take part.

*Majority*

An absolute majority is half the votes cast plus 1.

A special majority is two-thirds of the votes of those present voting at a Congress, such two-thirds to represent at least one half of the total voting power of all Members of the IAAF.

*Note 1: Where appropriate the masculine gender shall include the feminine, and the singular shall include the plural.*

*Note 2: In Divisions II, III and IV, amendments to the Rules as approved by the 1999 Congress are marked by double lines in the margin.*

## RULE 2
## The International Amateur Athletic Federation

The IAAF shall comprise duly elected national governing bodies for amateur athletics which agree to abide by the rules and regulations of the IAAF.

The rules and regulations of an elected national governing body must be in conformity with and not wider than IAAF eligibility rules.

A Bureau shall be established in Monaco to carry out the administration of the IAAF in accordance with the decisions of Congress and Council. The location may be changed only with the approval of Congress.

## RULE 3
## Objects

The objects of the Federation shall be:

1. To establish friendly and loyal cooperation between all Members for the benefit of amateur athletics, peace and understanding between nations throughout the world.

2. To strive to ensure that no racial, religious, political or other kind of discrimination be allowed in athletics, and to take all practicable measures to stop such discrimination.

3. To strive to secure that there shall be no hindrance to the participation




of any country or individual in international athletic competitions on racial, religious or political grounds, and to ensure that there be no such hindrance in international meetings over which the IAAF has control.

4. To compile rules and regulations governing international competitions for men and women, of all ages in amateur athletics. To strive to ensure that for all elected positions in the IAAF, including Council and Committees, there shall be no discrimination toward race, religion, politics, age or sex.

5. To ensure that all contests between Members, including Area and Group Championships or Games, shall be held under the laws and rules of the IAAF.

6. To affiliate national governing body for athletics which may be recognised by the respective National Olympic Committee, where such a Committee exists.

7. To decide any dispute that may arise between Members, if called upon to do so.

8. To cooperate with the Organising Committees of the Olympic Games in carrying out the organisation of the athletic competitions and, as delegated by the IOC, to supervise and control all the technical arrangements.

9. To frame regulations for the establishment of World and Olympic record, and such other amateur athletic records as Congress agrees may be recognised.

10. To foster the worldwide development of athletics and the dissemination of technical and other information to its affiliated entities.

## RULE 4
## Membership

1. The national governing body for amateur athletics in any country or territory shall be eligible for Membership. Only one member from each country or territory may be affiliated, and such Member shall be recognised by the IAAF as the only national governing body for all amateur athletics in such country or territory.

   The jurisdiction of Members shall be limited to the political boundaries of the country or territory they represent.

2. Application for Membership by a national governing body together with a copy of its current Constitution and Rules shall be submitted to the Council, which shall have the power to elect to membership provisionally.

at the next Congress, which confirmation must obtain a special majority. See Rule 1 "Definitions".

3. There shall be one list of Members, all of whom have equal voting rights at Congress.

4. The annual fee of US$200 from each Member affiliated to the IAAF shall be paid in advance, by 1st January.

5. All Member Federations shall be required to submit, within the first three months of each year, an annual report which shall include the following information:

 - -Federation's address, telephone, e-mail, etc.
 - -List of Officers of the Federation;
 - -A current copy of the Constitution and Bye-Laws;
 -Active Membership of the Federation (i.e. clubs, athletes, coaches, officials, etc);
 -Major Championships and events held during the year (senior, junior, men, women, etc);
 - -National records at close of year;
 - -Report on out-of-competition doping control.

When necessary the IAAF may assist Member Federations to meet the requirements of the last obligation.

Members shall be required to submit a copy of the said annual report to their respective Area Group Association at the same time.

Appropriate sanctions shall be imposed on Members which fail to supply the requested information within a reasonable period of time.

6. For the purpose of electing the IAAF Council in accordance with Rule 5.1, or any Area Committee, Members are divided into the following areas:

### AFRICA (53)

| | | |
|---|---|---|
| Algeria | Djibouti | Liberia |
| Angola | Egypt | Libya |
| Benin | Eritrea | Madagascar |
| Botswana | Ethiopia | Malawi |
| Burkina Faso | Equatorial Guinea | Mali |
| Burundi | Gabon | Mauritania |
| Cape Verde | Gambia | Mauritius |
| Cameroon | Ghana | Morocco |
| Central African Rep. | Guinea | Mozambique |
| Chad | Guinea-Bissau | Namibia |
| Comoros | Ivory Coast | Niger |
| Congo | Kenya | Nigeria |
| Congo (Dem. Rep) | Lesotho | Rwanda |



| | | |
|---|---|---|
| Sao Tome | South Africa | Tunisia |
| Senegal | Sudan | Uganda |
| Seychelles | Swaziland | Zambia |
| Sierra Leone | Tanzania | Zimbabwe |
| Somalia | Togo | |

## ASIA (44)

| | | |
|---|---|---|
| Afghanistan | Kyrghizstan | Philippines |
| Bahrain | Korea | Qatar |
| Bangladesh | DPR Korea | Saudi Arabia |
| Bhutan | Kuwait | Singapore |
| Brunei | Laos | Sri Lanka |
| Cambodia | Lebanon | Syria |
| PR China | Macao | Chinese Taipei |
| Hong Kong-China | Malaysia | Tajikistan |
| India | Maldives | Thailand |
| Indonesia | Mongolia | Turkmenistan |
| Iran | Myanmar | United Arab Emirates |
| Iraq | Nepal | Uzbekistan |
| Japan | Oman | Vietnam |
| Jordan | Pakistan | Yemen |
| Kazakstan | Palestine | |

## EUROPE (49)

| | | |
|---|---|---|
| Albania | Germany | Monaco |
| Andorra | Gibraltar | Netherlands |
| Armenia | GB & NI | Norway |
| Austria | Greece | Poland |
| Azerbaijan | Hungary | Portugal |
| Belarus | Iceland | Romania |
| Belgium | Ireland | Russia |
| Bosnia & | Israel | San Marino |
|   Herzegovina | Italy | Slovak Republic |
| Bulgaria | Latvia | Slovenia |
| Croatia | Liechtenstein | Spain |
| Cyprus | Lithuania | Sweden |
| Czech Republic | Luxembourg | Switzerland |
| Denmark | Former Yugoslav | Turkey |
| Estonia |   Republic of | Ukraine |
| Finland |   Macedonia | Yugoslavia |
| France | Malta | |
| Georgia | Moldova | |

**RULE 4**

46

| | | |
|---|---|---|
| Anguilla | Dominica | El Salvador |
| Antigua | Dominican Republic | Saint Kitts & Nevis |
| Aruba | Grenada | Saint Lucia |
| Bahamas | Guatemala | Saint Vincent |
| Barbados | Haiti | Trinidad & Tobago |
| Belize | Honduras | Turks & Caicos |
| Bermuda | Jamaica | USA |
| British Virgin Is | Mexico | US Virgin Islands |
| Canada | Montserrat | |
| Cayman Islands | Netherlands Antilles | |
| Costa Rica | Nicaragua | |
| Cuba | Puerto Rico | |

## OCEANIA (19)



ites

| | | |
|---|---|---|
| American Samoa | Micronesia (Federated | Papua New Guinea |
| Australia | States of) | Samoa |
| Cook Islands | Nauru | Solomon Islands |
| Fiji | New Zealand | Tahiti |
| Kiribati | Norfolk Islands | Tonga |
| Guam | Northern Marianas | Vanuatu |
| Marshall Islands | Palau | |

## SOUTH AMERICA (13)

| | | |
|---|---|---|
| Argentina | Ecuador | Surinam |
| Bolivia | Guyana | Uruguay |
| Brazil | Panama | Venezuela |
| Chile | Paraguay | |
| Colombia | Peru | |

7. Congress shall decide the name under which a Member is listed and may compete.

8. In every kind of information, bulletin, competition documents, etc, and on official occasions, the names of the participating Members in the language of the Organising Member must correspond to the exact translation of the list of Members as set out in paragraph 6 of this rule.

   Any abbreviation used for the names of these participating  Members must be in conformity with the official abbreviations recognised by the IAAF Council. (See List of Members).

1. The Council shall consist of 27 members as under:
   (a) President
   (b) 4 Vice Presidents
   (c) Honorary Treasurer
   (d) One Representative from each of the following six Area Groups:

   | | |
   |---|---|
   | Africa | North and Central America |
   | Asia | Oceania |
   | Europe | South America |

   (e) Fifteen members elected as individuals.

   Not more than one member of the Council may come from any one country.

   At least two members of the Council shall be women.

2. Members of the Council shall be elected for a period of four years in accordance with the provisions of Rule 7 - Congress. If during the first two years of the term of office, a vacancy arises in the Council for an individual member, a substitute shall be elected at the next Congress for the residuary period.

3. The Council shall meet at least once a year. The President, or Senior Vice President in his absence, will preside at all meetings of Council.

4. At its first meeting, the Council shall nominate one of the Vice Presidents as Senior Vice President for the purpose of presiding over the Council in the absence of the President.

   The Vice Presidents shall occupy honorary positions and have equal rights with other members of the Council (other than the President and the Senior Vice President as above).

5. The President, and each other member of the Council, shall have a vote. The President, in the case of a tie in the voting, shall have a second or casting vote.

6. The Council's powers shall include the following:-
   (a) To elect a Member provisionally to membership in accordance with the provisions of Rule 4.2.
   (b) To suspend, or take sanctions against, a Member in accordance with the provisions of Rule 20.
   (c) To make decisions in urgent matters relating to all rules. Any such decisions must be reported to the next Congress.
   (d) To summon a Special Congress to deal with any special case of great importance requiring an urgent decision.

(e) To approve, reject or amend procedural guidelines made in accordance with Rules 55 to 61 (Division III).

7. The Council's duties shall include the following:-

(a) To administer the affairs of the IAAF.

(b) To submit to each biennial Congress a report, together with audited sheets for the preceding period, and a budget for the succeeding two years.

(c) To examine any proposals from Members or Committees which are to be discussed at Congress, and to submit such reports thereon as they think fit and to submit to Congress any other proposals they may deem desirable.

(d) To notify Members of the imposition of any penalties by either Congress or Council.

(e) To maintain a register of World, Olympic and any such other amateur records as Congress may decide to recognise.

(f) To control and supervise the athletic technical organisation at the Olympic Games.

(g) To make the necessary appointments, including Technical Delegates for the Olympic Games and for all events included in the IAAF World Athletic Series. To appoint the official IAAF Representative at Area or Group Games and Championships, or Inter-Continental matches. This representative shall, if possible, be from the Council and shall ensure that the IAAF rules are observed.

(h) To appoint the General Secretary, who should attend all meetings of the Council and of IAAF Committees. The General Secretary shall be remunerated and shall not be entitled to vote. The General Secretary shall be responsible for the engagement of staff for the Bureau, with the approval of the President and Honorary Treasurer.

The Council shall also appoint such honorary assistants as it may deem necessary for the purpose of administering the affairs of the IAAF.

(i) To promote a Development Programme for the benefit of Members requiring assistance in the training of coaches, judges, etc.

(j) To nominate one or more Vice Presidents or members of the Council to undertake special responsibility for the supervision of the Development Programme, or to perform any other special duties subject to the overall control of the Council.

(k) To appoint members of the Medical Committee, on the

49 **RULE 5**

recommendation of the existing members of the Committee.

(l) To decide on dates and venues for Competitions directly organised by the IAAF and defined in Rule 12.1.

(m) To appoint representatives of the IAAF to the Fédération Internationale de Médecine Sportive, Union Internationale de Pentathlon Moderne and other bodies of similar nature.

8. Finance

(a) The Finances of the Federation shall be conducted in a prudent manner which will assure continuation of the many activities and programmes of the Federation.

(b) The Council may delegate, in the administration of the affairs of the Federation, the power to act in the case of urgency in financial matters to the President and Honorary Treasurer, as appropriate. In such a case the Council must be advised at the earliest opportunity of any action so taken. The President and Honorary Treasurer shall be entitled to indemnify themselves out of the funds of the Federation in respect of any loss so incurred.

(c) A Finance Commission shall be appointed by the Council, comprising the Honorary Treasurer and such other members as the Council may deem particularly suited to contribute to the oversight of the financial matters of the Federation by virtue of their preparation and/or experience and their availability.

Only the Council shall have the right to administer all revenues obtained by the IAAF during the Council's four-year mandate. The Council shall provide guarantees that such revenues shall be adequated and reasonably divided in order to ensure:

-the organisation of IAAF events;

-the participation of athletes and teams in IAAF events;

-the administration of IAAF offices;

-the anti-doping programme;

-the worldwide promotion of athletics;

-the support of, and contributions to Area Associations and Members through the development programme;

- sufficient reserves.

(d) An annual budget (accompanied by a financial forecast for the four-year cycle), which shall have been approved by the Finance Commission, shall be presented to the Council by the Honorary Treasurer at the first meeting of the calendar year, and shall be adopted as approved by said Council.

(e) In preparing the annual budget of the Federation, a substantial

amount adequate to carry out the agreed programme shall be set aside for the purpose of development.

(f) The complete financial accounts and records shall be audited by an outside accounting firm who shall report their findings on an annual basis to the Member Federations.

(g) In preparing the annual budget of the Federation, an amount adequate to carry out the administrative and operational duties of the Committees shall be set aside.

9. The IAAF President shall be, ex-officio, a member of the Executive Council of all Area Associations.

10. Any Member of the IAAF Council shall be, as of right, a member of the Council and/or the Executive body of his or her National Federation. He shall also take part, ex-officio, in the General Assembly of the National Federation.

## RULE 6
### Continental Areas

1. Continental, Area or Group Associations, Confederations or Committees may be formed for each of the six groups listed under Rule 4.6.

   In the case of Committees, these shall be elected by regional congresses and the result of all elections notified to the General Secretary.

   Each of such Associations, Confederations or Committees shall draw up its own rules relating to its constitution and powers (which shall in all cases be limited to operation within its own area and in no sense conflicting with any IAAF Rule). These rules and any other subsequent amendments must be submitted to the Council for approval and referred to the next Congress for amendment or ratification. Associations, Confederations and Committees shall render detailed, written reports of their activities to Congress every two years.

2. Members shall not be permitted to organise or take part in area or group championships or games if their subscriptions are unpaid for the current year; neither may a representative from any Member take part in any meeting of the Continental Associations, Confederation or Committee, unless the subscription of the Member he represents or to which he belongs is paid up for the current year.

3. If at any time a position as Area Group representative becomes vacant through resignation or otherwise, the Bureau shall, after consultation with the Area Association concerned, arrange for a

ballot within three months to elect a representative to hold office until the next Congress.

4. Each Continental association shall annually prepare a calendar of all area championships, matches and invitation meetings to be held by the Members of their area. The calendar shall also include the national championships of its members. The association in granting authorisation for any of these meetings shall ensure that they follow a logical sequence of progression towards the major 12.1 (a), (b) and (c) meetings to be held the following year and that the dates of the aforementioned are duly protected.

# RULE 7
## Congress

1. The Congress of the IAAF shall consist of the Council, Honorary Life Presidents, Honorary Life Vice Presidents, Honorary Life Personal Members and not more than three delegates from each Member.

2. An IAAF Congress shall be convened biennially in conjunction with the World Championships. The date and venue of the Congress shall be confirmed at the preceding meeting of the Congress.

   The IAAF Constitution and Elections will be dealt with by the even numbered Congress.

   The IAAF Technical Rules and Competition Regulations will normally be discussed at the odd numbered Congress. (See Rule 10.2(b)).

   A special location in the stadium shall be provided for all Congress delegates to watch the World Championships.

3. A Special Congress may be convened by the Council, and shall be so convened if not less that one-third of the Members give notice in writing to the General Secretary stating that they desire such a meeting and the reasons therefore. The Council shall summon a Special Congress to be held within three months from the receipt of the afore-mentioned notice.

4. Only Members who have paid their subscriptions for the current year may take part in any meeting of the Congress.

5. Members shall only be represented by delegates. Members must certify the names of their delegates in writing to the General Secretary prior to the commencement of the Congress meeting.

   A Member may have no more than three delegates present at the Congress, only one of whom may record votes from that Member.

6. A delegate shall be a citizen of the country or territory of the Member which he represents.

A delegate may only represent one Member.

7. The Congress shall be conducted strictly in accordance with the Rules of Congress Procedure.

8. Immediately after the number of countries present has been confirmed, the first voting strength shall be announced, and the appointment of Scrutineers nominated by Council from the delegates at the Congress shall be approved.

9. Confirmation of Membership provisionally granted by the Council under Rule 4.2 shall then be voted upon.

10. After the second voting strength has been announced, elections shall be held.

All nominations shall have been submitted to the General Secretary at least three months prior to the date of the Congress. Nominations can be made only by Members, and in the case of an Area Group Representative, only by Members in that respective Group.

No election shall take effect until the conclusion of the Congress. The Council and Committees elected at a Congress coinciding with the World Championships shall not take office until after the Championships.

Electronic tabulating equipment shall be available for voting on the election of members to Council and Committees.

The elections shall be held in the following order:-

(i) President

(ii) 4 Vice Presidents

All ballot papers, to be valid, must register votes for 4 candidates, no more and no less. If there are three or four successful candidates from the same Area Group, then only the two with the most votes shall be declared elected, and, in the next ballot, only candidates for the other Area Groups may participate;

(iii) Honorary Treasurer

(iv) Area Group Representatives

A separate ballot shall be held for each Area Group and only those members included in the group under Rule 4.6 shall be eligible to vote;

(v) Individual Members

Congress shall elect first two female members. All ballot papers, to be valid, must register votes for two female candidates, no more and no less. Following the election of two

female members, Congress shall proceed to elect the remaining individual members. All ballot papers, to be valid, must register votes for 13 candidates, no more and no less;

   (vi) Committees

The Arbitration Panel; the Technical Committee; the Women's Committee; the Race Walking Committee; the Cross Country and Road Running Committee; the Veterans' Committee, and any other Committee appointed by the Congress as necessary.

11. Not more than one member of the Council may come from any one country or territory.

12. Elections held under Rule 7.10 shall require an absolute majority of the votes cast on the first round and a simple majority on the second round.

13. If, at the time of an election, there are fewer candidates than there are vacancies, the President may invite Members at the Congress to submit further nominations.

14. Any unsuccessful candidate for any position may, if also so nominated, be included in a subsequent ballot for any other position.

15. On the recommendation of Council, in recognition of valued services given to the IAAF, Congress shall be entitled to elect Honorary Life Presidents, Honorary Life Vice Presidents and Honorary Life Personal Members, without voting powers.

16. In addition, the Congress on the recommendation of Council, may grant the following awards:

   (i) IAAF Veteran Pin

For long and meritorious service to the cause of world athletics within the IAAF activities. Normally 8 per Congress shall be awarded.

   (ii) Plaque of Merit

For meritorious service to the cause of track and field athletics within Area Group activities, to be proposed by Area Groups.

   (iii) Admittance to the Hall of Fame

For exceptional, meritorious performances of outstanding athletes, and other persons within the IAAF activities.

A suitable IAAF diploma will be presented to all recipients of the above awards as well as to Honorary Life Officers and Members.

17. Only the Congress shall have the power to amend, add to, or alter any Rule. Such powers must be exercised in accordance with Rule 10. Congress shall have the power to suspend and take other sanctions, and to reinstate Members. Such powers must be

ning
ister

ien's
intry
. and
ary.
one

ty of
cond

there
ess to

so so
ition.
alued
elect
s and

, may

letics
all be

hletics
oups.

inding

ents of
rs and

or alter
h Rule
other
ust be

exercised in accordance with Rule 20.

18. Only Congress will have the right to decide upon the introduction of new events and new competitions directly organised by the IAAF: i.e. World Championships and World Cups as well as new events in the official competition programme of the IAAF.

19. The Council of the IAAF shall attend the Congress but no member of Council shall represent his or her own Member. Council members may speak, but may not vote.

20. Honorary Presidents, Honorary Life Vice Presidents and Honorary Life Personal Members may attend the Congress and may speak, but may not vote.

21. The Chairmen of IAAF Committees shall attend the Congress but no Committee Chairman shall represent his or her own Member. Committee Chairmen may speak but may not vote. IAAF Committee Members may attend the IAAF Congress as observers.

22. Continental, Area or Group Associations, Confederations or Committees formed for each of the six groups listed under Rule 4.6 may appoint up to 3 representatives who may attend the Congress as observers.

## RULE 8
## Committees

1. All Committees, with the exception of the Medical Committee who are appointed, shall be elected for a period of four years, unless otherwise decided by Congress.

2. The IAAF President shall be an ex-officio member of all Committees.

3. There shall be at least the following Committees:-
   (a) Technical Committee - the Technical Committee, to whom all questions concerning Competition Rules shall be referred, shall consist of a Chairman and 15 individuals.
   (b) Women's Committee - the Women's Committee to whom all questions concerning women's athletics shall be referred, shall consist of a Chairman and 10 individuals.
   (c) Race Walking Committee - the Race Walking Committee, to whom all questions concerning walking shall be referred, shall consist of a Chairman and 10 individuals.
   (d) Cross Country and Road Running Committee - the Cross Country and Road Running Committee, to whom all questions concerning Cross Country and Road Running shall be referred, shall consist of a Chairman and 10 individuals.

(e) Veterans' Committee - the Veteran's Committee, to whom all questions concerning veteran athletes shall be referred, shall consist of a Chairman and 10 individuals.

(f) Medical Committee - the Medical Committee, to whom all questions of a medical nature concerning athletics shall be referred, shall consist of a Chairman and up to 12 individuals.

4. All Committees shall meet when summoned by the General Secretary and their recommendations shall be reported to Congress. If an Area is not represented on a Committee, that Area Group shall nominate one additional person for that Committee until the next election.

5. Individual members must come from different countries or territories.

6. No Committee member may take part in any meeting unless the subscription of the Member he belongs to is paid up for the current year.

7. Extraordinary vacancies on IAAF elected Committees
   If at any time a position on an IAAF Committee becomes vacant through the resignation or otherwise, the IAAF General Secretariat shall take the following action:

   (a) should the vacancy be for an Area Group Representative, the IAAF General Secretariat shall, after consultation with the Area Association concerned, arrange for a ballot within three months to elect a representative to hold office until the next Congress.

   (b) should the vacancy be for an Individually Elected Member, then the next highest polling candidature from that Election Congress shall be appointed by the Council to hold office until the next Congress.

## RULE 9
## Languages

At all Congress Meetings each member may speak in his own language. Simultaneous translations must be made in Arabic, German, Russian and Spanish, in addition to English and French. Simultaneous translation may be made from and into any additional language required, provided that the cost of this can be met by, or on behalf of, the Member requesting the additional language.

The Constitution and the Rules and Regulations, Minutes, Reports and other communications shall be in such languages as the Council shall decide.

In all cases of any difference in the interpretation of any text, the English version shall be accepted.

# RULE 10
## Alterations to Rules

### 1. Constitutional Rules

(a) A proposal to amend a rule in Division II ("Constitution"), unless this is proposed by Council, must be submitted to the General Secretary by a Member, or by an Area Council or Area Congress, at least six months prior to the Congress at which it is to be considered.

All proposals, including those proposed by Council, shall be sent by the General Secretary to members at least four months before the Congress.

(b) To be accepted, any such proposals must obtain two-thirds of the votes cast, which two-thirds must also represent at least one-half of the aggregate voting power of all Members of the IAAF (a special majority).

(c) Any subsequent necessary alterations to the wording of statutes passed by Congress can only be made by the President (or a Council Member nominated by him for this purpose) or by the General Secretary, and this provided no material change to the decision of Congress is made.

### 2. Technical and Other Rules

(a) A proposal (unless this is proposed by Council) to amend any technical rule or other rule, must be submitted to the General Secretary at least six months prior to the Congress at which it is to be considered.

A proposal to amend a technical rule may only be submitted by a Member, or the Council, or a member of the Council or any permanent Committee or by an Area Council.

(b) Amendments to the technical rules will normally only be considered by the odd numbered Congress every four years, the next one being the 43rd Congress in 2001.

Urgent proposals for alterations to the technical rules may, however, be at any time, and they must be discussed at, and confirmed by, the next Congress, even if they reach the General Secretary later than six months prior to the Congress.

(c) A report, containing the recommendations of the Technical Committee, shall be circulated to all Members at least three

months before each Congress.

(d) Where the Council has exercised its power under Rule 5.6(c) to amend a technical rule or any other rule as an urgent matter, such amendment must also be reported to and confirmed by the next Congress.

(e) When an amendment to a technical rule is adopted by Congress or is decided upon by Council as an urgent matter under Rule 5.6(c), a fixed date for the operation of the amendment must be stated, such date to allow adequate time for all members to put it into operation simultaneously. This date shall normally be January 1st of the following year.

(f) Any subsequent necessary alterations to the wording of technical rules passed by Congress can only be made by the Chairman of the Technical Committee (or by a member of the Technical Committee nominated by him for this purpose) or by the General Secretary, and this provided no material change to the decision of Congress is made.

3. The alterations referred to in paragraphs 10.1(c) and 10.2(f) shall be pointed out, at the first opportunity, to Council and, if necessary, to Congress.

4. The Handbook which incorporates changes made by Congress, must be published in English before the 1st November, and in French by 1st December of that same year.

## RULE 11
### Authority for Rules

The Council shall be the interpreter of the IAAF Rules.

All matters not provided for under IAAF Rules shall be decided by the Council. Decisions in matters of legislation shall become operative only after the approval of Congress has been given.

## RULE 12
### International Meetings - Competitors Competing Abroad - Qualifications of Competitors

1. At the following International Meetings, the rules and regulations of the IAAF must apply:

(a) Olympic Games, World Championships and World Cups.

(b) Continental, Regional or Area Championships open to all IAAF Members in the Area or Region (i.e. Championships over which the IAAF has exclusive control, comprising only

athletics events).

(c) Group Games (i.e. Area or Group Games at which competition in several sports is to take place, and over which therefore, the IAAF has no exclusive control).

(d) Continental, Regional or Area Cups and Age Groups Events ;

(e) Matches between two or more Members, or combination of Members, Club Cups.

(f) International Invitation meetings specifically authorised by the IAAF See Rule 13.3(b).

(g) International Invitation Meetings specifically authorised by an Area Group Association.

(h) Other meetings specifically authorised by a Member so that foreign athletes may take part.

2. All International Meetings or any meetings in which any foreign athlete takes part must be authorised by the IAAF, an Area Group Association, or by a Member.

In order to obtain the authorisation referred to in 12.1(f), a Member must apply on behalf of the meeting organiser to the IAAF for a permit. See Rule 13.3(b).

Before authorising any International Meeting under Rule 12.1(f), (g) or (h) above, the IAAF, Area Group Association or Member must obtain from the promoter an undertaking in writing:-

(a) that all IAAF Rules and Regulations will be observed;

(b) that information on all aspects of the organisation will be forwarded within 30 days to the IAAF or the Member authorising such a meeting, if requested.

Authorisations by Area Group Associations and Member Federations must be presented to the IAAF Council for approval.

3. No Member may grant its authorisation for a meeting under IAAF Rule 12.1(h), being a meeting which extends invitations to athletes from more than 5 (five) Members (other than the host Member).

4. No athlete shall be eligible for international competition unless that athlete is:

(i) a Member of a club affiliated to a Member; or

(ii) is himself affiliated to a Member ; or

(iii) has otherwise agreed to abide by the Rules of a Member.

5. No athlete or club may take part in an athletic meeting in a foreign country without the written approval of his governing body, and no Member shall allow any foreign athlete to enter any competition without such permit certifying that he is eligible and permitted to compete in the country concerned.

No athlete may have affiliation abroad, without previous authorisation from his original Federation.

Even then, the Federation of the country in which the athlete is residing, cannot enter any athlete's name for meetings in another country without previous authorisation from the original Federation.

6. In approving the participation of an athlete at an athletic meeting in a foreign country, the Member should specify the number of days for which the athlete and any accompanying manager or coach is permitted to receive expenses and the daily allowance as detailed in Rule 14 "Payments".

After the meeting, the Member may request an account of expenses paid.

7. Any athlete competing in any foreign country (other than in international meetings as defined above) shall, in respect of that competition, be subject to the athletic laws of that country.

8. All negotiations for the participation of an athlete in another country shall be carried on through the Members concerned or through the relevant Athletes' Representatives, or directly with athletes. Formal invitations shall not be extended directly or indirectly to an athlete by any individual, club, college, university or other organisation.

However, a Member may authorise one of its member clubs to communicate with the club of another country concerning the participation of one or more of its athletes, subject to the expressed condition that the member concerned is kept informed as to the content of any communications.

9. Where an athlete of any member country receives a scholarship from an institution in another country, then as a condition to and before the athlete's governing body shall grant the permission to compete referred to in Rule 12.5, the President of the institution granting the scholarship shall first submit to the Member, in whose country the educational institution is located, full and detailed information of the nature and extent of the scholarship aid furnished to the athlete, for transmission to the Member for the athlete's country.

10. In International meetings under Rule 12.1(a), (b) and (d) Members shall be represented only by citizens of the country which the affiliated Member represents.

Having once represented any Member in a Meeting which comes within the categories defined in 12.1(a), (b) and (d), no contestant may thereafter represent any other Member in such a meeting

except in the following circumstances:

(a) The incorporation of one country in another.

(b) The creation of a new country ratified by Treaty.

(c) Acquisition of a new citizenship. In this case, the athlete cannot compete for the new country for a period of at least three years since the date when the athlete last represented another Member in a Meeting under Rule 12.1(a), (b) or (d). This period may be reduced to one year, if the two Members concerned agree.

(d) Where an athlete holds, or is legally entitled to hold citizenship of two or more countries, provided that it is at least three years since the athlete last represented the first Member in any competition under Rule 12.1(a), (b) and (d). This period may be reduced to one year, if the two Members concerned agree.

11. Athletes from a National Federation or some other athletics organisation which is not an affiliated Member of the IAAF may compete in any competition, except for the meetings listed under Rule 12.1(a) and (b), against athletes under the jurisdiction of a Member, provided:

(a) that the Federation or Organisation concerned is not at that time suspended by the IAAF or excluded from particular categories of competition;

(b) that the athletes concerned are amateurs;

(c) that the prior permission of the Council is given upon the application of the Member in the country or territory where the competition is to take place, or of the Member wishing to send athletes to compete in a non-Member country or territory;

(d) that where the competition is held in a non-Member country or territory, the Member must obtain an undertaking from the organising body that in all other respects, the rules of the IAAF will be observed.

12. (a) When a citizen from a country which is suspended from the IAAF is seeking to become a national of an eligible country, he may compete in domestic competition on condition that:

(i) he renounces his former nationality in the process of applying for citizenship of an eligible country and publicly states this fact by advising the Members concerned;

(ii) he completes at least one year's continuous residence in his new country;

(iii) the domestic competition in which he participates does not include athletes from other Federations.

(b) An athlete who has complied with the requirements of 11(a) above may compete in international meetings, under Rules 12.1(f), (g) and (h) after completing a period of two years continuous residence in the new country.

(c) An athlete who has complied with the requirements of 11(a) above may represent his new Federation in international competitions under Rule 12.1(a) to (e) only after completing a period of three years continuous residence in, and after he has acquired citizenship of his new country.

(d) The period of continuous residence shall be computed on the basis of a year of 365 days, starting from the day after a person lands in the country where he/she seeks to gain nationality.

(e) In any continuous 365 day period, an athlete may not spend more than a total of 90 days in the territory of a suspended country.

(f) An athlete seeking to qualify under this Rule must refrain from any athletic activities, which shall include, but not be restricted to, exhibition races, training, coaching, officiating, lecturing, giving interviews and publicity interviews, with any members of an athletic federation that is under suspension.

13. IAAF Members and their officials, coaches and athletes, are not to conduct any activities, as defined in paragraph 12.12(f) above, associated with any representative of a suspended Member, their officials, coaches, judges, athletes, etc. In case of any infringement of this Rule, the provisions for suspensions and sanctions laid down in Rule 20 shall apply.

## RULE 13
### World, Area and Group Championships: Meetings requiring an IAAF Permit

1. The IAAF alone shall have the right to organise or sanction World, Area or Group Championships for Athletics.

2. The IAAF shall organise World Championships in Athletics in odd years.

3. (a) Area or Group Championships or Games, Inter-Continental Matches; Meetings of Five or more countries.
   Authorisation of the IAAF is required, unless the IAAF Council decides otherwise, for all Area or Group Championships or Games, for Inter-Continental matches and for any other athletic meetings in which teams from five or more countries participate. The application for a permit must be

made to the IAAF, accompanied by a fee of US$150 (or its equivalent in other currencies) by the sponsoring Member for such sanction except for the Olympic Games.

All application forms must be completed in detail and lodged at the Headquarters of the IAAF not later than 31st of December the year prior to the date of the Championships or Games in question. Organising Committees must ensure that countries to whom invitations are sent are in membership of the IAAF and any other country wishing to participate must apply to the IAAF for membership, which must have been granted prior to their entry being accepted. Such applications must be received at least three months before the date of the opening of the promotion concerned.

The IAAF shall not authorise any Continental, Regional or Area Championships without first having obtained an unqualified undertaking that the necessary permission for visiting athletes and officials to enter the country where the competition is to be held will be forthcoming sufficiently far ahead to enable them to travel and compete at the Championships. Should it subsequently transpire that these undertakings cannot be fulfilled, the competition shall be transferred to another country which can fulfil the guarantee.

The IAAF does not have exclusive control over the Games included in Rule 12.1(c). It shall not authorise to hold athletic competitions at such Games if the Council is satisfied that the Member, in whose country or territory the Games are to be held, has not taken all practicable measures to secure that the necessary permission for visiting athletes and officials to enter the country or territory will be forthcoming sufficiently far ahead to enable them to travel and compete at the Games in question.

(b) International Invitation Meetings

Authorisation of the IAAF is required for International Invitation Meetings under Rule 12.1(f).

The application for a permit must be made on the official form, accompanied by a fee of US$150 or its equivalent in other currencies, by the Member concerned on behalf of the Meeting organisers.

All application forms must be completed in detail and lodged at the IAAF Headquarters not later than September 1st in the year prior to the meeting in question.

*Note: Details of how to obtain authorisation for competitions under 12.1(b) and 12.1 (f) and of the conditions which must be met before authorisation is given, are available from the IAAF General Secretariat upon request.*

4.  The Council may produce Regulations governing the conduct of meetings held under IAAF Rules and regulating the relationships of Athletes, Athletes' Representatives, Meeting Organisers and Members. These Regulations may be varied or amended by the Council as it sees fit.

5.  The IAAF shall designate a representative to attend every meeting where authorisation is required at the expense of the organisers, to ensure that the rules and regulations of the IAAF are complied with. The travelling expenses of this representative shall be paid to him by the Organiser not later than fourteen days prior to his departure to the venue. The choice of airline shall be left to the discretion of the representative and in cases involving flights over one thousand five hundred miles, Business class return air travel shall be provided. Accommodation expenses shall also be paid by the Organisers not later than the final day of the Championships or the athletic section of the Games. Such representative shall render his report to the IAAF within thirty days thereafter.

### Assistance for Amateur Athletes

*Note: The following Rules 14-16 are based on the principle that an athlete's health must not suffer, nor must he/she be placed at a social or material disadvantage as a result of his/her preparation for or participation in the sport of athletics. An athlete's national Federation shall control such material and financial assistance as may be reasonable and necessary to assure this.*

## RULE 14
### Payments

The following rules shall apply to payments allowed to athletes competing in International Meetings under Rule 12.1:

These payments may include:

(a)  A daily allowance

(b)  The actual outlay for transport, travel, insurance, meals, lodging and a subvention for hardship for the minimum time they are required to be absent from their normal residence.

(c)  Any eventual amount negotiated with the Organiser for his participation to the event or for the results achieved during the event.

*Members shall, however, have power to issue athletes with direct payment documents or a direct payment card which will authorise athletes (or their Representatives on their behalf) to receive funds directly. The grant of direct payment documents or cards is conditional upon full and complete compliance by the athlete and his representative with IAAF Rules and Regulations of the athlete's National Federation.*

*Note 2: The IAAF may request information from Meeting Organisers concerning all payments made to athletes in connection with their participation at meetings.*

## RULE 15
### Provision of Equipment and Services

Athletes may accept assistance in the form of equipment and services required for training and competition, subject to the control of the national governing body.

Such assistance may include the following items:

(a) Sports equipment and clothing;
   When manufacturers are prepared to provide free issues of implements or personal equipment, distribution shall be controlled through the national governing body.

(b) Insurance cover for accidents, illness, disability and personal property.

(c) Cost of medical treatment and physiotherapy.

(d) Coaches and trainers authorised by the national governing body. If an athlete is authorised to avail himself of the services of a doctor for medical treatment or a masseur or coach, accounts should be submitted and payments made direct to the doctor, masseur or coach and not through the athlete.

(e) Accommodation, Food, Transport, Education and Professional Training.

## RULE 16
### Subventions to Assist Athletes

1. Where a national governing body, after full investigation, considers it appropriate, it may provide, or arrange for the provision of, a subvention to an athlete to assist him in the expenses incurred in training for or participation in any competition under Rule 12.1 (a) to (h).

2. An athlete must not accept subvention without the prior permission

in writing of his national governing body.

3.   The Council of the IAAF may request information from Members concerning the payments of any such subventions.

# RULE 18
## Advertising and Displays during Competition

*General*

1.   Advertising and displays of a promotional nature shall be permitted in all events held under IAAF Rule 12.1*(a) - (h)*, provided such advertising and displays comply with the terms of this Rule and any Regulations made under it. In addition all advertising and displays must comply with the local legal requirements and, in meetings held under IAAF Rule 12.1*(h)*, must be consistent with the Rules of the Member in whose territory the competition is taking place.

2.   The Council may pass Regulations giving detailed guidance as to the form advertising may take and the manner in which promotional or other material may be displayed during competitions. These Regulations may be amended by the Council. Any such amendment shall come into force immediately after the Council meeting making any such decision.

3.   The advertising of tobacco products is prohibited. The advertising of alcohol products is prohibited, unless expressly permitted by the Council.

4.   Only advertising of a commercial or charitable nature shall be allowed at meetings conducted under IAAF Rules. No advertising which has as its objective the advancement of any political cause or the interests of any pressure group, whether domestic or international, shall be allowed.

5.   No advertising may appear which is, in the opinion of the IAAF, tasteless, distracting, offensive, defamatory or unsuitable bearing in mind the nature of the event. No advertising may appear which obscures, either partially or otherwise, the television camera's view of a competition. All advertising must comply with any applicable safety regulations.

6.   Meeting organisers may only acknowledge sponsors during the competition as permitted in Regulations made under this Rule.

7.   No identification of sponsors of individual athletes may appear on advertising inside the competition arena. For the purposes of these Rules and any Regulations made hereunder, references to the competition shall include where relevant all activity within the

competition arena.

8. The IAAF shall have the right to review any contract entered into by any Member to ensure compliance with all applicable IAAF Rules and Regulations. Members should insert a provision in their constitution which allows them to review any advertising contracts entered into by an individual athlete or by a club. In appropriate cases, the IAAF may ask members for copies of contracts between advertisers and athletes or clubs within their jurisdiction.

9. Members must ensure that no contract between a sponsor or advertiser and an athlete contains a provision obliging the athlete either to organise his competition schedule in accordance with directions given by the sponsor or advertiser, or obliging the athlete to appear at meetings designated by the sponsor or advertiser, other than those meetings at which the sponsor or advertiser is also a sponsor of the meeting.

### Advertising Boards

10. Advertising material may appear on boards outside or inside the competition arena, on notices or posters at the meeting or in programmes relating to the meeting, as provided in the Regulations.

11. All advertising boards must be solidly attached to supporting structures and, other than in exceptional circumstances, may not be moved from the time the competition starts to its finish. The advertising on such boards must remain the same throughout each day of the competition. It may, however, be changed after each day's competition.

### Technical Equipment

12. Technical equipment for use in competition may carry the manufacturer's name, label or trademark, or the name of the competition or competition venue, or the name or logo of the Member under whose jurisdiction the competition is organised. The number, size and combination of the markings allowed to be placed on each specific piece of equipment is to be found in the Regulations. However, other than as provided in the Regulations, no more than one brand name, label or trademark or other identification may appear on any one piece of equipment.

### Clothing

13. All clothing worn by competitors in the competition arena must conform to these Rules and any Regulations made hereunder. All Members must submit to the IAAF for central registration purposes

details of all sponsorship agreements entered into by the national team in consequence of which advertising will appear on national team competition clothing. Members should also keep a register of all approved club sponsor identifications, which must be made available to the IAAF. These details should include a photograph of the complete uniform including the marks of recognition of any sponsor.

14. In meetings held under IAAF Rule 12.1*(a)*, *(b)* and *(c)*, no sponsor identification, other than that of the manufacturer of the clothing, may appear on any clothing worn by an athlete. In competitions held under IAAF Rule 12.1*(d)* and *(e)* one mark of sponsor identification of the national team, as registered with the IAAF, may appear on any clothing worn by an athlete, provided that the Member hosting the event agrees. In meetings held under IAAF Rule 12.1*(f)*, *(g)* and *(h)* athletes may wear clothing displaying either national team or club identification, provided this has been registered in accordance with this Rule.

15. No competitor, official or any other person wearing any clothing in breach of these Rules or any Regulations made hereunder will be allowed into the competition arena. It is a condition of the grant of a permit by the IAAF that the Meeting Organiser ensures compliance with these Rule and any Regulations made hereunder.

### Other Equipment taken into the Competition Arena

16. Any other equipment taken into the competition arena (for example bags) shall also be subject to Regulations made under this Rule.

### Athletes' Number Cards

17. Athletes' number bibs must comply with the technical requirements laid down in the Regulations. These bibs must be worn as issued and may not be cut, folded or obscured in any way. In long distance events these bibs may be perforated to assist the circulation of air, but the perforation must not be made on any of the lettering or numerals which appear on them.

### Clubs Sponsored by Commercial Enterprises

18. If the Member for the territory in which a club is based agrees, a commercially sponsored club may be registered in the name of a sponsor. With the agreement of such Member, the name of not more than one sponsor may be added to, or incorporated in, the existing club name.

19. Each Member should submit, if requested, to the IAAF for central

registration, any sponsor identification which is to appear on commercially sponsored club vests, or other clothing as permitted by these Rules. This information should include a photograph of the club uniforms.

20. International Commercial Clubs, i.e. clubs consisting of athletes who are not normally resident in the territory of the Member under whose jurisdiction the club is organised, shall not be permitted.

### Enforcement and Sanctions

21. The IAAF Council may appoint one or more designated individuals to act as IAAF Advertising Commissioners. The powers and duties of such Commissioners are more clearly expressed in the Regulations made pursuant to this Rule. In the event of a conflict between the decision of the Advertising Commissioner and that of a competition official, the view of the Advertising Commissioner will prevail.

22. Where a breach of these Rules or any Regulations made hereunder have taken place, the designated IAAF Advertising Commissioner may impose sanctions which may include a period of ineligibility or a fine. Details of the sanctions which may be imposed, and of the relevant disciplinary procedures, are to be found in the Regulations made hereunder.

## RULE 19
## Athletes' Representatives

1. Members may allow athletes to use the services of an authorised Athletes' Representative to assist athletes, in cooperation with the Member, in the planning, arranging and negotiation of their athletic programme.

2. Members shall be responsible for the authorisation of Athletes' Representatives. Each Member shall have jurisdiction over Athletes' Representatives acting on behalf of their athletes and over Athletes' Representatives acting within their territory.

3. To assist Members in this task, the IAAF shall publish a Guidance Note for IAAF Members on the regulation of Federation/Athletes' Representatives. This Guidance Note shall contain a list of matters which should be included in each Member's system of regulation of Athletes' Representatives, the IAAF's suggestions of best practice in this area, as well as suggested forms of contract between the Athletes and their Representatives.

4. It is a condition of membership of the IAAF that each Member

includes in its constitution, provisions to ensure that no Athlete will be granted the Members' consent to use an Athletes' Representative, and no Athletes' Representative shall be authorised, unless a written contract exists between the athlete and his Representative which contains the minimum terms set out in the IAAF Regulations concerning Federation/Athletes' Representatives.

5. Any athlete who uses an unauthorised Representative may be subject to sanctions in accordance with IAAF Rules and Regulations thereunder.

## RULE 20
## Suspensions and Other Sanctions

1. The Council shall have the following powers:
   (a) to suspend a Member from membership until the next meeting of Congress or for any shorter period;
   (b) to suspend a Member from any one or more types of International meetings as defined in Rule 12.1 until the next meeting of Congress or for any shorter period; and
   (c) to caution or censure a Member;
   (d) to reinstate a Member who has been suspended by the Council in accordance with this Rule 20.

2. The Council may only exercise its suspensive powers under Rule 20.1 if:
   (a) a Member has failed to pay the appropriate subscription for the preceding year by 31st December of that year;
   (b) in the opinion of the Council, the Member has infringed any one or more of the Rules;
   (c) in the opinion of the Council, the Member has failed upon written notice to it, within one month to take such sanction against an individual athlete as the Council considers necessary. As the IAAF carries out doping control on behalf of its Members at International meetings, the Council may suspend a Member if the IAAF has carried out its investigations in accordance with Rules 55-61 and recommended doping procedures, and has informed that Member in writing of the results of those investigations, but the Member has, in the Council's opinion, not taken sufficient action against an individual athlete, for having committed a doping offence as defined in Rule 60.1;
   (d) in the opinion of the Council, the IAAF is better able to achieve

any of its objects by the suspension of a Member.

3.   Before the Council may exercise its suspensive powers under 20.1, the Member must have been sent notice in writing of the alleged infringement or failure under 20.2(b) or (c), at least one month before the next Council Meeting, at which the Member will be afforded a reasonable opportunity of being heard.

4.   The Congress shall have the following powers:

   *(a)* to suspend a Member from membership for a fixed period, or until a specified set of circumstances changes or ceases to exist;

   (b) to suspend a Member from any one or more types of International meetings as defined in Rule 12.1 for a fixed period or until a specified set of circumstances changes or ceases to exist;

   (c) to caution or censure a Member; and

   (d) to reinstate a Member who has been suspended under (a) or (b) above, before the end of the fixed period or before the set of circumstances specified has changed or ceased to exist.

5.   The Congress may only exercise its suspensive powers under Rule 20.4, and may only reinstate a Member under Rule 20.4*(d)* if:

   (a) a proposal for such suspension or reinstatement, as the case may be, has been received by the General Secretary at least six months before the relevant Congress meeting (unless the Member is already suspended by the Council, or is suspended by the Council during those six months); and

   (b) either:

      (i) the proposal has been sent by the General Secretary to Members at least four months before the said Congress; or

      (ii) the Members have been informed at least four months before the said Congress of a Member's suspension by Council and of a Council proposal that the Member be suspended by Congress; or

      (iii) the Members have been informed at least four months before the said Congress of a Council proposal that the Member should be reinstated; or

      (iv) the Members have been informed in writing, before the start of the Congress, that the Council has suspended a Member within the four months preceding the Congress and of a Council proposal that the Member should be suspended by Congress; and

   (c) the proposal receives two-thirds of the votes of those present and voting at the Congress, which two-thirds must also

represent at least one-half of the aggregate voting power of all Members of the IAAF (i.e. a special majority).

6. The Congress may only exercise its suspensive powers under 20.4 if:

   (a) a Member has failed to pay the subscription for the preceding year by 31st December of that year; or

   (b) in the opinion of the Congress, the Member has infringed any one or more of the Rules; or

   (c) in the opinion of the Congress, the Member has failed upon written notice to it, within one month to take such sanction against an individual athlete as the Congress considers necessary. As the IAAF carries out doping control on behalf of its Members at International meetings, the Congress may suspend a Member if the IAAF has carried out its investigations in accordance with Rules 55-61 and recommended doping procedures, and has informed that Member in writing of the results of those investigations, but the Member has, in the opinion of Congress, not taken sufficient action under the Member's own rules.

   *(d)* in the opinion of the Congress, the IAAF is better able to achieve any of its objects by the suspension of a Member.

7. Before the Congress may exercise its suspensive powers under Rule 20.4, the Member must have been sent notice in writing of the alleged infringement or failure under 20.6(b) or (c), at least one month before the Congress meeting, at which the Member will be afforded a reasonable opportunity of being heard.

8. A Member who has been suspended by the Congress under Rule 20.4 may request, provided that notice in writing is received by the General Secretary at least six months before the next ensuing Congress, that a proposal for that Member's re-instatement be considered at the next said Congress meeting.

9. A Member who has been suspended by the Congress under Rule 20.4(a) shall automatically cease to be suspended

   (a) at the end of the fixed period, or

   (b) once, in the opinion of Council, the set of circumstances specified has changed or ceases to exist.

# Disputes

## *General Disputes*

1. All disputes between Members, or between a Member and the Council or Congress, however arising, shall be submitted to the Arbitration Panel for determination within six months of the date upon which the disputed decision was made.

   Disputes referred after this point may be accepted by the Arbitrators where the Arbitrators consider it to be fair and reasonable so to do.

2. Each Member shall incorporate in its constitution provision that all disputes between that Member and an athlete, or between an athlete and the IAAF, shall be submitted to arbitration. In the case of a dispute between a Member and an athlete, this dispute should be submitted to an arbitration panel constituted by the Member. In the case of a dispute between an athlete and the IAAF, this dispute may, at the option of the Council, be submitted to the IAAF's Arbitration Panel.

3. The following further matters may be submitted to the Arbitration Panel:

## *Doping Related Disputes*

(i) Where testing has indicated the presence of a prohibited substance, or there is evidence of the use of a prohibited technique, and the athlete concerned considers that, despite the finding of the Member's disciplinary tribunal, doping control was carried out in material breach of Rules 55 to 61 and relevant procedural guidelines.

(ii) Where a Member has held a hearing under Rule 59, and the IAAF believes that in the conduct or conclusions of such hearing the Member has misdirected itself, or otherwise reached an erroneous conclusion.

(iii) Where testing has indicated the presence of a prohibited substance and, contrary to Rule 59.3, the Member refuses to allow the athlete a hearing.

(iv) Where testing by another sporting body has indicated the presence of a prohibited substance, and the athlete considers that the decision of the other sporting body is unsatisfactory and should not be relied upon.

(v) Where an athlete has been found by the IAAF or a Member to have committed a doping offence (other than those listed in Rule 60.1(i) and (ii)) and the athlete believes that the IAAF or

the Member concerned have misdirected themselves or otherwise reached an erroneous conclusion.

(vi) Where an athlete has been found by the IAAF to have admitted taking a prohibited substance, or using a prohibited technique, and the athlete denies having made any such admission.

### *Non-Doping Related Disputes*

(vii) Where an athlete has become ineligible under Rule 53, other than under Rule 53(v), and wishes to contest such findings of ineligibility.

4. The decision of the Arbitration Panel shall be final and binding on all parties, and on all Members of the IAAF, and no right of appeal will lie from the Arbitration Panel's decision.

Where the Council has recognised the decision of a Member in accordance with Rules 54 and 61, no reference shall be made to the Arbitration Panel under these Rules.

5. A reference shall not be accepted by the Arbitration Panel until:
   (i) all remedies have been exhausted under the Member's constitution, and
   (ii) the Council or, in an emergency, the President acting in consultation with the General Secretary, have certified that special circumstances exist in justifying an arbitration.

### RULE 22
### Constitution of Arbitration Panel

1. The Panel shall consist of nine persons.
   The members of the Panel shall be elected by Congress for a period of four years from the nominations approved by Council.

2. Area Group Associations shall nominate not more than two people, who normally reside in their Area, these nominations to be received at least three months before the Congress at which the elections are to be held. A curriculum vitae must accompany each nomination.

3. Persons must be nominated on the basis of their legal training and experience, their ability, their impartiality, and their knowledge and experience of amateur athletics and/or amateur sport in general.

4. A person may not be nominated if he:-
   (i) is a member of the IAAF Council or of an IAAF Committee or is a Member of the Council of an Area group Association, or
   (ii) sits as a delegate of his Member Federation at the Congress during the period of his election, or
   (iii) cannot speak English or French.

5. All nominations must be considered by the Council on the basis of the requirements detailed in paragraph 22.3, before the Congress at which the election is to be held.

   Once elected the nine Arbitrators shall nominate a Chairman for a period of 2 years from amongst their number.

6. If, while a person is a Member of the Panel, he should die or wishes to retire, the Council shall appoint a replacement until the next Congress meeting at which the elections are to be held.

7. When in session, the Panel shall consist of three persons ("the Arbitrators") one of whom may be the Chairman nominated in Rule 22.5, who shall sit on a rotational basis, except that a person shall not sit if he is a citizen of a country which is one of the parties to a dispute, or, where appropriate, comes from the country or territory in which the athlete's Member Federation is based.

## RULE 23
## Procedure and Powers of Arbitrators

1. Procedural Guidelines for the conduct of arbitrators and any subsequent amendments to them shall be determined by the IAAF Council and they shall come into force immediately after such approval. These Guidelines are intended to assist the smooth running of arbitrations, and they may only be departed from by the arbitrators, where, in their opinion, it is just and fair to do so.

2. A matter shall be referred to the Panel by a notice of referral to the General Secretary, in the form specified in the "Arbitration Guidelines" and in Schedule III to the "Procedural Guidelines for Doping Control". No referral can be accepted unless submitted on this form. Any Member, Athlete or Area Group Association failing or refusing to submit the appropriate form shall be deemed to have waived the right to a hearing before the Panel.

   The notice shall be accompanied by a non-refundable deposit of US$300, except where the matter is referred to the Panel by an athlete.

3. The notice of referral must be accompanied by a statement setting out in detail all of the facts and matters which the Area Group Association, Member or Athlete, or which the President (on behalf of the Council or Congress) wishes the Arbitrators to consider before making a decision.

4. The Arbitrators may reject a reference, if it appears to them to fall outside the scope of Rule 21 unless a matter has been referred to them by the Council.

5. The General Secretary must, within two weeks of receipt of the notice, inform all members of the Panel of the referral and will send to all members of the Panel copies of the statement and the names of the Arbitrators according to the rota. If one or more of the Arbitrators may not sit for the reasons set out in Rule 22.7, the Chairman shall nominate the next Arbitrator on the rota.

6. The Chairman shall by notice in writing within two weeks of receipt of the notice from the General Secretary:

   (i) inform the IAAF President and the relevant Member(s), and/or Area Group Association, and/or athlete, as appropriate, of the names of the Arbitrators.

   (ii) inform them of a time which shall be as soon as reasonably practicable, and of a place at which the Arbitrators will meet to discuss the matter referred, and to hear any arguments which the relevant parties may wish to put forward.

   (iii) send a copy of the Statement enclosed with the Notice of Referral to all of the other relevant parties, who shall submit to the Chairman (or to a Senior Arbitrator appointed by the Chairman) within four weeks, a detailed Statement of Response, setting out all the facts and matters which they in turn wish the Arbitrators to consider before they reach a decision. This Statement, or these Statements in Response, shall be sent by the Chairman or by the Senior Arbitrator to the other two Arbitrators, the party which, or who, referred the matter to the Panel and the other relevant parties, within two weeks after receipt.

7. Where a matter is referred by an athlete under Rule 21.3, the Arbitrators shall meet to discuss the matter referred in a place as convenient to the athlete as is, in their view, reasonable and practicable in all the circumstances.

8. Having considered the written Statement and the Statements in Response, and having heard the relevant parties and any other person called by the Arbitrators, the Arbitrators shall reach their decision. The Chairman or Senior Arbitrator shall then communicate it to all the relevant parties and to the President and the General Secretary within two weeks after the meeting.

   The Arbitrators shall not be obliged to give any reasons for their decisions.

   The decision shall have immediate effect and the fact of referral and the decision shall be set out in the next notice being sent by the General Secretary to all Members of the IAAF.

9. Where a matter has been referred to the Arbitrators under Rule 21.3 then, in place of an oral hearing, an athlete may request that the Arbitrators reach their decision solely on the basis of written submissions. Details of the applicable procedures are to be found in the "IAAF Arbitration Guidelines".

10. The Arbitrators shall have the power to decide all matters of fact and law, as well as the powers specified in the IAAF Arbitration Guidelines.

**RULE 23**

# ELIGIBILITY AND AMATEUR STATUS

## RULE 51
## Definition of Amateur

An amateur is one who abides by the eligibility rules of the IAAF.

## RULE 52
## Restriction of Competition to Amateurs

1.  Competition under IAAF Rules is restricted to athletes who are under the jurisdiction of a Member, and who are eligible to compete under IAAF Rules.
2.  In any competition under IAAF Rules, the eligibility of an athlete competing shall be guaranteed by the governing body of the country to which the athlete belongs.
3.  It is the duty of each athlete to communicate to his National Federation or the IAAF all matters relating to his eligibility or any circumstances under which he may have breached IAAF Rules concerning eligibility.

## RULE 53
## Ineligibility for International and Domestic Competitions

1.  The following persons are ineligible to take part in competitions, whether held under IAAF Rules or the domestic Rules of the Member.

    Any person:

    (i)   whose National Federation is currently suspended by the IAAF. This does not apply to the domestic competitions organised by the currently suspended national federation for the citizens of that country;

    (ii)  who has taken part in any athletic meeting or event in which any of the competitors were, to his knowledge, ineligible to compete under IAAF Rules, or which takes place in the territory of a suspended Member. This does not apply to any athletic meeting which is restricted to the Veteran age groups (40 years and over for men and 35 years and over for women);

    (iii) who takes part in any athletic meeting which is not sanctioned, recognised or certified by the Member in the country in which the event is held;

    (iv)  who is ineligible to compete in competitions under the jurisdiction of his National Federation, in so far as such

ineligibility is consistent with IAAF Rules;

(v) who contravenes Rules 55 to 61 ("Control of Drug Abuse");

(vi) who has competed, or is competing in any sport for pecuniary reward, other than as permitted by IAAF Rules or by special sanction of the Council;

*Note: No person shall be declared ineligible who prior to August 21st, 1991, has (i) competed for pecuniary reward in a sport other than athletics or (ii) entered into a contract or agreement to compete as a professional in a sport other than athletics. Any person who, prior to August 21st, 1991, has been declared ineligible by virtue of having (i) competed for pecuniary reward in a sport other than athletics or (ii) entered into a contract or agreement to compete as a professional in any sport other than athletics shall be deemed eligible after September 15th, 1991, without further action of the Council or the Athlete's Federation.*

(vii) accepts directly or indirectly any money or other consideration for expenses or loss of earnings, other than what is permitted under Rules 14, 15 and 16;

(viii) who has committed any act or made any statement either verbally or in writing, or has been responsible for any breaches of the Rules or other conduct which, in the opinion of the IAAF Council, is considered to be insulting or improper or likely to bring the sport into disrepute;

(ix) who contravenes Rule 18 (Advertising and Displays during Competition) or any Regulations made thereunder;

(x) who uses the services of an Athletes' Representative, other than one approved by the relevant Member under Rule 19;

(xi) who has been declared ineligible by virtue of a breach of any Regulations made under IAAF Rules.

2. Unless the period of such ineligibility is stated in the relevant IAAF Rule or Regulation, those ineligible under this Rule shall be ineligible for a period set down in guidelines produced by the Council. In the absence of such guidelines, the Council may decide upon the appropriate period of ineligibility.

3. If an athlete competes whilst suspended or ineligible, the period of this ineligibility shall be deemed to recommence from the time he last competed as though no part of a period of suspension or ineligibility had been served.

# RULE 54
## Disciplinary Procedures in Non-Doping Cases

1. Where it is alleged **in writing**, either to the IAAF Bureau or to a Member, that an athlete has rendered himself ineligible by virtue of a breach of Rule 53 (other than Rule 53(v)), an investigation shall be held by the athlete's National Federation. If the National Federation believes that there is evidence to support the allegation of ineligibility, a hearing shall be held before the relevant National Body. All relevant evidence shall be given to the party whose ineligibility is challenged, who shall have the opportunity to present his case to the relevant National Body before any decision on his eligibility is made.

2. Where the relevant National Body, after hearing the evidence, decides that an athlete has rendered himself ineligible, the athlete's National Federation shall take all the necessary suspensive action and it shall report this fact to the IAAF together with all documentary evidence submitted by both sides on the issue. If there are no special circumstances, the IAAF Council shall declare this decision to be final and binding upon all parties. All members shall take all necessary action to ensure that this decision is effective. If, in the opinion of the IAAF, a National Federation has failed properly to impose a suspension, the IAAF may itself impose that suspension.

3. Detailed procedural guidelines for the conduct of disciplinary proceedings are to be found in the "IAAF Arbitration Guidelines". It is recommended that Members should incorporate these, or similar disciplinary procedures, into their own rules.

4. If an athlete wishes to contest such a finding of ineligibility, he may apply to the Arbitration Panel under Rules 21 and 23.

*Note: See also Rule 59 "Disciplinary Procedures for Doping Offences".*

# DIVISION III

# CONTROL OF DRUG ABUSE

## RULE 55
### Doping

1. Doping is strictly forbidden and is an offence under IAAF Rules.
2. The offence of doping takes place when either:
   (i) a prohibited substance is found to be present within an athlete's body tissue or fluids; or
   (ii) an athlete uses or takes advantage of a prohibited technique; or
   (iii) an athlete admits having used or taken advantage of a prohibited substance or a prohibited technique. (See also Rule 56.)
3. Prohibited substances include those listed in Schedule 1 to the "Procedural Guidelines for Doping Control". This list shall be constantly reviewed by the Anti-doping Commission and may added to or amended by them. Such addition or amendment must be approved by the Council, and shall come into force three months from the date of such approval.
4. It is an athlete's duty to ensure that no substance enters his body tissues or fluids which is prohibited under these Rules. Athletes are warned that they are responsible for all or any substance detected in samples given by them.
5. An athlete may request the Anti-doping Commission to grant prior exemption allowing him to take a substance normally prohibited under IAAF Rules. Such an exemption will only be granted in cases of clear and compelling clinical need. Details of the procedure for such an application are to be found in the "Procedural Guidelines for Doping Control".
6. The expression "prohibited substance" shall include a metabolite of a prohibited substance.
7. The expression "prohibited technique" shall include:
   (a) blood doping;
   (b) use of substances and methods which alter the integrity and validity of urine samples used in doping control.
   However, a fuller, non exhaustive, list of such techniques is to be found in Schedule 2 of the "Procedural Guidelines for Doping Control". (See also Rule 60.2 "Sanctions".)

8.  An admission may be made either orally in a verifiable manner or in writing. For the purpose of these Rules, a statement is not to be regarded as an admission where it was made more than six years after the facts to which it relates.

9.  An Anti-doping Commission shall be appointed by the Council on the recommendation of the Medical Committee. It shall report to the Council and Medical Committee with whom it shall consult when necessary. Its function shall be to advise the IAAF on all matters relating to doping generally, as well as specific matters outlined in these Rules. It shall consist of up to 5 members who shall meet or consult regularly on an informal basis.

10. Procedural and administrative guidelines for the conduct of doping control shall be determined by the Anti-doping Commission. These guidelines shall be known as the "Procedural Guidelines for Doping Control". These guidelines or any proposed amendment to them must be approved by the Council and shall come into force three months from the date of such approval.

11. A departure or departures from the procedures set out in the "Procedural Guidelines for Doping Control" shall not invalidate the finding that a prohibited substance was present in a sample or that a prohibited technique had been used, unless this departure, was such as to cast real doubt on the reliability of such a finding.

12. The IAAF or its Members may delegate the collection of samples to any Member, governmental agency or any other third party that they deem suitable.

## RULE 56
## Ancillary Offences

1.  An athlete who fails or refuses to submit to doping control after having been requested to do so by the responsible official will have committed a doping offence and will be subject to sanctions in accordance with Rule 60. This fact shall be reported to the IAAF and his national governing body.

2.  An athlete shall only be entitled to refuse to provide a blood sample in circumstances where the mandatory procedures and safeguards set out in the Procedural Guidelines for Doping Control are not observed.

3.  Any person assisting or inciting others, or admitting having incited or assisted others, to use a prohibited substance, or prohibited techniques, shall have committed a doping offence and shall be subject to sanctions in accordance with Rule 60. If that person is

not an athlete, then the Council may, at its discretion, impose an appropriate sanction.

4. Any person trading, trafficking, distributing or selling any prohibited substance otherwise than in the normal course of a recognised profession or trade shall also have committed a doping offence under these Rules and shall be subject to sanctions in accordance with Rule 60.

## RULE 57
### Out-of-Competition Testing

1. It is a condition of membership of the IAAF that a Member includes within its constitution:-
   (i) a provision obliging that Member to conduct out-of-competition doping control, a report of which must be submitted to the IAAF annually; and
   (ii) a provision allowing the IAAF to conduct doping control at that Member's National Championships or any similar meeting; and
   (iii) a provision allowing the IAAF to conduct out-of-competition testing on that Member's athletes.

2. Procedural guidelines for the conduct of out-of-competition testing are to be found in the "Procedural Guidelines for Doping Control".

3. No athlete shall be allowed to compete in his National Championships, nor shall a Member grant a permit under Rule 12.4, unless and until such athlete agrees to subject himself to out-of-competition testing by both the Member and the IAAF.

4. Where an athlete declines to provide a sample, or, otherwise indicates his unwillingness to submit to doping control, on the basis that he has retired, such athlete will not be eligible to resume competition until such time as he has complied with the terms of IAAF Rule 57.5 below.

5. Where an athlete has been declared ineligible for a period, other than life, and wishes to resume competing after his period of ineligibility has expired, he must make himself available for out-of-competition testing at any time during his period of ineligibility. Where an athlete has been rendered ineligible for two years or more, a minimum of three tests must be conducted by the Member with at least four months between each test. The results of the tests must be reported to the IAAF. In addition, immediately prior to the end of the suspension period, an athlete must undergo testing for the full range of prohibited substances. (See also Rule 60.5.)

6.  Out-of-Competition testing shall be conducted only in respect of the substances listed in Schedule 1, Part III of the "Procedural Guidelines for Doping Control".

7.  It is the duty of any Member or officer of a Member to assist the IAAF and, if appropriate, other Members in the carrying out of such testing, and any Member or officer of a Member preventing, hindering or otherwise obstructing the carrying out of such testing shall be liable to sanctions under the Rules of the IAAF.

## RULE 58
## Responsibility for Doping Control

1.  The IAAF will be responsible for doping control at:-
    (i)   World Championships;
    (ii)  World Cups;
    (iii) Golden League, Grand Prix, Grand Prix II Meetings;
    (iv)  IAAF Permit Meetings;
    (v)   On other occasions where random and/or designated testing is carried out by the IAAF, for example Area Group Championships or meetings.
    At these meetings an IAAF or Area representative shall be present.

2.  In all other cases (except where doping control is carried out under the rules of another sporting body), the Member conducting the controls or in whose territory a meeting is held will be responsible for doping control.

3.  Where testing is the responsibility of, or is carried out by, a Member, that Member should adhere, as far as is possible under the circumstances, to the recommended procedures contained in the "Procedural Guidelines for Doping Control".

## RULE 59
## Disciplinary Procedures for Doping Offences

1.  Where a doping offence has taken place, disciplinary proceedings will take place in three stages:
    (i)   suspension;
    (ii)  hearing;
    (iii) ineligibility.

2.  The athlete shall be suspended from the time the IAAF, or, as appropriate, an Area or a Member, reports that there is evidence that a doping offence has taken place. Where doping control is the responsibility of the IAAF under IAAF Rule 58.1, the relevant

suspension shall be imposed by the IAAF. Where doping control is the responsibility of an Area or a Member, the National Federation of the athlete shall impose the relevant suspension. If, in the opinion of the IAAF, a National Federation has failed properly to impose a suspension, the IAAF may itself impose that suspension.

3. Every athlete shall have the right to request a hearing before the relevant tribunal of his National Federation, before any decision on eligibility is reached. When the athlete is notified that it is believed that a doping offence has taken place, he shall also be told of his right to a hearing. If an athlete does not return the notice within 28 days of receipt of notification, he will be deemed to have waived his right to a hearing.

4. If an athlete is found to have committed a doping offence, and this is confirmed after a hearing, or the athlete waives his right to a hearing, he shall be declared ineligible. In addition, where testing was conducted in a competition, the athlete shall be disqualified from that competition and the result amended accordingly. His ineligibility shall begin from the date of suspension. Performances achieved from the date on which the sample was provided shall be annulled.

5. Where a hearing takes place, the IAAF or the member (as the case may be) shall have the burden of proving, beyond reasonable doubt, that a doping offence has been committed.

6. More detailed guidelines for the conduct of disciplinary procedures are to be found in the "Procedural Guidelines for Doping Control". See also Rules 21-23 and the IAAF "Guidelines for the Conduct of Arbitrations", for procedures to be followed when conducting hearings.

## RULE 60
### Sanctions

1. For the purpose of these Rules, the following shall be regarded as "doping offences" (see also Rule 55.2):-

    (i) the finding in an athlete's body tissues or fluids of a prohibited substance;

    (ii) the use or taking advantage of forbidden techniques;

    (iii) admitting having taken advantage of, or having used, a prohibited substance or a prohibited technique;

    (iv) the failure or refusal of an athlete to submit to doping control (Rule 56.1);

    (v) the failure or refusal of an athlete to provide a blood sample;

(vi) assisting or inciting others to use a prohibited substance or prohibited technique, or admitting having assisted or incited others (Rule 56.3).

(vii) trading, trafficking, distributing or selling any prohibited substance.

2. If an athlete commits a doping offence, he will be ineligible for the following periods:

(a) for an offence under Rule 60.1(i) or 60.1(iii) above involving the substances listed in Part I of Schedule 1 of the "Procedural Guidelines for Doping Control" or, for any of the other offences listed in Rule 60.1:-

(i) first offence - for a minimum of two years from the date of the hearing at which it is decided that a Doping Offence has been committed. When an athlete has served a period of suspension prior to a declaration of ineligibility, such a period of suspension shall be deducted from the period of ineligibility imposed by the relevant Tribunal.;

(ii) second offence - for life

(b) for an offence under Rule 60.1(i) or 60.1(iii) above, involving the substances in Part II of Schedule 1 of the "Procedural Guidelines for Doping Control":-

(i) first offence — shall be given a public warning and be disqualified from the competition at which the sample was collected;

(ii) second offence - for a minimum of two years from the date of the hearing at which it was decided that a Doping Offence has been committed. When an athlete has served a period of suspension prior to a declaration of ineligibility, such a period of suspension shall be deducted from the period of ineligibility imposed by the relevant Tribunal.;

(iii) third offence — for life.

*Note: An offence under Rule 60.2 (a) is also deemed as first offence.*

(c) for an offence under Rule 60.1 (vii) involving any of the substances listed in Schedule 1 of the "Procedural Guidelines for Doping Control" - for life.

3. Where a substance is detected in an athlete's body tissues or fluids which falls within Part I and II of Schedule I of the "Procedural Guidelines for Doping Control", it shall be regarded as falling primarily within Part I of Schedule I for the purpose of determining the appropriate period of eligibility.

4. Where an athlete has been declared ineligible, he shall not be

entitled to any award or addition to his trust fund to which he would have been entitled by virtue of his appearance and/or performance at the athletics meeting at which the doping offence took place, or at any subsequent meetings. The IAAF or any Member organising a meeting shall ensure that a clause to this effect is contained in any contract with meeting organisers.

5. Where an athlete has committed a doping offence under Rule 60.1(iii), then any result obtained or title gained subsequent to the admitted offence shall cease to be recognised by the IAAF and by the athlete's Member Federation, and this from the date the athlete admitted the doping offence.

6. Once the period of an athlete's ineligibility has expired, provided;
   (i)   he has complied with Rule 57.5; and
   (ii)  the athlete has made a satisfactory report on the circumstances surrounding the doping offence to his National Federation; and
   (iii) his National Federation has submitted its report on the case to the IAAF; he will then become automatically re-eligible. No application by an athlete or by his National Federation will then be necessary.

7. If the results of any testing carried out on an ineligible athlete (see Rule 57.5) prove positive, this will constitute a separate doping offence, and the athlete will be subject to a further sanction as appropriate.

8. In exceptional circumstances, an athlete may apply to the Council for re-instatement before the IAAF's period of ineligibility has expired.

   Where an athlete has provided substantial assistance to a Member in the course of an enquiry into doping carried out by that Member, this will normally be regarded by the Council as constituting exceptional circumstances.

   However, it is emphasised that only truly exceptional circumstances will justify any reduction. Details of the procedure and the criteria for application are to be found in the "Procedural Guidelines for Doping Control".

## RULE 61
### Recognition

1. Every Member shall inform the IAAF General Secretary of any positive result(s) obtained in the course of doping controls carried out by that Member. These findings shall be considered at the next meeting of the IAAF Council which shall, on behalf of all Members

of the IAAF, recognise any positive result(s) obtained. These positive results of doping control carried out by that Member will then be final and binding upon all Members, who shall take the necessary action to render such decision effective.

2. Where doping control has been carried out by the IAAF, every Member shall recognise the results of such doping control and shall take all necessary action to render such decision effective.

3. The Council may, on behalf of all Members of the IAAF, recognise the results of doping control carried out by a sporting body other that the IAAF, or by a Member of that sporting body under Rules and Procedures different from those of the IAAF, if it is satisfied the testing was properly carried out and the rules of the body conducting these tests afford sufficient protection to athletes.

4. Where it is proposed to recognise, at a meeting of the Council, the results of doping control carried out by a sporting body other than the IAAF, or by a Member of that sporting body under Rules and Procedures different from those of the IAAF, an athlete likely to be affected shall be given notice in writing one month before the relevant Council meeting. Should he wish to make representations in writing to the Council, these should be delivered to the General Secretary at least seven days before the date of the meeting.

5. An athlete shall have the right to attend the relevant Council meeting and to make such representations as he feels necessary.

6. If the Council decide that the result of doping control carried out by a sporting body other than the IAAF is to be recognised, then the athlete shall be deemed to have breached the relevant IAAF Rule and will be subject to the same sanctions as an athlete who has done so. All Members shall take all necessary action to ensure that this decision is effective.