# Handbook

## 2000 - 2001

**I**NTERNATIONAL
**A**MATEUR
**A**THLETIC
**F**EDERATION

GATLIN v. UNITED STATES ANTI-DOPING AGENCY INC

# HANDBOOK
## 2000 -2001

# INTERNATIONAL AMATEUR ATHLETIC FEDERATION
*FOUNDED IN 1912*

## OFFICIAL HANDBOOK 2000-2001

| | |
|---|---|
| *Acting President:* | LAMINE DIACK |
| *Senior Vice President* | ARNE LJUNGQVIST |
| *Vice Presidents:* | AMADEO FRANCIS |
| | DAPENG LOU |
| | |
| *General Secretary /Council Member:* | ISTVAN GYULAI |
| *Honorary Treasurer:* | ROBERT STINSON |
| | |
| *Honorary Life Vice Presidents:* | HANJI AOKI |
| | OLLAN CASSELL |
| | MAX DANZ |
| | FREDERICK HOLDER |
| *Honorary Life Personal Members:* | HASSAN AGABANI |
| | EISA AL DASHTI |
| | HELIO BABO |
| | JUAN MANUEL DE HOZ |
| | ARTHUR EUSTACE |
| | PEDRO GALVEZ VELARDE |
| | MOHAMAD HASAN |
| | CARL-OLAF HOMEN |
| | CHARLES MUKORA |
| | MAURICE NICHOLAS |
| | ARTUR TAKAC |
| | GEORG WIECZISK |

International Amateur Athletic Federation
17 rue Princesse Florestine
BP 359 - MC 98007
Monaco Cedex

*Telephone:* (377) 93 10 88 88
*Facsimile:* (377) 93 15 95 15
*Internet:* http://www.iaaf.org

|  | Rules | Page |
|---|---|---|
| **DIVISION I** | | |
| Foreword | | 3 |
| The Federation | | |
| - Council | | 6-7 |
| - History | | 8-16 |
| - Committees | | 20-21 |
| - Arbitration Panel | | 21 |
| - Veterans of the IAAF | | 22-28 |
| - IAAF Plaque of Merit | | 28-29 |
| - Areas and List of Member Federations | | 30-41 |
| | | |
| **DIVISION II** *(IAAF Constitution)* | | |
| Constitution of the IAAF | 1-23 | 42-77 |
| Eligibility and Amateur Status | 51-54 | 78-80 |
| | | |
| **DIVISION III** *(Control of Drug Abuse)* | | |
| Doping | 55 | 81 |
| Ancillary Offences | 56 | 82 |
| Out-of-Competition Testing | 57 | 83 |
| Responsibility for Doping Control | 58 | 84 |
| Disciplinary Procedures | 59 | 84 |
| Sanctions | 60 | 85 |
| Recognition | 61 | 87 |
| | | |
| **DIVISION IV** *(Technical Rules)* | | |
| General | 101 | 90 |
| Officials | 110-138 | 90-102 |
| General Competition Rules | 140-151 | 103-109 |
| Track Events | 160-170 | 110-132 |
| Field Events | 180 | 133-136 |
| - Vertical Jumps | 181-183 | 137-145 |
| - Horizontal Jumps | 184-186 | 146-149 |
| - Throwing Events | 187-193 | 150-169 |
| Combined Events Competitions | 200 | 170-171 |
| Indoor Competitions | 210-222 | 172-181 |
| | | |
| Race Walking Events | 230 | 182-184 |
| Road Races | 240 | 185-188 |
| Cross-Country | 250 | 189-191 |
| World Records | 260-264 | 192-198 |
| | | |
| INDEX | | 199-209 |
| LIST OF IAAF RULES | | 210-212 |



It gives me great pleasure to welcome this new edition of the IAAF Handbook. As we stand on the threshold of a 21st century in which, I believe, our sport will continue to thrive, we should ponder on our humble beginnings as well as our future possibilities.

In the past century, from a tentative start, athletics has truly earned its position as one of the most vibrant sports in the world, important not just for what it brings to participants in terms of life lessons - and at the very top level - the possibility of a professional career. Just looking back to 1999, the IAAF can be proud of a carefully crafted competition series which keeps our profile high. As well as the two successful IAAF World Championships in Maebashi and Seville, there were world records on the Grand Prix circuit, enhanced by the IAAF Golden League with its $1 million Jackpot, and an innovation I am particularly proud of - the 1st IAAF World Youth Championships. This event, held in Bydgoszcz, Poland, proved, beyond mere words, that our sport is still capable of attracting the under 18 age group despite the fierce competition from other sports and pastimes. The sheer enthusiasm and joy of these young athletes was wonderful to behold.

But if all the world records and gold medal performances are the icing on the cake, this handbook is really about the nuts and bolts of our federation's work. Without professional and rigorous attention to the rules, athletics has no meaning. For this reason, I hope you will all appreciate a major change to the layout of this Handbook - designed to make access and comprehension of the rules easier. In brief, our aim was to make the Handbook more "user friendly" to all the members of our athletics family. In many ways, this ethos could apply to our federation as a whole. At the IAAF Congress in Seville, during the election of the various IAAF officials, I was proud to have been given a new mandate as President to continue modernising the sport and its organisational structures. This I will do with all my energy.

It remains for me to thank all those who have contributed to the production of this Handbook and urge all of you to continue your valued efforts to make our sport greater still.

Dr Primo Nebiolo †
IAAF President

*(President Nebiolo passed away on 7 November 1999, a few days after he had written this introduction to the newly formatted Handbook. Painfully, this has become the last message of a great President of the Athletics Family.)*

1. Where it is alleged in writing, either to the IAAF Bureau or to a Member, that an athlete has rendered himself ineligible by virtue of a breach of Rule 53 (other than Rule 53(v)), an investigation shall be held by the athlete's National Federation. If the National Federation believes that there is evidence to support the allegation of ineligibility, a hearing shall be held before the relevant National Body. All relevant evidence shall be given to the party whose ineligibility is challenged, who shall have the opportunity to present his case to the relevant National Body before any decision on his eligibility is made.

2. Where the relevant National Body, after hearing the evidence, decides that an athlete has rendered himself ineligible, the athlete's National Federation shall take all the necessary suspensive action and it shall report this fact to the IAAF together with all documentary evidence submitted by both sides on the issue. If there are no special circumstances, the IAAF Council shall declare this decision to be final and binding upon all parties. All members shall take all necessary action to ensure that this decision is effective. If, in the opinion of the IAAF, a National Federation has failed properly to impose a suspension, the IAAF may itself impose that suspension.

3. Detailed procedural guidelines for the conduct of disciplinary proceedings are to be found in the "IAAF Arbitration Guidelines". It is recommended that Members should incorporate these, or similar disciplinary procedures, into their own rules.

4. If an athlete wishes to contest such a finding of ineligibility, he may apply to the Arbitration Panel under Rules 21 and 23.

*Note: See also Rule 59 "Disciplinary Procedures for Doping Offences".*

# CONTROL OF DRUG ABUSE

### RULE 55
### Doping

1. Doping is strictly forbidden and is an offence under IAAF Rules.
2. The offence of doping takes place when either:
   (i) a prohibited substance is found to be present within an athlete's body tissue or fluids; or
   (ii) an athlete uses or takes advantage of a prohibited technique; or
   (iii) an athlete admits having used or taken advantage of a prohibited substance or a prohibited technique. (See also Rule 56.)
3. Prohibited substances include those listed in Schedule 1 to the "Procedural Guidelines for Doping Control". This list shall be constantly reviewed by the Anti-doping Commission and may added to or amended by them. Such addition or amendment must be approved by the Council, and shall come into force three months from the date of such approval.
4. It is an athlete's duty to ensure that no substance enters his body tissues or fluids which is prohibited under these Rules. Athletes are warned that they are responsible for all or any substance detected in samples given by them.
5. An athlete may request the Anti-doping Commission to grant prior exemption allowing him to take a substance normally prohibited under IAAF Rules. Such an exemption will only be granted in cases of clear and compelling clinical need. Details of the procedure for such an application are to be found in the "Procedural Guidelines for Doping Control".
6. The expression "prohibited substance" shall include a metabolite of a prohibited substance.
7. The expression "prohibited technique" shall include:
   (a) blood doping;
   (b) use of substances and methods which alter the integrity and validity of urine samples used in doping control.
   However, a fuller, non exhaustive, list of such techniques is to be found in Schedule 2 of the "Procedural Guidelines for Doping Control". (See also Rule 60.2 "Sanctions".)

writing. For the purpose of these Rules, a statement is not to be regarded as an admission where it was made more than six years after the facts to which it relates.

9. An Anti-doping Commission shall be appointed by the Council on the recommendation of the Medical Committee. It shall report to the Council and Medical Committee with whom it shall consult when necessary. Its function shall be to advise the IAAF on all matters relating to doping generally, as well as specific matters outlined in these Rules. It shall consist of up to 5 members who shall meet or consult regularly on an informal basis.

10. Procedural and administrative guidelines for the conduct of doping control shall be determined by the Anti-doping Commission. These guidelines shall be known as the "Procedural Guidelines for Doping Control". These guidelines or any proposed amendment to them must be approved by the Council and shall come into force three months from the date of such approval.

11. A departure or departures from the procedures set out in the "Procedural Guidelines for Doping Control" shall not invalidate the finding that a prohibited substance was present in a sample or that a prohibited technique had been used, unless this departure, was such as to cast real doubt on the reliability of such a finding.

12. The IAAF or its Members may delegate the collection of samples to any Member, governmental agency or any other third party that they deem suitable.

## RULE 56
## Ancillary Offences

1. An athlete who fails or refuses to submit to doping control after having been requested to do so by the responsible official will have committed a doping offence and will be subject to sanctions in accordance with Rule 60. This fact shall be reported to the IAAF and his national governing body.

2. An athlete shall only be entitled to refuse to provide a blood sample in circumstances where the mandatory procedures and safeguards set out in the Procedural Guidelines for Doping Control are not observed.

3. Any person assisting or inciting others, or admitting having incited or assisted others, to use a prohibited substance, or prohibited techniques, shall have committed a doping offence and shall be subject to sanctions in accordance with Rule 60. If that person is

appropriate sanction.

4. Any person trading, trafficking, distributing or selling any prohibited substance otherwise than in the normal course of a recognised profession or trade shall also have committed a doping offence under these Rules and shall be subject to sanctions in accordance with Rule 60.

## RULE 57
## Out-of-Competition Testing

1. It is a condition of membership of the IAAF that a Member includes within its constitution:-
   (i) a provision obliging that Member to conduct out-of-competition doping control, a report of which must be submitted to the IAAF annually; and
   (ii) a provision allowing the IAAF to conduct doping control at that Member's National Championships or any similar meeting; and
   (iii) a provision allowing the IAAF to conduct out-of-competition testing on that Member's athletes.

2. Procedural guidelines for the conduct of out-of-competition testing are to be found in the "Procedural Guidelines for Doping Control".

3. No athlete shall be allowed to compete in his National Championships, nor shall a Member grant a permit under Rule 12.4, unless and until such athlete agrees to subject himself to out-of-competition testing by both the Member and the IAAF.

4. Where an athlete declines to provide a sample, or, otherwise indicates his unwillingness to submit to doping control, on the basis that he has retired, such athlete will not be eligible to resume competition until such time as he has complied with the terms of IAAF Rule 57.5 below.

5. Where an athlete has been declared ineligible for a period, other than life, and wishes to resume competing after his period of ineligibility has expired, he must make himself available for out-of-competition testing at any time during his period of ineligibility. Where an athlete has been rendered ineligible for two years or more, a minimum of three tests must be conducted by the Member with at least four months between each test. The results of the tests must be reported to the IAAF. In addition, immediately prior to the end of the suspension period, an athlete must undergo testing for the full range of prohibited substances. (See also Rule 60.5.)

6. Out-of-Competition testing shall be conducted only in respect of the substances listed in Schedule I, Part III of the "Procedural Guidelines for Doping Control".

7. It is the duty of any Member or officer of a Member to assist the IAAF and, if appropriate, other Members in the carrying out of such testing, and any Member or officer of a Member preventing, hindering or otherwise obstructing the carrying out of such testing shall be liable to sanctions under the Rules of the IAAF.

## RULE 58
### Responsibility for Doping Control

1. The IAAF will be responsible for doping control at:-
   (i) World Championships;
   (ii) World Cups;
   (iii) Golden League, Grand Prix, Grand Prix II Meetings;
   (iv) IAAF Permit Meetings;
   (v) On other occasions where random and/or designated testing is carried out by the IAAF, for example Area Group Championships or meetings.
   At these meetings an IAAF or Area representative shall be present.

2. In all other cases (except where doping control is carried out under the rules of another sporting body), the Member conducting the controls or in whose territory a meeting is held will be responsible for doping control.

3. Where testing is the responsibility of, or is carried out by, a Member, that Member should adhere, as far as is possible under the circumstances, to the recommended procedures contained in the "Procedural Guidelines for Doping Control".

## RULE 59
### Disciplinary Procedures for Doping Offences

1. Where a doping offence has taken place, disciplinary proceedings will take place in three stages:
   (i) suspension;
   (ii) hearing;
   (iii) ineligibility.

2. The athlete shall be suspended from the time the IAAF, or, as appropriate, an Area or a Member, reports that there is evidence that a doping offence has taken place. Where doping control is the responsibility of the IAAF under IAAF Rule 58.1, the relevant

the responsibility of an Area or a Member, the National Federation of the athlete shall impose the relevant suspension. If, in the opinion of the IAAF, a National Federation has failed properly to impose a suspension, the IAAF may itself impose that suspension.

3. Every athlete shall have the right to request a hearing before the relevant tribunal of his National Federation, before any decision on eligibility is reached. When the athlete is notified that it is believed that a doping offence has taken place, he shall also be told of his right to a hearing. If an athlete does not return the notice within 28 days of receipt of notification, he will be deemed to have waived his right to a hearing.

4. If an athlete is found to have committed a doping offence, and this is confirmed after a hearing, or the athlete waives his right to a hearing, he shall be declared ineligible. In addition, where testing was conducted in a competition, the athlete shall be disqualified from that competition and the result amended accordingly. His ineligibility shall begin from the date of suspension. Performances achieved from the date on which the sample was provided shall be annulled.

5. Where a hearing takes place, the IAAF or the member (as the case may be) shall have the burden of proving, beyond reasonable doubt, that a doping offence has been committed.

6. More detailed guidelines for the conduct of disciplinary procedures are to be found in the "Procedural Guidelines for Doping Control". See also Rules 21-23 and the IAAF "Guidelines for the Conduct of Arbitrations", for procedures to be followed when conducting hearings.

## RULE 60
### Sanctions

1. For the purpose of these Rules, the following shall be regarded as "doping offences" (see also Rule 55.2):-
   (i) the finding in an athlete's body tissues or fluids of a prohibited substance;
   (ii) the use or taking advantage of forbidden techniques;
   (iii) admitting having taken advantage of, or having used, a prohibited substance or a prohibited technique;
   (iv) the failure or refusal of an athlete to submit to doping control (Rule 56.1);
   (v) the failure or refusal of an athlete to provide a blood sample;

prohibited technique, or admitting having assisted or incited others (Rule 56.3).

(vii) trading, trafficking, distributing or selling any prohibited substance.

2. If an athlete commits a doping offence, he will be ineligible for the following periods:

(a) for an offence under Rule 60.1(i) or 60.1(iii) above involving the substances listed in Part I of Schedule 1 of the "Procedural Guidelines for Doping Control" or, for any of the other offences listed in Rule 60.1:-

(i) first offence - for a minimum of two years from the date of the hearing at which it is decided that a Doping Offence has been committed. When an athlete has served a period of suspension prior to a declaration of ineligibility, such a period of suspension shall be deducted from the period of ineligibility imposed by the relevant Tribunal.;

(ii) second offence - for life

(b) for an offence under Rule 60.1(i) or 60.1(iii) above, involving the substances in Part II of Schedule 1 of the "Procedural Guidelines for Doping Control":-

(i) first offence — shall be given a public warning and be disqualified from the competition at which the sample was collected;

(ii) second offence - for a minimum of two years from the date of the hearing at which it was decided that a Doping Offence has been committed. When an athlete has served a period of suspension prior to a declaration of ineligibility, such a period of suspension shall be deducted from the period of ineligibility imposed by the relevant Tribunal.;

(iii) third offence — for life.

*Note: An offence under Rule 60.2 (a) is also deemed as first offence.*

(c) for an offence under Rule 60.1 (vii) involving any of the substances listed in Schedule 1 of the "Procedural Guidelines for Doping Control" - for life.

3. Where a substance is detected in an athlete's body tissues or fluids which falls within Part I and II of Schedule I of the "Procedural Guidelines for Doping Control", it shall be regarded as falling primarily within Part I of Schedule I for the purpose of determining the appropriate period of eligibility.

4. Where an athlete has been declared ineligible, he shall not be have been entitled by virtue of his appearance and/or performance at the athletics meeting at which the doping offence took place, or at any subsequent meetings. The IAAF or any Member organising a meeting shall ensure that a clause to this effect is contained in any contract with meeting organisers.

5. Where an athlete has committed a doping offence under Rule 60.1(iii), then any result obtained or title gained subsequent to the admitted offence shall cease to be recognised by the IAAF and by the athlete's Member Federation, and this from the date the athlete admitted the doping offence.

6. Once the period of an athlete's ineligibility has expired, provided;

(i) he has complied with Rule 57.5; and

(ii) the athlete has made a satisfactory report on the circumstances surrounding the doping offence to his National Federation; and

(iii) his National Federation has submitted its report on the case to the IAAF; he will then become automatically re-eligible. No application by an athlete or by his National Federation will then be necessary.

7. If the results of any testing carried out on an ineligible athlete (see Rule 57.5) prove positive, this will constitute a separate doping offence, and the athlete will be subject to a further sanction as appropriate.

8. In exceptional circumstances, an athlete may apply to the Council for re-instatement before the IAAF's period of ineligibility has expired.

Where an athlete has provided substantial assistance to a Member in the course of an enquiry into doping carried out by that Member, this will normally be regarded by the Council as constituting exceptional circumstances.

However, it is emphasised that only truly exceptional circumstances will justify any reduction. Details of the procedure and the criteria for application are to be found in the "Procedural Guidelines for Doping Control".

## RULE 61
### Recognition

1. Every Member shall inform the IAAF General Secretary of any positive result(s) obtained in the course of doping controls carried out by that Member. These findings shall be considered at the next meeting of the IAAF Council which shall, on behalf of all Members

of the IAAF, recognise any positive result(s) obtained. Those positive results of doping control carried out by that Member will then be final and binding upon all Members, who shall take the necessary action to render such decision effective.

2. Where doping control has been carried out by the IAAF, every Member shall recognise the results of such doping control and shall take all necessary action to render such decision effective.

3. The Council may, on behalf of all Members of the IAAF, recognise the results of doping control carried out by a sporting body other that the IAAF, or by a Member of that sporting body under Rules and Procedures different from those of the IAAF, if it is satisfied the testing was properly carried out and the rules of the body conducting these tests afford sufficient protection to athletes.

4. Where it is proposed to recognise, at a meeting of the Council, the results of doping control carried out by a sporting body other than the IAAF, or by a Member of that sporting body under Rules and Procedures different from those of the IAAF, an athlete likely to be affected shall be given notice in writing one month before the relevant Council meeting. Should he wish to make representations in writing to the Council, these should be delivered to the General Secretary at least seven days before the date of the meeting.

5. An athlete shall have the right to attend the relevant Council meeting and to make such representations as he feels necessary.

6. If the Council decide that the result of doping control carried out by a sporting body other than the IAAF is to be recognised, then the athlete shall be deemed to have breached the relevant IAAF Rule and will be subject to the same sanctions as an athlete who has done so. All Members shall take all necessary action to ensure that this decision is effective.

# NEW LAYOUT FOR DIVISION IV

## Re-organisation and grouping of rules

The IAAF is most grateful to the Working Group consisting of Messrs. Gabriel Abad, David Littlewood and Jorge Salcedo for their invaluable contribution to the new compilation of the Division IV.

The Technical Committee and the Working Group reviewed the old layout of the Handbook in order to make it more attractive, easy to consult and understandable also for the wider public.