# IAAF
# PROCEDURAL GUIDELINES
# FOR
# DOPING CONTROL

## 2000 EDITION

GATLIN v. UNITED STATES ANTI-DOPING AGENCY INC       Doc. 22 Att. 5

Dockets.Justia.com

# INTERNATIONAL AMATEUR ATHLETIC FEDERATION



## IAAF COUNCIL

<u>Acting President</u>
Lamine Diack (SEN)

<u>Vice-Presidents</u>
Arne Ljungqvist (SWE)
Amadeo Francis (PUR)
Dapeng Lou (CHN)

<u>Honorary Treasurer</u>
Robert Stinson (GBR)

<u>General Secretary</u>
Istvan Gyulai (HUN)

<u>Members</u>
Khalid bin Thani Al Thani (QAT)*
William Bailey (AUS)*
Leonard Chuene (RSA)*
Helmut Digel (GER)
Nawal El Moutawakel (MAR)
Alpheus Finlayson (BAH)
Roberto Gesta De Melo (BRA)*
Robert Hersh (USA)
Abby Hoffman (CAN)
Alberto Juantorena Danger (CUB)
Isaiah Kiplagat (KEN)
Neville McCook (JAM)*
César Moreno Bravo (MEX)
José Maria Odriozola (ESP)
Jung-Ki Park (KOR)
Jean Poczobut (FRA)
Jamel Simohamed (ALG)
Igor Ter-Ovanesian (URS)
Taizo Watanabe (JPN)
Hansjörg Wirz (SUI)*

*Area Representatives/Représentants continentaux

17, Rue Princesse Florestine
BP 359, MC-98007 Monaco
Tel (377) 93 10 88 88  Fax (377) 93 15 95 15

## IAAF ANTI-DOPING COMMISSION

### Chairman

Prof. Arne Ljungqvist (SWE)

### Members

Dr. Juan Manuel Alonso (ESP)
Prof. Antonio Dal Monte (ITA)
Mr. William Hickman (USA)
Mr. Clemens Prokop (GER)

# PROCEDURAL GUIDELINES FOR DOPING CONTROL

## CONTENTS

PREFACE

1.   Introduction ................................................................. 6

2.   Doping Control During Competition ........................................ 6

3.   Out of Competition Testing ............................................... 13

4.   Exceptional Circumstances ................................................ 16

5.   Procedures for Application for Exemption to Use Prohibited
     Substances ............................................................... 17

Schedule 1 • Prohibited Substances........................................... 18

Schedule 2 • Prohibited Techniques .......................................... 21

Schedule 3 • Forms specimens ................................................ 22

## HELP NOTES

INTRODUCTION........................................................................ 32

Help Notes — Athletes............................................................. 34

Help Notes — Coaches............................................................. 40

Help Notes — Doctors.... ......................................................... 41

Note: Where appropriate in these Guidelines, the masculine shall include the feminine and the singular shall include the plural.

---

Doping is expressly forbidden and any athlete breaching the IAAF Doping Rules (55-61) renders himself ineligible to take part in competitions under IAAF Rules and/or the Rules of his National Federation.

These Procedural Guidelines take into account the IAAF Doping Rules 55-61 and the Guidelines should be followed as far as is reasonably practicable.

---

This edition of the Guidelines contains amendments approved by the IAAF Council since the previous edition. They are marked by a double line at the side of the text concerned.

This document supersedes all previously published regulations.

# PREFACE

It is a sad fact of life that doping has become a deadly threat to sport but thankfully our sport has recognised the problem of doping and is sparing no expense or effort to bring it under control.

The IAAF Anti-Doping Commission has a responsibility to the IAAF Council to look after all aspects of anti-doping both in and outside competition. One of the many tasks of the Commission is to keep the IAAF Doping Rules and Procedural Guidelines under constant review and to recommend amendments for approval by the Council.

The Procedural Guidelines for Doping Control should be read, understood and followed by everybody who has some involvement with doping control. Although they directly govern only testing carried out by the IAAF, it is intended that they are closely followed by all Members and act as the model for testing throughout the World.



At the back of this publication you will find notes which are directed specifically toward athletes, coaches and doctors. Of course you should read these but before doing so please carefully familiarise yourself with the Guidelines.

Athletes who do not use doping substances need have no fear of the doping control but by familiarising themselves with these Guidelines will have a better understanding of procedures.

It must be understood that the primary purpose of the anti-doping programme is not to catch and punish but to protect the innocent and to educate the young.

Doctors and Coaches can serve the needs of athletes better if they are fully conversant with both the banned substance list and the Procedural Guidelines. It should be emphasised that these are Procedural Guidelines. Whilst they are intended to be closely followed, practical conditions may mean that this is difficult or impossible and other solutions to the procedural problems of testing may have to be found.

It is hoped that those who read these words will, like the IAAF, be totally opposed to drug misuse in sport.



I guarantee that the IAAF will continue to do all possible to eradicate doping within our chosen sport. May I now ask you, no matter whether you be an athlete, doctor, administrator, organiser or fan to assist us in whatever way you can. With team work we can win this fight.

Monaco, 20th April 2000

Professor Arne Ljungqvist
Chairman, IAAF Anti-Doping Commission

# 1. INTRODUCTION

1.1 Athletes, coaches and team officials should acquaint themselves with the Doping Control Procedures contained in IAAF Rules 55-61 and in these Procedural Guidelines. Although they directly govern only testing carried out by the IAAF, it is intended that they are closely followed by all Members and act as a model for testing throughout the World.

1.2 These Guidelines must be followed as far as is reasonably practicable. However in accordance with IAAF Rule 55, a departure or departures from these Guidelines shall not invalidate the finding of a doping offence, unless it was such as to cast real doubt on the reliability of the finding.

1.3 Under IAAF Rule 55, a doping offence is committed when a prohibited substance is found within an athlete's body tissues or fluids. For the purposes of IAAF Rules and these Procedural Guidelines the body fluids analysed are urine and blood. The IAAF Council reserves the right to order testing to be conducted on any other body fluids if advances in the detection of prohibited substances indicate that such analysis would be helpful.

1.4 All communications and correspondence intended for the Anti-Doping Commission shall be sent to the IAAF Bureau in Monaco.

# 2. DOPING CONTROL DURING COMPETITION

## Facilities and Materials

2.1 A Doping Control Station shall be provided. It should consist of a waiting room, working room and WCs (men and women). It should be equipped with all necessary IAAF approved materials including collecting vessels, bottles and sealing equipment. There should be a varied selection of sealed drinks for the athletes. The Doping Control Officials should ensure that the facilities are clean and adequate and that the materials are acceptable prior to the start of the competition.

2.2 The Doping Control Station should be clearly identified.

## Selection of Athletes to be Tested

2.3 Selection of athletes shall be on a final position basis and/or random basis.

2.4 In addition, selection of further athletes may be ordered at the discretion of the IAAF, the Doping Control Official or the Doping Delegate by any method that it or he shall choose.

2.5 Doping control shall also be conducted on any athlete who is deemed to have broken or equalled an Area or World Record.

## Collection of Urine Samples

2.6 Athletes selected for doping control must be handed a notice at the completion of their event stating that they are required to undergo doping control. For the assistance of meeting organisers a specimen notice is shown in Schedule 3. The handing over of the notice shall be carried out as discreetly as possible and the athlete shall acknowledge receipt on the relevant section of the notice.

2.7 If an athlete refuses to sign the doping notice, the steward shall immediately report this to the official in charge of the Doping Control Station who shall inform the relevant referee of the

Meeting. The referee shall make every effort to contact the athlete to inform him of his obligation to undergo doping control. If the athlete fails or refuses to sign this notice and/or fails to report to doping control within one hour of acknowledging the notice he shall be deemed to have refused to submit to doping control for the purpose of Rule 56.

2.8     Once the athlete has been given a notice, he should report to the Doping Control Station as soon as possible but no later than one hour after receipt of the notice. During the period between notification and reporting, a steward should accompany the athlete. Once the athlete has reported to the Doping Control Station, he shall be expected to remain until the procedure is completed. He may leave that Station only under unusual circumstances, and only if accompanied by an official steward.

2.9     When attending the Doping Control Station, the athlete may be accompanied by a representative of his choice and/or an interpreter. A urine sample shall be collected under supervision. The competitor shall have fulfilled his duty to submit to doping control only after having delivered the necessary volume of urine, irrespective of the time required for this.

2.10    In addition to the above, only the following persons should be allowed in the working room of the Doping Control Station:

• IAAF Doping Delegate (if appointed)

• Officials in charge of the Station

• Sampling Officers

• Doping Control Stewards

• Other persons as determined by the IAAF Doping Delegate (if appointed) or other Official in charge of the Station

It is recommended that a security person be positioned outside the Doping Control Station to monitor the flow of people in and out and to keep unauthorised persons from entering the Station.

2.11    When an athlete feels he is ready to provide a sample, he shall select a sample-collecting vessel from a number of clean, unused vessels and proceed to the WC.

2.12    To ensure authenticity of the sample, the Doping Control Officer may require such disrobing as is necessary to confirm the urine has been produced by the competitor. This means the exposure of the body from the middle of the back to below the knees.

2.13    No one other than the athlete and an official of the Doping Control Station should be present in the WC when the urine is collected.

2.14    An athlete shall be requested to provide a minimum of 70ml of urine. The collection of urine shall be witnessed by an official of the Doping Control Station. The witness shall be of the same gender as the athlete. If the athlete is unable to provide the required amount of urine, his sample should be sealed and kept secure in the working room. The athlete should return to the waiting area until he feels he is able to provide a further sample. He should then add to or "top up" the urine previously provided to the required amount.

2.15    Specific gravity and pH of the urine shall be measured using a residual volume of urine in the collecting vessel. A specific gravity of 1.010 or higher is recommended (or 1.005 where a refractometer is used). If the first sample does not meet these specifications a second sample may be required. Samples which do not meet the required specific gravity should be processed, sealed and documented in accord with normal IAAF practice. Any subsequent sample collected from the athlete on this occasion shall also be processed in the normal manner and documented on the form.

2.16    An athlete shall be allowed the choice of two bottles from a selection of clean, unused bottles. One bottle shall be marked main sample "A" and the other reserve sample "B".

2.17 The sample shall be divided in the presence of the athlete and the Doping Control Official into the two chosen bottles. It is recommended that the main sample "A" be of at least 40ml and the reserve sample "B" 30ml. However, any shortfall in the amount of urine shall not invalidate a test, provided there is sufficient urine for the test to be adequately performed.

2.18 The two bottles or the individual outer container in which each bottle has been placed shall be sealed in the presence of the athlete who should ensure that the code on each bottle is the same as that entered by the official on the athlete's Doping Control Form. An example of a suitable form is shown in Schedule 3.

2.19 Signatures of the athlete, the accompanying person (if any) and an official of the Doping Control Station must appear on the Doping Control Form, confirming that the above procedures were carried out. If the athlete feels the procedures were not carried out satisfactorily, he should declare so on the Doping Control Form and state the reasons for dissatisfaction. In the absence of any such declaration the athlete shall be deemed to have waived any alleged procedural breach. The athlete shall also provide details of any medication recently used by him on the Doping Control Form.

2.20 The Doping Control Form should be so devised that duplicate copies are produced at the same time. These should be dealt with as follows :

(a)    a copy to be retained by the representative of the relevant authority (e.g. the IAAF, National Federation or Area Association);

(b)    a copy to be transmitted to the relevant authority (e.g the IAAF, National Federation or Area Association);

(c)    a copy to be given to the athlete;

(d)    a special copy to be sent to the laboratory which is to conduct the analysis. The copy which is sent to the laboratory should not contain any information which could identify the athlete who provided the sample.

2.21 If the Doping Control Official believes that the circumstances surrounding the giving of a sample are suspicious, he may request the athlete to provide a second sample. The first sample provided shall be retained by the Official for analysis. The second sample shall be collected in accordance with the procedures governing the collection of the first sample as set out above. Once the second sample has been taken, all samples (being the main 'A' and reserve 'B' portions of both samples) shall be despatched to the laboratory for analysis. The laboratory shall be informed (without disclosing the athlete's identity) that the first and second samples were taken from the same athlete.

2.22 If the athlete refuses to provide a urine sample (or a second sample), the Doping Control Official should explain to the athlete that by refusing to provide a sample, he shall be deemed to have refused to submit to doping control and may be subject to sanctions under IAAF Rule 60. If the athlete still refuses to provide a sample (or a second sample), the Doping Control Official should note this on the Doping Control Form, sign his name on the form and ask the athlete to sign the form. The Doping Control Official should also note any other irregularities in the doping control process.

Collection of Blood Samples

2.23 If an athlete is selected to provide a blood sample he shall be handed a notice at the completion of his event stating that he is required to undergo blood testing. The notice shall be given to the athlete as discreetly as possible and the athlete shall acknowledge receipt on the relevant section of the notice.

2.24 If an athlete refuses to sign the notice or in any other way indicates that he is refusing to provide a blood sample, the steward shall immediately report this to the official in charge of the Doping Control Station who shall inform the IAAF Doping Delegate or relevant referee of the meeting. The Doping Delegate or referee shall make every effort to contact the athlete to inform him of his obligation to provide a blood sample. If an athlete fails or refuses to sign this

notice or fails or refuses to report for blood testing within one hour of being given the notice, he shall be deemed to have refused to submit for doping control for the purpose of IAAF Rule 56.

2.25   Once an athlete has been given a notice, he must report to the Doping Control Station within one hour. In the time between receiving notification and attending for the purpose of providing the sample, the athlete should be accompanied by an official.

2.26   When attending the Doping Control Station the athlete may be accompanied by a representative of his choice and/or an interpreter.

2.27   Only those persons specified in paragraph 2.10 above shall be allowed to be present in the working room of the Doping Control Station at the time the sampling takes place.

2.28   Blood sampling shall only be conducted by medically qualified personnel. The official conducting blood sampling shall provide the athlete with evidence of medical qualification before blood sampling takes place.



2.29   No samples shall be taken unless an athlete has had the blood sampling procedures explained to him and has signed the form of consent to blood testing to be found in Schedule 3 to these Procedural Guidelines. If an athlete refuses to sign the form of consent a sample shall not be taken from him. Such a failure, other than in the circumstances set out in paragraph 2.33 below, will, however, be regarded as a refusal to submit to doping control and an athlete will be subject to sanctions under IAAF Rule 56.

2.30   The equipment necessary to conduct blood sampling shall consist of the following items in sufficient quantity for each test. Items (i) to (vi) inclusive shall be of a quality suitable for blood sampling for medical purposes and items (i) to (v) inclusive shall be disposable and sterile where appropriate.

(i)          venous canulae

(ii)         vacuum tubes

(iii)        plastic syringe-like holders for the vacuum sample tubes

(iv)        shipping containers

(v)         sterile disinfectant serviettes

(vi)        tourniquet

The items specific to an individual test (i) to (iv) inclusive shall be contained within a module.

2.31   The athlete shall be given a choice of a blood sampling module from a selection of at least two modules.

2.32   The athlete shall select a blood sampling module and sampling shall begin. The official conducting blood sampling shall apply a tourniquet to the athlete's arm. No attempt shall be made to take blood from any other area of the athlete's body. The official shall clean the skin with a supplied sterile disinfectant serviette and shall take the blood sample from a superficial vein, preferably in the anti-cubital region. The official shall attempt to do this as painlessly as possible. Four of the blood sample tubes to be found in the Blood Sampling Module shall be filled. No more than 25 millilitres of blood shall be withdrawn from an athlete during blood sampling.

2.33  An athlete shall be entitled to refuse to provide a blood sample if:

    (i)    the person purporting to conduct blood sampling is unable to provide evidence of medical qualification;

    (ii)    the items (i) and (iv) above, to be found in the blood sampling module, are not contained within clean sealed packaging or if such packaging is not intact,

    (iii)    an official seeks to withdraw more than 25 millilitres of blood from the athlete.

2.34  The blood shall be withdrawn from the athlete into the four vacuum tubes. These tubes will be put directly into the transportation containers for the A & B Samples and these containers shall be immediately sealed.

2.35  Each sample tube shall be marked with a code number. This code number should be written by the relevant official on the athlete's Doping Control Form. The athlete should ensure that the code on the sample tubes corresponds to that entered by the official on the form.

2.36  Signatures of the athlete, the accompanying person (if any) and an official of the Doping Control Station must appear on the Doping Control Form, confirming that the above procedures were carried out. If an athlete thinks that the procedures were not carried out satisfactorily, he should declare so on the Doping Control Form and state his reasons for dissatisfaction. In the absence of any such declaration, the athlete shall be deemed to have waived any alleged procedural breach.

2.37  The athlete shall also provide details on the Doping Control Form of any medication taken by him recently and of whether a blood transfusion has been received by him in the last six months.

2.38  The Doping Control Form shall be so devised that duplicate copies are produced at the same time. These should be dealt with as follows:

    (a)    a copy to be retained by the representative of the relevant authority (e.g. the IAAF, Area Association or National Federation);

    (b)    a copy to be transmitted to the relevant authority (e.g. the IAAF, Area Association or National Federation);

    (c)    a copy to be given to the athlete;

    (d)    a special copy to be sent to the laboratory which is to conduct the analysis. The copy that is sent to the laboratory should not contain any information that could identify the athlete who provided the sample.


### Storage and Despatch of Samples

2.39  Before the bottles containing the urine and/or blood are packed, it should be confirmed that all samples taken are present and that the number is in accordance with the list of code numbers. All samples should be stored, if possible, in a refrigerator or freezer.

2.40  The main "A" and reserve "B" samples should be placed in a suitable outer container and should be despatched to the laboratory as soon as possible after doping control.

2.41  If at all possible, the outer container should not be opened during transit to the laboratory. The IAAF will provide identification labels, if required, for customs purposes. The opening of the outer container will not, of itself, invalidate doping control.

### Analysis of Samples

2.42 Samples provided by athletes for the purpose of doping control immediately become the property of the IAAF or relevant authority.

2.43 Only laboratories accredited or approved by the IAAF/IOC may be used to carry out analysis on samples taken in accordance with doping control.

2.44 The analysis of samples should be carried out as soon as is reasonably practicable after arrival at the laboratory.

2.45 Access to the laboratory during the analysis should be restricted to laboratory personnel, members of the IAAF Anti-Doping Commission and to authorised observers.

2.46 If at any stage, any question or issue arises on the testing or interpretation of results, the person responsible for testing at the laboratory may consult the IAAF for guidance.



2.47 If at any stage, any question or issue arises in relation to the sample, the laboratory may conduct any further or other tests necessary to clarify the fact or issue so raised and such tests may be relied upon by the IAAF when deciding whether a sample has tested positive for a prohibited substance.

2.48 The analysis of blood samples shall be conducted primarily to determine:

    (a)      whether the concentrations of growth hormone, corticotrophin or erythropoietin present in the sample are abnormal and

    (b)      whether an athlete has utilised any prohibited technique, in particular blood doping.

2.49 Subject to the athlete's consent, if the analysis of a sample, whether of urine or blood, reveals the presence of any ailment, illness, disease or condition detrimental to the health of the athlete (other than the presence of a substance prohibited under IAAF Rules), this must be disclosed by the laboratory to the IAAF. The IAAF shall ensure that the athlete is advised of such condition as soon as possible and shall hold this information in the strictest confidence.



2.50 In analysing samples to determine whether or not a prohibited substance is present or a prohibited technique has been used, the laboratory involved may use any method or protocol which it believes appropriate and reliable.

### Communication of Results

2.51 If the analysis of the main "A" sample indicates the presence of a prohibited substance, the laboratory shall inform the IAAF immediately. The IAAF shall then inform the athlete's National Federation and request that the National Federation seek an explanation from the athlete within a period set by the IAAF. The National Federation shall, in turn, inform the athlete of the results of the analysis as soon as is reasonably practicable and seek such an explanation. The explanation, if any, should be conveyed by the National Federation to the IAAF as soon as reasonably practicable, but within the time limit set by the IAAF.

2.52 Where the analysis of the main "A" sample indicates the presence of a prohibited substance, whose presence is capable of being attributable to physiological or pathological condition (e.g. testosterone, dihydrotestosterone, epitestosterone), the IAAF shall carry out such further tests upon the athlete as it considers appropriate to clarify the issue. It may also review, where available, the results of previous analysis of samples provided by that athlete. If, having conducted these further tests and reviewed previous analysis, the IAAF conclude that the results of the analysis of the original sample indicate the presence of a prohibited substance in a ratio or concentration which is inconsistent with normal endogenous production, the IAAF shall then inform the athlete's National Federation. Thereafter, the procedure shall continue in the manner set out in paragraph 2.51 above and 2.54 below.

2.53 Where, in accordance with paragraph 2.52 above, the IAAF conducts a subsequent test upon an athlete to investigate whether a prohibited substance is present, and the result of such analysis is consistent with normal endogenous production of that substance, the IAAF shall not conduct a "B" sample analysis on such a sample.

2.54 If no adequate explanation is received from the athlete or his National Federation within the time limit set by the IAAF, the test shall be regarded as positive. Where doping control is the responsibility of the IAAF under IAAF Rule 58.1 the athlete shall be suspended by the IAAF, where appropriate, at this time, suspension being a provisional matter pending the resolution of the case. Where doping control is the responsibility of an Area or a Member, the National Federation of the athlete shall impose the relevant suspension, where appropriate, suspension again being a provisional matter pending resolution of the case. In any circumstance where the IAAF or a National Federation imposes suspension, each should advise the other that this has been done and the athlete shall be subject to disciplinary proceedings in accordance with IAAF Rule 59.

If, contrary to the above paragraph, the National Federation fails, in the opinion of the IAAF, to properly impose a suspension, the IAAF may itself impose that suspension. Once the suspension is imposed, it shall notify the fact of the imposition of such a suspension to the National Federation who must then conduct disciplinary proceedings in accordance with IAAF Rule 59.

2.55 The athlete may, at any time before the hearing (see 2.62 below) by the athlete's National Federation, raise any matter he feels relevant with the IAAF (whether by its Anti-Doping Commission or otherwise) via his National Federation. The IAAF is empowered to consider all such representations, to require further information from the relevant parties and, in exceptional circumstances, to request the athlete to appear before it. The IAAF may give any weight it chooses to representations made to it and is under no obligation to explain to any party what account it took of representations submitted to it in reaching any decisions it may take.

2.56 If the athlete raises matters which the IAAF thinks indicate that a doping offence has not been committed, or if the results of the 'B' sample analysis requested by an athlete do not indicate the presence of the substance detected in the 'A' sample, the IAAF may lift an athlete's suspension and declare that he will no longer be subject to disciplinary proceedings in accordance with IAAF Rule 59.

2.57 Every athlete shall have the right to request that the reserve 'B' sample be tested to ascertain whether that sample discloses the presence of the same prohibited substance detected in the main 'A' sample. Such request must be made within 28 days of the notification to the athlete that the main 'A' sample discloses the presence of a prohibited substance. A laboratory shall not be obliged to keep any reserve 'B' samples after this time, unless so requested by the IAAF. An athlete shall remain suspended, despite the fact that he has requested analysis of the 'B' sample.

2.58 Once an athlete has requested analysis of the reserve 'B' sample, a date shall be arranged within 21 days of the request for the conduct of the analysis. A date and time shall be arranged for the analysis which is convenient both for the athlete and for the IAAF. The athlete's National Federation shall be informed of the date and time of the analysis. Should he wish to do so, the athlete and/or his representative may be present at the analysis. A representative of the athlete's National Federation may also be present, as may a representative of the IAAF. Once testing on the reserve 'B' sample is complete, the laboratory report should be sent to the IAAF as well as, in due course, a copy of all relevant laboratory data.

2.59 The IAAF may at any time request analysis of the "B" sample if it believes that this will be relevant to the consideration of an athlete's case.

2.60 The IAAF may order that a sample be transferred from an IOC accredited laboratory to another for the purpose of conducting Isotope Ratio Mass Spectrometry analysis (IRMS). The laboratory despatching the sample shall take the adequate steps to ensure that a

documentary record of the custody of the sample is maintained from the time the sample is despatched to the time it is received at the second laboratory.

2.61 Confidentiality shall be observed by all persons connected with doping control until such time as the athlete is suspended in accordance with 2.54.

2.62 Every athlete shall have the right to a hearing before the relevant tribunal of his National Federation before any decision on eligibility is reached. This hearing should take place as soon as possible and under normal circumstances not later than three months after the final laboratory analysis.

2.63 If the athlete is found at a hearing before his National Federation to have committed a doping offence, or he waives his right to a hearing, he shall be declared ineligible where appropriate. His ineligibility shall begin from the date on which it is decided that a doping offence has been committed (Rule 60.2(a) and (b)).

2.64 In the course of such a hearing, disciplinary process or anticipated disciplinary process before the relevant tribunal of the National Federation, or, as the case may be, before the IAAF, neither the IAAF, a National Federation nor the athlete shall be obliged to disclose:



    (i)     the contents of any legal advice obtained by that person in connection with any issues arising from the case; or

    (ii)    any communications between any parties made or created for the sole or dominant purpose of giving or receiving advice or preparing evidence with regard to any impending or anticipated disciplinary action.

### 3. OUT-OF-COMPETITION TESTING

#### International Doping Control Officers (IDCOs)

3.1 The IAAF Bureau may, on the advice of the Anti-Doping Commission, appoint International Doping Control Officers (IDCOs) to conduct Out-Of-Competition doping control.

3.2 The IAAF Bureau shall maintain a register of persons selected by the IAAF to act as IDCOs. However, the fact that an Officer's name has not yet been added to the register of IDCOs will not affect his competence to carry out this function.



3.3 The appointment of a person as an IDCO shall be evidenced by the issue of an IDCO's licence or a letter of appointment from the IAAF. Before a sampling officer can validly conduct Out-Of-Competition testing, he must also receive a letter of authorisation from the IAAF specifying, in general terms, where and when he is to conduct Out-Of-Competition doping control.

#### Selecting the Athlete

3.4 The IAAF Bureau shall keep a register of athletes who may be required to undergo Out-Of-Competition doping control.

3.5 Individual athletes or groups of athletes may be tested at the discretion of the IAAF.

#### Contacting the Athlete

3.6 When an athlete has been selected for Out-Of-Competition doping control, the IDCO or the IAAF may either make an appointment to meet the athlete or he may arrive unannounced at the athlete's training camp, accommodation or any other place where the athlete is likely to be found.

3.7 Where an arrangement has been made for the collection of a sample, a time and a place for collection will be agreed. The sample should be collected as soon as possible thereafter.

3.8 Where such an arrangement has been made, it is the athlete's responsibility to check prior to the arranged meeting that there is no possible confusion over the arranged date, time and precise location where the meeting will take place. The IDCO will wait up to 2 hours beyond the time agreed but thereafter the athlete will be declared absent from testing. An appeal on the grounds that the athlete did not fully understand where to go, or went at the wrong time, will not normally be considered. An athlete who is absent from testing will be deemed to have refused to submit to doping control contrary to Rule 56 and may be subject to sanctions under IAAF Rule 60.

3.9 Where an IDCO arrives unannounced he must give the athlete reasonable time to complete any activity in which he is engaged. Such activity must be within the IDCO's clear and continuous view, notwithstanding this, testing should commence within one hour of his first contact.

### Identification

3.10 When an athlete and an IDCO meet, the IDCO must show his:

(a) proof of identity or IDCO licence;

(b) letter of appointment as an International Doping Control Officer from the IAAF including authorisation to collect the sample.

3.11 The IDCO may also require proof of identity of the athlete. Whenever possible this will involve photographic proof of identity (passport, ID Card, etc.).

### Collecting the Sample

3.12 The International Doping Control Officer will make every effort to collect the urine sample as discreetly as possible and with maximum privacy but circumstances may impose difficulties on the IDCO that cannot be overcome.

3.13 When the athlete feels he is ready to provide a sample, he shall select a sample collecting vessel from a number of clean, unused vessels.

3.14 An athlete shall be requested to provide a minimum of 70ml of urine. The collection of urine shall be witnessed by an IDCO or his appointee. The witness shall always be of the same gender as the athlete. If the athlete is unable to provide the required amount of urine, his sample should be sealed and kept secure. When the athlete feels he is able to provide a further sample he should then add to or "top up" the urine previously provided to the required amount.

3.15 Specific gravity and pH of the urine shall be measured using a residual volume of urine in the collecting vessel. A specific gravity of 1.010 or higher is recommended (or 1.005 where a refractometer is used). If the first sample does not meet these specifications a second sample may be required. Samples which do not meet the required specific gravity should be processed, sealed and documented in accord with normal IAAF practice. Any subsequent sample collected from the athlete on this occasion shall also be processed in the normal manner and documented on the form.

3.16 An athlete shall be allowed the choice of two bottles from a selection of clean, unused bottles. One bottle shall be marked main sample "A" and the other reserve sample "B".

The sample shall then be divided in the presence of the athlete into the two chosen bottles. It is recommended that the main sample "A" be of at least 40ml and the reserve sample "B" at least 30ml. However, any shortfall in the amount of urine provided shall not invalidate a test.

provided there is sufficient urine for the test to be adequately performed.

3.17 The two bottles or the individual outer container in which each bottle has been placed shall be sealed in the presence of the athlete who should ensure that the code on each bottle is the same as that entered by the IDCO on the athlete's Doping Control Form.

(Examples of suitable forms are shown in Schedule 3).

3.18 Signatures of the athlete, the accompanying person (if any) and the IDCO must appear on the Doping Control Form, confirming that the above procedures were carried out. If the athlete feels that the procedures were not carried out satisfactorily, he should declare so on the Doping Control Form and state the reasons for dissatisfaction. In the absence of any such declaration the athlete shall be deemed to have waived any alleged procedural breach. The athlete shall also provide details of any medication recently used by him on the Doping Control Form.

3.19 The Doping Control Form should be so devised that duplicate copies are produced at the same time. These should be dealt with as follows:

(a) a copy to be retained by the IDCO;

(b) a copy to be transmitted to IAAF;

(c) a copy to be given to the athlete;

(d) a special copy to be sent to the laboratory which is to conduct the analysis. The copy which is sent to the laboratory should not contain any information which could identify the athlete who provided the sample.

3.20 If the athlete refuses to provide a urine sample (or a second sample), the IDCO should explain to the athlete that by refusing to provide a sample, he shall be deemed to have refused to submit to doping control and may be subject to sanctions under IAAF Rule 60. If the athlete still refuses to provide a sample (or a second sample), the IDCO should note this on the Doping Control Form, sign his name and ask the athlete to sign the form. The IDCO should also note any other irregularities in the doping control process.

## Collection of Blood Samples

3.21 Blood samples may be collected in the course of an Out-Of-Competition control. Where blood samples are taken, the procedures set out in paragraphs 2.23 to 2.38 of the Guidelines covering In-Competition testing will apply to the collection of these samples. Additionally, any other provisions dealing with blood sampling which apply when samples are taken In-Competition shall also apply when blood samples are taken Out-Of Competition.

## Storage and Despatch of Samples

3.22 The main "A" and reserve "B" samples should be placed in a suitable outer container and should be despatched to the laboratory as instructed by the IAAF.

3.23 If at all possible, the outer container should not be opened during transit to the laboratory. The IAAF will provide identification labels, if required, for customs purposes. The opening of the outer container will not, of itself, invalidate doping control.

3.24 The same procedures as listed in the Procedural Guidelines for Doping Control during Competition should be followed.

## Waiver

3.25 The nature of Out-Of-Competition doping control makes it inevitable that little or no prior warning is given to the athlete. Every effort will be made by the International Doping Control Officer to collect the sample speedily and efficiently with the minimum of interruption to the athlete's training plans and/or social or work arrangements. If there is an interruption, however, no athlete may take action to gain compensation for any inconvenience caused.

# 4. EXCEPTIONAL CIRCUMSTANCES

4.1 Under IAAF Rule 60, an athlete may apply to the Council for reinstatement before the IAAF's period of ineligibility has expired. It is not possible to state comprehensively the circumstances in which the discretion to reinstate will be exercised by the Council. However, the Council will not regard as exceptional for the purposes of Rule 60 an allegation that the prohibited substance was given to an athlete by another person without his knowledge, an allegation that a prohibited substance was taken by mistake or a suggestion that medication was prescribed by a doctor in ignorance of the fact that it contained a prohibited substance. The Council may, however, consider that exceptional circumstances exist where an athlete has provided substantial evidence or assistance to a National Federation or the IAAF in the course of disciplinary or legal proceedings brought against those dealing in prohibited substances or coaches or athletes representatives who are taking, or inciting or assisting others to take such substances.

4.2 Where an athlete believes that exceptional circumstances exist, application should be made through the athlete's National Federation to the General Secretary of the IAAF. No applications can be accepted otherwise than through an athlete's National Federation.

4.3 The General Secretary shall consider the circumstances put forward by the athlete through his National Federation and, if he thinks there is some merit in the case put forward, shall include discussion of the case on the agenda of the next meeting of the Council.

4.4 If the General Secretary thinks there is no merit in the case, he shall write to the athlete's National Federation in those terms. Despite this, the athlete's National Federation may, within 28 days of the General Secretary's letter, reply requesting that the matter be placed on the Council's agenda. The General Secretary shall then place the matter on the Council's agenda for its next meeting.

4.5 Where an athlete's application for early reinstatement has been added to the agenda of the Council meeting, the Council shall consider the question of reinstatement. It shall consider both the application by the athlete and the circumstances surrounding the athlete's ineligibility.

# 5. PROCEDURES FOR APPLICATION FOR EXEMPTION
## TO USE PROHIBITED SUBSTANCES

### General

5.1    IAAF Rule 55.5 was introduced in order to make it possible for an athlete to participate in sport who, for a limited or prolonged period of time, needs a prohibited substance for medical reasons.

5.2    Exemption will not, therefore, normally be granted in cases of acute disease and never when sporting activity may be hazardous to the athlete. Exemptions, consequently, will be granted only rarely and in very special cases.

5.3    Out-Of-Competition doping control is used as a deterrent for the use of anabolic agents and certain listed hormones, including the substances under prohibited techniques. Application for exemption of drug use during training is, therefore, needed only for these substances.

### Procedure

5.4    An application for exemption must contain a certificate from a qualified physician setting out the reasons why the administration of a prohibited substance is necessary for the health of the athlete. It must also contain the dosage and duration of medication, as well as an explanation as to why a non-listed drug cannot be used.

5.5    The application shall be in writing and addressed to the IAAF Anti-Doping Commission.
An application with respect to salbutamol, salmeterol or terbutaline inhalation therapy can be made either to the Anti-Doping Commission or to the relevant body of the athlete's National Federation. Any exemption granted will be in effect during a maximum period of one year, unless renewed by the Anti-Doping Commission or the relevant body of an athlete's National Federation.

5.6    In evaluating any medical opinion advanced on behalf of an athlete, the Anti-Doping Commission is authorised, if necessary, to take advice from a specialist in the field relevant to the issue.

PROHIBITED SUBSTANCES

PART I

(a)    **Anabolic Agents**

(I)    Androgenic Anabolic Steroids e.g.

| | |
|---|---|
| androstenediol | methandienone |
| androstenedione | methenolone |
| bolasterone | methyltestosterone |
| boldenone | nandrolone |
| chlordehydromethyltestosterone | 19-norandrostenediol |
| clostebol | 19-norandrostenedione |
| dehydroepiandrosterone | norethandrolone |
| dihydrotestosterone* | oxandrolone |
| fluoxymesterone | oxymesterone |
| gestrinone | oxymetholone |
| mesterolone | stanozolol |
| | testosterone** |

and chemically or pharmacologically related compounds and precursors.

\*    Dihydrotestosterone: a sample will be deemed to be positive for dihydrotestosterone where the concentrations of dihydrotestosterone and its metabolites and/or their ratios to non-5alpha-steroids in urine so exceed the range of values normally found in humans as not to be consistent with normal endogenous production.

\*\*   Testosterone: a sample will be deemed to be positive for testosterone where either the ratio in urine of testosterone to epitestosterone, or the concentration of testosterone in urine, so exceeds the range of values normally found in humans as not to be consistent with normal endogenous production.

A sample will not be regarded as positive for dihydrotestosterone or testosterone where an athlete proves by clear and convincing evidence that the abnormal ratio or concentration is attributable to a pathological or physiological condition.

Evidence obtained from metabolic profiles and/or isotopic ratio mesurements may be used to draw definite conclusions.

(II)   Other Anabolic Agents e.g.

beta-2-agonists #
(e.g. bambuterol, clenbuterol, formoterol, reproterol)

\#    Exceptionally, the administration of the beta-2-agonists salbutamol, salmeterol or terbutaline are permitted by inhalation where prescribed for therapeutic purposes by properly qualified medical personnel and where prior clearance has been given by the relevant National Federation or the IAAF. (For IAAF procedure, see Chapter 5).

(b) **Amphetamines:** e.g.

| | |
|---|---|
| amineptine | mesocarb |
| amphetamine | methoxyphenamine |
| amphetaminil | methylamphetamine |
| benzphetamine | methylphenidate |
| bromantan | morazone |
| carphedon | pemoline |
| dimethylamphetamine | phendimetrazine |
| ethylamphetamine | phenmetrazine |
| fenethylline | pipradrol |
| fenproporex | pyrovalerone |
| furfenorex | selegiline |
| mefenorex | |

and chemically or pharmacologically related compounds.

(c) **Cocaine**

(d) **Peptide Hormones, Mimetics and Analogues**



Chorionic Gonadotrophin (hCG - human chorionic gonadotrophin): it is well known that the administration to males of human chorionic gonadotrophin and other compounds with related activity leads to an increased rate of production of endogenous androgenic sterols and is considered equivalent to the exogenous administration of testosterone.

A sample will be deemed to be positive for hCG where the concentration of hCG in urine so exceeds the range of values normally found in humans as not to be consistent with normal endogenous production.

Pituitary and Synthetic Gonadotrophins (LH)

Corticotrophins (ACTH, Tetracosactide): corticotrophin has been misused to increase the blood levels of endogenous corticosteroids notably to obtain the euphoric effect of corticosteroids. The application of corticotrophin is considered to be equivalent to the oral, intra-muscular or intravenous application of corticosteroids.

Growth Hormone (hGH, somatotrophin): the misuse of growth hormone in sport is deemed to be unethical and dangerous because of various adverse effects, for example, allergic reactions, diabetogenic effects, and acromegaly when applied in high doses.



Insulin-like Growth Factor (IGF-1)

Erythropoietin (EPO) is a glycoprotein produced principally in the kidneys which stimulates the production of red blood corpuscles.

Insulin: permitted only to treat insulin-dependent diabetes, with written notification by an endocrinologist (for IAAF exemption procedure, see Chapter 5)

All the respective releasing factors (and their analogues) of the above-mentioned substances are also banned.

A sample will not be regarded as positive for endogenous hormones of (d) where an athlete proves by clear and convincing evidence that the abnormal finding is attributable to a pathological or physiological condition.

(e) **Glucocorticosteroids**

The systemic use of glucocorticosteroids is prohibited when administered orally, rectally, or by intervenous or intramuscular injection.

(f) **Prohibited Techniques**
(see SCHEDULE 2)

# PART II

(a)     Stimulants: e.g.

amiphenazole
caffeine*
cathine
chlorphentermine
clobenzorex
clorprenaline
cropropamide
crotethamide
ephedrine
etafedrine
ethamivan

etilefrine
fencamfamin
heptaminol
methylephedrine
nikethamide
pentetrazol
phentermine
phenylpropanolamine
prolintane
propylhexedrine
strychnine

and chemically or pharmacologically related compounds.

*       For caffeine the definition of a positive finding is one in which the
concentration in urine exceeds 12 micrograms/millilitre.

A sample may not be regarded as positive for caffeine where an
athlete proves by clear and convincing evidence that the abnormal
concentration is attributable to a physiological condition.

(b)     Narcotic Analgesics: e.g.

alphaprodine
anileridine
buprenorphine
dextromoramide
diamorphine
dipipanone
ethoheptazine
levorphanol

methadone
morphine*
nalbuphine
pentazocine
pethidine
phenazocine
trimeperidine

and chemically or pharmacologically related compounds.

*       For morphine the definition of a positive finding is one in which the
concentration in the urine exceeds
1 microgram/millilitre of free and conjugated morphine.

# PART III

Substances and prohibited techniques to be detected during
Out-Of-Competition Testing.

(a)     Anabolic Agents
        (see PART I (a) )

(b)     Peptide Hormones, Mimetics and Analogues, Glucocorticosteroids
        (see PART I (d), (e))

(c)     Prohibited Techniques
        (see SCHEDULE 2)

# SCHEDULE 2

## PROHIBITED TECHNIQUES

The expression "prohibited techniques" shall include:

i) Blood doping including the use of erythropoietin (EPO), blood plasma expanding products (e.g. HES), artificial oxygen carriers.
See SCHEDULE 1
PART 1(d)

ii) Pharmacological, chemical and physical manipulation, i.e. use or attempted use of substances and of methods e.g. diuretics, which alter the integrity and validity of urine samples used in doping controls. Examples of prohibited techniques are catheterisation, urine substitution and/or tampering, inhibition of renal excretion, e.g. by probenecid, bromantan and related compounds.

iii) Epitestosterone: a sample will be deemed to be positive for epitestosterone where either the concentration of epitestosterone in urine, or the ratio of epitestosterone to other endogenous steroids in urine, so exceeds the range of values normally found in humans as not to be consistent with normal endogenous production.

SCHEDULE 3

## FORMS

IAAF Doping Control Notice to Athletes
IAAF Out-Of-Competition Notice of Testing
Form of Consent to Blood Sampling
IAAF Doping Control Form
IAAF Out-Of-Competition Doping Control Form
Doping Control Form with Notification of Testing
Notice of Application to a Hearing
Notice of Referral to Arbitration

## IAAF DOPING CONTROL
## NOTICE TO ATHLETES

## CONTROLE ANTIDOPAGE IAAF
## NOTIFICATION AUX ATHLETES

NAME OF MEETING
NOM DE LA COMPETITION .................................................................................................

| EVENT | FINISHING POSITION | COMPETITOR'S N° |
| EPREUVE ............... | PLACE AU CLASSEMENT ............... | N° DE DOSSARD ............... |

DATE OF COMPETITION
DATE DE LA COMPETITION ...............

TIME OF NOTIFICATION
HEURE DE NOTIFICATION ...............

ase note that you are required to report to the Doping Control Station not later than (one hour after notification)

*Veuillez noter que vous devez vous présenter au poste de contrôle antidopage au plus tard à (une heure après cette notification)*

Failure to report may result in your being banned. You may be accompanied by a person of your choice (e.g. Team Official, Coach, Doctor). / *En cas d'abstention, vous encourez le risque d'être sanctionné. Vous avez la possibilité d'être accompagné par une personne de votre choix (par exemple un officiel, entraîneur ou médecin de votre délégation).*

At this test, a urine sample will be taken in the presence of a Doping Control Official. You are therefore requested not to pass urine until you arrive at the Doping Control Station. / *Lors de ce contrôle, vous devrez donner un échantillon d'urine en présence d'un responsable officiel du contrôle. Veuillez donc ne pas uriner avant de vous rendre au poste de contrôle antidopage.*

I ACKNOWLEDGE RECEIPT OF THIS DOPING CONTROL NOTICE AND AGREE TO ATTEND NOT LATER THAN THE TIME STATED. / *J'ACCUSE RECEPTION DE VOTRE FORMULAIRE DE CONTROLE ANTIDOPAGE ET M'EN-GAGE A ME PRESENTER AU PLUS TARD A L'HEURE INDIQUEE*

ATHLETE'S FAMILY NAME (PRINT), FIRST NAME
*NOM (EN MAJUSCULES) DE L'ATHLETE, PRENOM*

NATIONALITY
*NATIONALITE*

ATHLETE'S SIGNATURE
*SIGNATURE DE L'ATHLETE*

STEWARD'S SIGNATURE
*SIGNATURE DU RESPONSABLE DE LA NOTIFICATION*

Copy for the Doping Control Officer / Copie destinée au Responsable du Contrôle

# IAAF OUT-OF-COMPETITION TESTING

## Notice of Testing to the athlete

I confirm that in signing this notice at ................................................................................
at (VENUE) ...................................................................................................................Hrs
I have agreed to undertake an Out-Of-Competition Doping Control. I will make myself available to give a
urine sample in accord with IAAF Rules. I am aware that from this moment (PRESENT TIME AND DATE)
..................................................... I will remain under observation by an IAAF International Doping Control
Officer (IDCO). I am equally aware that a refusal or failure to attend at the required time or a refusal or
failure to provide a sample will render me liable to disciplinary action as though a banned substance had
been found within my urine.

# CONTROLE HORS COMPETITION DE L'IAAF

## Notification de contrôle à l'athlète

En signant la présente notification, à ...................................................................................
à (LIEU) ...................................................................................................................heures,
j'accepte de me soumettre à un contrôle antidopage hors compétition. Je resterai donc disponible pour
donner un échantillon d'urine, conformément aux Directives de l'IAAF. Je sais qu'à partir de cet instant
(HEURE ET DATE) ........................................................, je resterai sous la surveillance d'un Officiel
de Contrôle International (IDCO). Je suis également conscient qu'un refus ou une impossibilité de me
rendre à l'heure convenue ou un refus ou une impossibilité de fournir un échantillon entraînera les
mêmes mesures disciplinaires que dans le cas de la découverte d'une substance interdite dans mon
urine.

Name of athlete .........................................First Name ................................. Nationality ............
Nom de l'athlète                                    Prénom                              Nationalité

Signature (athlète) .........................................................................................................

Time ...............................................................................................................................
Heure

Date ...............................................................................................................................

Method of athlete's identification ...................................................................................
Document présenté pour l'identification

Name of IAAF IDCO .........................................................................................................
Nom de l'Officiel IAAF

Signature .........................................................................................................................

Copy for the IDCO / Copie destinée au Responsable du Contrôle

<u>Form of Consent</u>

<u>Consent to Blood Sampling</u>

I understand that by signing this form I am granting my consent to a blood sample being taken from me. I understand that the blood sample is to be taken so that it may be analysed to determine whether it discloses the presence of any substances prohibited under the Rules of the International Amateur Athletic Federation or of its Members. If the analysis of the sample reveals the presence of any such substance or deviation from the normal range in the case of endogenous substances, I may be subject to disciplinary sanctions under the Rules of the International Amateur Athletic Federation or of its Members.

\* I also understand that the analysis of my sample might reveal evidence of disease. In such an instance I grant consent for the appropriate information to be sent to me via the IAAF and/or my National Federation (as appropriate). Such information shall remain confidential to the laboratory and myself and shall be contained within an envelope sealed by the laboratory and bearing only my sample code number.

I confirm that the procedure and purpose of blood sampling has been explained to me.

Date . . . . . . . . . . . . . . . . .          Signature . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

I confirm that I have explained the nature and purpose of blood sampling to the athlete who signed the above form of consent.

Date . . . . . . . . . . . . .          Signature . . . . . . . . . . . . . . . . . . . . . . .
                                                    Medical Practitioner

\* If you do not wish the laboratory to issue a report upon any evidence of disease in your sample please delete the appropriate section of this document and initial and date such deletion.

## INTERNATIONAL AMATEUR ATHLETIC FEDERATION

### DOPING CONTROL FORM

### FORMULAIRE DE CONTROLE ANTIDOPAGE

NAME OF MEETING
NOM DE LA COMPETITION ...............................

VENUE
LIEU................

DATE
DATE................

NAME OF ATHLETE
NOM DE L'ATHLETE ...............................

FIRST NAME
PRENOM ...............

NATIONALITY
NATIONALITE.............

EVENT
EPREUVE ...............................

COMPETITOR'S NUMBER
DOSSARD N° ...............

TIME OF NOTIFICATION
HEURE DE NOTIFICATION ...............

TIME OF ARRIVAL AT DOPING CONTROL STATION
HEURE D'ARRIVEE AU POSTE DE CONTROLE ...............................

TIME URINE SAMPLING PROCEDURE COMPLETED
HEURE DE FIN DE LA PROCEDURE DE PRELEVEMENT ...............

BOTTLE CODE
CODE DU FLACON   A ...............................   B ...............

AMOUNT OF URINE (ml)
QUANTITE D'URINE (ml)...............pH.........

CONTAINER CODE
CODE DU BOITIER   A ...............................   B ...............

MALE/FEMALE
HOMME/FEMME ...............

SPEC. GRAVITY
DENSITE.........

INTERMEDIARY CODE NUMBER(S) FOR USE IN THE CASE OF AN INSUFFICIENT SAMPLE (LESS THAN 70 ml OF URINE)
CODE(S) INTERMEDIAIRE(S) EN CAS D'ECHANTILLON INSUFFISANT (MOINS DE 70 ml D'URINE)

FIRST N°
PREMIER N°...............................

SECOND N°
SECOND N° ...............

THIRD N°
TROISIEME N°...............

SPACE RESERVED FOR DETAILS OF A SECOND SAMPLE WHERE THE FIRST SAMPLE DOES NOT MEET REQUIRED SPECIFICATIONS
ESPACE RESERVE AUX RENSEIGNEMENTS CONCERNANT LE SECOND ECHANTILLON SI LE PREMIER ECHANTILLON N'EST PAS CONFORME AUX CONDITIONS REQUISES

BOTTLE CODE
CODE DU FLACON   A ...............................   B ...............................

CONTAINER CODE
CODE DU BOITIER   A ...............................   B ...............................

TOTAL AMOUNT OF URINE (ml)
QUANTITE TOTALE D'URINE (ml)...............pH.........

SPEC. GRAVITY
DENSITE...............

SAMPLING TIME
HEURE DE PRELEVEMENT...............

ATHLETE'S SIGNATURE CONFIRMING THE ABOVE INFORMATION :
SIGNATURE DE L'ATHLETE CONFIRMANT L'EXACTITUDE DES INFORMATIONS CI-DESSUS :

DRUGS DECLARED TO HAVE BEEN RECENTLY USED :
MEDICAMENTS RECEMMENT PRIS :..................................................

..................................................

SIGNATURE - DOPING CONTROL OFFICIAL
SIGNATURE DU RESPONSABLE DU CONTROLE ...............................

PRINT NAME
NOM EN MAJUSCULES...............

I DECLARE THAT I AM SATISFIED WITH THE SAMPLE COLLECTION PROCEDURE AND AGREE THAT ALL DISPUTES HOWSOEVER ARISING FROM DOPING CONTROL SHALL BE RESOLVED IN ACCORDANCE WITH IAAF ARBITRATION RULES.
JE DECLARE ETRE SATISFAIT(E) DE LA PROCEDURE DE CONTROLE ET J'ACCEPTE QUE N'IMPORTE QUEL LITIGE POSE PAR LE CONTRO-LE ANTIDOPAGE SERA RESOLU CONFORMEMENT AUX REGLES D'ARBITRAGE DE L'IAAF.

SIGNATURE - ATHLETE
SIGNATURE DE L'ATHLETE ...............................

SIGNATURE - ACCOMPANYING PERSON (IF ANY)
SIGNATURE DE L'ACCOMPAGNATEUR EVENTUEL...............................

REMARKS / REMARQUES ...............................

..................................................

Copy for the authority concerned / ... IAAF ...

# INTERNATIONAL AMATEUR ATHLETIC FEDERATION

**OUT-OF-COMPETITION DOPING CONTROL FORM**

**FORMULAIRE DE CONTROLE ANTIDOPAGE HORS COMPETITION**

NAME OF ATHLETE
NOM DE L'ATHLETE ...............................

FIRST NAME
PRENOM ...............................

NATIONALITY
NATIONALITE ...............................

VENUE
LIEU ...............................

DATE TEST CONDUCTED
DATE DU CONTROLE ...............................

MALE / FEMALE
HOMME / FEMME ...............

TIME OF NOTIFICATION
HEURE DE NOTIFICATION...............................

TIME SAMPLING PROCEDURE COMPLETED
HEURE DE FIN DE LA PROCÉDURE DE PRÉLÈVEMENT...............................

BOTTLE CODE
CODE DU FLACON   A ...............   B ...............

TOTAL AMOUNT OF URINE (ml)
QUANTITE TOTALE D'URINE (ml)...............

BOTTLE CONTAINER
SCELLÉ DU BOITIER   A ...............   B ...............pH...........

SPECIFIC GRAVITY
DENSITE...............

INTERMEDIARY SEAL NUMBER(S) FOR USE IN THE CASE OF AN INSUFFICIENT SAMPLE (LESS THAN 70 ml OF URINE)
SCELLÉ(S) INTERMEDIAIRE(S) EN CAS D'ECHANTILLON INSUFFISANT (MOINS DE 70 ml D'URINE)

T N°
PREMIER N°...............................

SECOND N°
SECOND N° ...............................

THIRD N°
TROISIEME N°...............

THIS SPACE IS RESERVED FOR DETAILS OF THE SECOND SAMPLE WHERE THE FIRST SAMPLE DOES NOT MEET REQUIRED SPECIFICATIONS
CET ESPACE EST RESERVE AUX RENSEIGNEMENTS CONCERNANT LE SECOND ECHANTILLON LORSQUE LE PREMIER ECHANTILLON N'EST PAS CONFORME AUX CONDITIONS REQUISES

BOTTLE CODE
CODE DU FLACON   A ...............   B ...............

BOTTLE CONTAINER
SCELLÉ DU BOITIER   A ...............   B ...............

TOTAL AMOUNT OF URINE (ml)
QUANTITE TOTALE D'URINE (ml)...............pH...............

SPECIFIC GRAVITY
DENSITE...............

ATHLETES SIGNATURE TO VERIFY THE ACCURACY OF THE ABOVE INFORMATION
SIGNATURE DE L'ATHLETE POUR CONFIRMER L'EXACTITUDE DES INFORMATIONS CI-DESSUS
...............................

DRUGS DECLARED TO HAVE BEEN RECENTLY USED :
MEDICAMENTS RECEMMENT PRIS :...............................

SIGNATURE - DOPING CONTROL OFFICIAL
SIGNATURE DU RESPONSABLE DU CONTROLE ...............................

PRINT NAME
NOM EN MAJUSCULES...............................

I DECLARE THAT I AM SATISFIED WITH THE SAMPLE COLLECTION PROCEDURE AND AGREE THAT ALL DISPUTES HOWSOEVER ARISING FROM DOPING CONTROL SHALL BE RESOLVED IN ACCORDANCE WITH IAAF ARBITRATION RULES.

JE DECLARE ETRE SATISFAIT(E) DE LA PROCEDURE DE CONTROLE ET J'ACCEPTE QUE N'IMPORTE QUEL LITIGE POSE PAR LE CONTRÔLE ANTIDOPAGE SERA RESOLU CONFORMEMENT AUX REGLES D'ARBITRAGE DE L'IAAF.

SIGNATURE - ATHLETE
SIGNATURE DE L'ATHLETE ...............................

SIGNATURE - ACCOMPANYING PERSON (IF ANY)
SIGNATURE DE L'ACCOMPAGNATEUR EVENTUEL ...............................

REMARKS/REMARQUES ...............................

...............................

...............................

SPECIMEN FORM

Name of person to be tested / Nom et prénom du sportif

Postal address / Adresse

Telephone / Téléphone

Sex / Sexe        Nationality / Nationalité
M / M    F / F

Type of test / Type de contrôle

Out-of-competition / Hors compétition

Competition / Compétition

Name of organization requesting the test / Nom de l'organisme demandant le contrôle

International Federation / Fédération internationale

National Federation / Fédération nationale

## Notification of testing and acknowledgement / Notification de contrôle et accusé de réception

You are hereby summoned to appear for a doping test / Vous êtes convoqué(e) à un contrôle antidopage

| Date / Date | Time / Heure | Place / Lieu | Event / Épreuve | Position / Classement |
|---|---|---|---|---|

I hereby acknowledge that I have received and examined this summons.
I am aware that I will be violating the charter of the organization if I do not attend the test, for which I may be punished.

Bring a valid identification or a valid competition card with a photo.
You may be accompanied by one person designated by you (a deputy) during testing.

Je confirme avoir reçu et pris connaissance de cette convocation.
Je sais que je serais en infraction avec le règlement et que je serais passible de sanctions si je ne me présentais pas au contrôle.

Munissez-vous d'une pièce d'identité ou d'une licence de compétition avec photo en cours de validité. Vous pouvez vous faire accompagner au poste de contrôle par une personne de votre choix

Signature of person to be tested / Signature du sportif à contrôler

Signature of notifier / Signature du responsable de la notification

Clarification of signature / Nom du responsable en toutes lettres

## Test completion / Réalisation du contrôle

| Sampling date / Date du prélèvement | Time of arrival / Heure d'arrivée | Sampling time / Heure du prélèvement | Identification / Identification |
|---|---|---|---|
| | | | Passport / Passeport        other / autre |
| | | | ID / Carte d'identité |

| Sample Échantillon | Code no A | Code no B | Total amount of urine, ml / Quantité totale d'urine, ml | Specific Gravity / Densité | pH / pH |
|---|---|---|---|---|---|

## Insufficient sample / Enchantillon Isuffisant

Intermediary seal number(s) (for use in the case of an insufficient sample, less than 70 ml urine). / Scellés intermédiaires (à utiliser en cas d'échantillon insuffisant, si moins de 70 ml d'urine).

First no / Premier no      ml      tested initials / initiales du sportif

Second no / Deuxième no      ml      tested initials / initiales du sportif

## Second sample / Second échantillon

If the first sample does not meet the required specific gravity, a second sample will be taken and for this a second Doping Control Form must be used. Both samples and forms must be submitted to the agency and the laboratory.

Si le premier échantillon n'a pas la densité requise, on procédera à un deuxième prélèvement avec un deuxième formulaire de contrôle. Les deux échantillons et les deux formulaires doivent être transmis à l'organisme et au laboratoire.

## Drugs / Médicaments

Drugs declared to have been recently used / Médicaments déclarés avoir été pris récemment

## Confirmation / Confirmation

I declare that the information I have given above is true and I approve the testing procedure and agree that all disputes however arising from doping control shall be resolved, in the case of tests conducted under IAAF Rules, in accordance with IAAF arbitration Rules and in the case of doping control conducted under the Rules of any other sporting body, in accordance with that organisation arbitration's rules.

Je déclare que les renseignements que j'ai donnés ci-dessus sont exacts et que j'approuve la procédure de contrôle et s'engagent à ce que tous litiges survenant à l'occasion de contrôles anti-dopage soient résolus, (i) en cas de tests réalisés selon les Règles de l'IAAF, en accord avec les Règles d'arbitrage de l'IAAF; et (ii) en cas de contrôle anti-dopage, réalisés selon les Règles de tout autre organisme sportif, en accord avec les Règles d'arbitrage de cet organisme.

Signature of tested person / Signature du sportif contrôlé

Signature of doping officer / Signature du responsable du contrôle

Signature of accompanying person (if any) / Signature de l'accompagnateur (éventuel)

Signature of doping officer assistant / Signature de l'assistant du responsable du contrôle

Remarks / Remarques

IDTM/AAF    Telephone +46-8-765 05 10    Fax +46-8-765 05 14

98-11

# NOTICE OF APPLICATION
# TO A HEARING

To the athlete

**Sample Code:**

In accordance with IAAF Rule 59.2 evidence has come to the IAAF's attention that a doping offence may have been committed. You have been informed under separate cover of the nature of the alleged offence concerned.

Under IAAF Rule 59.3 you have the right to a hearing before the relevant tribunal of your National Federation before any decision on eligibility is reached. If you would like to exercise that right could you please return this notice, under cover of a letter marked Strictly Private and Confidential, to your National Federation at the address set out below.

I wish to exercise my right to a hearing under IAAF Rule 59.3

Yes............... ☐

No..... .......... ☐

...........................
Signature of the Athlete

.............................
Date

INTERNATIONAL AMATEUR ATHLETIC FEDERATION

NOTICE OF REFERRAL TO ARBITRATION

General Secretary
International Amateur Athletic Federation
17 Rue Princesse Florestine
Monaco Cedex


NAME:


ADDRESS:


Athlete's National Federation (or if other body, name of such other body):


Nature of Dispute:


I request that the above dispute and all other necessary and associated issues be submitted for decision and determination to Arbitration before the Arbitration Panel of the IAAF. This Arbitration shall be in accordance with, and incorporating, the IAAF's Rules and Procedural Guidelines. I understand that this Arbitration will be final and binding upon all parties.


Signed


Approved on behalf of IAAF

# HELP NOTES

One of the cornerstones of athletics is "fair play". This means that cheating is unacceptable. A particularly disgraceful form of cheating is doping. Doping is the use of methods or taking of substances (usually various forms of medication) which artificially increase physical performance. Doping is forbidden on both medical and ethical grounds.

A. Medication is intended for prevention and cure of disease and not for use by healthy athletes to enhance sporting performances.

B. Doping can endanger your health. Doping substances are usually potent drugs which can cause extremely serious side-effects, particularly in young people.

C. Sport should promote physical and mental health. Doping has the opposite effect.

In practice, doping substances (and methods) are usually applied either at competitions, where they serve to temporarily increase physical capacity (e.g. stimulants, narcotic analgesics), or outside competitions, where they are used to enhance the effects of training (e.g. anabolic agents, peptide hormones). As a result, an effective anti-doping programme cannot be a successful deterrent unless it combines testing both at competitions and during training.

Some substances on the doping list (e.g. ephedrine and related substances) may be ingredients of preparations that can be purchased over the counter or without a doctor's prescription. In such preparations, the concentrations of the banned substances are usually low, as are their stimulating effects. Doping with such substances means that the athlete should be disqualified from that competition and a public warning should be issued (first offence), whereas doping with other listed substances (heavy stimulants, anabolic agents, peptide hormones) carries a long period of ineligibility for a first offence. Repeated offences result in increasingly severe penalties.

Since doping is forbidden, athletes who dope themselves violate one of the most important principles of competitive sport, i.e. competition on an equal basis among all competitors. No athlete can feel any pride or joy from a victory achieved through doping.

SAY NO TO DOPING!

## NOTE

The following pages are in response to a proposal from the IAAF Athletes' Commission who, on behalf of the athletes, requested some special notes on doping control specifically looking at the control procedures from the athletes' point of view.
Also included are pages directed to the attention of coaches and doctors.

It is hoped that these additions to this booklet will answer most of the questions which might arise but if there are any points, no matter how small, which you are uncertain about, please ask. You may telephone or write to:

International Amateur Athletic Federation,
Anti-Doping Department
17, Rue Princesse Florestine,
BP 359. MC-98007 Monaco Cedex.

Tel: (377) 93 10 88 88     Fax : (377) 93 15 95 15

# HELP NOTES FOR ATHLETES ON DOPING CONTROL

## INTRODUCTION

Dear Athlete,
This section will look at doping control from your point of view
and raise questions we feel you may want to ask.

As you know, all athletes want to win but some will take banned drugs
to help them.
When drug takers win clean athletes lose.
Doping control is a way of giving these clean athletes a fair chance.
We try to protect the innocent by catching the cheats.

## STAYING CLEAN

As an athlete, the simple rule you should remember is:
Never take anything that is on the list of banned substances.

All you have to do is keep a copy of this list.
Take the list with you:
When you go to a doctor or to a hospital.
When you buy medicine or when you are given a prescription.

If you have any doubt about medicine or drugs, check it out yourself.
A simple phone call to your doctor and to a sports anti-drugs line
is the best way to check if a medicine or drug is OK.

If you are worried that a drug might be banned, just do not take it. Exercise particular caution with so
called food supplements and herbal preparations. They are usually not subject to any control and may
contain banned substances. If you take a banned substance that you did not know was banned or a
preparation which contained a banned substance without you knowing it • you will be banned! This is
just not worth it.

## DOPING CONTROL

*Q: 'What is doping control?'*
A: Doping control is how we make sure an athlete is clean. Mostly, this is done
by testing an athlete's urine for traces of banned substances.

*Q: 'Why would I be chosen?'*
A: Top athletes will be asked to take part in doping controls fairly frequently.
Going to a doping control for the first time often means you have made it to the
top level! There is no need for first timers to be fearful about a doping control.

*Q: 'How will I know if I have been chosen?'*
A: If you are chosen for doping control you will first be told about it
and then asked to sign a form to confirm you have been told.

*Q: 'What do I do next?'*
A: You should then report to the doping control area within 1 hour.
If this is impossible, for example, because you have to compete soon after etc,
then you must get special permission. It is important not to be late.

*Q: 'What if I refuse to go?*
A: If you refuse to take part in a doping test or do not report at the
doping control centre you will be treated as if you had taken anabolic agents •
and this is the biggest ban you can get.

If you are clean why throw it all away by refusing a test or not reporting?

*Q: 'Why is this Doping Control Official following me?'*

A: It is very common for you to be accompanied, or at least always watched, between being told about your test and reporting to the control. It may sound amusing, but you must not urinate during this time! This could affect the results of the doping control.

*Q: 'Do I have to go to the doping control alone?'*
A: If you like, you can choose a person to be with you until you pick up the sample beaker and make your way to the cubicle at the Control. This could be an interpreter, a coach, another athlete, anyone you like.

*Q: 'What do I need to take to doping control?'*
A: When you arrive at control it is vital that you can prove your identity by showing a document with your photograph on it.

*Q: 'What do I have to do in doping control?'*
A: Once you have checked in, you will be asked if you are ready to give a sample. Drinks (in factory closed containers) are available if you feel you cannot give a sample! This happens quite often and is nothing to be worried about. But you will have to stay in doping control until you are ready to give a sample.

*Q: 'How do I give this sample?'*
A: When ready, you choose a beaker from a selection and then go into a cubicle to give a sample.

*Q: 'Do I go into the cubicle alone?'*
A: Unfortunately, because many people have tried to cheat at this stage of the control, a doping control official of your own sex will go with you into the cubicle and watch carefully while you give your sample. Because this official must be sure that the sample is genuinely your urine delivered at that time, you will be asked to undress so that you are naked from the middle of your back to below your knees.

*Q: 'Why would you make me do this?'*
A: This is as embarrassing for the official as it is for the athlete! But it is done to protect those who are clean and make sure cheats do not prosper.

*Q: 'I thought I could go but now I can't!'*
A: This often happens and is nothing to worry about. Running water on your wrists or even the sound of running water may help you provide a generous sample!

*Q: 'How much do I need to provide?'*
A: You have given a sample once there is 70ml of your urine in the beaker. If you need more than one attempt to provide this amount you must remain in the doping control and supervised until you have provided the necessary amount.

*Q: 'How does the sample get into the bottles?'*
A: Samples are divided into 'A' and 'B' sample bottles before your eyes. At this stage the urine will be tested in a few minutes to make sure it is suitable for testing by the laboratory (pH and specific gravity test). You may have to give another sample if the urine is unsuitable (e.g. specific gravity less than 1.010, or 1.005 where a refractometer is used).

Bottles are then closed and turned upside down to make sure they don't leak. If the bottle itself does not have a special sealing top it will be put into a security container that does.

*Q: 'What do I do after I have given the sample?'*
A: What comes next is very important for you. This is because you get the chance to check that the sample you have given is packaged correctly in order to be sent to the testing laboratory with your code on it.

*Q: 'Can my sample bottles be mixed up with someone else's?'*
A: The bottles and/or the containers always have either numbers or letters, or both, on them that make
them unique. The special seals used will make it easy to see if they have been tampered with once
they have left the Doping Control Station.
This is done to protect tested athletes.

*Q: 'How is the sample sent to the laboratory?'*
A: Bottles and specially designed containers are used to contain your sample
on their trip to the testing laboratory

*Q: 'How can I be sure all this procedure is being carried out properly?'*
A: You will be watching as it happens.

## FILLING IN THE DOPING CONTROL FORM

*Q: 'What is the doping control form?'*
A: The Doping Form is made up in a set of four or more carboned sheets.

*Q:'Why are there so many sheets?'*
A: Usually, the top and second copy are kept by the doping control authority,
a copy is given to you to keep
and a copy is sent to the laboratory along with your sample.

*Q: 'What if the laboratory recognises my name on the form?'*
A: It cannot. To protect your privacy, the sheet that is sent to the laboratory will not have your name
and signature on it. Your sample will only be known to the laboratory as a code.

*Q: 'What is on this form?'*
A: These forms contain a list of standard details.
The most important from your point of view is:
Your family name,
Your first name,
Your event,
Bottle and/or Container Code A,
Bottle and/or Container Code B,
Declaration of medication taken recently,
Your signature.

*Q: 'Why do I need to 'Declare medication taken recently?''*
A: The 'declaration of medication taken recently' section of the form helps the
laboratory when they do their test of your sample. Everything you take, even vitamins, food
supplements and herb teas, should be written on this list. If you keep a list of what you are taking with
you always, you can write their proper names on the form.

*Q: 'Do I need to check this form before signing it?'*
A: For your own good, it is important you check the form very carefully before
you sign it. This is your chance to make sure all the important details like your name, the codes on the
bottles etc are correct.
If you have anything to say about the test (good or bad)
there is a space on the form for this which you should feel free to use.

Don't forget to take your copy of the doping form when you leave
the doping control and to keep it somewhere safe.
Think of the form as your proof of what happened during the control.

## AT THE LABORATORY

*Q: 'Can I trust the laboratory with my sample?'*
A: Your sample will be sent to a laboratory accredited by the International Olympic Committee and recognised by IAAF. They are regularly checked to make sure they are of the highest possible standard.

At the laboratory, skilled staff will use very sophisticated equipment to check your sample.

*Q: 'What happens when the laboratory has tested my sample?'*
A: When the laboratory test has finished, a report is sent to the organisation which authorised your test in the first place. Reports are sent to the IAAF and passed on to your National Federation.

## THE RESULT OF THE ANALYSIS

*Q: 'How will I hear about the result?'*
A: Should there be an adverse report from the laboratory, you will be told in a letter from your National Federation.
Your letter will mention the date and place of the doping control where your sample was taken and tell you the result of the test.

An 'Adverse Findings' result means that the A sample contained banned substance(s).

## 'ADVERSE FINDINGS' INFORMATION

*Q: 'What will happen if there is an adverse finding?'*
A: You will be invited to explain to your National Federation why that substance was in your urine. You should reply to this letter within the given time limit.

*Q: 'What happens to me if I cannot give my National Federation a satisfactory explanation?'*
A: You will be suspended 'pending a hearing' and be told when this hearing will take place. You may also request that the 'B' sample is tested.

## TESTING THE 'B' SAMPLE

*Q: 'What is the point of the 'B' sample test?'*
A: The point of this test is to see if the findings of the 'B' sample confirm the adverse findings of the 'A' sample.
As well as the laboratory personnel, the following people may be present at the 'B' sample test:

You
Your representative,
An interpreter (if needed),
Your Federation representative,
An IAAF representative,

*Q: 'Who pays for me to witness the 'B' sample test?'*
A: You will have to pay your own expenses if you, or someone else, want to be present when the 'B' sample is tested. Of course, if the 'B' sample proves to be negative your expenses will be reimbursed.'

*Q: 'What if the 'B' sample tests negative?'*
A: If this happens the case will be dropped.

Q: 'What if the 'B' sample confirms the banned substance?'
A: Test results will be sent to the IAAF who will notify you through your Federation.

## THE HEARING

Q: 'Why should I attend the hearing?'
A: The hearing gives you another chance to give your explanation of why your result
was positive. If you believe you are innocent you should attend the hearing
or get someone else to.

Q: 'Who will consider these explanations?'
A: A hearing panel appointed by your National Federation.

Q: 'May I have witnesses at the hearing?'
A: Yes. But you must make sure they attend.

Q: 'When will the hearing panel give their verdict?'
A: Normally on the day of the hearing or shortly after.

Q: 'How will I hear of the verdict?'
A: The verdict will be confirmed to you in writing.

Q: 'What if the verdict is a guilty one?'
A: If you are found guilty you will be ineligible to compete
for a period of time as laid down in IAAF rules. In addition, you shall refund all prize or appearance
money received in respect of any meetings taking place during the period from the day on which you
delivered the positive sample to the date when you were suspended.
The ineligibility period will begin from the date of the disciplinary decision. The "pending hearing"
suspension period shall be deducted from the ineligibility period.
If you are found innocent by your Federation, and the IAAF agrees with the verdict, the case will be
dismissed.

Q: 'What if I can still not accept the verdict?'
A: You can appeal to your Federation against the verdict. When you have exhausted your possibilities
in accord with the regulations in your country, you can submit an appeal for arbitration to the IAAF. If
the IAAF believes the decision of your Federation was wrong they may submit the case to an IAAF
Arbitration Panel.
THEIR DECISION IS FINAL AND BINDING.

## DURING THE BAN

Q: 'Will I be tested during my ban?'
A: If you have been banned for a prolonged period of time you must be drug tested several times
before you can return to competition.

In addition, one test for all banned drugs must take place before
you resume competition, just prior to the end of the ban.

It is your responsibility to make sure these tests take place with your Federation.

## OUT-OF-COMPETITION TESTING

Q: 'Is Out-Of-Competition Testing different?'
A: Most of the procedure for an Out-Of-Competition
doping control is identical to what has already

been described, but the differences are that:

You can be tested at any place and any time.

Most doping controls will be without prior warning.

A knock on your door is all the warning you might get.

(The Doping Officer will carry a letter of authority and identification).

Only a limited range of substances and techniques will be tested for.

## BLOOD TESTING

*Q: 'What is blood testing?'*

A: This form of testing is described within the Procedural Guidelines.

If you are asked to give a blood test, you will be given a full account

of what to expect before the test.

..............................................................

Don't wreck your sporting career and bring shame on yourself,

your family and friends by taking drugs.

Stay away from those who sell drugs because it is you and not them

who will suffer when (not if) you are caught.

If you have proof, report drugs sellers to your Federation.

**YOU CAN BE A WINNER WITHOUT DRUGS.**

# HELP NOTES FOR COACHES

Whilst it cannot be denied that many of the banned drugs used within sport may be successful in enhancing speed, strength and stamina it is also evident that all drug substances have undesirable side effects. Many are illegal unless obtained on prescription. Most create a psychological dependence following use, if there is even a marginal performance improvement, even when that performance could not rightfully be credited to the drug.

It is very desirable that coaches, doctors, administrators and athletes work as a team toward the eradication of doping in sport and the creation of a level playing field on which athletics may take place.

The coach plays a particularly important role within this team in that he probably has more direct influence upon the athlete than anybody outside of the athlete's direct family.



It is particularly sad that some athletes have come to believe that those who beat them are cheating whereas the analytical evidence seldom supports this view. Most victories are a reward for talent and hard work.

If sport is to continue to prosper it is essential that an environment be developed where doping is disapproved by all. Such disapproval should be for a combination of reasons; moral, ethical and health.

If you are able to foster the right attitude in one generation of athletes, it is likely that the generation which follows will find it easier to avoid cheating.

There can surely be no pride for the athlete in winning by cheating and you the coach can have no pride in victories which are based upon banned chemical preparations.

It is the responsibility of the coach to take proper care of the welfare of his athlete. To allow or to encourage the use of drug substances is a derogation of that duty and any coach involved in such activity has no place in Athletics.



It is only in fairly recent years that sport in general has been besmirched by the use of drugs on a wide and dangerous scale and the knowledge of this abuse has caused the public to, in some instances, doubt the integrity of performers and falsely believe that record breaking performances are an indication of drug use.

Setting aside for one moment the undoubted health risks and moral and ethical aspects of using banned substances, does it not seem totally unfair that the performances of worthy winners should be questioned in consequence of it being known that some athletes cheat?

**PLEASE PROVIDE YOUR ATHLETES WITH THE STRENGTH TO SAY NO TO DRUGS.**

## HELP NOTES FOR DOCTORS

Doctors caring for track and field athletes have a particular responsibility to ensure that in treating such athletes the use of those substances which are referred to in the IAAF list of banned substances is avoided. Where no suitable alternative exists the athlete must be withdrawn from competition for a period sufficient to allow the drug substance to clear from the athlete's system, unless prior exemption has been granted for such a substance.

There have been occasions in the past where doctors have prescribed a preparation in the mistaken belief that as the drug substance was considered to be too small to benefit the athlete's performance the substance would either not be identified by the testing laboratory or would not be regarded as a case of doping. It is emphasised that the analysis is in most instances not quantitative and therefore the presence of even the smallest amount of a banned substance will be treated as a positive case.

It is further emphasised that it is the responsibility of the athlete to ensure that he does not use banned substances and therefore it is doubly important that you maintain the utmost care and thus ensure that the athlete is not punished as a consequence of your actions.

Whilst there is no World-wide publication containing listings of permissible drug substances, some countries have published lists which are applicable to their own area and therefore you may wish to make the necessary enquiries to ascertain if such a list is available in your country. It should always be remembered that there may be a variation in formula of branded items from one country to another and it would be sensible to warn your athlete patients that they should be particularly careful when repeating a prescription outside of their home country.

### ENCOURAGE YOUR SPORTS PATIENTS TO BE DRUG FREE