

# JUNIOR NATIONAL CHAMPIONSHIPS
# Richmond, VA- June 16 - 17
# REGISTRATION FORM
### (Please Type or Print all information)

| OFFICE USE ONLY |
| --- |
| DECLARED _____ |
| _____ USATF Card |
| _____ Proof of Performance |
| _____ Signatures |
| _____ Birth Certificate or Passport |
| _____ Entry Paid |
| Late Entry Payment Required _____ |

**Name** <u>Gatlin</u>    <u>Justin</u>    <u>A.</u>
    Last Name     First Name     Initial

**Home Address** <u>5906 Walton St.</u>    **Ht.** <u>6'1</u> **Wt.** <u>170</u>

**City** <u>Pensacola,</u>   **State** <u>FL</u> **Zip** <u>32503</u> **Sex** M <u>✓</u> F

**Birth Date** <u>2/11/82</u>   **E-Mail** <u>jgatlin@utk.edu</u>

**Day Phone** (<u>865</u>) <u>405·7649 cell</u>   **Evening Phone** (___) <u>same</u>

**Coach's Name** <u>VINCE ANDERSON</u>

**Coach's Work#** (<u>865</u>) <u>974·9441</u>   **Coach's Home#** (<u>865</u>) <u>588 1688</u>

**2001 USATF No.** <u>pending</u>   Club/(School) <u>UNIV. OF TENNESSEE</u>

**Where will you be staying? (Hotel Name)** _____ **# of Nights** _____

## EVENTS ENTERING

| Event | Qualifying Mark | | | | Qualifying Meet Information | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Mark | FAT/HT | Implement Weitht | Hurdle Height | Name of Meet | Site | Date |
| 100 | 10.12 | FAT | | | Gatorade | KNOXVILLE TN | 4/7/01 |
| 200 | 20.55 | FAT | | | Sea Ray Relays | " | 4/13/01 |
| 110m HUR | 13.74 | FAT | | 42" | Gatorade | " | 4/7/01 |
| | | | | | | | |

Events entered @ $10.00/event ...$ <u>30</u>

Entry into Hep./Dec. @ $10.00 ...$ _____

GATLIN v. UNITED STATES ANTI-DOPING AGENCY INC    Doc. 22 Att. 7

Total Amount of Entry Fees...........$ <u>30</u>

**Make check payable to:** Richmond Sports Backers

**Mail to :** USA Jr. National Track and Field Championships
c/o Tim Lampe
Stuart C. Siegel Center
1200 West Broad Street
PO Box 843013
Richmond, VA 23284-3013

In consideration of my entry being accepted, I, intending to be legally bound do hereby for myself, my heirs, and executors, waive all rights and claims for damages which may hereafter accrue to me against USA Track & Field, Inc., Virginia Commonwealth University, Richmond Sports Backers or any of the other event sponsors, or their respective officers, agents, employees, representatives, successors, assigns from all claims or liabilities of any kind arising out of my participation in the 2001 USATF Jr. National Championships even though that liability may arise out of the negligence or of any entity or persons covered by this waiver. I recognize that attendance or participation in the event carries risks, including, but not limited to, injury, illness or death. If I should suffer injury or illness, I authorize the officials of the event to use their discretion to have me transported to a medical facility, and I take full responsibility for this action. I warrant and represent that I am physically fit to engage in the competitions I have entered. I hereby grant full permission to any and all of the foregoing to use any photographs, videotapes, motion pictures, recordings or any other record of this event for any purpose of the event whatsoever. I have read the above release and agree to everything stated above.

**Athlete's Signature** <u>Justin A. Gatlin</u>    **Date** <u>4/23/01</u>

**Parent/ Guardian Signature** _____ **Date** _____

## IMPORTANT INFORMATION on the other side —SIGNATURES REQUIRED !!!

# *WARNING*: TO ALL ATHLETES!!

## *Drug Testing is NOT just about Anabolic steriods!*

Read this VERY IMPORTANT information regarding drug testing at this event and how taking Supplements, Cold, Asthma and Allergy medications could affect your eligibility.

Some common nutritional **SUPPLEMENTS** and over-the-counter **COLD & ALLERGY** medicines contain prohibited stimulants like ephedrine, pseudoephedrine, phenylpropanolamine and other related substances. If you take a training SUPPLEMENT or COLD or ALLERGY medicine that contains a prohibited substance before competing at this event, you may **TEST POSITIVE** and be disqualified from the competition and lose your spot on the USA National team.

Examples of common medicines that contain prohibited substances:
- Chlor-Trimeton Decongestant
- Seldane-D
- Sudafed
- Actifed
- Tavist-D
- Dimetapp
- Benadryl decongestant

This list is <u>NOT</u> all-inclusive. There are many more medicines and supplements that contain prohibited substances.

**ASTHMA** inhalers may contain restricted substances. A medical notification form must be on file with the US Anti-Doping Agency prior to competition. (Filling out a medical notification form for a prohibited medication may NOT allow you to use the substance during competition; it depends on the substance)

**PRESCRIBED** medications may contain prohibited substances. A doctor's prescription <u>does not</u> allow you to take a prohibited medication or substance.

### BE SAFE!! BE SURE!!

BEFORE you take or use any over-the counter, medicines, nutritional supplements or inhalers call the US Anti-Doping Agency Drug Reference Hotline at

## 1-800-233-0393.

I have read the above and understand that some common nutritional supplements and over-the-counter cold and allergy medicines contain substances prohibited by the IAAF & USADA and that I can not take them prior to competing at the USA Track & Field Jr. Championships or any other USATF competition. I further understand that I should contact the US Anti-Doping Agency Drug Reference Hotline at 1-800-233-0393 before taking any medicine prior to my competing at the USA Track & Field Junior National Championships.

NAME (Please print) _____JUSTIN_____GATLIN_____

Athlete Signature _____

Coach or Parent Signature _____ Date 4/20/01

# JUNIOR NATIONAL CHAMPIONSHIPS
## Richmond, VA- June 16 - 17
## REGISTRATION FORM
(Please Type or Print all Information)

OFFICE USE ONLY
DECLARED  100 FC   110 HuR FC   200 FC
☐ USATF Card
☐ Proof of Performance
☐ Signatures
☐ Birth Certificate or Passport
☐ Entry Paid
Late Entry Payment Required

Name  **Gatlin**  **Justin**  **A.**
Last Name       First Name       Initial

Home Address  **5406 Walton St.**     Ht. **6 1**  Wt. **170**
City  **Pensacola,**   State **FL** Zip **32503** Sex M ✓ F
Birth Date  **2/11/82**   E-Mail  **jgatlin@utk.edu**
Day Phone ( **865** ) **405-7649 cell**  Evening Phone (    )  **same**
Coach's Name  **VINCE ANDERSON**
Coach's Work# ( **865** ) **974-9441**  Coach's Home# ( **865** ) **588-1688**
2001 USATF No.  **pending**   Club/School  **UNIV. OF TENNESSEE**
Where will you be staying?  (Hotel Name) **Days Inn**   # of Nights **3**
                                                    ( **JUN 15, 16, 17** )

### EVENTS ENTERING

| Event | Mark | (FAT)/HT | Implement Weight | Hurdle Height | Name of Meet | Site | Date |
|---|---|---|---|---|---|---|---|
| 100 | 10.12 | FAT | 10/08 | | Gatorade | KNOXVILLE TN | 4/7/01 |
| 200 | 20.55 | FAT | 20,29 | | Sea Ray Relays | " | 4/13/01 |
| 110 m HuR | 15.14 | FAT | | 42" | Gatorade | " | 4/7/01 |
| | | | | | | | |

Events entered @ $10.00/event ...$ **30**
Entry into Hep./Dec. @ $10.00 .....$ _____
Total Amount of Entry Fees............$ **30**

**Make check payable to:** Richmond Sports Backers

Mail to :USA Jr. National Track and Field Championships
c/o Tim Lampe
Stuart C. Siegel Center
1200 West Broad Street
PO Box 843013
Richmond, VA 23284-3013

In consideration of my entry being accepted, I, intending to be legally bound do hereby for myself, my heirs, and executors, waive all rights and claims for damages which may hereafter accrue to me against USA Track & Field, Inc., Virginia Commonwealth University, Richmond Sports Backers or any of the other event sponsors, or their respective officers, agents, employees, representatives, successors, assigns from all claims or liabilities of any kind arising out of my participation in the 2001 USATF Jr. National Championships even though that liability may arise out of the negligence or of any entity or persons covered by this waiver. I recognize that attendance or participation in the event carries risks, including, but not limited to, injury, illness or death. If I should suffer injury or illness, I authorize the officials of the event to use their discretion to have me transported to a medical facility, and I take full responsibility for this action. I warrant and represent that I am physically fit to engage in the competitions I have entered. I hereby grant full permission to any and all of the foregoing to use any photographs, videotapes, motion pictures, recordings or any other record of this event for any purpose of the event whatsoever. I have read the above release and agree to everything stated above.

Athlete's Signature _____  Date  **4/23/01**
Parent/ Guardian Signature  **Willie F. Gatlin**  Date  **4/24/01**

**IMPORTANT INFORMATION on the other side —SIGNATURES REQUIRED !!**