# Doping Control Official Record

Men's 100 - 1st _____  6-17-01 _____ 825-(
ATHLETE / OR PLACE / OR EVENT                NOTIFICATION DATE       TIME

Pursuant to USADA Regulations:
- You are required to be drug tested. Signature on this form constitutes your consent to such testing.
- You have a maximum of 60 minutes from time of notification to arrive with your Chaperone at the doping control station/area, unless being tested under Out-of-Competition conditions.
- Refusal to cooperate or failure to report within the given time limit, may subject you to sanctions consistent with a positive drug test.
- Consumption of any fluid or food even if provided by the Chaperone or a Doping Control Officer is at your own risk.
- You may have a representative accompany you through the testing process, but such representative may not witness the voiding.

David T Bloor _____ /s/ _____ Justin Gatlin
Notifying Chaperone's Name        Athlete Signature           (Print Name)

## ATHLETE INFORMATION

Justin Gatlin _____  6-17-01 _____ 8:45
Athlete Name (PRINT)                 ARRIVAL DATE      TIME

5906 Walton St _____  2/10/82
Street Address                       Date of Birth (month/day/year)

Pensacola FL 32503 _____  N/A
City, State, Zip Code, COUNTRY        I.D. # (or "n/a" if Event)

850-484-9042
Phone

## LABORATORY/SPECIMEN INFORMATION

[X] Event           [X] Full Menu Test        C-17-01       9:45
[ ] Out-of-Competition  [ ] Partial Menu Test  SAMPLE COLLECTION DATE   TIME
[ ] Other _____

A10218                               | 4 | 5 | 6 | 4 | 7 | 3 |
I.D. # ("OOC" If Out-of-Competition) SAMPLE CODE NUMBER   [X] MALE  [ ] FEMALE

Track & Field                        SPECIFIC GRAVITY and pH levels within range [X] YES [ ] NO
Sport                                Specific Gravity: ≥1.010 (≥1.005 if measured by refractometer)
                                     pH: Not less than five and not greater than seven (5 ≥ x ≤ 7)

USA Jr Nationals                     ## SUBSEQUENT SPECIMEN
Competition Name (or City/State if OOC)  |   |   |   |   |   |   |
                                     SUBSEQUENT SAMPLE CODE NUMBER   TIME
                                     SPECIFIC GRAVITY and pH levels within range [ ] YES [ ] NO

Declaration of medications and nutritional supplements taken during the preceding three (3) days (write "none" if none declared)

| Medication / Supplement | Dose | Last Taken | Medication / Supplement | Dose | Last Taken |
|---|---|---|---|---|---|
| None | | | | | |

GATLIN v. UNITED STATES ANTI-DOPING AGENCY INC     Doc. 22 Att. 8

## SIGNATURES

By signing below I certify that: (i) I selected a sealed collection beaker and a sample kit from the supply provided, opened and visually checked that they were empty and clean, sealed them securely and confirmed that the numbers on the sample kit and bottles were identical to the numbers written on this Doping Control Official Record; (ii) the Doping Control Officer did not handle my sample except when permitted by me; (iii) no irregularities occurred in the sample collection process; and (iv) this information is not being provided to USADA pursuant to a doctor/patient relationship and is not to be considered a confidential medical record.

/s/ _____ (Print Name)    N/A _____ (Print Name)
Athlete Signature                           Language Specialist Signature (or "n/a" if none)

The following individuals were present during the sample collection and/or processing procedure(s).

/s/ Edward Gold _____ (Print Name)        N/A _____ (Print Name)
Chaperone Signature                         Subsequent Chaperone (or "n/a" if none)

/s/ MS Spaulding _____ (Print Name)         N/A
Doping Control Officer Signature            Athlete Representative (or "n/a" if none)

[ ] Partial Sample Form  [ ] Supplementary Report Form                    USADA 0073