5906 Walton Street
Pensacola, Florida 32503-7838

July 31, 2001

United States Anti-Doping Agency
Attn: Terrence P. Madden, Chief Executive Officer
1265 Lake Plaza Drive
Colorado Springs, CO 80906

Dear Sir:

"I do not dispute the results of my drug test at the USA Junior Nationals Championships on June 16, 2001, and June 17, 2001. Since age nine, I have taken adderall on a prescribed basis because I have a disorder known as Attention Deficit Disorder (A.D.D.).

Now, my doctor is helping my family and I find an alternative medicine which is permitted by USOC guidelines, since I am first and foremost a student-athlete. I truly regret any controversy that I may have caused USA Track & Field, and the 2001 Junior Tour.

Sincerely,

Justin A. Gatlin
Track & Field

GATLIN v. UNITED STATES ANTI-DOPING AGENCY INC    Doc. 22 Att. 9

5906 Walton Street
Pensacola, Florida 32503-7838

August 6, 2001

USADA Anti-Doping Review Board Panel
1265 Lake Plaza Drive
Colorado Springs, Colorado 80906

RE: Justin Gatlin/Sample 456473 & 456500 / Site ID A10218

Dear Panel Members:

"I" do not dispute the results of my drug test at the USA Junior Nationals Championships on June 16, 2001, and June 17, 2001. Since age nine, I have taken the medication adderall on a prescribed basis because I have a disorder known as Attention Deficit Disorder (A.D.D.).

Now, my doctor is helping my family and I find an alternative medicine which is permitted by USOC guidelines, since I am first and foremost a student-athlete. I truly regret any controversy that I may have caused USA Track & Field, and the 2001 Junior Tour. I will faithfully accept and abide by terms of what ever penalty you recommend imposed to USADA and USOC.

Sincerely,

*[signature: Justin A. Gatlin]*

Justin A. Gatlin
Track & Field

5906 Walton Street
Pensacola, Florida 32503-7838

August 7, 2001

USADA Anti-Doping Review Board
1265 Lake Plaza Drive
Colorado Springs, Colorado 80906

RE: Justin Gatlin/Sample 456473 & 456500 / Site ID A10218

Dear Panel Members:

As spiritually, morally and ethically concerned parents of Justin A. Gatlin, we do not dispute the findings of the IOC laboratory results of the USA Junior Nationals drug test. We do regret all controversy and inconvenience that this positive test has caused. Our concern for our son has been many since early grade school, like many parents in this country that does not want their child labeled or stereotyped as being unable to focus or academically unsuccessful, and at the same time discussing the side affects or health risks while trying to restore a chemical imbalance to help him be academically successful.

Our ignorance of what an amphetamine is, is not an excuse but a lack of drug knowledge, we never knew the chemical compound elements that makeup the drug adderall, or that it was a banned substance on prohibited substance list for IAAF, USADA, or the NCAA. Justin has been on adderall for half of his life. As a first year Freshman in Track & Field he competed in all the indoor and outdoor competitions and voluntarily gave urine specimen when asked, which always came back negative.

Justin has confided in us that he learned to use the medication on and as-needed basis in his academic studies, while his last semester average bears this out, and because of having to take a mini-semester final exam he took his medication to help focus on the final which was two days before he left for the USA Junior Nationals.

We appriciate the help notes for future reference afforded us by The USA Track & Field Blue Book 2001 on National Team Drug Testing which we received via FedEx - overnight on July 16, 2001 which does not list adderall by name only amphetamine, also an updated July 2001 copy of USADA Guide to Prohibited Classess of Substances and Prohibited Mehtods of Doping in today's mail August 7, 2001 which has <u>Adderall</u> listed on the International Olympic Committee (IOC) change list which becomes effective Sept 1, 2001.

Justin was tested on June 16, 17, 2001. If USADA Prohibited list is effective Sept 1, 2001, and USA Track & Field book on Team Drug Testing does not name <u>Adderall</u> based on this information it is our hope that leniency will be a consideration. We do not expect total exoneration, but hopefully minor or secondary violation of charge will be imposed based

our son's medical history and all supporting documents enclosed herein.

Sincerely,

*Willie F. Gatlin*
*Jeanett A. Gatlin*
Willie F. & Jeanett A. Gatlin
Parents of Justin A. Gatlin

4 encl
1. Acceptance of Laboratory Finding and Waiver
2. Letter of Regret from Justin Gatlin
3. Letter, Medical Director Psychiatrist
4. School District Exceptional Student Education (IEP)



# Lakeview Center

**BAPTIST HEALTH CARE**

1221 West Lakeview Avenue
Pensacola, Florida 32501-1836
Phone (850) 432-1222
Fax (850) 595-1400

Ed Ryan, Director
USOC Sports Medicine
Olympic Plaza
Colorado Springs, Colorado 80909

July 17, 2001

Dear Sir:

I am writing this letter on behalf of Justin Gatlin (date of birth 2/10/82). I have been the treating child psychiatrist for Justin since March 27 of 1996. He carries a diagnosis of Attention-Deficit Hyperactivity Disorder, Predominantly Inattentive Type. Justin has been maintained on psychostimulant medication, namely, Adderall, throughout this length of time, with very good success as regards in increased focus and attention and therefore improved academic output. He has always been compliant with care, and both he and his parents have been intensively involved in all aspects of treatment intervention. At no time have I ever had any suspicion of any abuse potential or misuse of medication on Justin's part. We have tried on a couple of occasions to decrease the medicine, and at least at the last point that I saw him clinically, which was in July of 2000, the medication was still medically necessary in order for him to adequately progress academically.

As you may or may not know, this type of medication can be used on an as-needed basis in the academic setting. The medicine is in and out of the patient's system relatively rapidly. It would certainly be possible for Justin to use the medication as needed for his academic work and then to discontinue the medication long enough before a track event, to make sure that the medication is out of his system and certainly not enhancing any performance. It would be very helpful to Justin and his family if he could get some clarification either from the drug testing industry or from USA Track and Field, as to the typical length of time necessary for him to be off of this medication prior to attending a meet. Justin's typical dose of Adderall is usually no more than 20mg up to a maximum of two times a day, as they may need that information to have a better idea of the length of time necessary for the drug to clear his system. If clarification is needed, Adderall is a combination of amphetamine salts, including dextroamphetamine as well as regular amphetamine, and is certainly a mainstream drug of choice for attention deficit disorders.

If it is determined that the length of time necessary for urinary clearance of the amphetamine is such that it will markedly interfere with academic functioning, then there are perhaps a couple of alternative agents that could be considered. One medication called Wellbutrin (bupropion) has been somewhat helpful for Attention-Deficit Disorder clients, and has no psychostimulant properties, and I did not find it in the list of illegal substances given to me in the USA Track and Field Book dated June 2001. I do believe that Wellbutrin would probably be suboptimal to the Adderall and would only be a secondary choice if some other more manageable arrangement could not be made for him to continue the use of Adderall for school. Both the primary concern for myself, Justin, and his parents, obviously is his

academic progress foremost, and so we are hoping that some compromise or at least clarification should be able to come out of any information that we are able to provide you. If I can be of any further assistance, please to not hesitate to call me.

Dr. Robin E. Barnett
Medical Director
Center for Personal and Family Development

REB:jrh