

**International Association of Athletics Federations**

*The General Secretary*

Mr Craig Masback
CEO
USA Track & Field
+1 317 261 0514

Monaco, June 6th 2002
Ref. M135364 / IG-aa

Dear Craig,

**Re. Petition for Early Reinstatement – Justin Gatlin**

I acknowledge receipt of your letter dated May 29th 2002.

I am pleased to confirm that in accordance with IAAF Rule 60.9, the petition for early reinstatement for athlete Justin Gatlin will be presented to the IAAF Council in Paris in July 2002.

Kind regards,

István Gyulai

Cc: Mr Bob Hersh - IAAF Council Member
Mr Huw Roberts – IAAF Legal Council
Dr Gabriel Dollé – IAAF Anti-Doping Officer

GATLIN v. UNITED STATES ANTI-DOPING AGENCY INC    Doc. 22 Att. 17

17, rue Princesse Florestine • BP 359 MC 98007 MONACO Cedex
☎ +377 93 10 88 88 • Fax +377 93 15 95 15