Error processing SSI file
GP 2002 Home
News
  Latest
  Press Release
  Search
Results
IAAF Home

RSS News Feed

# IAAF Council News: Grand Prix Final to be renamed World Athletics Final
Wednesday 3 July 2002

IAAF Council News: Grand Prix Final to be renamed World Athletics Final
3 July 2002 - Paris - IAAF Council concluded its first session today, after hearing detailed reports from the IAAF President and IAAF General Secretary. The main conclusions were:

New Competition Structure will climax in World Athletics Final

Council approved the basic principles regarding the new IAAF Competition Structure from 2003 and decided that the former Grand Prix Final would now be renamed World Athletics Final. It was confirmed that qualification to the World Athletics Final would be based on the World Rankings for each individual event.

Justin Gatlin Reinstated

Council has accepted a request for early reinstatement on behalf of the US sprinter Justin Gatlin. It was agreed that Gatlin had a genuine medical explanation for his positive test: prescription medicine for the condition "Attention Deficient Disorder" (ADD) which was first diagnosed when Gatlin was 9 years-old, had never challenged his suspension, and had not competed in USATF or IAAF events since learning of his test result on 12 July 2001.

However, Council stressed that Gatlin HAD committed a doping offence and issued a warning that any repetition of his positive result would result in a life ban.


GATLIN v. UNITED STATES ANTI-DOPING AGENCY INC

The IAAF Council also stated its position in relation to cases of athletes who are proscribed prohibited substances in connection with the treatment of ADD and related disorders. Athletes requiring amphetamine medication for the treatment of ADD must ensure that this medicine is taken under close medical supervision, to ensure that they do not compete under the performance enhancing influence of amphetamines. The IAAF will not grant applications for athletes with ADD who seek an exemption on medical grounds to use amphetamines during competition.

Requests for Early Reinstatement Rejected

Council has rejected the following requests for early reinstatement, on behalf of athletes who tested positive for substances contained in food supplements.

Ali Saidi-Sief ALG
Frank Balzer GER
Andrea Longo ITA
Silvana Trampuz AUS
Caroline Soboll GER

Transfers of Allegiance

Notice of transfers of allegiance have been received for

## Press Releases

- **Will Tim Montgomer Greene in Paris to R Number One at 100**
  Tue 10 Sep 2002
  10 September 2002 - Synchronize your wat result board on Saturd

- **Hicham and Marion for Grand Prix Final**
  Tue 10 Sep 2002
  10 September 2002 - Hicham El Guerrouj an have a lot in common.

- **IAAF Council News: to be renamed Worl**
  Wed 3 Jul 2002
  3 July 2002 - Paris - I concluded its first sess hearing detailed ...

- **IAAF to announce n at next Council mee**
  Thu 6 Jun 2002
  The IAAF Council will a and venues of a redefi meetings circuit ...

- **South African athlet season IAAF Rankin**
  Tue 23 Apr 2002
  23 April 2002 - At the South African GP circu Engen GP, many ...

Dockets.Justia.com