# t-and-f

- <-- Thread -->
- <-- Date -->
- Find |gatlin and iaaf and 2002 and|

# t-and-f: USATF News & Notes: July 3, 2002

USATF Communications
Mon, 08 Jul 2002 07:21:33 -0700

**Be Part of a World Record**
Simply choose a colour to take part in our world record
attempt!
www.fourmillionpieces.com


**Train Smarter with Nike+**
Set Goals and Track your Progress via Your iPod Nano
as you Run!
www.nikeplus.com


**Athletics**
Great deals on non-fiction books Feed your passion on
eBay.co.uk!
www.ebay.co.uk

Ads by Google

```
Contact:          Tom Surber
                  Media Information Manager
                  USA Track & Field
                  (317) 261-0500 x317
                  [EMAIL PROTECTED]
                  http://www.usatf.org
```

USATF News & Notes
Volume 3, Number 63      July 3, 2002

IAAF reinstates Justin Gatlin

The IAAF Council on Wednesday announced that it has granted a request for
early reinstatement on behalf of University of Tennessee sprinter Justin
Gatlin, who was suspended earlier this year for a doping offense. Gatlin is
now eligible to compete in IAAF & USATF-sanctioned events.

Following a meeting in Paris, the Council stated that Gatlin "had a genuine
medical explanation for his positive test," a prescription medicine for the
condition Attention Deficit Disorder (ADD), which was first diagnosed when
Gatlin was 9 years old.

A 20-year-old sophomore and a two-time NCAA 100 and 200 meter champion,
Gatlin never challenged the suspension, and had not competed in USATF or
IAAF-hosted events since learning of his test result on July 12, 2001. As
part of its own doping protocols, the NCAA did not recognize the ban and
allowed Gatlin to compete in the 2002 NCAA Outdoor Championships.

The Council stressed that Gatlin had committed a doping offense and issued

GATLIN v. UNITED STATES ANTI-DOPING AGENCY INC.        Doc. 22 Att. 19

Dockets.Justia.com

him a warning that any repetition of his positive result would result in a lifetime ban from competition. The Council also stated that athletes requiring amphetamine medication for the treatment of ADD must ensure that this medicine is taken under close medical supervision to ensure that they do not compete under the performance enhancing influence of amphetamines. The IAAF will not grant applications for athletes with ADD who seek an exemption on medical grounds to use amphetamines during competition.

Indiana Invaders to host USATF Club Championships

Sixteen clubs, representing a membership base of more than 8,500 athletes from communities in 13 states will compete July 20 at the second edition of the USA National Track & Field Club Championships in Bloomington, Indiana.

The Indiana Invaders will host the Club Championships at Indiana University's Billy Hayes Track in the Haugh Track and Field Complex in Bloomington. The Invaders, who served as the host of last year's inaugural Club Championships in Indianapolis, will host the Championships again in 2003.

The 2001 Club Championships showcased an exciting team competition with Nashville Elite edging Maryland Elite's 4x400 relay team by 0.10 seconds in the final event to win the men's team title by a four-point margin, 92-88. The host club, the Indiana Invaders, won the women's title and the overall National Club Championship title.

The current list of clubs entered in the 2002 Club Championships include: Atlanta Track Club (GA), Central Illinois Track Club (IL), Club Ballard (WA), Club Northwest (WA), Firebird Track Club (OH), First Step Track Club (FL), Front Line Racing Team (MI), Greater Boston Track Club (MA), Illinois Stealth Bombers (IL), LeMANS Track Club (NY), Lords of the Rings (WI), Miami Valley TC (OH), Nashville Elite (TN), PTC Elite Track Club (TX), Shore Athletic Club (NJ) and the Indiana Invaders.

The deadline for additional clubs to enter the Championships is midnight (PST) on July 8. For more information on the 2002 USATF Club Championships visit: www.indianainvaders.com.

Athletes battle tough conditions at second CanAm series event

Competitive 3,000-meter races highlighted the results Tuesday night at the second stop on the 2002 CanAm High Performance Distance Circuit, the New Balance Boston II High Performance meet in Waltham, Massachusetts.

Despite battling temperatures in the mid-90s and high humidity, Japan's Kazue Ogoshi narrowly missed the 3,000m meet record (9:08.05) with her 9:08.92 effort just three days after running 31:46 for 10,000 at the Boston I meet. Ogoshi and countrywoman Kumi Tanabe set a strong early pace, passing 1-kilo in 3:00 and 2k in 6:04, before Ogoshi pulled away over the final lap. Tanabe held on for runner-up honors in 9:15.95.

U.S. world cross country team member Dave Davis took a weakened men's 3,000m over the final lap, winning in 8:16.05. Announced competitor Bob Kennedy withdrew following a minor calf strain that Kennedy noticed running 200s during a final workout on Sunday.

Canadian Sarah Dillabaugh (4:19.67) and American Chad Johnson (3:44.23) won the women's and men's 1500s respectively, while the Farm Team's Chantee Earl (2:04.89) and Bryan Woodward (1:50.54) took the 800m races.

The CanAm Circuit will resume on Saturday at the third stop on the circuit, the New Balance Maine Distance Festival at Bowdoin College in Brunswick, Maine. For directions, complete list of entries, results, and other CanAm information, visit the CanAm website at: http://miscott.home.att.net/canam.