# Elite

USA TRACK & FIELD

2002 USA Outdoor Championships Recap

28

## TEAM USA DOMINATES AGAIN!
37 Gold Medals, World, NACAC, World Jr. champs

GATLIN v. UNITED STATES ANTI-DOPING AGENCY
Dockets.Justia.com

# Anti-Doping News

## IAAF REINSTATES GATLIN; TAKES POSITION ON A.D.D. MEDS

The IAAF Council announced that it has granted a request for early reinstatement on behalf of University of Tennessee sprinter Justin Gatlin, who was suspended earlier this year for a doping offense. Gatlin is now eligible to compete in IAAF and USATF-sanctioned events.

Following a meeting in Paris in July, the Council stated that Gatlin "had a genuine medical explanation for his positive test," a prescription medicine for the condition Attention Deficit Disorder (ADD), which was first diagnosed when Gatlin was 9 years old.

A 20-year-old sophomore and a two-time NCAA 100 and 200 meter champion, Gatlin never challenged the suspension, and had not competed in USATF or IAAF-hosted events since learning of his test result on July 12, 2001. As part of its own doping protocols, the NCAA did not recognize the ban and allowed Gatlin to compete in the 2002 NCAA Outdoor Championships.

The Council stressed that Gatlin had committed a doping offense and issued him a warning that any repetition of his positive result would result in a lifetime ban from competition.

The Council also stated that athletes requiring amphetamine medication for the treatment of ADD must ensure that this medicine is taken under close medical supervision to ensure that they do not compete under the performance enhancing influence of amphetamines. The IAAF will not grant applications for athletes with ADD who seek an exemption on medical grounds to use amphetamines during competition.

### Banned Substances

Athletes can find a current list of all banned substances on the United States Anti-Doping Agency (USADA) website at www.usantidoping.org. You can also call the Drug Reference Line at 800-233-0393.

### Out-of-Competition Testing

Athletes are eligible to be in the out-of-competition testing pool in accordance with USATF rules. Eligibility is based on world ranking according to the IAAF performance list. You can read the complete protocol for how athletes are selected for the out-of-competition testing pool at http://www.usatf.org/about/governance (read Exhibit J in Section III).

### In-Competition Testing

In-competition testing takes place at major USATF Championships and events. Athletes are required to submit to testing in order to receive prize money in accordance with USATF regulations. Selection is random and is determined by USADA or the IAAF.

### USADA Forms

USADA requires athletes who are in the out-of-competition testing pool to complete an Athlete Location Form every 3 months. Athletes are also required to notify USADA any time their address changes, or if they change their training or competition plans. All USADA forms can be found on the www.usantidoping.org website. Athletes who have signed up for the service may also submit forms online (electronically instead of by paper).

USADA will mail forms to athletes who are in the pool every 3 months. However, you should keep track of the USADA form process yourself and be sure that your forms are current at all times.

## IAAF INSTITUTES NEW ATHLETES' WHEREABOUTS SYSTEM

A new system to ensure tighter management of the Athletes Whereabouts system – a foundation stone of the IAAF's Out-of-Comeptition Testing Program – was agreed to by the IAAF Council. Closer links will be developed between IAAF, National Federations and Athletes Representatives to ensure more accurate tracking of athletes' locations.