UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JUSTIN GATLIN,

    Plaintiff,

v.

UNITED STATES ANTI-DOPING
AGENCY, INC.;
USA TRACK AND
FIELD, INC.;
UNITED STATES OLYMPIC
COMMITTEE.; and
INTERNATIONAL ASSOCIATION
OF ATHLETICS FEDERATIONS,

    Defendants.

Case No. 3:08cv241/LAC/EMT
Florida Bar No. 0393517

## NOTICE OF APPEAL

Notice is hereby given that Defendant-Appellant United States Olympic Committee (USOC) appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's June 20, 2008 order granting temporary restraining order.

Dated this 23rd day of June, 2008.

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
101 East College Avenue
Post Office Drawer 1838
Tallahassee, Florida 32302
Phone: (850) 222-6891
Fax: (850) 681-0207


    /s/ Lorence Jon Bielby
**LORENCE JON BIELBY**
**Florida Bar No. 0393517**
**JOHN K. LONDOT**
**Florida Bar No. 0579521**


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served per Federal Rule of Civil Procedure 5(b)(2)(E) and Northern District of Florida Local Rule 5.1(A)(6) this 23rd day of June 2008, to the following:

| | |
|---|---|
| Joseph A. Zarzaur, Jr. | Robert C. Palmer, III |
| Zarzaur Law, P.A. | Wade, Palmer & Shoemaker, P.A. |
| Post Office Box 12305 | 25 West Cedar Street, Suite 450 |
| Pensacola, Florida 32591 | Pensacola, Florida 32502 |
| *Counsel for Justin Gatlin* | *Counsel for United States Anti-Doping Agency, Inc.* |


    /s/ Lorence Jon Bielby
    LORENCE JON BIELBY