

# International Association of Athletics Federations

Telephone : (377) 93 10 88 88
Fax :      (377) 93 15 95 15
E-mail: headquarters@iaaf.org

17 rue Princesse Florestine, BP 359
Monte Carlo 98007, Monaco Cedex

M/25/02
Monaco, 11 July 2002

To:   MEMBER FEDERATIONS
Copy:   Council Members
        Honorary Members
        Committee and Commission Members
        Area Association Headquarters
        RDCs
        DENTSU/AMS

Dear General Secretary,

RE.   IAAF COUNCIL MEETING / 3-4 JULY 2002
        MAJOR DECISIONS

I have pleasure in sending you herewith a summary of the major decisions taken at the Council
Meeting, which was held in Paris on 3 and 4 July 2002.

You will also find enclosed the following appendices:

Appendix A:  IAAF World Indoor Championships 2003, Birmingham, GBR - Entry Standards
Appendix B:  IAAF World Youth Championships 2003, Sherbrooke, CAN - Entry Standards
Appendix C:  IAAF World Championships in Athletics 2003, Paris, FRA - Timetable
Appendix D:  Calendar 2003 (updated version)
Appendix E:  List of the 2002 World Athletics Day Winners
Appendix F:  Statement of the IAAF Council in ADD-related cases

If you wish further clarification on any of these issues, please do not hesitate to contact us.

Kind regards,

István Gyulai
General Secretary

GATLIN v UNITED STATES ANTI-DOPING AGENCY

M/25/02

# 4. ANTI-DOPING MATTERS

## 4.1 Applications for early reinstatement

Council agreed the application for early reinstatement of Justin Gatlin, USA but issued a statement with regard to ADD-related cases (Appendix F).

[ redacted ]

# 5. NEXT MEETING

[ redacted ]

## Statement of the IAAF Council in ADD-related cases

The IAAF Council wishes to makes its position clear in relation to cases involving athletes who are prescribed amphetamines, which are prohibited substances under IAAF Rules, in connection with treatment for the condition, Attention Deficit Disorder (ADD) and related disorders.

In doing so, the IAAF Council confirms the position adopted by the IAAF Medical Committe at its meeting in Monaco in March of this year. Namely, that the IAAF will not grant applications brought by athletes with ADD who seek an exemption under IAAF Rules to use amphetamines in-competition. The IAAF does not, however, prohibit athletes with ADD from taking prescribed medications to treat that disorder under procedures that will protect the integrity of athletics competitions. If athletes require amphetamine medication for the treatment of an ADD condition, such medication should be taken under close medical supervision and on a schedule designed to ensure that the athletes do not compete with amphetamines present in their bodies. If an athlete tests positive for amphetamines at a competition, it will be treated as a finding of a prohibited substance in accordance with IAAF Rules.

In making this statement, the IAAF Council recognises the importance of keeping itself informed of the most up to date medical opinion on the subject of ADD and its related disorders. It authorises the IAAF Anti-Doping Commission to monitor the medical knowledge on this subject, to take appropriate steps for the implementation of the Council's policy, and, if necessary, to recommend modifications to the policy.

The IAAF Council recommends that this statement be circulated as widely as possible to ensure that athletes are made aware of the IAAF's position in this regard.