

# IAAF NEWS

INTERNATIONAL ASSOCIATION OF ATHLETICS FEDERATIONS

**N.57**
**July 30 2002**

# The Best Ever World Juniors ...

The IAAF Coca-cola World Junior Championships in Kingston was an exciting and top quality event which also captured the imagination of the Jamaican nation.

With a capacity crowd of 36,000 packed into Kingston's National Stadium on the last day of competition, the latest edition of the IAAF Coca-cola World Championships ended on July 21 with an enthusiastic, raucous, celebration of our sport.

The great success of Kingston vindicates both the IAAF's decision to award the event to Jamaica, and our strategy to help the sport grow outside Europe and particularly in the North American region. Kingston 2002 followed last year's World Championships in Edmonton, and coming events in Sherbrooke, Canada next year (The World Youth Champs) with Los Angeles a leading candidate for the World Cup in 2006.

But returning to Kingston, the IAAF could not be more pleased with the results and technical level of the first ever World Athletics Series event to be held in Jamaica. Indeed, this competition was the biggest sporting event ever held in the Caribbean.

With a total of five World Junior records (two to be ratified by 31 December 2002) Kingston 2002 has been the best ever Championships.

In addition to Lashinda Demus (USA) who ran 54.70 in the 400m Hurdles, Sweden's Carolina Kluft racked up an extraordinary tally of 6470 points in the Heptathlon and the US 4x100m quartet who ran 38.92, the 2002 edition is also to be credited with the best Junior marks for the men's Shot Put and Discus Throw.

The implement has been lighter in both disciplines since 1 January 2002, and their marks will be officially considered as world records on 31 December 2002 - should they remain the best in the world by a junior this year.

A total of 9 Championships records (4 men, 5 women) were also bettered in Kingston. The men were Darrel Brown of Trinidad in the 100m, Hillary Chenonge of Kenya in the 5000m, Louis van Zyl of South Africa in the 400m Hurdles and USA in the 4x100m relay. The women were Lashinda Demus, Cardina Kluft, Floé Kühnert in the Pole Vault, Ivana Brkljacic in the Hammer Throw and Jamaica in the 4x100m Relay.

Eight Continental records were also registered in Kingston and, most impressively, there were 73 national records.

37 Member Federations were listed on the Medal Table with USA topping the standings (21 medals – 9 gold, 5 silver, 7 bronze) ahead of Kenya (5 gold, 1 silver, 2 bronze) and Ethiopia (3 gold, 4 silver, 1 bronze). For the first time in the history of the championships, Antigua (1 silver), Kazakhstan (1 silver), India (1 bronze) and Luxembourg (1 bronze) were listed in the Medal Table.

No fewer than 83 countries had athletes competing in the finals. The number of countries taking part in the championships was officially 159 and the athletes competing 1040 – 619 men and 421 women. Kingston 2002 is second only to Annecy 1998 in the list of editions with the highest number of countries participating. But it tops the standings of participation nations in a World Junior Championship held outside Europe.

Since the first edition of the World Juniors in Athens back in 1986, this competition has given talented youngsters the chance to gain valuable experience of international competition, and to get a taste of the excitement and personal satisfaction that are the rewards of top class athletics. I am convinced that some of the stars of Kingston 2002 will continue to grace the world's athletics arenas for many years to come.

Lamine Diack
IAAF President

Photo -- a glimpse of the colourful opening ceremony in Kingston

GATLIN v. UNITED STATES ANTI-DOPING AGENCY Doc. 24 Att. 2

Dockets.Justia.com

2.                                                          from the IAAF Headquarters

## THE IAAF TURNS 90 WITH AN EYE TO THE FUTURE ...

The IAAF celebrated its 90th Jubilee on 17 July, on the second day of competition at the IAAF World Junior Championships in Jamaica. "It was wonderful to watch 18 year-old Darrel Brown run 10.09 for 100m on our 90th birthday," said Lamine Diack. "It emphasised that while we are right to recall our great history we need to look ahead too."

On 17 July 1912, the IAAF was founded in Stockholm with just 17 countries as Members. Today, the IAAF has grown into the world's biggest sporting association with 210 Members, and while it may also have become a multi-million dollar business that appeals to multi-national sponsors and TV companies, will always have a sporting soul.

A message from the IAAF President was broadcast at Stockholm's Olympic Stadium on 16 July — just before the start of the DN Galan IAAF Grand Prix meeting.

## NEWS FROM THE COUNCIL

Summary by Istvan Gyulai, General Secretary

**New Competition Structure will climax in World Athletics Final.**

The IAAF Council approved the basic principles regarding the new IAAF Competition Structure from 2003 and decided that the former Grand Prix Final would now be renamed World Athletics Final. It was confirmed that qualification to the World Athletics Final would be based on the World Rankings for each individual event.

The new structure for one-day meetings will consist of four levels:

Golden League
Super Grand Prix
Grand Prix
Grand Prix II

All current Grand Prix meetings and IAAF Permit meetings have been invited to fill in the new application form and apply for the adequate level status for their meetings. The Continental Associations have also been asked to nominate their best meetings for inclusion in the various categories.

Applications will be evaluated by the Circuit Working Group and the final composition of the four levels for the period 2003-2005 will be announced in Paris on 14 September 2002

**Justin Gatlin Reinstated**

Council has accepted a request for early reinstatement on behalf of the US sprinter Justin Gatlin (suspended 2 years from 17.06.2001).

It was agreed that Gatlin had a genuine medical explanation for his positive test: prescription medicine for the condition "Attention Deficit Disorder" (ADD) which was first diagnosed when Gatlin was 9 years-old, had never challenged his suspension, and had not competed in USATF or IAAF events since learning of his test result on 12 July 2001.

However, Council stressed that Gatlin HAD committed a doping offence and issued a warning that any repetition of his positive result would result in a life ban. (See Council Statement in Anti-doping News on Page 5)

The IAAF Council also stated its position in relation to cases of athletes who are prescribed prohibited substances in connection with the treatment of ADD and related disorders.

Athletes requiring amphetamine medication for the treatment of ADD must ensure that this medicine is taken under close medical supervision, to ensure that they do not compete under the performance enhancing influence of amphetamines. The IAAF will not grant applications for athletes with ADD who seek an exemption on medical grounds to use amphetamines during competition.

**Requests for Early Reinstatement Rejected**

Council has rejected the following requests for early reinstatement, on behalf of athletes who tested positive for substances contained in food supplements —

Ali Saidi-Sief ALG
Frank Balzer GER
Andrea Longo ITA
Silvana Trampuz AUS
Caroline Soboll GER

**Transfers of Allegiance**

The following athletes have changed their nationalities -

Charles Allen      GUY to CAN
Glory Alozie       NGR to ESP
Bobta Asmero       ERI to USA
Tanya Blake        GBR to MLT
Maresa Cadienhead  JAM to CAN
Alistair Cragg     RSA to IRL
Francis Obikwelu   NGR to POR

**Athletes' Contract**

Council approved an Athlete's Contract (IAAF Rule 12.4 (iv)) by which athletes agree to be bound by the IAAF Rules, Regulations and Procedural Guidelines, in order to be eligible for international competitions.

**New Athletes Whereabouts System**

A new system to ensure tighter management of the Athletes Whereabouts system - a foundation stone of the IAAF's Out-of-Competition Testing Programme - was agreed by Council. Closer links will be developed between IAAF, National Federations and Athletes Representatives.

## Continued...from the IAAF Headquarters



3.

### World Bests on the Roads

Following Council's agreement in principle to accept World Bests for selected road running events at its last meeting in Nairobi in April, a number of conditions have now been approved, including:

- The course must be measured by an IAAF/AIMS approved course measurer.

- The start and finish points on a course, measured along a straight line, shall not be further apart than 50% of the race distance.

- The decrease in elevation between start and finish shall not exceed 1 metre per kilometer on average.

- It was also agreed that world bests for women could be accepted in mixed races and that different world bests could also be recognised for "point to point" and loop Marathon and Half Marathon races, provided that they are better than marks received using the 50% rule.

### Malaysia and Zimbabwe

Following a visit of Asia Area Representative Suresh Kalmadi to Malaysia, and democratic elections in June according to IAAF demands, Council agreed that the new Athletics Association of Malaysia could be accepted as the official representative of the sport in Malaysia. However, it was also agreed that IAAF Council Member Kalmadi and Vice President Dapeng Lou would monitor the situation over the next 12 months.

With regard to Zimbabwe, where an existing IAAF federation had also been suspended, it was proposed that an on-going dispute between two factions must be resolved before the end of August. Nevertheless, it was confirmed that athletes from Zimbabwe remain eligible for international competition.

### 2004 World Juniors to be held in Grosseto

Council chose Grosseto, Italy, as the host for the 2004 IAAF Coca-cola World Junior Championships. The city, which is located in the region of Tuscany, prevailed in a contest with Bydgoszcz, Poland, which hosted the memorable inaugural edition of the World Youth Championships in 1999.

### Birmingham 2003 and Sherbrooke 2003

Council approved the Timetable for the 2003 World Indoor Championships in Birmingham and the Entry Standards for the 2003 World Youth Championships in Sherbrooke.

### 2004 World Indoor Championships in Budapest

Council approved the date: 5-7 March

### IAAF World Athletics Finals 2003-2004

Pending the opinion of EBU, Council approved the dates:
12-13 September 2003
17-18 September 2004

### FISU - Universiade 2003

Following a discussion with FISU, it was agreed that no athlete selected for the 2003 IAAF World Championships can be entered for the 2003 Universiade except with the authorization of the national athletics federation.

### Paris 2003 plans spectacular Marathon Route

A detailed status report was offered by a delegation from the next edition of the World Championships in Athletics, Paris 2003 St-Denis (22-31 August 2003), led by Jean Dussourd, President of the LOC. One innovative proposal made by Paris 2003 St-Denis, pending the approval of IAAF Technical Delegates, is to locate the start of the Marathon near the Eiffel Tower, with the race passing many of the city's historic monuments before a finish at the Stade de France.

---

## World Athletics Day Winners

A draw was made to select 12 boys and girls from winners of the various 2002 World Athletics Day competitions on 11-12 May. The lucky 12 - one girl and one boy per Area - have been invited to attend the World Athletics Gala in Monaco on Sunday, 17 November, as part of the IAAF's 90 Years Jubilee celebrations.

**Africa:**
Girl: Amzal Ghania    ALG    1984    10Km Walk 54:22.6
Boy: Salou Tadjou    TOG    1984    Triple Jump: 14.41

**Asia:**
Girl: Sri Madhvi Bindu Sri    IND    1983    100m
Hurdles: 15.5
Boy: Baig Afzal    PAK    1984    200m: 22.43

**Europe:**
Girl: Rabenyuk Anastasiya    UKR    1983    400m
Hurdles: 59.27
Boy: Vandelannoite Jess    BEL    1983    100m: 10.95

**North & Central America:**
Girl: Spencer Levern    LCA    1984    100m: 12.85
Boy: Abassy Ralph    VIN    1984    Long Jump: 6.70m

**Oceania:**
Girl: Tapoki Tereaphii    COK    1984    Shot Put:
12.29m
Boy: Moleli Matalima    SAM    1984    100m
Hurdles: 14.04

**South America:**
Girl: Aragon Shirley    COL    1984    100m: 12.00
Boy: Tagle Tomas    CHI    1983    400m: 49.37



### Press Commission

Lee Martin (GBR) was nominated to the IAAF Press Commission as representative of the IAAF's Official Photographers: Getty Images.

### Scoring at Cross Country Championships

In response to the difficult introduction of new scoring rules at the last World Cross Country Championships in Dublin, Council approved the EAA's request to experiment by including non-scoring competitors and individual runners when the aggregates of the teams are assessed at the European Cross Country Championships.

The current IAAF Rule 250.8(b) states that "in assessing the aggregate, the finishing positions of any non-scoring competitors and individual runners shall be eliminated and subsequent finishing positions adjusted accordingly", which has proved difficult to enforce in practice.

Finally, Council heard progress reports from the organizers of the 2002 Grand Prix Final in Paris, the 2002 World Cup in Madrid and the 2002 World Race Walking Cup in Turin and also approved a list of delegates for all World Athletics Series competitions in 2003.

### Race Walking News

Following up on its decision in April 2002 to create an annual IAAF World Race Walking Challenge to commence in 2003, Council agreed on a number of important details, including regulations and a list of competitions.

These will be: Sesto San Giovanni (Milano), ITA; Naumburg, GER; Rio Major, POR; La Coruna, ESP; Shanghai, CHN and one event in Mexico.

Council nominated 11 judges to the IAAF Race Walking Judge Panel Level III:
Europe: Manfred Bott (GER); Luca Ciurli (ITA); E. Joao Consalves (POR); Giovanni Ferrari (ITA); Silvia Hanusova (SVK); Gerard Lelievre (FRA); Joao Manuel Pires (POR).
CONSUDATLE: Washington Alvarez (PER); Jorge Bona (ARG); Magdalena Casabanda (ECU); Nilton Cesar Ferst (BRA).

Council also approved the procedure through which the number of the Level II Race Walking Judges (currently 59) will be reduced to less than 30. All 59 judges in the current Level III Panel will be evaluated. One Level II Judge per country can also be designated by the concerned Member Federations to join the evaluation process.

The new Panel of Level III Race Walking Judges will be announced in November 2002

---

**IAAF DISTANCE RUNNING MANUAL is now published. Priced at 8 USD each. Member Federations will receive a 25% discount on their order.**

---

### LATEST NEWS

**IAAF discuss dates issue with Commonwealth Games 2006**

During a visit to the Commonwealth Games athletics competition in Manchester, IAAF President Lamine Diack and General Secretary Istvan Gyulai met representatives of the local Organising Committee of the next edition of the Games in Melbourne, to discuss a potential problem of dates. The next Games have been scheduled for 15-24 March – ( early autumn in Australia) a period that straddles two IAAF events, the World Indoor Championships (9-11 March) and the World Cross Country Championships (24-25 March). Among the options discussed, to avoid subjecting athletes to long-distance trips, was to enquire whether Athletics Australia or another Southern Hemisphere country would be interested in making viable bids for these competitions. No definite decision was taken in Manchester and other plans are also being studied.

### Athletes Commission makes recommendations to Council

The IAAF Athletes' Commission met in Paris on 6 July, the day after the Golden League Meeting Gaz de France Paris Saint-Denis. The Athletes' Commission, which is made up of active and retired athletes representing all Areas and events, is becoming increasingly active as a mediator between active athletes and IAAF Council and Headquarters. Alberto Juantorena, Chairman of the Commission, said: "Our main goal is ensure that athletes' opinions are taken into account when decisions are made by the IAAF and that athletes' requirements are a priority at IAAF Competitions."

To this end, the Commission proposes that their representative be included in

- The first General Site Visit of the IAAF World Championships
- Any future Evaluation Commissions for the IAAF World Championships.
- Local Organising Committees of IAAF WAS events, when taking place in the home country of a Commission Member.



5.

# ANTI-DOPING NEWS
## IAAF Council Statement on Attention Deficit Disorder related cases

The IAAF Council wishes to makes its position clear in relation to cases involving athletes who are prescribed amphetamines, which are prohibited substances under IAAF Rules, in connection with treatment for the condition, Attention Deficit Disorder (ADD) and related disorders.

In doing so, the IAAF Council confirms the position adopted by the IAAF Medical Committee at its meeting in Monaco in March of this year. Namely, that the IAAF will not grant applications brought by athletes with ADD who seek an exemption under IAAF Rules to use amphetamines in-competition. The IAAF does not, however, prohibit athletes with ADD from taking medications to treat that disorder under procedures that will protect the integrity of athletics competitions. If athletes require amphetamine medication for the treatment of an ADD condition, such medication should be taken under close medical supervision and on a schedule designed to ensure that the athletes do not compete with amphetamines present in their bodies. If an athlete tests positive for amphetamines at a competition, it will be treated as a finding of a prohibited substance in accordance with IAAF Rules.

In making this statement, the IAAF Council recognises the importance of keeping itself informed of the most up to date medical opinion on the subject of ADD and its related disorders. It authorises the IAAF Anti-Doping Commission to monitor the medical knowledge on this subject, to take appropriate steps for the implementation of the Council's policy, and, if necessary, to recommend modifications to the policy.

---

### POSITIVE CASES IN ATHLETICS, SANCTIONED DEFINITIVELY, ACCORDING TO INFORMATION RECEIVED BY THE IAAF AS OF 1 AUGUST 2002

| Name | First Name | Country | Competition | Date | Sanction |
|---|---|---|---|---|---|
| CHAUSSINAND | David | FRA | National COCT | 23.05.02 | 3-yrs ineligibility |
| POPOVA | Zhanna | RUS | Russian Championships | 14.04.02 | 2-yrs ineligibility |
| MIKHNEVICH | Andrei | BLR | Edmonton World Championships | 04.08.01 | 2-yrs ineligibility |
| EL MOUAZIZ | Hamid | MAR | World Cross Country Champs | 22.03.02 | 3-yrs ineligibility |
| BERJONNEAU | Stéphanie | FRA | Demi-Finale de France de Cross | 10.02.02 | Public warning |
| BORDES | Luis | USA | Penn Relays | 26.04.02 | Public Warning |
| PECHENKIN | Yevgenly | RUS | COCT IAAF | 10.02.02 | 2-yrs ineligibility |
| SAHI | Said | RI | National COCT | 28.09.02 | 2-yrs ineligibility |
| DAGHI | Rahman | RI | National COCT | 28.09.02 | 2-yrs ineligibility |
| TAVAKOL | Reza | RI | National COCT | 28.09.02 | 2-yrs ineligibility |

This list represents the athletes who have been sanctioned for a doping offence by their Federation since the last issue of the IAAF News. A Public Warning also entails disqualification from the competition in which the positive sample was provided. Dates correspond to the positive doping control test and not the beginning of the ineligibility period.

---

## DEON HEMMINGS GIVES KINGSTON KIDS THE TRAINING SESSION OF A LIFETIME

The sun may have been burning on 15 July at the warm up track of Kingston's national stadium but not one of the 35 youngsters who had previously been selected to attend the IAAF Training Clinic missed a word – or a drill – of Olympic champion Deon Hemmings.

Hemmings, the winner of the 400m hurdles at the 1996 Games, was ready and willing to build up a sweat at a special IAAF Training clinic for Jamaican kids.

Aged 10 to 14 and representing St Hugh's High, Our Lady of the Angels, Wolmers, Bishop Ginson and Ardenne High schools, the youngsters were privileged to warm up, stretch and hurdle with Deon.

"I am glad the IAAF set up such a training clinic and invited me to run it. I am always happy to help the sport when I can especially in my country where we have so many raw talents. When I retire and have more time I will certainly come back here and help the Federation," said Deon after spending two hours with the kids.

At first, the budding athletes seemed over-awed by the Olympic champion but the ice was soon broken.

"When they go back to school in September, they are all going to show off", explained a Physical Education teacher from Ardenne High School. "They are going to say 'I trained with Deon, I took pictures with Deon', this is going to become a very big deal."

Patrick Dillon, 11 years of age, of Our Lady and the Angels Preparatory School was particularly thankful to Deon for the precious advices he was given. "This is a unique occasion, I will go back home and keep the drills I've learnt to myself so I can improve and be faster than my friends."

Hemmings, who has recovered from her hamstring injury of last year and was preparing for the Commonwealth Games in Manchester, had set up a schedule for the clinic which included specific stretching exercises aimed at preventing injuries. CONTINUED PAGE 6

6. 

"I want to show them these exercises because they are important. Everybody's body is different but stretching is essential for each and every athlete."

The young kids were then given a hurdling session which included leading and training leg drills before literally assaulting Deon for that autograph they had probably been dreaming of.

"I still do not know where I am going to put it but I am going to treasure Deon's autograph for a very long time, for ever probably," said young sprinter Jeavaughn Beckford.

## OBITUARIES

**Frank Taylor** – the Honorary President of the International Association of Sporting Press (AIPS) – passed away on 18 July after a short illness. Frank had also been an energetic and visionary President of the association from 1973-1977 and again from 1981-1993. He started his journalist's career in 1937 with the News Chronicle and joined the RAF in World War II. He spent the latter part of his career at the Daily Mirror, which he represented from 1961 until 1985. He covered every Olympic Games from 1964 until 1992 and was the only sports writer to survive the Munich air crash on 6 February 1958 which killed 7 of his colleagues as well as most of the Manchester United players. His experience of this disaster became the subject of "The Day a Team Died" - one of the 8 books he would go on to publish.

"He was a great journalist and a wonderful man," said IAAF General Secretary Istvan Gyulai on hearing of Frank's death. "I was General Secretary of the AIPS when Frank was President and can say that I learned a lot about the importance of servicing the press at major sporting events from Frank. The fact that the IAAF introduced guidelines for Media Services at our events is down to the pioneering work of men like Frank Taylor. My sympathies go out to his wife Peggy and his two sons – who are both journalists like their father."

**Doris Magee** - who passed away on 4 July, dedicated over 50 years of her life to athletics administration. As a volunteer, she was never paid for her decades of work and was a leader and pioneer of women's track and field in Australia. Magee stood up for equal rights of women athletes and she was successful in changing women's team fashion, increasing the number of women on national teams and equality for women on the track and in the field and changing outdated female management titles.

She was highly recognised for her work by HRH The Queen, the IAAF and the Australian Olympic Committee. It is probably fair to class Doris Magee as Australia's first truly influential female sports administrator and a pathfinder extraordinaire for women in sport. Magee was Honorary Secretary of the Australian Women's Amateur Athletic Union from 1937 until 1978 – with a brief pause during the height of World War II.

Magee was appointed to the IAAF Women's Committee in 1952 and remained a member for 20 years. She was awarded an IAAF Veteran Pin in 1972 – becoming only the second woman to receive the honour. She was an MBE and was made a Member of the Order of Australia and received the Olympic Order of Merit in 1980.

## IN BRIEF

During the IAAF Banquet at the IAAF World Junior Championships in Jamaica, a legend of Jamaican Athletics, Herb McKenley (80) was awarded the IAAF Silver Order of Merit. McKenley was a member of the Jamaican 4x400m relay team that shocked the mighty USA to win Olympic gold in 1952. McKenley was a world record breaker on 5 occasions. He lost out on Olympic gold in the 100m in 1952 by the narrowest of margins to Lindy Remigino and also won Olympic silver at 400m in 1948 and 1952. A superb all-round sprinter, McKenley is likely to remain the only man ever to have qualified for the Olympic finals at 100m, 200m and 400m.

Senegal – At recent elections Mr. Momar Mbaya became President and Mr. Jean Gomis was re-elected as General Secretary. President Mbaya was an international 400m hurdler and national coach for hurdles, and is a Technical Adviser for the Ministry of Sport & Leisure.

Mongolia – The member federation is now known as the Mongolian Athletic Federation

Turks & Caicos Islands – The Thyroid Outstanding Citizen Award (named after Mr. Thyroid Smith, one of TKS' most outstanding athletes) was recently presented to Hon. Clarence Selver, Mrs. Rita Smith and Mr. Michael Basden. The award recognizes people who "earn an 'A' in Education and Sports Management", according to the official announcement. Turks and Caicos Amateur Athletic Association celebrates its Silver Jubilee (25 Years) in 2002.

### Official IAAF Partners

  



 7.

# 2002 IAAF GOLDEN LEAGUE
## TOP MARKS SO FAR AS GOLDEN LEAGUE TAKES A BREAK

The first four events of the seven meeting 2002 IAAF Golden League series, Oslo, Paris, Rome and Monaco, have been spectacular, and with the Commonwealth Games and Area Championships in Africa, Asia and Europe providing a natural break, it's time to reflect on the circuit so far.

### Exxon Mobil Bislett Games - 28 June

The series fired off to a dramatic start in Oslo, with a surprise defeat for USA's world 100m record holder Maurice Greene at the hands of Britain's Dwain Chambers.
Hicham El Guerrouj sauntered to a win in the Mile, Benjamin Limo sprinted to a sub 13 minute 5000m victory and Dominican Republic's world champion Felix Sanchez, in his season's debut at the 400mHurdles, was a masterly winner in 48.91. There were also comfortable victories too for USA stars Marion Jones and Gail Devers, at 100m and 100m Hurdles respectively. In the infield, Britain's world record holder Jonathan Edwards was supreme against the challenge of his younger Swedish rival Christian Olsson in the men's Triple Jump. In the women's Javelin, world record holder Osleidys Menéndez took a 63.51m win.
Largely unnoticed, Mexico's World bronze medallist Ana Guevara (photo) crossed the line first in the women's 400m ahead of Jamaica's World and Olympic silver medallist Lorraine Fenton. By contrast there was a memorable return to winning ways from Olympic 5000m champion Gabriela Szabo, who ran 14:46.86 for 5000m in Oslo.

### Meeting Gaz de France Paris Saint-Denis - 5 July

Second victories for El Guerrouj (this time at 1500m) and for Limo in similar style to their Oslo wins – El Guerrouj was dominant throughout and Limo uncorked a great sprint finish. Sanchez, who was faced with a start list including two former World Champions and the reigning Olympic Champion, sped to a 47.91 victory, while in the Triple Jump Edwards again patted down Olsson's challenge – 17.75 to 17.60m.
In the women's 100m, Jones ran 10.89, Guevara again got the better of Fenton in the 400m with a time just outside 50 seconds. Szabo took a sweet sprint victory in the 3000m and Devers was just as dominant as in Oslo, powering to a crisp 12.56 in the 100m hurdles against World Champion Arjanette Kirkland.

With seven victories out of seven meetings required for athletes to claim a share of the IAAF Golden league Jackpot of 50 kilos of gold, Menendez led a long list of other Oslo winners whose defeat in Paris ended their golden dream.


*Ana Guevara (MEX) – a revelation of the 2002 Golden League circuit*

### Golden Gala – 12 July

Rome was the next IAAF Golden League meeting. Despite their absence from Jackpot contention, the male sprinters were flying. Greene was getting faster winning the 100m in 9.89, Frank Fredericks ducked under 20 seconds in the 200m and in a closely fought one lap race, Jamaica's Michael Blackwood prevailed in 44.99. El Guerrouj was as assured as ever in the mile but this time Benjamin Limo's sprint finish was useless against an impressive Morocco's Hissou Salah at 5000m. Both men went sub 13 minutes.
There was no Olsson for Edwards to worry about but perhaps the Briton needed the Swede's challenge because he slumped to defeat at the hands of America's Walter Davis.
In the women's events, Jones won the 100m with the same time she recorded in Paris (10.89) and Devers continued her seemingly effortless progress over the sprint hurdles by winning in 12.51. Szabo, had her Jackpot hopes ruined by Kenya's Edith Masai and Ethiopia's Berhane Adere in the 5000m.

However, in the women's 400m, the form of Ana Guevara was now starting to grab the attention. Yet again she out sprinted Lorraine Fenton in a high class sub 50 second duel – 49.51 to 49.82.

For the conclusion of the first half of the 2002 IAAF Golden League, the circuit moved to Monaco

### Herculis – 19 July

Here, all five surviving IAAF Golden League Jackpot contenders from the first three meets – El Guerrouj, Sanchez, Jones, Guevara and Devers – were successful again.
El Guerrouj neatly fended off the challenge of Kenya's Bernard Lagat in a scorchingly fast 1500m – 3:27.34 to 3:27.91.
In the 400m hurdles, Sanchez came off the final bend under pressure from France's resurgent 1997 World Champion Stephane Diagana but held on to finish with a fine 47.86 clocking. Marion Jones powered away after a characteristically slow start to run her season's quickest 10.84. Her confrontation with world 100m Champion Zhanna Pintusevich-Block (world season's lead, 10.83) is now keenly awaited at the Zurich Weltklasse.
Leaving no doubt that she is World Number 1 at 400m, Guevara had another one lap tussle with Fenton, with both women going under 50 seconds. Guevara was the strongest at the line with 49.25 to Fenton's 49.30, with new Mexican and Jamaican records as a result.
For Devers, it was "business and usual". She has run with such assurance to date, effortless clearing the barriers at all her Golden League races, and Monaco was no exception. She won again in a fluent 12.42.
One of the vanquished Jackpot hunters, Romania's Gabriela Szabo, who had been defeated in Rome, bounced back with a brilliant European 3000m record of 8:21.42 after a stirring duel with Paula Radcliffe.

The 2002 IAAF Golden League moves next to the Weltklasse in Zürich on 16 August, is followed by the Memorial Van Damme in Brussels (30 August) and concludes with ISTAF 2002 in Berlin on 6 September.

