

UCLA Olympic Analytical Laboratory
UCLA School of Medicine
2122 Granville Ave Los Angeles CA 90025
Phone (310) 825-2635    FAX (310) 206-9077

WADA Accredited



ISO/IEC 17025
Biological Testing
Certificate: 1420-01

CONFIDENTIAL
Drug Testing Report USADA7712 (87M05A)

June 13, 2006

Terrence Madden
The United States Anti-Doping Agency
1330 Tenderfoot Hill Street, Suite 200
Colorado Springs, CO 80906
Fax 719-785-2028

Specimen number: 496040
USADA Site ID:  A64014
UCLA Code: 87M05
Sport and Event: Track & Field Kansas Relays
Collection Date: 4/22/06
Date Received at Lab: 4/23/06

Analysis: The urine sample was analyzed by the "Diol" assay using method 8001, steroids by carbon isotope ratio by GC/IRMS (see letter of June 2001 for criteria and assay details).

IRMS Laboratory conclusion:    Positive, values outside our normal ranges.

Analytical data:

| | 5β-adiol | 5α-adiol | 5β-pdiol |
|---|---|---|---|
| | -28.8 | -29.4 | -24.1 |

Unit of measurement for the three values is $\delta^{13}C$ [‰]

GATLIN v. UNITED STATES ANTI-DOPING AGENCY INC          Doc. 24 Att. 7

*Michael Sekera* (signature)

Michael Sekera
Certifying Scientist

CC: World Anti-Doping Agency
    International Association of Athletics Federations

This report shall not be reproduced, except in full, without the written approval of the laboratory.

Page 1 of 1

Dockets.Justia.com