# UNIVERSITY OF CALIFORNIA, LOS ANGELES

## UCLA

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO

SANTA BARBARA • SANTA CRUZ



UCLA OLYMPIC ANALYTICAL LABORATORY
DEPARTMENT OF PHARMACOLOGY
UCLA SCHOOL OF MEDICINE
2122 GRANVILLE AVENUE
LOS ANGELES, CALIFORNIA 90025
PHONE: 310-825-2635
FAX: 310-206-9077

<u>CONFIDENTIAL</u>

June 13, 2006

Terrence P. Madden
United States Anti-Doping Agency
1330 Quail Lake Loop, Suite 260
Colorado Springs, CO 80906-4651

RE: Specimen number USADA 496040, Site ID A64014 = UCLA 87M05

Dear Mr. Madden:

Please find enclosed the documentation package for the case identified above.

Enclosed are authentic photocopies of the original documentation supporting our conclusion and the drug testing report.

Please feel free to call if you have any questions.

Sincerely,

GATLIN v. UNITED STATES ANTI-DOPING AGENCY INC                    Doc. 24 Att. 8

Michael Sekera
Certifying Scientist

cc: Don H. Catlin

40

Dockets.Justia.com

<u>CONFIDENTIAL</u>
<u>DOCUMENTATION</u>

SAMPLE IDENTIFICATION:
Organization requesting test: USADA
Date of sample collection: April 22, 2006
Site ID: A64014
USADA Sample Code Number: 496040
UCLA Code: 87M05
Finding: IRMS values outside our normal ranges

<u>TABLE OF CONTENTS</u>

CHAIN OF CUSTODY DOCUMENTATION FOR SAMPLE CONTAINER

|  | Page |
|---|---|
| Official record, lab copy | 4 |
| Courier documentation | 5 |
| Batch chain of custody documentation (laboratory receipt of container) | 6-7 |
| USADA sample manifest showing Laboratory confirmation of receipt of samples | 8 |
| Notices of any irregularities: None | |
| Individual seals chain of custody documentation | 9 |

"A" SAMPLE SCREENING DOCUMENTATION
| "A" screen aliquot chain of custody documentation | 10 |
|---|---|

GC/IRMS Data
<u>Negative urine QC</u>
| Chromatogram of ion 44 | 11-11a |
|---|---|
| Table of $\delta^{13}C$ values | 11-11a |

<u>Positive urine QC</u> (clinical urine obtained from testosterone administration study)
| Chromatogram of ion 44 | 12-12a |
|---|---|
| Table of $\delta^{13}C$ values | 12-12a |

<u>Positive calibrator</u> (unextracted 5β-androstane-3α,17β-diol diacetate, 5α-androstane-3α,17β-diol diacetate, and 5β-pregnane-3α,20α-diol diacetate standards)
| Chromatogram of ion 44 | 13-13a |
|---|---|
| Table of $\delta^{13}C$ values | 13-13a |

<u>Sample urine aliquot</u>
| Chromatogram of ion 44 | 14-14a |
|---|---|
| Table of $\delta^{13}C$ values | 14-14a |
| "A" screen sample report | 15 |

"A" SAMPLE CONFIRMATION DOCUMENTATION
| Summary of the analytical principles of the confirmation method | 16-17 |
|---|---|
| "A" bottle chain of custody documentation | 18 |
| "A" confirmation aliquot chain of custody documentation | 19 |
| Sequence verification data | 20 |

GC/IRMS Data

Negative urine QC
    Chromatogram of ion 44.................................................................................. 21-21a
    Table of $\delta^{13}$C values................................................................................... 21-21a

Positive urine QC (clinical urine obtained from testosterone administration study)
    Chromatogram of ion 44.................................................................................. 22-22a
    Table of $\delta^{13}$C values................................................................................... 22-22a

Positive calibrator (unextracted 5β-androstane-3α,17β-diol diacetate, 5α-androstane-3α,17β-diol diacetate,
           and 5β-pregnane-3α,20α-diol diacetate standards)
    Chromatogram of ion 44.................................................................................. 23-23a
    Table of $\delta^{13}$C values................................................................................... 23-23a

Sample urine aliquot
    Chromatogram of ion 44.................................................................................. 24-24a
    Table of $\delta^{13}$C values................................................................................... 24-24a


"A" sample report............................................................................................ 25
"A" sample laboratory pH and Specific Gravity......................................................... 26

## LABORATORY/SAMPLE INFORMATION

- [x] In-Competition
- [ ] Out-of-Competition
- [ ] Other

Test Conducted For: _N/A_
(or "n/a" if USADA)

**A64014**

Site ID Number ("OOC" if Out-of-Competition)    **87M 05**

_Track 4 Field_
Sport

_Kansas Relays_
City/State (if OOC)    Event Name (if In-Competition)

- [x] Full Menu Test
- [ ] Partial Menu Test

Sample Processing Date: _4-22-06_    Time: _6:14_ AM/PM

**SAMPLE CODE NUMBER**
| 4 | 9 | 6 | 0 | 4 | 0 | ✓ |

- [x] MALE    [ ] FEMALE

Specific Gravity and pH levels within range?
Specific Gravity: Greater than or equal to 1.005 ( ≥ 1.005)
pH: Not less than 5.0 and not greater than 7.5 (5.0 ≥ x ≤ 7.5)

- [x] YES    [ ] NO

### SUBSEQUENT SAMPLE

| | | | | | |

SUBSEQUENT SAMPLE CODE NUMBER    _____ AM/PM
Specific Gravity and pH levels within range?    [ ] YES    [ ] NO

Declaration of any recent blood transfusions, as well as any medications and other substances, including vitamins, minerals, herbs and other dietary supplements, taken during the preceding three (3) days (write "none" if none declared and draw a line through any unused spaces):

| Name of Substance | Dose | Date Last Taken | Name of Substance | Dose | Date Last Taken |
|---|---|---|---|---|---|
| Multi-Vitamin | 1 Tab | 4-22-06 | Amm Energy | 1 Tab | 4-22-06 |
| Protein Shake | 1 Shake | 4-22-06 | | | |
| Liquid Amino | 3 Tsp. | 4-22-06 | | | |
| Red Bull | 1 can | 4-22-06 | | | |

Consent for research (optional): By checking "I Accept" and signing in the space provided I agree that this Sample may be used for anti-doping research purposes. When all analyses have been completed, and this Sample would otherwise be discarded, it may then be used by any WADA approved laboratory for anti-doping research of any type, provided that it can no longer be identified as my Sample.    [ ] I Accept    [x] I Decline

WORLD COURIER
A SERVICE NO ONE ELSE CAN DELIVER

ISO 9001

World Courier Inc.
46 Fourth Avenue
Park, NY 11040-5541
800-223-4461
516-354-2837

**NON-NEGOTIABLE WAYBILL**

**7735206**

| ACCOUNT #: | BILLING REFERENCE: |
|---|---|
| 731 | A69014 |

**FROM (SHIPPER)**

NAME:

COMPANY:

ADDRESS: Salt Lake City

CITY: Salt Lake City   STATE/COUNTRY:   POST CODE:

FULL DESCRIPTION OF CONTENTS:

KGS/LBS:   WEIGHT:   DIMENSIONS:

DECLARED VALUE FOR CUSTOMS: US$

COUNTRY OF ORIGIN:

**TO (CONSIGNEE)**

NAME:   TELEPHONE:

COMPANY:   FLOOR/DEPT:

ADDRESS:

CITY:   STATE/COUNTRY:   POST CODE:

**SHIPMENT INFORMATION**

SPECIAL HANDLING:

DECLARED VALUE FOR CARRIAGE: US$

DOES THIS SHIPMENT CONTAIN DANGEROUS GOODS?
☐ YES (if yes, full airbill and shipper's declaration)   ☐ NO

CHECKIF SURCHARGE ELECTED: ☐

WARNING: These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

PRINT NAME OF SHIPPER OR SHIPPER'S AGENT:

SIGNATURE OF SHIPPER OR SHIPPER'S AGENT:

PRINT NAME OF CONSIGNEE OR CONSIGNEE'S AGENT:

SIGNATURE OF CONSIGNEE OR CONSIGNEE'S AGENT:

WORLD COURIER'S LIABILITY IS LIMITED. By tendering this shipment to World Courier, shipper agrees to Conditions described on the reverse side of this Waybill. World Courier's liability for loss, damage, or delay of this shipment will not exceed this shipment's declared value, depreciated value, replacement cost, repair cost, or US$150, whichever is less. Said amount only be increased if shipper states in this Waybill a declared value of the shipment higher than US$150 and pays the required surcharge. This shipment may also be subject to the rules relating to liability established by the Warsaw Convention and other international treaties and provisions. Under no circumstance shall World Courier be liable for special, consequential, indirect, or incidental damages. PLEASE SEE REVERSE SIDE FOR CONDITIONS OF CARRIAGE.

COPY 3

TRANSSHIP COPY

COPY 3

TRANSSHIP COPY

CONFIDENTIAL

## UCLA OLYMPIC ANALYTICAL LABORATORY
Don H. Catlin, M.D., Director
2122 Granville Avenue, Los Angeles, CA 90025
PH (310) 825-2635    FAX (310) 206-9077

## BATCH CHAIN OF CUSTODY

| SHIPMENT RELEASED BY | TO | DATE/TIME | PURPOSE |
|---|---|---|---|
| *[signature]* ABOLIJE WC  SIGNATURE - PRINT - COURIER | Fereshteh Delshad *[signature]*  FILL OUT SECTION RIGHT BELOW | 4/23/06 2:00 PM | TRANSFER |

Said shipment consists of:
### Airbill # or Package Tracking # or description

[] Bags
N=_____

(Color) green

7735206  (BA 948553)

[] Boxes
N=_____

[] Envelopes
N=_____

[other](explain:_____)

Integrity of the shipment is (check one):

[✓] undamaged   [] damaged   (describe:_____)

CIRCLE AND INITIAL NEXT TO THE AIRBILL # TO INDICATE THE BATCH.

see reverse side for continuation.

45

After inspection, custody of the shipment/batch indicated on page #1 is as follows:

| RELEASED BY | TO | DATE | PURPOSE |
|---|---|---|---|
| *Fereshteh Delshad* | COLDROOM | APR 2 3 2006 | STORAGE |
| COLDROOM | *Javier Ceballos* | APR 2 5 2006 | Accessioning Aliquot A's in Rm 118 |
| *Javier* | FREE #28 | APR 2 5 2006 | STORAGE |
| | | | JL 4/27/06  4L 5/8/06 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Batch specific information:

Client: _USADA_    Folder # _7712_    UCLA CODE: _87M_

The number of A samples is: _16_ number of B samples is: _16_

The number of Athlete Signature Forms/(Official Records) is: _16_

The number of Specimen Custody Documents (2624) is: _____


## SAMPLE INFORMATION

1. DATE(S) OF COLLECTION: __4-22-06__
(WRITE ALL DATES IF MULTIPLE DATES)

2. COMPETITION NAME (If OOC write "OOC"): __Kansas Relays__

3. SITE ID Number (If OOC write "OOC"): __A64014__

4. CITY & STATE (where samples were shipped from): __Lawrence__ / __KS__
_City_ _State_

5.

| SAMPLE CODE NUMBERS | | SAMPLE CODE NUMBERS | | SAMPLE CODE NUMBERS | | SAMPLE CODE NUMBERS | |
|---|---|---|---|---|---|---|---|
| 496044 | | 495782 | | 496040 | | 495780 | |
| 496046 | | 496043 | | 496041 | | 495785 | |
| 496045 | | 496051 | | 495787 | | 495786 | |
| 496042 | | 495781 | | 496087 | | | |

Special Analysis: Check (✓) If Instructed by USADA to request special analysis
Lab Codes (for lab use only) - Blank = No Problem - A = Problem w/A Bottle - B = Problem w/ B Bottle - A/B = Problem with Both Bottles

6. COURIER: ☒ World Courier   ☐ UPS   ☐ Other: _____

7. WAYBILL/ Tracking NUMBER: __7735206__

8. BAG SEAL NUMBER (If OOC write "OOC"): __BA948887__

9. DATE SEALED: __4__ / __22__ / __06__
_Month_ _Day_ _Year_

10. TIME SEALED: __7:20__ ☐AM ☒PM

11. Replacement Seal Number (If needed): __BA948533__

12. Reason for Replacement: __Seal broke__

13. Date of Replacement: __4__ / __22__ / __06__
_Month_ _Day_ _Year_

14. Time of Replacement: __7:21__ ☐AM ☒PM

15. LEAD DCO: __C Starr__ (Signature)   __Chris Starr__ (Print Name)

## FOR LABORATORY USE ONLY

LABORATORY CONFIRMATION OF RECEIPT OF SAMPLES: PLEASE COMPLETE & RETURN TO USADA

1. DATE RECEIVED: __4__ / __23__ / __06__
_Month_ _Day_ _Year_

2. TIME RECEIVED: __2:00__ ☐AM ☒PM

3. ☐ CHECK (✓) IF HAND-DELIVERED BY DCO

4. BAG SEAL NUMBER (If OOC write "OOC"): __948553__

5. COMMENTS: __THE SEAL # IS 948553.__

6. LABORATORY REPRESENTATIVE: __Javier C__ (Signature)   Javier Ceballos (Print Name)

© 2006 USADA. All Rights Reserved.   WHITE = USADA   YELLOW = To Laboratory with Samples   (Rev. 01/06)

47

UCLA OLYMPIC ANALYTICAL LABORATORY

SAMPLE CUSTODY - DOCUMENTATION OF SEAL INTEGRITY

FOLDER: USADA7712

| UCLA CODE | BOTTLE NUMBER | * A | B | If not intact, describe below |
|-----------|---------------|-----|---|-------------------------------|
| 87MO1 | 0 | 0 | 0 | |
| 87MO2 | 0 | 0 | 0 | |
| 87MO3 | 495786 | X | X | |
| 87MO4 | 495787 | X | X | |
| 87MO5 | 496040 | X | X | |
| 87MO6 | 496043 | X | X | |
| 87MO7 | 495782 | X | X | |
| 87MO8 | 496042 | X | X | |
| 87MO9 | 496045 | X | X | |
| 87M10 | 496046 | X | X | |
| 87M11 | 496044 | X | X | |
| 87M12 | 496051 | X | X | |
| 87M13 | 495781 | X | X | |
| 87M14 | 496041 | X | X | |
| 87M15 | 496087 | X | X | |
| 87M16 | 495780 | X | X | |

*YM 5/8/06*

* Instructions: Verify by "X" that the custody of each specimen is
intact. If not intact, record "NO" and describe in the space provided.
Note: Entries for internal QC are listed as "0".

The above samples were received in the condition stated above.

Signature _____ Date APR 25 2006

Print____Javier Ceballos____ Time 10:55 A.M

Verified (initials and date)___O 4/25/06____

# "A" SAMPLE SCREENING DOCUMENTATION

Circle: BOTTLE OR ALIQUOT(S)          (A) OR B

Aliquot: SCREEN (BATCH OR INDIVIDUAL) OR INDIVIDUAL CONFIRMATION

Organization: __USADA__      UCLA folder no. ___USADA 7712___

UCLA code numbers: 87 M 05, 07, 12

If individual conf., bottle no. ___      =UCLA code no. ___

If multiple replicate aliquots indicate here N = ___

Circle assay: I  II  CF  TE  FF  EMIT  EPO  HCG  DIU  LIMITED  ONTRACK  OTHER IRMS Diols
　　　　　( Pentane / Ether )　　　　　　　　　　　　(THC) (BZE) (MORPH) (AMPH)

IT IS REQUIRED TO PRINT EACH NAME AT LEAST ONCE ON THIS PAGE

| Released by: | To: | Date | Purpose |
|---|---|---|---|
| _(signature)_ Fereshteh Delshad | REFRIGERATOR #12 | MAY 2 2 2006 | Storage |
| REFRIGERATOR #12 | Ronald Gonzalez _(signature)_ | MAY 2 3 2006 | Begin Assay |
| _(signature)_ | Desiccator | MAY 2 3 2006 | Desiccation |
| Desiccator | _(signature)_ | MAY 2 4 2006 | Continue Assay |
| _(signature)_ | SLCR 1 Temporary Storage | MAY 2 4 2006 | Temporary Storage |
| SLCR 1 Temporary Storage | Annabella Leung _(signature)_ | MAY 2 4 2006 | Transfer |
| _(signature)_ | IRMS AUTOSAMPLER | MAY 2 4 2006 | Analysis, Then Storage |
| IRMS AUTOSAMPLER | _(signature)_ BRIAN AHRENT | 5/25/06 | TRANSFER |
| _(signature)_ | TRASH CAN | 5/25/06 | DISCARD BA 5/26/06 |
|  |  |  |  |

If batched with another group:

UCLA code:___      and folder no.___      (Int./date)

| 鬮 | AS S | AS Method | Identifier 1 | Comment | Preparation | Post Script | Method |
|---|---|---|---|---|---|---|---|
| X | 48 | >Internal No 9 | NEGQC#5 | | | | method1[diols].met |



| Rt [s] | d 13C/12C [per mll] vs. VPDB |
|---|---|
| 1215,2 | −25.867 |
| 1239,9 | −25.111 |
| 1367,4 | −33.510 |
| 1422,6 | −24.448 |

BA  5/24/06

51

| | AS Sample | AS Method | Identifier 1 | Comment | Preparation | Post Script | Method |
|---|---|---|---|---|---|---|---|
| X | 48 | >Internal No 9 | NEGQC#5 | | | | method1[diols].met |

Thursday, May 25, 2000

Mass 44  Mass 45  Mass 46

496040
p 11a

BA 7/7/06

| Rt [s] | d 13C/12C [per mil] vs. VPDB |
|---|---|
| 1215.2 | -25.857 |
| 1239.9 | -25.111 |
| 1367.4 | -33.510 |
| 1422.6 | -24.448 |

1387.37

1422.82

1238.91

1215.18

52

| | AS S | AS Method | Identifier 1 | Comment | Preparation | Post Script | Method |
|---|---|---|---|---|---|---|---|
| X | 47 | >Internal No 9 | POSQC#5 | | | | method1[diols].met |



| RI [s] | d 13C/12C [per mil] vs. VPDB |
|---|---|
| 1216.6 | -32.735 |
| 1240.5 | -33.266 |
| 1367.3 | -33.510 |
| 1421.1 | -23.872 |

BA 5/26/06

| | AS S | AS Method | Identifier 1 | Comment | Preparation | Post Script | Method |
|---|---|---|---|---|---|---|---|
| X | 46 | >Internal No 9 | Diol STD | | | | method1[diols].met |



■ Mass 44  ▨ Mass 45  ▨ Mass 46

| Rt [s] | d 13C/12C [per mil] vs. VPDB |
|---|---|
| 1216.4 | -36.265 |
| 1242.9 | -35.909 |
| 1367.3 | -33.510 |
| 1426.2 | -22.373 |

BA  5/26/06

5 5



Wednesday, May __, 2006 2

| AS Sample | AS Method | Identifier 1 | Comment | Preparation | Post Script | Method |
|---|---|---|---|---|---|---|
| X | 46 | >Internal No 9 | Diol STD | | | | method1[diols].met |

Mass 44   Mass 45   Mass 46

496040
p 13a

| Rt [s] | d 13C/12C [per mil] vs. VPDB |
|---|---|
| 1216.4 | -36.265 |
| 1242.9 | -35.909 |
| 1367.3 | -33.510 |
| 1426.2 | -22.373 |

| | AS S | AS Method | Identifier 1 | Comment | Preparation | Post Script | Method |
|---|---|---|---|---|---|---|---|
| X | 50 | .>Internal No 9 | 87M05 | | | | method1[diols].met |

■ Mass 44   ▨ Mass 45   ▨ Mass 46



| Rt [s] | d 13C/12C [per mil] vs. VPDB |
|---|---|
| 1217.3 | -28.139 |
| 1242.4 | -29.055 |
| 1366.5 | -33.510 |
| 1427.2 | -24.077 |

BA  5/24/06

Thursday, May 25, _06 01:31:40

| | AS Sample | AS Method | Identifier 1 | Comment | Preparation | Post Script | Method |
|---|---|---|---|---|---|---|---|
| | >Internal No 9 | 87M05 | | | | | method1[diols].met |
| X | 50 | | | | | | |

☒ Mass 44  ☒ Mass 45  ☒ Mass 46

496040
p 14a

RA 2/2/0



| Rt [s] | d 13C/12C [per mil] vs. VPDB |
|---|---|
| 1217.3 | -28.139 |
| 1242.4 | -29.055 |
| 1366.5 | -33.510 |
| 1427.2 | -24.077 |

Peaks labeled: 1217.26, 1242.36, 1366.51, 1427.24

5 8



UCLA Olympic Analytical Laboratory
UCLA School of Medicine
2122 Granville Ave Los Angeles CA 90025
Phone (310) 825-2635    FAX (310) 206-9077

WADA Accredited



ISO/IEC 17025
Biological Testing
Certificate: 1420-01

CONFIDENTIAL
Drug Testing Report USADA7712 (87M05)

May 31, 2006

Terrence Madden
The United States Anti-Doping Agency
1330 Quail Lake Loop, Suite 260
Colorado Springs, CO 80906-4651
Fax 719-785-2028

Specimen number: 496040
USADA Site ID: A64014
UCLA Code: 87M05
Sport and Event: Track & Field Kansas Relays
Collection Date: 4/22/06
Date Received at Lab: 4/23/06

Analysis: The urine sample was analyzed by the "Diol" assay using method 8001, steroids by carbon isotope ratio by GC/IRMS (see letter of June 2001 for criteria and assay details).

IRMS Laboratory conclusion: Positive, values outside our normal ranges.

| Analytical data: | 5β-adiol | 5α-adiol | 5β-pdiol |
|---|---|---|---|
| | -28.1 | -29.1 | -24.1 |

Unit of measurement for the three values is $\delta^{13}C\ [^{o}/_{oo}]$

Michael Sekera
Certifying Scientist

This report shall not be reproduced, except in full, without the written approval of the laboratory.

"A" SAMPLE CONFIRMATION DOCUMENTATION

# Brief Description of the UCLA Olympic Analytical Laboratory
## University of California, Los Angeles

### History:

The Laboratory was established in 1982 by a grant from the Los Angeles Olympic Organizing Committee to the University of California. It was the first IOC accredited laboratory to be established in the United States. The Laboratory has been directed since its inception by Don H. Catlin, M.D.

### UCLA Accreditation:

The UCLA Laboratory is accredited by the World Anti-Doping Agency (WADA), and the International Organization for Standardization (ISO).

### Chain-of-custody:

When a delivery service brings samples to the Laboratory, the Laboratory initiates a chain-of-custody form. This document and others establish who has responsibility for the integrity and security of the samples during the entire time the samples are in the Laboratory.

### Screening Procedures:

The first assay to be performed is the sample A screening test. This assay is designed to discover if the sample might contain a drug, drug metabolite, or endogenous substance in an abnormal amount. The A screen is designed to be fast and efficient. It is not designed to determine the amount of any substance.

### A Confirmation:

If the A screen cannot be declared negative, the sample is re-analyzed in the A confirmation procedure. The A confirmation is performed by an assay chemist other than the one who performed the screen. The batch includes a negative quality control sample, one or more positive quality control samples which are prepared by the Laboratory to contain a known amount of drug or metabolite, and the sample in question.

The two basic elements of drug or metabolite identification are the retention time and the mass spectrum of the substance, thus the analysis is designed to determine these two elements. The chain-of-custody documentation accompanies the sample continuously. The sample undergoes extraction. These steps are designed to render the sample suitable for instrumental analysis by gas chromatography-mass spectrometry (GC-MS) analysis.

GC-MS is the combination of two analytical techniques. The GC or gas chromatograph, separates the substances in the sample and introduces them one by one into the mass spectrometer (MS), which records a mass spectrum (fingerprint) of each substance. GC-MS is a highly specific and extremely reliable method for the identification of drugs and

metabolites. It provides structural information on the compound. Upon injection into the instrument the sample is vaporized and swept along a long narrow tube (capillary column) by a flow of gas. Different substances travel through the column at different speeds, and therefore exit at different times (the retention time, RT).

The GC graph or chromatogram is a plot of the abundance (amount) of substances emerging from the GC. The graph shows peaks and valleys. Each peak typically represents one substance. Each substance has one and only one retention time. The Laboratory knows the RT of all prohibited substances. As each substance emerges from the GC it enters the MS where it is bombarded by electrons. This causes the substances to break into pieces (fragment ions). These fragments are predictable, characteristic, and highly reproducible. The MS graph or mass spectrum shows bars: each bar represents an ion of a certain mass; the height of each bar, and especially the percent height of all bars relative to the tallest one (=ion ratio) is reproducible for a given compound and highly characteristic of its identity.

B Confirmation:

The Laboratory reports the results of the A confirmation to the sport authority. The authority may request a B confirmation. The B confirmation procedure is essentially the same as the A confirmation. The athlete who submitted the sample may be present.

Quantitative Results:

A few substances on the WADA list have cut-offs (levels or thresholds). The Laboratory determines if the cutoffs have been exceeded using a statistical test which compares the results on the sample to a standard known to contain the cutoff amount (for example ephedrine 10 µg/ml, T/E>4, etc.) The value of p is used to determine if a sample exceeds the threshold. The Laboratory does not provide the actual amount of substance found per milliliter of urine.

Reporting:

For each sample that is reported to contain a prohibited substance, or an endogenous substance in a prohibited amount, several chemists have carefully reviewed all aspects of the analysis. If the results are correct, a Certifying Scientist signs the report. The report is confidential.

# CHAIN OF CUSTODY DOCUMENTATION

Circle: (BOTTLE) OR ALIQUOT(S)          (A) OR B

Aliquot: SCREEN (BATCH OR INDIVIDUAL) OR INDIVIDUAL CONFIRMATION

Organization: __USADA__          UCLA folder no. __USADA 77 12__

UCLA code numbers: _____

If individual conf., bottle no. __496040__          =UCLA code no. __87M05__

If multiple replicate aliquots indicate here N = _____

Circle assay: I  II  CF  TE  FF  EMIT  EPO  HCG  DIU  LIMITED  ONTRACK  OTHER_____
         ( Pentane / Ether )                              (THC) (BZE) (MORPH) (AMPH)

## IT IS REQUIRED TO PRINT EACH NAME AT LEAST ONCE ON THIS PAGE

| Released by: | To: | Date | Purpose |
|---|---|---|---|
| FREEZER #28 | ~~~ Fereshteh Delshad | MAY 2 2 2006 | Aliquotting IRMS |
| ~~~ | FREEZER #28 | MAY 2 2 2006 | STORAGE |
| FREEZER #28 | ~~~ Fereshteh Delshad | JUN 0 1 2006 | Transfer |
| ~~~ | Positive Freezer #3 | JUN 0 1 2006 | STORAGE |
| Positive Freezer #3 | ~~~ | JUN 0 4 2006 | Aliquotting IRMS D1018 |
| ~~~ | Positive Freezer #3 | JUN 0 4 2006 | STORAGE ℒ 6/12/06 |
| | | | |
| | | | |
| | | | |
| | | | |

If batched with another group:

UCLA code:_____   and folder no._____   (Int./date)_____          63

~~~~~ ~~~ ~~~ ℒℐℒ 2/8/07

Circle: BOTTLE OR ALIQUOT(S)    A OR B

Aliquot: SCREEN (BATCH OR INDIVIDUAL) OR INDIVIDUAL CONFIRMATION

Organization: **USADA**    UCLA folder no. **USADA 7712**

UCLA code numbers: _____ — _____

If individual conf., bottle no. **49 6640**    = UCLA code no. **87M05**

If multiple replicate aliquots indicate here N = —

Circle assay: I  II  CF  TE  FF  EMIT  EPO  HCG  DIU  LIMITED  ONTRACK  OTHER **IRMSD1618**
                ( Pentane / Ether )                    (THC)(BZE)(MORPH)(AMPH)

IT IS REQUIRED TO PRINT EACH NAME AT LEAST ONCE ON THIS PAGE

| Released by: | To: | Date | Purpose |
|---|---|---|---|
| Fereshteh Delshad | REFRIGERATOR #12 | JUN 0 4 2006 | STORAGE |
| REFRIGERATOR #12 | Ronald Gonzalez | JUN 05 2006 | Begin Assay |
| | Desiccator | JUN 05 2006 | Desiccation |
| Desiccator | | JUN 0·6 2006 | Continue Assay |
| | SLCR 1 Temporary Storage | JUN 0·6 2006 | Temporary Storage |
| SLCR 1 Temporary Storage | | 6/6/06 | Transfer |
| | IRMS Autosampler | 6/6/06 | Analysis, then storage |
| IRMS Autosampler | BRIAN AHRENS | 6/12/06 | TRANSFER |
| | TRASH CAN | 6/12/06 | DISCARD |
| | | | BA 6/12/06 |

If batched with another group:

UCLA code: _____    and folder no. _____    (Int./date) _____

G:\SOP\LOGS&FRM\CUSTODY    Form by approved ___ 3/8/06

| Line | [X] | AS Sample | AS Method | Identifier 1 | Identifier 2 | Comment | Preparation | Method |
|------|-----|-----------|-----------|--------------|--------------|---------|-------------|--------|
| 1 | X | 1 | >Internal No 9 | Diol STD | | | | method1[diols].met |
| 2 | X | 1 | >Internal No 9 | Diol STD | | | | method1[diols].met |
| 3 | X | 1 | >Internal No 9 | Diol STD | | | | method1[diols].met |
| 4 | X | 1 | >Internal No 9 | Diol STD | | | | method1[diols].met |
| 5 | X | 2 | >Internal No 9 | POSQC#5 | | | | method1[diols].met |
| 6 | X | 3 | >Internal No 9 | NEGQC#5 | | | | method1[diols].met |
| 7 | X | 4 | >Internal No 9 | Blank | | | | method1[diols].met |
| 8 | X | 5 | >Internal No 9 | 87M05 | | | | method1[diols].met |
| 9 | X | 6 | >Internal No 9 | 9CE03 | | | | method1[diols].met |
| 10 | X | 7 | >Internal No 9 | 9CE04 | | 1:2 | | method1[diols].met |
| 11 | X | 8 | >Internal No 9 | 9CE05 | | 1:3 | | method1[diols].met |
| 12 | X | 2 | >Internal No 9 | POSQC#5 | | | | method1[diols].met |
| 13 | X | 3 | >Internal No 9 | NEGQC#5 | | | | method1[diols].met |
| 14 | X | 9 | >Internal No 9 | 9CE06 | | 1:2 | | method1[diols].met |
| 15 | X | 10 | >Internal No 9 | 9CE07 | | 1:2 | | method1[diols].met |
| 16 | X | 11 | >Internal No 9 | 9CE08 | | 1:5 | | method1[diols].met |
| 17 | X | 2 | >Internal No 9 | POSQC#5 | | | | method1[diols].met |
| 18 | X | 3 | >Internal No 9 | NEGQC#5 | | | | method1[diols].met |

Autosampler loaded by RG/AL 6/6/06
Autosampler unloaded by: BA 6/12/06

BA 6/12/06

| 圈 | AS S | AS Method | Identifier 1 | Comment | Preparation | Post Script | Method |
|---|---|---|---|---|---|---|---|
| X | 3 | >Internal No 9 | NEGQC#5 | | | | method1[diols].met |



■ Mass 44    圖 Mass 45    圖 Mass 46

| Rt<br>[s] | d 13C/12C<br>[per mil]<br>.vs. VPDB |
|---|---|
| 1201.0 | -26.040 |
| 1225,3 | -25.408 |
| 1367,4 | -33.510 |
| 1403,3 | -24.611 |

BA  6/12/06

UCLA Olympic Analytical Laboratory

Wednesday, June 07, 2006 1:

| | AS Sample | AS Method | Identifier 1 | Comment | Preparation | Post Script | Method |
|---|---|---|---|---|---|---|---|
| X | 3 | >Internal No 9 | NEGQC#5 | | | | method1[diols].met |

☒ Mass 44  ☒ Mass 45  ☒ Mass 46

| Rt [s] | d 13C/12C [per mil] vs. VPDB |
|---|---|
| 1201.0 | -26.040 |
| 1225.3 | -25.408 |
| 1367.4 | -33.540 |
| 1403.3 | -24.611 |

496040
p 21a

6·7

| 圖 | AS S. | AS Method | Identifier 1 | Comment | Preparation | Post Script | Method |
|----|-------|-----------|--------------|---------|-------------|-------------|--------|
| X | .2 | >Internal No 9 | POSQC#5 | | | | method1[diols].met |

■ Mass 44   圖 Mass 45   圖 Mass 46



| Rt [s] | d 13C/12C [per mil] vs. VPDB |
|--------|------------------------------|
| 1203.3 | -32.628 |
| 1226.7 | -33.889 |
| 1367.5 | -33.510 |
| 1403.2 | -24.285 |

BA  6/12/06

6 8

| | AS Sample | AS Method | Identifier 1 | Comment | Preparation | Post Script | Method |
|---|---|---|---|---|---|---|---|
| X | 2 | >Internal No. 9, | POSQC#5 | | | | method1[diols].met |



☒ Mass 44  ☒ Mass 45  ☒ Mass 46

| Rt [s] | d 13C/12C [per mil] vs. VPDB |
|---|---|
| 1203.3 | -32.628 |
| 1226.7 | -33.839 |
| 1367.5 | -33.540 |
| 1403.2 | -24.285 |

496040
p 22a

6 9

| | AS S | AS Method | identifier 1 | Comment | Preparation | Post Script | Method |
|---|---|---|---|---|---|---|---|
| X | 1 | >Internal No 9 | Diol STD | | | | method1[diols].met |



■ Mass 44  ▨ Mass 45  ▨ Mass 46

| Rt [s] | d 13C/12C [per mil] vs. VPDB |
|---|---|
| 1203.6 | -36.683 |
| 1229.5 | -36.175 |
| 1367.5 | -33.810 |
| 1408.5 | -22.483 |

BA  6/12/06

70



| | AS Sample | AS Method | Identifier 1 | Comment | Preparation | Post Script | Method |
|---|---|---|---|---|---|---|---|
| X | 1 | >Internal No. 9 | Diol STD | | | | method1[diols].met |

☒ Mass 44  ☒ Mass 45  ☒ Mass 46

| Rt [s] | d 13C/12C [per mil] vs. VPDB |
|---|---|
| 1203.6 | -36.683 |
| 1229.5 | -36.175 |
| 1367.5 | -33.510 |
| 1408.5 | -22.483 |

496040
p 23a

7 1

UCLA Olympic Analytical Laboratory

| | AS S | AS Method | Identifier 1 | Comment | Preparation | Post Script | Method |
|---|---|---|---|---|---|---|---|
| X | .5 | >Internal No·9 | 87M05 | | | | method1[diols].met |

■ Mass 44  ▨ Mass 45  ▧ Mass 46



| Rt [s] | d 13C/12C [per mil] vs. VPDB |
|---|---|
| 1204.0 | -28.849 |
| 1228,6 | -29.410 |
| 1367.4 | -33.510 |
| 1409,0 | -24.070 |

BA  6/12/06

72

# UCLA Olympic Analytical Laboratory

Wednesday, June 07, 2006

| | AS Sample | AS Method | Identifier 1 | Comment | Preparation | Post Script | Method |
|---|---|---|---|---|---|---|---|
| X | 5 | >Internal No 9 | 87M05 | | | | method1[diols].met |

☒ Mass 44   ☒ Mass 45   ☒ Mass 46

| Rt [s] | d 13C/12C [per mil] vs. VPDB |
|---|---|
| 1204.0 | -28.849 |
| 1228.6 | -29.410 |
| 1367.4 | -33.510 |
| 1409.0 | -24.070 |

496040
p 24a

RA 7/7/06

73



UCLA Olympic Analytical Laboratory
UCLA School of Medicine
2122 Granville Ave Los Angeles CA 90025
Phone (310) 825-2635     FAX (310) 206-9077

WADA Accredited



ISO/IEC 17025
Biological Testing
Certificate: 1420-01

CONFIDENTIAL
Drug Testing Report USADA7712 (87M05A)

June 13, 2006

Terrence Madden
The United States Anti-Doping Agency
2550 Tenderfoot Hill Street, Suite 200
Colorado Springs, CO 80906
Fax 719-785-2028

Specimen number: 496040
USADA Site ID:   A64014
UCLA Code: 87M05
Sport and Event: Track & Field Kansas Relays
Collection Date: 4/22/06
Date Received at Lab: 4/23/06

Analysis: The urine sample was analyzed by the "Diol" assay using method 8001, steroids by carbon isotope ratio by GC/IRMS (see letter of June 2001 for criteria and assay details).

IRMS Laboratory conclusion:   Positive, values outside our normal ranges.

| Analytical data: | 5β-adiol | 5α-adiol | 5β-pdiol |
|---|---|---|---|
| | -28.8 | -29.4 | -24.1 |

Unit of measurement for the three values is $\delta^{13}C$ [°/$_{oo}$]

Michael Sekera
Certifying Scientist

CC: World Anti-Doping Agency
     International Association of Athletics Federations

This report shall not be reproduced, except in full, without the written approval of the laboratory.

"A" Sample Laboratory pH and Specific Gravity

Site ID: A64014

| UCLA Code | Specimen # | Lab pH | Lab SG |
|---|---|---|---|
| 87M05 | 496040 | 5.5 | 1.017 |