

**USADA**
U.S. Anti-Doping Agency

*Integrity. Health. Sport.*

VIA OVERNIGHT MAIL

June 14, 2006

Mr. Justin Gatlin          Mr. Justin Gatlin
8103 Satillo Lane          6979 Raburn Road
Raleigh, NC 27616          Pensacola, FL 32526

Re:   Sample #496040 – Kansas Relays

Dear Mr. Gatlin:

Your urine sample at the Kansas Relays on April 22, 2006, was sent to the WADA accredited laboratory at the University of California at Los Angeles ("the Laboratory") for analysis. The Laboratory has reported the result of the Carbon Isotope Ratio ("CIR") analysis on your A Sample as positive for testosterone or its precursors, which are listed as prohibited substances in the class of anabolic androgenic steroids on the World Anti-Doping Agency's Prohibited List, adopted by both the USADA Protocol for Olympic Movement Testing ("Protocol") and the International Association of Athletics Federations ("IAAF") Anti-Doping Rules. The Laboratory's positive A Sample report is enclosed with this letter.

At this time, in order to avoid further delay in the adjudication of your case, you have the right to accept the Laboratory results. If you choose to accept the A Sample Laboratory results and do not wish to contest the finding of testosterone or its precursors in your sample, please sign the attached Acceptance of Laboratory Findings and Waiver Form and fax it to me at 719-785-2028 no later than June 23, 2006. Further, if you choose to accept the Laboratory results, we will forward your case immediately to a panel of the independent USADA Anti-Doping Review Board, as set forth in the USADA Protocol, for its consideration. Under the USADA Protocol and the IAAF Anti-Doping Rules, the finding of a prohibited substance or method in an athlete's sample constitutes a doping violation. If it is ultimately determined that this is your second doping violation, a sanction may be imposed that will include disqualification of any of your competitive results achieved from April 22, 2006, and a lifetime period of ineligibility.

If you choose not to accept the A Sample Laboratory results, your B Sample will be opened and analyzed at the Laboratory at 2122 Granville Avenue, Los Angeles, California, 90025 on <u>June 26, 2006</u>, commencing at 9:00 a.m. Pacific Time. You and/or your representative have the right to be present at your expense to observe the B Sample opening and the analysis (which

oard of Directors

Ralph W. Hale, MD
Chair

Richard W. Cohen, MD
Vice Chair

Barry Axelrod
Treasurer

'ate Hendrickson Borg, CHMM
.ecretary

Evelyn Ashford

Lawrence Brown, Jr., MD, MPH

Jean Fourcroy, MD, PhD, MPH

Andrew Mecca, Dr PH, MPH

.inette Salmeen, DPhil

United States Anti-Doping Agency
1330 Quail Lake Loop, Suite 260, Colorado Springs, CO 80906 ■ Tel: 719.785.2000 ■ Fax: 719.785.2001
usada@usantidoping.org ■ www.usantidoping.org

GATLIN v. UNITED STATES ANTI-DOPING AGENCY INC
Doc. 24 Att. 9
Dockets.Justia.com

usually takes many hours in its entirety over multiple days). Please inform me in writing by fax at 719-785-2028 prior to 9:00 a.m. Pacific Time on June 23, 2006, if you plan to attend the B Sample analysis or if you have any questions about the timing of the analysis. If you intend to compete in any protected competitions, USADA has the right under its Protocol, Section 13, to expedite this matter to final resolution prior to the protected competition.

Additionally, you have the right, <u>at this time</u>, to accept a "provisional suspension." By accepting a "provisional suspension," you will be immediately suspended from competing in all competitions under the jurisdiction of IAAF, USA Track & Field ("USATF"), and the United States Olympic Committee ("USOC"), until your case is deemed not to be a doping offense, you accept a sanction, you fail to contest this matter, or a hearing has been held in this matter. If you choose to accept this "provisional suspension," the time served under the "provisional suspension" will be deducted from any period of ineligibility that you might receive <u>beginning on the date you accept</u> the "provisional suspension" <u>and</u> notify USADA of such acceptance. If you choose not to accept this "provisional suspension," any period of ineligibility you might receive will begin on the date of your acceptance of the sanction <u>or</u> on the date of the arbitration hearing panel's decision.



If you accept the "provisional suspension," USADA will give notice to the USOC, IAAF, and USATF of your acceptance of the "provisional suspension." Your decision to accept this "provisional suspension" is purely optional. You do not have to accept this "provisional suspension," in order to proceed with your case. If you are willing to accept a "provisional suspension," please inform us in writing by June 23, 2006, by executing and returning the attached <u>USADA Acceptance of Provisional Suspension Form.</u>



Also of importance, you are still subject to testing pending the outcome of this matter.

USADA will not publicly disclose or comment on the specifics of your test results until your case has been resolved. By copy of this letter, USADA is notifying USATF and the USOC of your test results and requests that these organizations not comment publicly concerning this information until disclosed as provided in the USADA Protocol.

Enclosed for your reference are copies of the USADA Protocol and the World Anti-Doping Code, which set forth the administrative procedures followed for positive or elevated test results. You may also wish to contact

John Ruger, the USOC Athlete Ombudsman who is completely independent of USADA, or your own personal attorney, for assistance or further information. Mr. Ruger may be reached at One Olympic Plaza, Colorado Springs, CO, 80909, by telephone at (888)-ATHLETE, by fax at (303) 444-6626 or by e-mail at John.Ruger@usoc.org, or at www.888athlete.org.

Sincerely,

*Linda Barnes/[initials]*

Linda M. Barnes
Testing Results Manager

cc: Craig Masback, USATF (w/o encls.)
Gary Johansen, USOC Deputy General Counsel (w/o encls.)

Enclosures: Doping Control Official Record
USADA Sample Manifest
UCLA Analytical Laboratory Drug Testing Report
IAAF Anti-Doping Rules
World Anti-Doping Code
WADA List of Prohibited Substances
USADA Protocol
USOC Anti-Doping Policies

# UNITED STATES ANTI-DOPING AGENCY

## ACCEPTANCE OF LABORATORY FINDINGS
## WAIVER OF RIGHT TO B SAMPLE ANALYSIS AND
## WAIVER OF RIGHT TO CONTEST LABORATORY FINDINGS

I, Justin Gatlin, accept the finding of the WADA accredited laboratory at the University of California at Los Angeles' (the "Laboratory") that my urine Sample #496040 collected on April 22, 2006 at the Kansas Relays contains the prohibited substance Testosterone or its precursors. I understand that the Laboratory's findings are based on analysis of the A Sample of urine Sample #496040 and that the B Sample analysis on this Sample has not been conducted. I further understand that pursuant to the Protocol for Olympic Movement Testing of the United States Anti-Doping Agency, a sample shall not be considered positive until after the B Sample analysis confirms the A Sample analysis or the athlete has expressly waived the B Sample analysis. A waiver of the B Sample analysis means the sample shall be considered positive pursuant to the findings of the A Sample analysis. I have been advised of my right to have the B Sample analysis conducted and I voluntarily, knowingly, and intelligently waive my right to have a B Sample analysis conducted on Sample #496040. I do not contest the Laboratory's finding that the substance Testosterone or its precursors were in my urine sample. I voluntarily, knowingly, and intelligently accept the Laboratory findings and waive any right to contest the results of the Laboratory with respect to my Sample collected on April 22, 2006.

_____
Signature of Justin Gatlin

_____
Printed Name of Justin Gatlin

_____
Date

Banalysis.waiver