# UNIVERSITY OF CALIFORNIA, LOS ANGELES        UCLA

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO       SANTA BARBARA • SANTA CRUZ



UCLA OLYMPIC ANALYTICAL LABORATORY
DEPARTMENT OF PHARMACOLOGY
UCLA SCHOOL OF MEDICINE
2122 GRANVILLE AVENUE
LOS ANGELES, CALIFORNIA 90025
PHONE: 310-825-2635
FAX: 310-206-9077

## CONFIDENTIAL

June 30, 2006

Terrence P. Madden
United States Anti-Doping Agency
1330 Quail Lake Loop, Suite 260
Colorado Springs, CO 80906-4651

RE: Specimen number USADA 496040, Site ID A64014 = UCLA 87M05

Dear Mr. Madden:

Please find enclosed the documentation package for the B confirmation on the case identified above.

Enclosed are authentic photocopies of the original documentation supporting our conclusion and the drug testing report.

Please feel free to call if you have any questions.

Sincerely,

GATLIN v. UNITED STATES ANTI-DOPING AGENCY INC        Doc. 24 Att. 10

Michael Sekera
Certifying Scientist

cc: Don H. Catlin

Dockets.Justia.com

CONFIDENTIAL
DOCUMENTATION

SAMPLE IDENTIFICATION:
Organization requesting test: USADA
Date of sample collection: April 22, 2006
Site ID: A64014
USADA Sample Code Number: 496040
UCLA Code: 87M05
Finding: IRMS values outside our normal ranges

## TABLE OF CONTENTS

**"B" SAMPLE CONFIRMATION DOCUMENTATION** — Page
"B" bottle chain of custody documentation.................................................................................... 3
"B" confirmation aliquot chain of custody documentation................................................................ 4
Sequence verification data............................................................................................................. 5

GC/IRMS Data
Negative urine QC
    Chromatogram of ion 44............................................................................................................. 6-6a
    Table of $\delta^{13}C$ values................................................................................................................. 6-6a
Positive urine QC (clinical urine obtained from testosterone administration study)
    Chromatogram of ion 44............................................................................................................. 7-7a
    Table of $\delta^{13}C$ values................................................................................................................. 7-7a
Positive calibrator (unextracted 5β-androstane-3α,17β-diol diacetate, 5α-androstane-3α,17β-diol diacetate,
        and 5β-pregnane-3α,20α-diol diacetate standards)
    Chromatogram of ion 44............................................................................................................. 8-8a
    Table of $\delta^{13}C$ values................................................................................................................. 8-8a
Sample urine aliquot
    Chromatogram of ion 44............................................................................................................. 9-9a
    Table of $\delta^{13}C$ values................................................................................................................. 9-9a

"B" sample report............................................................................................................................ 10-11
"B" sample laboratory pH and Specific Gravity............................................................................... 12

Letter from Linda Barnes of USADA to Ana Reyes of UCLA, June 26, 2006................................. 13

# "B" SAMPLE CONFIRMATION DOCUMENTATION

# CHAIN OF CUSTODY DOCUMENTATION

496040
p 3

Circle: **BOTTLE** OR ALIQUOT(S)    A OR **B**

Aliquot: SCREEN (BATCH OR INDIVIDUAL) OR INDIVIDUAL CONFIRMATION

Organization: __USADA__    UCLA folder no. __USADA 7712__

UCLA code numbers: __—__

If individual conf., bottle no. __496040__    =UCLA code no. __87M05__

If multiple replicate aliquots indicate here N = __—__

Circle assay: I II CF TE FF EMIT EPO HCG DIU LIMITED ONTRACK OTHER _____
(Pentane / Ether)    (THC) (BZE) (MORPH) (AMPH)

IT IS REQUIRED TO PRINT EACH NAME AT LEAST ONCE ON THIS PAGE

| Released by: | To: | Date | Purpose |
|---|---|---|---|
| FREEZER #28 | /signature/ Fereshteh Deishad | JUN 0 1 2006 | Transfer |
| /signature/ | Positive Freezer #3 | JUN 0 1 2006 | STORAGE |
| Positive Freezer #3 | /signature/ | JUN 2 7 2006 | Aliquot Confirmation |
| /signature/ | Positive Freezer #3 | JUN 2 7 2006 | STORAGE   BA 6/29/06 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If batched with another group:

UCLA code: _____   and folder no. _____   (Int./date)

G:\SOP\LOGS&FRM\CUSTODY    Form by approved __AL 3/8/06__    79

# CHAIN OF CUSTODY DOCUMENTATION

Circle: BOTTLE OR (ALIQUOT(S))   A OR (B)

Aliquot: SCREEN (BATCH OR INDIVIDUAL) OR (INDIVIDUAL CONFIRMATION)

Organization: __USADA__   UCLA folder no. __USADA 7712__

UCLA code numbers: __—__

If individual conf., bottle no. __496040__   =UCLA code no. __87M05__

If multiple replicate aliquots indicate here N = __—__

Circle assay: I   II   CF   TE   FF   EMIT   EPO   HCG   DIU   LIMITED   ONTRACK   OTHER __IRMS Diols__
(Pentane / Ether)                                (THC) (BZB) (MORPH) (AMPH)

**IT IS REQUIRED TO PRINT EACH NAME AT LEAST ONCE ON THIS PAGE**

| Released by: | To: | Date | Purpose |
|---|---|---|---|
| *[signature]* Fereshteh Delshad | Shirley Taam *[signature]* | JUN 27 2006 | Begin Assay |
| *[signature]* | Desiccator | JUN 27 2006 | Desiccation |
| Desiccator | Shirley Taam *[signature]* | JUN 28 2006 | Continue Assay |
| *[signature]* | Annabella *[signature]* | JUN 28 2006 | TRANSFER |
| *[signature]* | Autosampler Irms | JUN 28 2006 | ANALYSIS |
| Autosampler Irms | *[signature]* Brian Ahrens | JUN 29 2006 | TRANSFER |
| *[signature]* | TRASH | JUN 29 2006 | DISCARD |
| | | | BA 6/29/06 |
| | | | |
| | | | |

If batched with another group:

UCLA code: _____ and folder no. _____ (Int./date) _____

G:\SOP\LOGS&FRM\CUSTODY                  Form by approved *[signature]* 3/8/06             80

C:\Finnigan\Isodat NT\Global\User\GC II-III Interface\Sequence\060628.seq

| Line | ☒ | AS Sample | AS Method | Identifier 1 | Identifier 2 | Comment | Preparation | Method |
|---|---|---|---|---|---|---|---|---|
| 1 | X | 1 | >Internal No 9 | Diol STD | | | | method1[diols].met |
| 2 | X | 1 | >Internal No 9 | Diol STD | | | | method1[diols].met |
| 3 | X | 1 | >Internal No 9 | Diol STD | | | | method1[diols].met |
| 4 | X | 1 | >Internal No 9 | Diol STD | | | | method1[diols].met |
| 5 | X | 2 | >Internal No 9 | POSQC#6 | | | | method1[diols].met |
| 6 | X | 3 | >Internal No 9 | NEGQC#6 | | | | method1[diols].met |
| 7 | X | 4 | >Internal No 9 | Blank | | | | method1[diols].met |
| 8 | X | 5 | >Internal No 9 | 87M05-B | | | 10 mL | method1[diols].met |
| 9 | X | 2 | >Internal No 9 | POSQC#6 | | | | method1[diols].met |
| 10 | X | 3 | >Internal No 9 | NEGQC#6 | | | | method1[diols].met |
| 11 | X | 2 | >Internal No 9 | POSQC#6 | | | | method1[diols].met |
| 12 | X | 3 | >Internal No 9 | NEGQC#6 | | | | method1[diols].met |

Autosampler loaded by AL 6/28/06
Autosampler unloaded by BA 6/29/06

BA 6/29/06

# UCLA Olympic Analytical Laboratory

Wednesday, June 28, 2006.2

| | AS S | AS Method | Identifier 1 | Comment | Preparation | Post Script | Method |
|---|---|---|---|---|---|---|---|
| X | 3 | >Internal No 9 | NEGQC#6 | | | | method1[diols].met |

| Rt [s] | d 13C/12C [per mil] vs. VPDB |
|---|---|
| 1204.8 | -26.614 |
| 1228.2 | -26.963 |
| 1368.2 | -30.510 |
| 1407.1 | -26.031 |

BA 6/29/06

| | AS Sample | AS Method | Comment | Identifier 1 | Preparation | Post Script | Method |
|---|---|---|---|---|---|---|---|
| X | 3 | >Internal No 9 | | NEGQC#6 | | | method1[diols].met |

Mass 44  Mass 45  Mass 46

| Rt [s] | d 13C/12C [per mil] vs. VPDB |
|---|---|
| 1204.8 | -26.614 |
| 1228.2 | -26.963 |
| 1368.2 | -33.510 |
| 1407.1 | -26.031 |

Peaks labeled: 1204.80, 1228.17, 1368.17, 1407.09

8 3

| | AS S | AS Method | Identifier 1 | Comment | Preparation | Post Script | Method |
|---|---|---|---|---|---|---|---|
| X | 2 | >Internal No 9 | POSQC#6 | | | | method1[diols].met |



| Rt [s] | d 13C/12C [per mil] vs. VPDB |
|---|---|
| 1204.3 | -32.260 |
| 1228.2 | -35.066 |
| 1368.1 | -33.510 |
| 1407.1 | -24.380 |

BA 6/29/06

UCLA Olympic Analytical Laboratory | Wednesday, June 28, 2006 2|

| AS:Sample | AS:Method | Identifier 1 | Comment | Preparation | Post Script | Method |
|---|---|---|---|---|---|---|
| X | 2 | >Internal No 9 | POSQC#6 | | | method1[diols].met |

496040
p 7a

Mass 44  Mass 45  Mass 46

| Rt [s] | d 13C/12C [per mil] vs. VPDB | |
|---|---|---|
| 1204.3 | -32.260 | |
| 1228.2 | -35.066 | |
| 1368.1 | -33.510 | |
| 1407.1 | -24.380 | |

8 5

# UCLA Olympic Analytical Laboratory

| | AS S | AS Method | Identifier 1 | Comment | Preparation | Post Script | Method |
|---|---|---|---|---|---|---|---|
| X | 1 | >Internal No 9 | Diol STD | | | | method1[diols].met |



| Rt [s] | d 13C/12C [per mil] vs. VPDB |
|---|---|
| 1203.7 | -35.744 |
| 1229.1 | -35.646 |
| 1368.1 | -33.510 |
| 1407.9 | -22.222 |

BA 6/29/06



# UCLA Olympic Analytical Laboratory

| | AS S | AS Method | Identifier 1 | Comment | Preparation | Post Script | Method |
|---|---|---|---|---|---|---|---|
| X | 5 | >Internal No 9 | 87M05-B | | 10 mL | | method1[diols].met |



| Rt [s] | d 13C/12C [per mil] vs. VPDB |
|---|---|
| 1204.4 | -28.896 |
| 1229.3 | -29.660 |
| 1368.0 | -33.510 |
| 1409.4 | -24.425 |

BA 6/27/06

8 8

| | AS Sample | AS Method | Identifier 1 | Comment | Preparation | Post Script | Method |
|---|---|---|---|---|---|---|---|
| X | 5 | >Internal No 9 | 87M05-B | | 10 mL | | method1[diols].met |

■ Mass 44  ▨ Mass 45  ▨ Mass 46

| Rt [s] | d 13C/12C [per mil] vs. VPDB |
|---|---|
| 1204.4 | -28.896 |
| 1229.3 | -29.660 |
| 1368.0 | -33.510 |
| 1409.4 | -24.425 |

Peaks: 1204.41, 1229.29, 1368.03, 1409.41

p 9a

89

UNITED STATES ANTI-DOPING AGENCY
1330 Quail Lake Loop, Ste. 260
Colorado Springs, CO 80906-4651

Confidential Specimen "B" Sample Analysis Result Form
UCLA Olympic Analytical Laboratory
2122 Granville Avenue, Los Angeles, California 90025-6106

DRUG TESTING REPORT USADA  77-12

## SAMPLE IDENTIFICATION

Site ID A64014      7-character # B 496040      Lab # 87-M05

## SAMPLE ACCESSION

I have inspected a clear glass bottle. The clear glass bottle was closed with a screw type cap. The screw type cap was numbered 496040 and the clear glass bottle was numbered 496040. There was no evidence of tampering.

Signed:

_____   _____   _____ a.m./p.m.
Athlete (if present)            Date              Time

rint Name: _1 @ 6/27/06_                     Phone: _____

_David Black_                _6/27/06_          _1019_ (a.m.)/p.m.
Surrogate (if present)          Date              Time

Print Name: _David L. Black_                 Phone: _615-255-2400_
                                                    _x64_

_JT Cal_
Witness to Signature Above

Print Name: _Thomas Callahan_                Phone: _310-825-2635_

Results of Analysis: _IRMS DATA SHOWS SAMPLE WITH VALUES_
_OUTSIDE NORMAL RANGES._
_SEE ATTACHED REPORT FOR DETAILS_

_Michael Sekera_            Michael Sekera            _6/29/06_
Signature of Certifying Scientist   Print Name          Date

\SOP\LOGS&FRMS\USOCBC06.WPD       Form Approved by: _YU_  _10/5/05_




UCLA Olympic Analytical Laboratory
UCLA School of Medicine
2122 Granville Ave Los Angeles CA 90025
Phone (310) 825-2635  FAX (310) 206-9077

WADA Accredited

ISO/IEC 17025
Biological Testing
Certificate: 1420-01

# CONFIDENTIAL
## Drug Testing Report USADA7712 (87M05B)

June 29, 2006

Terrence Madden
The United States Anti-Doping Agency
2550 Tenderfoot Hill Street, Suite 200
Colorado Springs, CO 80906
Fax 719-785-2028

Specimen number: 496040
USADA Site ID: A64014
UCLA Code: 87M05
Sport and Event: Track & Field Kansas Relays
Collection Date: 4/22/06
Date Received at Lab: 4/23/06

Analysis: The urine sample was analyzed by the "Diol" assay using method 8001, steroids by carbon isotope ratio by GC/IRMS (see letter of June 2001 for criteria and assay details).

IRMS Laboratory conclusion:   Positive, values outside our normal ranges.

| Analytical data: | 5β-adiol | 5α-adiol | 5β-pdiol |
|---|---|---|---|
| | -28.9 | -29.7 | -24.4 |

Unit of measurement for the three values is $\delta^{13}C$ [‰]

_Michael Sekera_
Michael Sekera
Certifying Scientist

This report shall not be reproduced, except in full, without the written approval of the laboratory.

"B" Sample Laboratory pH and Specific Gravity

Site ID: A64014

| UCLA Code | Specimen # | Lab pH | Lab SG |
|---|---|---|---|
| 87M05 | 496040 | 5.5 | 1.017 |

## United States Anti-Doping Agency
1330 Quail Lake Loop, Suite 260
Colorado Springs, CO 80906
Phone: (719) 785-2000
Fax: (719) 785-2001
usada@usantidoping.org



| | | | |
|---|---|---|---|
| To: | Ana Reyes | From: | Linda Barnes |
| Fax: | 310-206-9077 | Date: | June 26, 2006 |
| Phone: | 719-785-2024 | Pages: | Cover sheet Only |
| Re: | Sample USADA #496040 = UCLA 87M05 | CC: | |

☐ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

Ana –

It is my understanding that the B bottle opening and analysis for this specimen is scheduled to being on Tuesday, June 27, 2006, at 9:00 am.

Attending the opening on behalf of the athlete will be Dr. David Black as an expert, and the athlete's attorney Cameron A. Myler. Attending on behalf of USADA will be Dr. Richard Hilderbrand.

If you have any other questions, please feel free to call me.

Sincerely,

Linda Barnes
Testing Results Manager

CONFIDENTIALITY NOTE: The information contained in this facsimile transmittal sheet and document(s) that follow are for the exclusive use of the addressee and may contain confidential, privileged and nondisclosable information. If the recipient of this facsimile is not the addressee, or a person responsible for delivering this facsimile to the addressee, such recipient is strictly prohibited from reading, photocopying, distributing or otherwise using this facsimile transmission, or its contents, in any way. If the recipient has received this facsimile transmission in error, please call us immediately and return the facsimile transmission to us via the United States Postal Service. Thank you.