

*VIA OVERNIGHT MAIL and VIA FACSIMILE and EMAIL*

July 12, 2006

c/o Cameron A. Myler, Esq.
Frankfurt Kurnit Klein & Selz
488 Madison Avenue
New York, NY 10022

**Board of Directors**

Ralph W. Hale, MD
Chair

Richard W. Cohen, MD
Vice Chair

Barry Axelrod
Treasurer

†e Hendrickson Borg, CHMM
etary

Evelyn Ashford

Lawrence Brown, Jr, MD, MPH

Jean Fourcroy, MD, PhD, MPH

Andrew Mecca, Dr PH, MPH

Annette Solmeen, DPhil

Re:     Sample #496040 – Kansas Relays

Dear

On June 27, 2006, the World Anti-Doping Agency ("WADA") accredited laboratory at the University of California at Los Angeles (the "Laboratory") analyzed the B sample from your urine specimen #496040 provided at the Kansas Relays on April 22, 2006. The Laboratory reported that the B sample analysis confirmed the positive A sample analysis for a finding of testosterone or its precursors, which are listed as prohibited substances in the class of anabolic androgenic steroids on the World Anti-Doping Agency's Prohibited List, adopted by both the USADA Protocol for Olympic Movement Testing ("Protocol") and the International Association of Athletics Federations ("IAAF") Anti-Doping Rules.

We have enclosed for your consideration the following:

1. Correspondence from USADA to you, dated June 14, 2006, containing:
   a. Cover letter.
   b. Acceptance of Laboratory Findings Form.
   c. Acceptance of Provisional Suspension Form.
   d. Doping Control Official Record.
   e. Laboratory Drug Testing Report.
   f. Initial Laboratory "A" Sample Documentation Package.
   g. IAAF Anti-Doping Rules.
   h. World Anti-Doping Code.
   i. The 2006 Prohibited List.
   j. USADA Protocol for Olympic Movement Testing.
   k. United States Olympic Committee ("USOC") National Anti-Doping Policies.
2. Laboratory B Sample Drug Testing Report.
3. Laboratory complete A and B Sample Documentation Packages.
4. Correspondence from USADA to the Review Board dated July 12, 2006.

GATLIN v. UNITED STATES ANTI-DOPING AGENCY INC
Doc. 24 Att.

*United States Anti-Doping Agency*

*1330 Quail Lake Loop, Suite 260, Colorado Springs, CO 80906 ☏ Tel: 719.785.2000 ☏ Fax: 719.785.2001*
*usada@usantidoping.org ☏ www.usantidoping.org*

9 4

Dockets.Justia.com

At this time, your case is being forwarded to a Panel of the independent Anti-Doping Review Board ("Review Board") for its consideration and recommendation as to whether there is sufficient evidence of doping to proceed to a hearing. Pursuant to the USADA Protocol, which has been provided to you, you have the right to make written submittals to the Review Board for its consideration. Any written submittals must be received by USADA for transmittal to the Review Board by July 24, 2006.

The documents submitted by USADA to the Review Board will have your name redacted. USADA will not redact any documents you submit to the Review Board.

Under the applicable rules, doping is strictly forbidden and the finding of a prohibited substance or method in an athlete's body constitutes a doping violation. If it is ultimately determined that a doping violation has occurred, a sanction may be imposed that could include lifetime period of ineligibility and disqualification of any competitive results achieved by you on and subsequent to April 22, 2006, the date your sample was collected. If this case proceeds, USADA will recommend a sanction under the IAAF policies and the USADA Protocol, both of which adopt the WADA Code. In this event, if you choose to contest the sanction recommended by USADA, you will have the right to request a hearing. If a hearing is held in the regular course, you should anticipate a hearing date before November 1, 2006.

Additionally, you have the right, at this time, to accept a "provisional suspension." By accepting a "provisional suspension," you will be immediately suspended from competing in all competitions under the jurisdiction of IAAF, USA Track & Field ("USATF"), and the United States Olympic Committee ("USOC"), until your case is deemed not to be a doping offense, you accept a sanction, you fail to contest this matter, or a hearing has been held in this matter. If you choose to accept this "provisional suspension," the time served under the "provisional suspension" will be deducted from any period of ineligibility that you might receive beginning on the date you accept the "provisional suspension" and notify USADA of such acceptance. If you choose not to accept this "provisional suspension," any period of ineligibility you might receive will begin on the date of your acceptance of the sanction or on the date of the arbitration hearing panel's decision.

If you accept the "provisional suspension," USADA will give notice to the USOC, IAAF, and USATF of your acceptance of the "provisional suspension." Your decision to accept this "provisional suspension" is purely optional. You do not have to accept this "provisional suspension," in order to proceed with your case. If you are willing to accept a "provisional suspension," please inform us in writing by July 24, 2006, by executing and returning the attached USADA Acceptance of Provisional Suspension Form.

Also of importance, you are still subject to testing pending the outcome of this matter.

If you have any questions or need additional information, please feel free to contact me or Travis T. Tygart, USADA's General Counsel. You may also wish to contact your own personal attorney or Mr. John Ruger, the USOC Athlete Ombudsman, who is completely independent of USADA, for assistance. Mr. Ruger may be reached at One Olympic Plaza, Colorado Springs, CO, 80909, by telephone at (888)-ATHLETE, by fax at (303) 444-6626 or by e-mail at john.ruger@usoc.org or at www.888athlete.org.

USADA will not publicly disclose or comment on the specifics of your test results until your case has been resolved. By copy of this letter, USADA is notifying USA Track & Field and the USOC of your test results and requests that these organizations not comment publicly concerning this information until disclosed as provided in the USADA Protocol.

Sincerely,

Linda M. Barnes
Testing Results Manager

cc: Craig Masback, USATF (w/o encls.)
Gary Johansen, USOC Deputy General Counsel (w/o encls.)
Jim Scherr, USOC Chief Executive Officer (w/o encls.)

# UNITED STATES ANTI-DOPING AGENCY

## ACCEPTANCE OF PROVISIONAL SUSPENSION

I, _____ accept a "provisional suspension" as a result of the finding of the prohibited substance Testosterone or its precursors in my urine Sample #496040, collected by USADA on April 22, 2006 at the Kansas Relays.

I understand and accept that I will not be able to compete in any competitions under the jurisdiction of the International Association of Athletics Federations ("IAAF"), the USA Track & Field ("USATF"), or the United States Olympic Committee ("USOC") while serving this "provisional suspension."

I understand that the period of the "provisional suspension," beginning on the date I accept this "provisional suspension" and notify USADA of such, will be deducted from any period of ineligibility that I might receive in my case.

I understand and accept that USADA will notify the IAAF, the USATF, and the USOC of my acceptance of the "provisional suspension."

I understand and accept that my acceptance of the "provisional suspension" is purely voluntary and optional. I understand and accept that I am entitled to proceed with my case, to a hearing if necessary, regardless of whether I accept this "provisional suspension."

I understand and accept that I may serve this "provisional suspension" and it may ultimately be determined that no doping offense has occurred by the Panel of the USADA Anti-Doping Review Board or through a hearing.

I understand and accept that I am still subject to testing pending the outcome of this matter.

_____        _____
*Signature of*                                              *Date*


_____
*Printed Name of*