

**USADA**
U.S. Anti-Doping Agency

Integrity. Health. Sport.

*VIA OVERNIGHT MAIL*

August 22, 2006

Justin Gatlin
c/o Cameron A. Myler, Esq.
Frankfurt Kurnit Klein & Selz
488 Madison Avenue
New York, NY 10022

Mr. John P. Collins, Esq.
Collins & Collins
8 South Michigan Avenue,
Suite 1414
Chicago, IL 60603

Board of Directors

Ralph W. Hale, MD
Chair

Richard W. Cohen, MD
Vice Chair

Barry Axelrod
Treasurer

Kate Hendrickson Borg, CHMM
Secretary

Evelyn Ashford

Lawrence Brown, Jr., MD, MPH

Jean Fourcroy, MD, PhD, MPH

Andrew Mecca, Dr PH, MPH

Annette Salmeen, DPhil

Re: Sample No. 496040 – Kansas Relays

Dear Mr. Gatlin:

The Panel of the United States Anti-Doping Agency ("USADA") Anti-Doping Review Board ("Review Board") met concerning your positive sample collected at the Kansas Relays on April 22, 2006. The Review Board determined there was sufficient evidence of a doping violation and recommended that the adjudication process proceed as set forth pursuant to the USADA Protocol for Olympic Movement Testing ("Protocol") and the International Association of Athletics Federations ("IAAF") Anti-Doping Rules, both of which adopt the World Anti-Doping Agency ("WADA") Code. A copy of the Panel recommendation is enclosed.

Therefore, based on the *Stipulation of Uncontested Facts and Issues Between the United States Anti-Doping Agency and Justin Gatlin* ("*Agreement*"), USADA is providing notice that you have agreed to a doping offence for testing positive for testosterone or its precursors which are prohibited as anabolic agents under the applicable rules. I have enclosed the *Agreement* with this letter. By the terms of the *Agreement*, you have also accepted the collection, transport of your sample and the accuracy of the analytical results as conducted by the WADA accredited laboratory at the University of California at Los Angeles. Additionally, you have agreed to cooperate with USADA in its anti-doping efforts.

As detailed in the *Agreement*, in exchange for your promise to cooperate and in recognition of the circumstances of your first violation, you are subject to the following maximum sanction for this doping violation:

- Eight (8) year period of ineligibility as described by the WADA Code, beginning on August 15, 2006, with credit given for the time served during the provisional suspension period beginning on July 25, 2006; and,

GATLIN v. UNITED STATES ANTI-DOPING AGENCY INC

Dockets.Justia.com

- Disqualification of the competitive results obtained on and subsequent to April 22, 2006, the date your sample was collected, including forfeiture of all medals, points and prizes; and,
- Eight (8) year period of ineligibility, beginning on August 15, 2006, with credit given for the time served during the provisional suspension period beginning on July 25, 2006, from participating or coaching in U.S. Olympic, Pan American Games or Paralympic Games Trials, being a member of any U.S. Olympic, Pan American Games or Paralympic Team and having access to the training facilities of the United States Olympic Committee ("USOC") Training Centers or other programs and activities of the USOC including, but not limited to benefits, grants, awards or employment as set forth in Section 6 of the USOC Anti-Doping Policies and further defined by Annex C therein.

Based on the parties' *Agreement*, you have reserved the right to argue, through the arbitration process as described in the USADA Protocol, for a reduction in the eight (8) year period of ineligibility. As described in the USADA Protocol, you must inform us in writing by **Wednesday, September 6, 2006**, if you elect to proceed to a hearing, and if so, and whether you desire to proceed before one (1) or three (3) arbitrators selected from a pool of arbitrators from the North American Court of Arbitration for Sport ("CAS") who shall also be American Arbitration Association ("AAA") arbitrators as described in 10(a) and 10(b) of the Protocol. I have enclosed a copy of the Protocol for your reference.

**Also of importance, you are still subject to testing pending the outcome of this matter.**

If you have any questions or need additional information, please feel free to contact me. As advised in previous correspondence concerning this matter, you may also contact John Ruger, the USOC Athlete Ombudsman who is completely independent of USADA, at One Olympic Plaza, Colorado Springs, CO, 80909, by telephone at (888)-ATHLETE, by fax at (303) 444-6626 or by e-mail at www.888athlete.org.

Sincerely,

Travis T. Tygart
General Counsel

cc: Craig Masback, Executive Director, USA Track & Field
Gary Johansen, USOC Associate General Counsel
Jim Scherr, USOC Chief Executive Officer
Rune Anderson, WADA
Dr. Gabriel Dollé, IAAF