

INTERNATIONAL
OLYMPIC
COMMITTEE

# OLYMPIC CHARTER

**IN FORCE AS FROM 7 JULY 2007**



Dockets.Justia.com



INTERNATIONAL
OLYMPIC
COMMITTEE

# OLYMPIC CHARTER

**IN FORCE AS FROM 7 JULY 2007**

© International Olympic Committee

Château de Vidy – C.P. 356 – CH-1007 Lausanne/Switzerland
Tel. +41 21 621 61 11 – Fax +41 21 621 62 16
www.olympic.org

Published by the International Olympic Committee – October 2007
All rights reserved
Printing by DidWeDo S.à.r.l., Lausanne, Switzerland
Printed in Switzerland

# Table of Contents

Abbreviations used within the Olympic Movement ...................................................8
Introduction to the Olympic Charter ...................................................................9
Preamble .......................................................................................................10
Fundamental Principles of Olympism ..............................................................11

## Chapter 1
The Olympic Movement and its Action ..............................................................13

1   Composition and General Organisation of the Olympic Movement ...............13
2   Mission and Role of the IOC* .................................................................14
    *Bye-Law to Rule 2* ...............................................................................16
3   Recognition by the IOC ..........................................................................16
4   Olympic Congress* ................................................................................17
    *Bye-Law to Rule 4* ...............................................................................17
5   Olympic Solidarity* ...............................................................................18
    *Bye-Law to Rule 5* ...............................................................................18
6   Olympic Games* ....................................................................................19
    *Bye-law to Rule 6* ................................................................................20
7   Rights over the Olympic Games and Olympic properties* ..........................20
8   The Olympic symbol* ..............................................................................21
9   The Olympic flag* ...................................................................................21
10  The Olympic motto* .................................................................................21
11  Olympic emblems* ..................................................................................21
12  The Olympic anthem* ..............................................................................22
13  The Olympic flame, Olympic torches* ......................................................22
14  Olympic designations* ............................................................................22
    *Bye-law to Rules 7-14* ..........................................................................22

## Chapter 2

The International Olympic Committee (IOC) ....................................................... 29

15    Legal Status ................................................................................................ 29

16    Members* ................................................................................................... 30
      1.  Composition of the IOC – Eligibility, recruitment,
          election, admittance and status of IOC members ..................................... 30
      2.  Obligations ........................................................................................... 31
      3.  Cessation of membership ...................................................................... 32
      4.  Honorary President – Honorary Members – Honour Members .................... 34
      *Bye-law to Rule 16* ................................................................................. 34

17    Organisation ............................................................................................... 39

18    The Session* ............................................................................................... 39
      *Bye-law to Rule 18* ................................................................................. 41

19    The IOC Executive Board* ............................................................................ 42
      1.  Composition .......................................................................................... 42
      2.  Elections, terms of offices, renewals and vacancies ................................ 43
      3.  Powers, responsibilities and duties ........................................................ 43
      4.  Delegation of powers ............................................................................ 45
      *Bye-law to Rule 19* ................................................................................. 45

20    The President* ............................................................................................. 46
      *Bye-law to Rule 20* ................................................................................. 47

21    IOC Commissions* ...................................................................................... 47
      *Bye-law to Rule 21* ................................................................................. 47

22    IOC Ethics Commission* .............................................................................. 49
      *Bye-law to Rule 22* ................................................................................. 49

23    Measures and Sanctions* ............................................................................ 50
      *Bye-law to Rule 23* ................................................................................. 52

24    Languages .................................................................................................. 53

25    IOC Resources ........................................................................................... 54

## Chapter 3

The International Federations (IFs) ............................................................................ 57

| | | |
|---|---|---|
| 26 | Recognition of IFs | 57 |
| 27 | Mission and Role of the IFs within the Olympic Movement | 57 |

## Chapter 4

The National Olympic Committees (NOCs) ............................................................ 61

| | | |
|---|---|---|
| 28 | Mission and Role of the NOCs* | 61 |
| 29 | Composition of the NOCs* | 64 |
| | *Bye-law to Rules 28 and 29* | 65 |
| 30 | The National Federations | 67 |
| 31 | Country and Name of an NOC | 68 |
| 32 | Flag, Emblem and Anthem of an NOC | 68 |

## Chapter 5

The Olympic Games ................................................................................................ 71

| | | |
|---|---|---|
| 33 | Celebration of the Olympic Games* | 71 |
| | *Bye-law to Rule 33* | 72 |
| 34 | Election of the host city* | 72 |
| | *Bye-law to Rule 34* | 72 |
| 35 | Location, sites and venues of the Olympic Games* | 74 |
| | *Bye-law to Rule 35* | 75 |
| 36 | Organising Committee* | 75 |
| | *Bye-law to Rule 36* | 75 |
| 37 | Liabilities – Withdrawal of the organisation of the Olympic Games | 76 |
| 38 | Olympic Games Coordination Commission – Liaison between the NOCs and the OCOG* | 77 |
| | *Bye-law to Rule 38* | 77 |
| 39 | Olympic Village* | 79 |
| | *Bye-law to Rule 39* | 80 |

| | | |
|---|---|---|
| 40 | Cultural Programme | 80 |
| 41 | Eligibility Code* | 80 |
| | *Bye-law to Rule 41* | 81 |
| 42 | Nationality of Competitors* | 81 |
| | *Bye-law to Rule 42* | 82 |
| 43 | Age limit | 83 |
| 44 | World Anti-Doping Code | 83 |
| 45 | Invitations and Entries* | 83 |
| | *Bye-law to Rule 45* | 84 |
| 46 | Programme of the Olympic Games* | 86 |
| | *Bye-law to Rule 46* | 87 |
| 47 | Technical responsibilities of the IFs at the Olympic Games* | 91 |
| | *Bye-law to Rule 47* | 91 |
| 48 | Youth Camp | 96 |
| 49 | Media Coverage of the Olympic Games* | 96 |
| | *Bye-law to Rule 49* | 97 |
| 50 | Publications relating to the Olympic Games* | 97 |
| | *Bye-law to Rule 50* | 97 |
| 51 | Advertising, Demonstrations, Propaganda* | 98 |
| | *Bye-law to Rule 51* | 98 |
| 52 | Protocol | 101 |
| 53 | Olympic Identity and Accreditation Card – Rights attached thereto | 101 |
| 54 | Use of the Olympic Flag | 102 |
| 55 | Use of the Olympic Flame | 102 |
| 56 | Opening and Closing Ceremonies | 103 |
| 57 | Victory, Medals and Diplomas Ceremonies | 104 |
| 58 | Roll of Honour | 104 |
| 59 | Disputes – Arbitration | 104 |

\* Indicates that there is a Bye-law to the Rules.

The following provisions of the last edition of the Olympic Charter (in force as of 1 September 2004) have been modified upon the occasion of the 119th IOC Session in Guatelmala on 7 July 2007:

— Paragraph 3.8.2 of Rule 16 (Members)

— Paragraph 3 of Rule 18 (The Session)

— Paragraph 3 of Rule 29 (Composition of the NOCs)

— Rule 46 (Olympic Sports), Rule 47 (Sports Programme, Admission of Sports, Disciplines, Events) and Rule 48 (Programme of the Olympic Games), which have been deleted and replaced by a new Rule 46

— Paragraph 2 of Rule 49 (which is now Rule 47) (Technical responsibilities of the IFs at the Olympic Games)

— Paragraph 3.7 (deleted) of the Bye-law to Rule 49 (which is now Rule 47) (Technical responsibilities of the IFs at the Olympic Games)

— Paragraph 1.6 of the Bye-law to Rule 53 (which is now Rule 51) (Advertising, Demonstrations, Propaganda).

# Abbreviations used within the Olympic Movement

| | |
|---|---|
| IOC | International Olympic Committee |
| OC | Olympic Charter |
| R... | Olympic Charter Rule... |
| BLR... | Olympic Charter Bye-Law to Rule... |
| OCOG | Organising Committee of the Olympic Games |
| IF | International Federation |
| ASOIF | Association of Summer Olympic International Federations |
| AIOWF | Association of the International Olympic Winter Sports Federations |
| NOC | National Olympic Committee |
| IPC | International Paralympic Committee |
| ANOC | Association of National Olympic Committees |
| ANOCA | Association of National Olympic Committees of Africa |
| OCA | Olympic Council of Asia |
| PASO | Pan-American Sports Organisation |
| ONOC | Oceania National Olympic Committees |
| EOC | The European Olympic Committees |
| CAS | Court of Arbitration for Sport |
| OGKS | Olympic Games Knowledge Services |
| WADA | World Anti-Doping Agency |
| IOA | International Olympic Academy |

# Introduction to the Olympic Charter

The Olympic Charter (OC) is the codification of the Fundamental Principles of Olympism, Rules and Bye-Laws adopted by the International Olympic Committee (IOC). It governs the organisation, action and operation of the Olympic Movement and sets forth the conditions for the celebration of the Olympic Games. In essence, the Olympic Charter serves three main purposes:

a) The Olympic Charter, as a basic instrument of a constitutional nature, sets forth and recalls the Fundamental Principles and essential values of Olympism.

b) The Olympic Charter also serves as statutes for the International Olympic Committee.

c) In addition, the Olympic Charter defines the main reciprocal rights and obligations of the three main constituents of the Olympic Movement, namely the International Olympic Committee, the International Federations and the National Olympic Committees, as well as the Organising Committees for the Olympic Games, all of which are required to comply with the Olympic Charter.

## Note

In the Olympic Charter, the masculine gender used in relation to any physical person (for example, names such as president, vice-president, chairman, member, leader, official, chef de mission, participant, competitor, athlete, judge, referee, member of a jury, attaché, candidate or personnel, or pronouns such as he, they or them) shall, unless there is a specific provision to the contrary, be understood as including the feminine gender.

Unless expressly provided otherwise in writing, for the purpose of the Olympic Charter, a year means a calendar year, beginning on 1 January and ending on 31 December.

# Preamble

Modern Olympism was conceived by Pierre de Coubertin, on whose initiative the International Athletic Congress of Paris was held in June 1894. The International Olympic Committee (IOC) constituted itself on 23 June 1894. The first Olympic Games (Games of the Olympiad) of modern times were celebrated in Athens, Greece, in 1896. In 1914, the Olympic flag presented by Pierre de Coubertin at the Paris Congress was adopted. It includes the five interlaced rings, which represent the union of the five continents and the meeting of athletes from throughout the world at the Olympic Games. The first Olympic Winter Games were celebrated in Chamonix, France, in 1924.

# Fundamental Principles of Olympism

1. Olympism is a philosophy of life, exalting and combining in a balanced whole the qualities of body, will and mind. Blending sport with culture and education, Olympism seeks to create a way of life based on the joy of effort, the educational value of good example and respect for universal fundamental ethical principles.

2. The goal of Olympism is to place sport at the service of the harmonious development of man, with a view to promoting a peaceful society concerned with the preservation of human dignity.

3. The Olympic Movement is the concerted, organised, universal and permanent action, carried out under the supreme authority of the IOC, of all individuals and entities who are inspired by the values of Olympism. It covers the five continents. It reaches its peak with the bringing together of the world's athletes at the great sports festival, the Olympic Games. Its symbol is five interlaced rings.

4. The practice of sport is a human right. Every individual must have the possibility of practising sport, without discrimination of any kind and in the Olympic spirit, which requires mutual understanding with a spirit of friendship, solidarity and fair play. The organisation, administration and management of sport must be controlled by independent sports organisations.

5. Any form of discrimination with regard to a country or a person on grounds of race, religion, politics, gender or otherwise is incompatible with belonging to the Olympic Movement.

6. Belonging to the Olympic Movement requires compliance with the Olympic Charter and recognition by the IOC.



**The Olympic Movement
and its Action**

## 1 Composition and General Organisation of the Olympic Movement

1. Under the supreme authority of the International Olympic Committee, the Olympic Movement encompasses organisations, athletes and other persons who agree to be guided by the Olympic Charter. The goal of the Olympic Movement is to contribute to building a peaceful and better world by educating youth through sport practised in accordance with Olympism and its values.

2. The three main constituents of the Olympic Movement are the International Olympic Committee ("IOC"), the International Sports Federations ("IFs") and the National Olympic Committees ("NOCs"). Any person or organisation belonging in any capacity whatsoever to the Olympic Movement is bound by the provisions of the Olympic Charter and shall abide by the decisions of the IOC.

3. In addition to its three main constituents, the Olympic Movement also encompasses the Organising Committees of the Olympic Games ("OCOGs"), the national associations, clubs and persons belonging to the IFs and NOCs, particularly the athletes, whose

13

interests constitute a fundamental element of the Olympic Movement's action, as well as the judges, referees, coaches and the other sports officials and technicians. It also includes other organisations and institutions as recognised by the IOC.

## 2  Mission and Role of the IOC*

The mission of the IOC is to promote Olympism throughout the world and to lead the Olympic Movement. The IOC's role is:

1. to encourage and support the promotion of ethics in sport as well as education of youth through sport and to dedicate its efforts to ensuring that, in sport, the spirit of fair play prevails and violence is banned;

2. to encourage and support the organisation, development and coordination of sport and sports competitions;

3. to ensure the regular celebration of the Olympic Games;

4. to cooperate with the competent public or private organisations and authorities in the endeavour to place sport at the service of humanity and thereby to promote peace;

5. to take action in order to strengthen the unity and to protect the independence of the Olympic Movement;

6. to act against any form of discrimination affecting the Olympic Movement;

7. to encourage and support the promotion of women in sport at all levels and in all structures with a view to implementing the principle of equality of men and women;

8. to lead the fight against doping in sport;

9. to encourage and support measures protecting the health of athletes;

10. to oppose any political or commercial abuse of sport and athletes;

11. to encourage and support the efforts of sports organisations and public authorities to provide for the social and professional future of athletes;

12. to encourage and support the development of sport for all;

13. to encourage and support a responsible concern for environmental issues, to promote sustainable development in sport and to require that the Olympic Games are held accordingly;

14. to promote a positive legacy from the Olympic Games to the host cities and host countries;

15. to encourage and support initiatives blending sport with culture and education;

16. to encourage and support the activities of the International Olympic Academy ("IOA") and other institutions which dedicate themselves to Olympic education.

*Bye-Law to Rule 2*

1. The IOC Executive Board may grant IOC patronage, upon such terms and conditions as it may consider appropriate, to international multisports competitions – regional, continental or worldwide – on condition that they take place in compliance with the Olympic Charter and are organised under the control of NOCs or associations recognised by the IOC, with the assistance of the IFs concerned and in conformity with their technical rules.

2. The IOC Executive Board may grant IOC patronage to other events, provided such events are in keeping with the goal of the Olympic Movement.

## 3 Recognition by the IOC

1. The condition for belonging to the Olympic Movement is recognition by the IOC.

2. The IOC may recognise as NOCs national sports organisations, the activities of which are linked to its mission and role. The IOC may also recognise associations of NOCs formed at continental or world level. All NOCs and associations of NOCs shall have, where possible, the status of legal persons. They must comply with the Olympic Charter. Their statutes are subject to the approval of the IOC.

3. The IOC may recognise IFs and associations of IFs.

4. The recognition of associations of IFs or NOCs does not in any way affect the right of each IF and of each NOC to deal directly with the IOC, and vice-versa.

5. The IOC may recognise non-governmental organisations connected with sport, operating on an international level, the statutes and activities of which are in conformity with the Olympic Charter.

6.  Recognition by the IOC may be provisional or full. Provisional recognition, or its withdrawal, is decided by the IOC Executive Board for a specific or an indefinite period. The IOC Executive Board may determine the conditions according to which provisional recognition may lapse. Full recognition, or its withdrawal, is decided by the Session. All details of recognition procedures are determined by the IOC Executive Board.

# 4   Olympic Congress*

The Olympic Congress gathers representatives of the constituents of the Olympic Movement, at intervals determined by the IOC; it is convened by the IOC President; its role is consultative.

*Bye-Law to Rule 4*

1.  The Olympic Congress is convened by the President, upon decision of the Session, and organised by the IOC at a place and on a date determined by the Session. The President shall preside and determine the procedure.

2.  The Olympic Congress is attended by the members, Honorary President, honorary members and honour members of the IOC, the delegates representing the IFs and the NOCs; it may also include representatives of organisations recognised by the IOC. In addition, the Olympic Congress is attended by athletes and personalities invited in their individual or representative capacity.

3.  The IOC Executive Board determines the agenda of the Olympic Congress after consultation with the IFs and the NOCs.

## 5   Olympic Solidarity*

The aim of Olympic Solidarity is to organise assistance to NOCs, in particular those which have the greatest need of it. This assistance takes the form of programmes elaborated jointly by the IOC and the NOCs, with the technical assistance of the IFs, if necessary.

*Bye-Law to Rule 5*

The objectives of the programmes adopted by Olympic Solidarity are to contribute:

1. to promote the Fundamental Principles of Olympism;

2. to assist the NOCs in the preparation of their athletes and teams for their participation in the Olympic Games;

3. to develop the technical sports knowledge of athletes and coaches;

4. to improve the technical level of athletes and coaches in cooperation with NOCs and IFs, including through scholarships;

5. to train sports administrators;

6. to collaborate with organisations and entities pursuing such objectives, particularly through Olympic education and the propagation of sport;

7. to create, where needed, simple, functional and economical sports facilities in cooperation with national or international bodies;

8. to support the organisation of competitions at national, regional and continental level under the authority or patronage of the NOCs and to assist the NOCs in the organisation, preparation and participation of their delegations in regional and continental Games;

9. to encourage joint bilateral or multilateral cooperation programmes among NOCs;

10. to urge governments and international organisations to include sport in official development assistance.

Such programmes are administered by the Olympic Solidarity Commission.

# 6 Olympic Games*

1. The Olympic Games are competitions between athletes in individual or team events and not between countries. They bring together the athletes selected by their respective NOCs, whose entries have been accepted by the IOC. They compete under the technical direction of the IFs concerned.

2. The Olympic Games consist of the Games of the Olympiad and the Olympic Winter Games. Only those sports which are practised on snow or ice are considered as winter sports.

3. The authority of last resort on any question concerning the Olympic Games rests with the IOC.

4. Notwithstanding the applicable rules and deadlines for all arbitration and appeal procedures, and subject to any other provision of the World Anti-Doping Code, no decision taken by the IOC concerning an edition of the Olympic Games, including but not limited to competitions and their consequences such as rankings or results, can be challenged by anyone after a period of three years from the day of the Closing Ceremony of such Games.

*Bye-law to Rule 6*

1. An Olympiad is a period of four consecutive calendar years, beginning on the first of January of the first year and ending on the thirty-first of December of the fourth year.

2. The Olympiads are numbered consecutively from the first Games of the Olympiad celebrated in Athens in 1896. The XXIX Olympiad will begin on 1 January 2008.

3. The Olympic Winter Games are numbered in the order in which they are held.

# 7 Rights over the Olympic Games and Olympic properties*

1. The Olympic Games are the exclusive property of the IOC which owns all rights and data relating thereto, in particular, and without limitation, all rights relating to their organisation, exploitation, broadcasting, recording, representation, reproduction, access and dissemination in any form and by any means or mechanism whatsoever, whether now existing or developed in the future. The IOC shall determine the conditions of access to and the conditions of any use of data relating to the Olympic Games and to the competitions and sports performances of the Olympic Games.

2. The Olympic symbol, flag, motto, anthem, identifications (including but not limited to "Olympic Games" and "Games of the Olympiad"), designations, emblems, flame and torches, as defined in Rules 8-14 below, shall be collectively or individually referred to as "Olympic properties". All rights to any and all Olympic properties, as well as all rights to the use thereof, belong exclusively to the IOC, including but not limited to the use for any profit-making, commercial or advertising purposes. The IOC may license all or part of its rights on terms and conditions set forth by the IOC Executive Board.

## 8  The Olympic symbol*

The Olympic symbol consists of five interlaced rings of equal dimensions (the Olympic rings), used alone, in one or in five different colours, which are, from left to right, blue, yellow, black, green and red. The rings are interlaced from left to right; the blue, black and red rings are situated at the top, the yellow and green rings at the bottom in accordance with the following graphic reproduction. The Olympic symbol expresses the activity of the Olympic Movement and represents the union of the five continents and the meeting of athletes from throughout the world at the Olympic Games.



## 9  The Olympic flag*

The Olympic flag has a white background, with no border. The Olympic symbol in its five colours is located in its centre.

## 10  The Olympic motto*

The Olympic motto "Citius – Altius – Fortius" expresses the aspiration of the Olympic Movement.

## 11  Olympic emblems*

An Olympic emblem is an integrated design associating the Olympic rings with another distinctive element.

## 12 The Olympic anthem*

The Olympic anthem is the musical work entitled "Olympic anthem", composed by Spiro Samara.

## 13 The Olympic flame, Olympic torches*

1. The Olympic flame is the flame which is kindled in Olympia under the authority of the IOC.

2. An Olympic torch is a portable torch, or a replica thereof, as approved by the IOC and intended for combustion of the Olympic flame.

## 14 Olympic designations*

An Olympic designation is any visual or audio representation of any association, connection or other link with the Olympic Games, the Olympic Movement, or any constituent thereof.

*Bye-law to Rules 7-14*

1. Legal Protection:

   1.1 The IOC may take all appropriate steps to obtain the legal protection for itself, on both a national and international basis, of the rights over the Olympic Games and over any Olympic property.

   1.2 Each NOC is responsible to the IOC for the observance, in its country, of Rules 7-14 and BLR 7-14. It shall take steps to prohibit any use of any Olympic properties which would be contrary to such Rules or their Bye-laws. It shall also endeavour to obtain, for the benefit of the IOC, protection of the Olympic properties of the IOC.

1.3 Where a national law or a trademark registration or other form of legal instrument grants legal protection to an NOC for the Olympic symbol or any other Olympic property, such NOC may only use the ensuing rights in compliance with the Olympic Charter and with instructions received from the IOC.

1.4 An NOC may at any time call upon the IOC for its assistance in obtaining legal protection for any Olympic property and for the settlement of any differences which may arise with third parties in such matters.

2. Use of Olympic properties by the IOC or by third parties authorised or licensed by the IOC:

2.1 The IOC may create one or several Olympic emblems which it may use at its discretion.

2.2 The Olympic symbol, the Olympic emblems and any other Olympic properties of the IOC may be exploited by the IOC, or by a person authorised by it, in the country of an NOC, provided that the following conditions are respectively fulfilled:

2.2.1 For all sponsorship and suppliership agreements and for all marketing initiatives other than those referred to in paragraph 2.2.2 below, such exploitation shall not cause serious damage to the interests of the NOC concerned, and the decision shall be taken by the IOC in consultation with such NOC, which shall receive part of the net proceeds deriving from such exploitation.

2.2.2 For all licensing agreements, the NOC shall receive half of all net income from such exploitation, after deduction of all taxes and out-of-pocket costs relating thereto. The NOC will be informed in advance of any such exploitation.

2.3 The IOC, in its sole discretion, may authorise the broadcasters of the Olympic Games to use the Olympic symbol, the Olympic emblems of the IOC or other Olympic properties of the IOC and the OCOGs to promote the broadcasts of the Olympic Games. The provisions of paragraphs 2.2.1 and 2.2.2 of this Bye-law do not apply in respect of any such authorisation.

23

3. Use of the Olympic symbol, flag, motto and anthem:

3.1 Subject to paragraph 2.2 of this Bye-law, the IOC may use the Olympic symbol, flag, motto and anthem at its discretion.

3.2 The NOCs may only use the Olympic symbol, flag, motto and anthem within the framework of their non-profit-making activities, provided such use contributes to the development of the Olympic Movement and does not detract from its dignity, and provided the NOCs concerned have obtained the prior approval of the IOC Executive Board.

4. Creation and use of an Olympic emblem by an NOC or an OCOG:

4.1 An Olympic emblem may be created by an NOC or an OCOG subject to the approval of the IOC.

4.2 The IOC may approve the design of an Olympic emblem provided that it considers that such emblem is distinct from other Olympic emblems.

4.3 The area covered by the Olympic symbol contained in an Olympic emblem shall not exceed one third of the total area of such emblem. The Olympic symbol contained in an Olympic emblem must appear in its entirety and must not be altered in any way.

4.4 In addition to the foregoing, the Olympic emblem of an NOC must fulfil the following conditions:

4.4.1 The emblem must be designed in such a way that it is clearly identified as being connected with the country of the NOC concerned.

4.4.2 The distinctive element of the emblem cannot be limited to the sole name – or abbreviation of such name – of the country of the NOC concerned.

4.4.3 The distinctive element of the emblem must not make reference to the Olympic Games or to a specific date or event so as to be limited in time.

4.4.4 The distinctive element of the emblem must not contain mottoes, designations or other generic expressions which give the impression of being universal or international in nature.

4.5 In addition to the provisions contained in paragraphs 4.1, 4.2 and 4.3 above, the Olympic emblem of an OCOG must fulfil the following conditions:

    4.5.1 The emblem must be designed in such a way that it is clearly identifiable as being connected with the Olympic Games organised by the OCOG concerned.

    4.5.2 The distinctive element of the emblem cannot be limited to the sole name – or abbreviation of such name – of the country of the OCOG concerned.

    4.5.3 The distinctive element of the emblem must not contain mottoes, designations or other generic expressions which give the impression of being universal or international in nature.

4.6 Any Olympic emblem which has been approved by the IOC before the foregoing provisions come into effect shall remain valid.

4.7 Whenever and wherever possible, the Olympic emblem of an NOC must be susceptible of registration, i.e. of legal protection, by the NOC in its country. The NOC must carry out such registration within six months of such emblem's approval by the IOC and provide the IOC with proof of registration. IOC approval of Olympic emblems may be withdrawn unless the NOCs concerned take all possible steps to protect their Olympic emblems and inform the IOC of such protection. Similarly, the OCOGs must protect their Olympic emblems in accordance with the instructions of the IOC. Any protection obtained by the NOCs and the OCOGs cannot be invoked against the IOC.

4.8 The use of an Olympic emblem for any advertising, commercial or profit-making purposes whatsoever must be in accordance with the conditions laid down in paragraphs 4.9 and 4.10 below.

4.9 Any NOC or OCOG wishing to use its Olympic emblem for any advertising, commercial or profit-making purposes whatsoever, either directly or through third parties, must comply with this Bye-law and ensure its observance by such third parties.

4.10 All contracts or arrangements, including those concluded by an OCOG, shall be signed or approved by the NOC concerned and shall be governed by the following principles:

4.10.1 The use of an NOC Olympic emblem shall only be valid within the country of the said NOC; such emblem, as well as any other symbols, emblems, marks or designations of an NOC which refer to Olympism, may not be used for any advertising, commercial or profit-making purposes whatsoever in the country of another NOC without the latter's prior written approval.

4.10.2 Similarly, the Olympic emblem of an OCOG as well as any other symbols, emblems, marks or designations of an OCOG which refer to Olympism, may not be used for any advertising, commercial or profit-making purposes whatsoever in the country of an NOC without the prior written approval of such NOC.

4.10.3 In all cases, the period of validity of any contract concluded by an OCOG must not extend beyond 31 December of the year of the Olympic Games concerned.

4.10.4 The use of an Olympic emblem must contribute to the development of the Olympic Movement and must not detract from its dignity; any association whatsoever between an Olympic emblem and products or services is prohibited if such association is incompatible with the Fundamental Principles of Olympism or the role of the IOC as set out in the Olympic Charter.

4.10.5 Upon request by the IOC, any NOC or OCOG shall provide a copy of any contract to which it is a party.

5. Philately:

The IOC encourages, in collaboration with the NOCs of the countries concerned, the use of the Olympic symbol on postage stamps issued in liaison with the IOC by the competent national authorities, subject to the conditions set forth by the IOC.

6. Musical works:

The OCOG and the NOC of the host city and country shall ensure that the procedure for designation of the IOC as owner of the copyright on any musical works specifically commissioned in connection with the Olympic Games occurs to the satisfaction of the IOC.



# The International Olympic Committee (IOC)

## 15 Legal Status

1. The IOC is an international non-governmental not-for-profit organisation, of unlimited duration, in the form of an association with the status of a legal person, recognised by the Swiss Federal Council in accordance with an agreement entered into on 1 November 2000.

2. Its seat is in Lausanne (Switzerland), the Olympic capital.

3. The object of the IOC is to fulfil the mission, role and responsibilities as assigned to it by the Olympic Charter.

4. The decisions of the IOC are final. Any dispute relating to their application or interpretation may be resolved solely by the IOC Executive Board and, in certain cases, by arbitration before the Court of Arbitration for Sport (CAS).

5. In order to fulfil its mission and carry out its role, the IOC may establish, acquire or otherwise control other legal entities such as foundations or corporations.


## 16 Members*

1. Composition of the IOC – Eligibility, recruitment, election, admittance and status of IOC members:

   1.1 IOC members are natural persons. The total number of IOC members may not exceed 115, subject to BLR 16. The IOC is composed of:

   1.1.1 a majority of members whose memberships are not linked to any specific function or office, as defined in BLR 16.2.2.5; their total number may not exceed 70; there may be no more than one such member national of any given country, as defined in and subject to BLR 16;

   1.1.2 active athletes, as defined in BLR 16.2.2.2, the total number of whom may not exceed 15;

   1.1.3 Presidents or persons holding an executive or senior leadership position within IFs, associations of IFs or other organisations recognised by the IOC, the total number of whom may not exceed 15;

   1.1.4 Presidents or persons holding an executive or senior leadership position within NOCs, or world or continental associations of NOCs, the total number of whom may not exceed 15; there may be no more than one such member national of any given country within the IOC.

   1.2 The IOC recruits and elects its members from among such eligible persons as it considers qualified, in accordance with BLR 16.

   1.3 The IOC admits its new members at a ceremony during which they agree to fulfil their obligations by taking the following oath:

   *"Granted the honour of becoming a member of the International Olympic Committee, and declaring myself aware of my responsibilities in such capacity, I undertake to serve the Olympic Movement to the very best of my ability; to respect and ensure the respect of all the provisions of the Olympic Charter and the*

*decisions of the International Olympic Committee, which I consider as not subject to appeal on my part; to comply with the Code of Ethics; to keep myself free from any political or commercial influence and from any racial or religious consideration; to fight against all other forms of discrimination; and to promote in all circumstances the interests of the International Olympic Committee and those of the Olympic Movement."*

1.4 Members of the IOC represent and promote the interests of the IOC and of the Olympic Movement in their countries and in the organisations of the Olympic Movement in which they serve.

1.5 Members of the IOC will not accept from governments, organisations, or other parties, any mandate or instructions liable to interfere with the freedom of their action and vote.

1.6 IOC members are not personally liable for the debts or obligations of the IOC.

1.7 Subject to Rule 16.3, each member of the IOC is elected for a term of eight years and may be re-elected for one or several further terms. The procedure for re-election is established by the IOC Executive Board.

2. Obligations:

Each IOC member has the following obligations:

2.1 to comply with the Olympic Charter, the Code of Ethics and other regulations of the IOC;

2.2 to participate in Sessions;

2.3 to participate in the work of the IOC commissions to which the member has been appointed;

2.4 to contribute to the development and promotion of the Olympic Movement;

2.5 to monitor, in the member's country and in the organisation of the Olympic Movement in which the member serves, the implementation of the IOC's programmes;

2.6 to inform the President, upon his request, of the development and promotion of the

Olympic Movement and its needs in the member's country and in the organisation of the Olympic Movement in which the member serves;

2.7 to inform the President, without delay, of all events liable to hinder the application of the Olympic Charter or to otherwise adversely affect the Olympic Movement in his country or in the organisation of the Olympic Movement in which he serves;

2.8 to perform other tasks assigned to the member by the President.

3. Cessation of membership:

The membership of IOC members ceases in the following circumstances:

3.1 Resignation:

Any IOC member may cease his membership at any time by delivering his written resignation to the President. Before recognising such resignation, the IOC Executive Board may ask to hear the resigning member.

3.2 Non re-election:

Any IOC member ceases to be a member without further formality if he is not re-elected in accordance with Rule 16.1.7, BLR 16.2.6 and, as the case may be, BLR 16.2.7.2.

3.3 Age limit:

Any IOC member ceases to be a member at the end of the calendar year during which he reaches the age of 70, subject to BLR 16.2.7.1.

3.4 Failure to attend Sessions or take active part in IOC work:

Any IOC member shall cease to be a member without any further declaration on his part if, subject to force majeure, such member fails to attend Sessions or to take any active part in the work of the IOC for two consecutive years. In such cases, the cessation of membership will be established by decision of the Session upon the proposal of the IOC Executive Board.

3.5 Transfer of domicile or of main centre of interests:

Any IOC member as defined in Rule 16.1.1.1 shall cease to be a member if he has transferred his domicile or main centre of interests to a country other than the country that was his at the time of his election.

In such case, the cessation of membership will be established by decision of the Session upon the proposal of the IOC Executive Board.

3.6 Members elected as active athletes:

Any IOC member as defined in Rule 16.1.1.2 above ceases to be a member upon ceasing to be a member of the IOC Athletes' Commission.

3.7 Presidents and persons holding an executive or senior leadership position within NOCs, world or continental associations of NOCs, IFs or associations of IFs or other organisations recognised by the IOC:

Any IOC member as defined in Rule 16.1.1.3 or Rule 16.1.1.4 ceases to be a member upon ceasing to exercise the function he was exercising at the time of his election.

3.8 Expulsion:

3.8.1 An IOC member may be expelled by decision of the Session if such member has betrayed his oath or if the Session considers that such member has neglected or knowingly jeopardised the interests of the IOC or acted in a way which is unworthy of the IOC.

3.8.2 The decision to expel an IOC member is taken by the Session upon the proposal of the IOC Executive Board. Such decision requires a majority of two-thirds of the votes cast. The member concerned has the right to be heard; such right includes the right to be acquainted with the charges and the right to appear personally or to submit a defence in writing.

3.8.3 Until the Session decides on an expulsion proposal, the IOC Executive Board may provisionally suspend the member concerned and deprive such member

33



of all or part of the rights, prerogatives and functions deriving from his membership.

3.8.4 A member expelled from the IOC may not be a member of an NOC, an association of NOCs or an OCOG.

4. Honorary President – Honorary Members – Honour Members:

4.1 Upon the proposal of the IOC Executive Board, the Session may elect as Honorary President an IOC member who has rendered exceptional services as President of the IOC. The Honorary President has the right to offer his advice.

4.2 Any IOC member who retires after serving the IOC for at least ten years and having rendered exceptional services to it may, upon the proposal of the IOC Executive Board, be elected by the Session as an honorary member of the IOC.

4.3 Upon the proposal of the IOC Executive Board, the Session may elect as honour members eminent personalities from outside the IOC who have rendered particularly outstanding services to it.

4.4 The Honorary President, honorary members and honour members are elected for life. They do not have the right to vote, nor are they eligible for any IOC office. The provisions of Rules 16.1.1 – 1.5, 16.1.7, 16.2, 16.3 and BLR 16.1 and 16.2 do not apply to them. Their status may be withdrawn by decision of the Session.

*Bye-law to Rule 16*

1. Eligibility:

Any natural person aged 18 or over is eligible for IOC membership, provided that:

1.1 such person's candidature is submitted in accordance with paragraph 2.1 below;

1.2 such person fulfils the conditions laid down in paragraph 2.2 below;

1.3   such candidature has been examined and reported upon by the Nominations Commission;

1.4   such person's election is proposed to the Session by the IOC Executive Board.

2.   Procedure for electing IOC members:

2.1   Submission of candidatures for election to IOC membership:

The following persons and organisations are entitled to submit candidatures for election to IOC membership: IOC members, IFs, associations of IFs, NOCs, world or continental associations of NOCs and other organisations recognised by the IOC.

2.2   Admissibility of Candidates:

To be admissible, all candidatures must be submitted in writing to the President and fulfil the following conditions:

2.2.1   Any person or organisation submitting a candidature for election to IOC membership must clearly indicate, for each candidature, whether the candidate is being proposed as an active athlete pursuant to paragraph 2.2.2 below, or whether the candidature is linked to a function which the candidate exercises within one of the organisations cited in paragraphs 2.2.3 or 2.2.4 below, or whether the candidature concerns an independent individual in accordance with paragraph 2.2.5 below.

2.2.2   If the candidate is proposed as an active athlete in the meaning of Rule 16.1.1.2, such candidate must have been elected or appointed to the IOC Athletes' Commission not later than the edition of the Games of the Olympiad or the Olympic Winter Games following the Olympic Games in which such candidate last participated.

2.2.3   If the candidature is linked to a function within an IF or association of IFs, or an organisation recognised by the IOC pursuant to Rule 3.5, the candidate must hold the office of president thereof or be a person holding within it an executive or senior leadership position.

2.2.4 If the candidature is linked to a function within an NOC or world or continental association of NOCs, the candidate must hold the office of president thereof or be a person holding within it an executive or senior leadership position.

2.2.5 Any other candidature proposal must concern an independent individual who is a national of a country in which such person has his domicile or main centre of interests and in which there is an NOC.

2.3 Nominations Commission:

2.3.1 The Nominations Commission is composed of seven members, three of them chosen by the IOC Ethics Commission, three by the Session and one by the IOC Athletes' Commission. The members of the Nominations Commission are elected for four years; they may be re-elected.

2.3.2 The task of the Nominations Commission is to examine each candidature in accordance with paragraph 2.4.2 below and to provide a written report to the IOC.

2.3.3 The Nominations Commission appoints its chairman.

2.4 Examination of candidatures by the Nominations Commission:

2.4.1 Upon receiving a candidature, the President forwards it to the Chairman of the Nominations Commission. Save in exceptional circumstances, any candidature received by the Chairman of the Nominations Commission no later than six months before the date of the opening of the next Session must be dealt with so that the IOC Executive Board can submit a proposal to such Session.

2.4.2 The Nominations Commission will gather all useful information on the candidate, in particular on his professional and material situation as well as on his career and sports activities; the Commission may ask the candidate to provide references from personalities from whom it may obtain information; the Commission may invite the candidate for an interview.

2.4.3 The Commission will verify the eligibility, origin and admissibility of all candidatures and, if necessary, the candidate's status as an active athlete or the function to which the candidature is linked.

2.4.4 The Nominations Commission provides a written report to the IOC Executive Board on the eligibility, origin and admissibility of every candidature, in which it states its reasons for considering whether or not a candidate possesses the qualities required for election as an IOC member.

2.5 Procedure before the IOC Executive Board:

2.5.1 The IOC Executive Board alone is competent to propose a candidature to the Session. When deciding to propose a candidature, the IOC Executive Board submits to the Session, no later than one month before its opening, a written proposal to which is attached the report by the Nominations Commission. The IOC Executive Board may hear a candidate. It may propose several candidatures for the election of a single member.

2.5.2 The procedure for examining candidatures proposed as active athletes pursuant to paragraphs 2.2.1 and 2.2.2 above may be accelerated and the deadlines provided in paragraphs 2.4.1 and 2.5.1 above waived inasmuch as is necessary to allow the prompt election, as IOC members, of active athletes newly elected to the IOC Athletes' Commission.

2.6 Procedure before the Session:

2.6.1 The Session alone is competent to elect any IOC member.

2.6.2 The Chairman of the Nominations Commission has the right to communicate to the Session the opinion of the said Commission.

2.6.3 All candidatures for election to IOC membership proposed by the IOC Executive Board are submitted to a vote by the Session; votes are taken by secret ballot; decisions are taken by a majority of the votes cast.

2.7 Transitional provisions:

The established rights of IOC members whose election has taken effect before the date of the closing of the 110th Session (11 December 1999) are maintained as follows:

2.7.1 Any IOC member whose election has taken effect before the date of the

closing of the 110th Session (11 December 1999) must retire by the end of the calendar year during which he reaches the age of 80, unless he was elected before 1966. If a member reaches this age limit during his term as President, Vice-President or IOC Executive Board member, the retirement will take effect at the end of the next Session.

2.7.2 Notwithstanding paragraph 2.7.1 above, IOC members whose election has taken effect before the date of the closing of the 110th Session (11 December 1999) and who have not reached the age limit in accordance with paragraph 2.7.1 above will be subject to re-election by the Session, one third in 2007, one third in 2008 and one third in 2009, under the conditions laid down in paragraph 2.6 above. Lots were drawn during the 111th Session to this effect.

2.7.3 The limitation to one member national of any given country, as set forth in Rule 16.1.1.1, last sentence, does not apply to IOC members whose election has taken effect before the date of the closing of the 110th Session (11 December 1999).

2.7.4 Until 31 December 2007, the total number of IOC members shall not exceed 130.

3   Register of members:

The IOC Executive Board keeps an up-to-date register of all the IOC members, Honorary President, honorary members and honour members. The register specifies the origin of each member's candidature and indicates whether the member's candidature was submitted as an active athlete, or linked to another function, or submitted as an independent individual.

4   Honorary President – Honorary Members – Honour Members:

4.1   The Honorary President is invited to attend the Olympic Games, Olympic Congresses, Sessions and meetings of the IOC Executive Board, where a place is reserved for him beside the President. He has the right to offer his advice.

4.2 Honorary members are invited to attend the Olympic Games, Olympic Congresses and Sessions, where a place is reserved for each of them; they offer their advice when requested by the President.

4.3 Honour members are invited to attend the Olympic Games and Olympic Congresses, where a place is reserved for each of them. The President may also invite them to attend other IOC meetings or events.

# 17 Organisation

The powers of the IOC are exercised by its organs, namely:

1. the Session,

2. the IOC Executive Board,

3. the President.

# 18 The Session*

1. The Session is the general meeting of the members of the IOC. It is the IOC's supreme organ. Its decisions are final. An ordinary Session is held once a year. Extraordinary Sessions may be convened by the President or upon the written request of at least one third of the members.

2. The powers of the Session are the following:

2.1 To adopt or amend the Olympic Charter.



2.2 To elect the members of the IOC, the Honorary President, honorary members and honour members.

2.3 To elect the President, the Vice-Presidents and all other members of the IOC Executive Board.

2.4 To elect the host city of the Olympic Games.

2.5 To determine the city in which an ordinary Session is held, the President having the authority to determine the city in which an extraordinary Session is held.

2.6 To approve the annual report and accounts of the IOC.

2.7 To appoint the IOC's auditors.

2.8 To decide on the awarding or withdrawal by the IOC of full recognition to or from NOCs, associations of NOCs, IFs, associations of IFs and other organisations.

2.9 To expel IOC members and to withdraw the status of Honorary President, honorary members and honour members.

2.10 To resolve and decide upon all other matters assigned to it by law or by the Olympic Charter.

3. The quorum required for a Session is half the total membership of the IOC plus one. Decisions of the Session are taken by a majority of the votes cast; however, a majority of two-thirds of the votes cast is required for any modification of the Fundamental Principles of Olympism, of the Rules of the Olympic Charter or if elsewhere provided in the Olympic Charter.

4. Each member has one vote. Abstentions and blank or spoiled votes are not taken into consideration in the calculation of the required majority. Voting by proxy is not allowed. Voting is held by secret ballot when so required by the Olympic Charter, or if the Chairman so decides or upon the request of at least a quarter of the members present. In the event of a tie, the Chairman shall decide.

5. The provisions of Rules 18.3 and 18.4 are applicable to elections, whether of persons or of host cities. However, when there are or remain only two candidates, the candidate obtaining the greater number of votes is declared elected.

6. The Session may delegate powers to the IOC Executive Board.

## Bye-law to Rule 18

1. The IOC Executive Board is responsible for the organisation and preparation of all Sessions, including all financial matters relating thereto.

2. Notice of the dates of an ordinary Session shall be given to all IOC members at least six months before the Session's opening. The Session is formally convened by order of the President, at least thirty days before it is held, if it is an ordinary Session, and at least ten days if it is an extraordinary Session, together with an agenda which must state the business to be dealt with at the meeting.

3. The President, or, in his absence or incapacity, the attending Vice-President who is senior in such office or, in the latter's absence or incapacity, the attending IOC Executive Board member who is senior in such office, chairs the Session.

4. Any decision of the Session, including decisions on amendments to the Olympic Charter, comes into effect immediately, unless otherwise decided by the Session. A matter which is not listed on the agenda of a Session may be discussed if one third of the members so request or if the Chairman authorises it.

5. An IOC member must refrain from taking part in a vote in the following circumstances:

   5.1 when the vote concerns an Olympic Games host city election in which a city in the country of which he is a national is a candidate;

   5.2 when the vote concerns the selection of a venue for a Session, an Olympic


Congress or any other meeting or event for which a city or any other public authority of the country of which he is a national is a candidate;

5.3 when the vote concerns the election to membership of the IOC of a candidate who is a national of the same country as the member;

5.4 when the vote concerns the election, to any office on the IOC Executive Board, or to any other office, of a candidate who is a national of the same country as the member;

5.5 when the vote concerns any other matter relating to the country of which he is a national or the NOC of that country.

In case of doubt, the Chairman shall decide whether or not the member concerned may take part in a vote.

6. The President establishes the regulations for all elections except for the election of the President, for which the regulations are established by the IOC Executive Board.

7. Any matter of procedure concerning Sessions and votes, which are not covered by the Olympic Charter, are determined by the President.

8. In case of urgency, a resolution may be submitted to a vote by correspondence, including by telefax or electronic mail, of the members of the IOC by the President or the IOC Executive Board.

9. Minutes of all meetings and other proceedings of the Session are established under the authority of the President.

## 19 The IOC Executive Board*

1. Composition:

The IOC Executive Board consists of the President, four Vice-Presidents and ten other

members. The choice of its members will reflect the composition of the Session. At each election, the Session shall see to it that the above-mentioned principle is respected.

2. Elections, terms of offices, renewals and vacancies:

   2.1 All members of the IOC Executive Board are elected by the Session, in a secret ballot, by a majority of the votes cast.

   2.2 The duration of the terms of office of the Vice-Presidents and of the ten other members of the IOC Executive Board is four years. A member may serve for a maximum of two successive terms on the IOC Executive Board, regardless of the capacity in which he has been elected.

   2.3 In the case of a member having completed two successive terms of office pursuant to Rule 19.2.2 above, he may be elected again as member of the IOC Executive Board after a minimum period of two years. This does not apply to the election for the office of President, for which there is no waiting period.

   2.4 In case of vacancy of any office other than the President's, the following Session elects a member to such office for a term of four years.

   2.5 All members of the IOC Executive Board begin their terms of office and renewals at the end of the Session which elected them. Their terms of office cease at the end of the ordinary Session held during the year in which they expire.

   2.6 For purposes of this Rule, a year means the period between two successive ordinary Sessions.

3. Powers, responsibilities and duties:

   The IOC Executive Board assumes the general overall responsibility for the administration of the IOC and the management of its affairs. In particular, it performs the following duties:

   3.1 it monitors the observance of the Olympic Charter;


3.2   it approves all internal governance regulations relating to its organisation;

3.3   it establishes an annual report including annual accounts, which it submits to the Session, together with the auditors' report;

3.4   it submits a report to the Session on any proposed change of Rule or Bye-law;

3.5   it submits to the Session the names of the persons whom it recommends for election to the IOC;

3.6   it establishes and supervises the procedure for accepting and selecting candidatures to organise the Olympic Games;

3.7   it establishes the agenda for the Sessions;

3.8   upon the proposal of the President, it appoints – or dismisses – the Director General. The President decides on his compensation and may take sanctions;

3.9   it provides for the safe keeping of all minutes, accounts and other records of the IOC in compliance with the law, including minutes of all Sessions, IOC Executive Board and other commission or working group meetings;

3.10  it takes all decisions, and issues regulations of the IOC, which are legally binding, in the form it deems most appropriate, such as, for instance, codes, rulings, norms, guidelines, guides, manuals, instructions, requirements and other decisions, including, in particular, but not limited to, all regulations necessary to ensure the proper implementation of the Olympic Charter and the organisation of the Olympic Games;

3.11  it organises periodic meetings with the IFs and with the NOCs at least once every two years. Such meetings are chaired by the IOC President, who determines the procedure and the agenda after consultation with the relevant bodies;

3.12  it creates and confers the honorary distinctions of the IOC;

3.13  it exercises all powers and performs all duties not attributed by law or by the Olympic Charter to the Session or to the President.

4. Delegation of powers:

   The IOC Executive Board may delegate powers to one or more of its members, to IOC commissions, to members of the IOC administration, to other entities or to third persons.

*Bye-law to Rule 19*

1. The President is responsible for the organisation and preparation of all IOC Executive Board meetings. He may delegate all or part of his powers to that effect to the Director General.

2. The IOC Executive Board meets when convened by the President or at the request of the majority of its members at least ten days before it is held. The notice must state the business to be dealt with at the meeting.

3. The President, or, in his absence or incapacity, the attending Vice-President who is senior in such office or, in the latter's absence or incapacity, the attending IOC Executive Board member who is senior in such office, chairs the IOC Executive Board meetings.

4. The quorum required for an IOC Executive Board meeting is eight.

5. Decisions of the IOC Executive Board are taken by a majority of the votes cast.

6. Each member has one vote. Abstentions and blank or spoiled votes are not taken into consideration in the calculation of the required majority. Voting by proxy is not allowed. Voting is held by secret ballot if so required by the Olympic Charter, or if the Chairman so decides or upon the request of at least a quarter of the members present. In the event of a tie, the Chairman of the meeting shall decide.

7. An IOC Executive Board member must refrain from taking part in a vote in the circumstances enumerated in BLR 18.5.

   In case of doubt, the Chairman shall decide whether or not the member concerned may take part in a vote.


8. Any matter of procedure concerning IOC Executive Board meetings which is not covered by the Olympic Charter is determined by the President.

9. The IOC Executive Board may hold meetings in the form of teleconferences or video-conferences.

10. In case of urgency, a resolution or decision may be submitted to a vote by correspondence, including by fax or electronic mail, of the members of the IOC Executive Board by the President.

11. Minutes of all meetings and other proceedings are established under the authority of the President.

## 20 The President*

1. The Session elects, by secret ballot, a President from among its members for a term of eight years renewable once for four years.

2. The President represents the IOC and presides over all its activities.

3. The President may take any action or decision on behalf of the IOC when circumstances prevent it from being taken by the Session or the IOC Executive Board. Such action or decision must be submitted promptly for ratification by the competent organ.

4. If the President is unable to fulfil the duties of his office, the Vice-President who is senior in such office replaces him until the President has recovered his ability or, if he is in a condition of permanent disability, until a new President is elected at the next Session. This new President is elected for a term of eight years renewable once for four years.

*Bye-law to Rule 20*

1. Candidatures for the election of the President are declared three months before the date of the opening of the Session at which the election is due to take place. However, such deadline may be modified by decision of the IOC Executive Board if, in its opinion, the circumstances justify such modification.

2. Except as provided in Rule 20.3, the President is elected by the Session held during the second year of the Olympiad.

## 21 IOC Commissions*

IOC commissions may be created for the purpose of advising the Session, the IOC Executive Board or the President as the case may be. The President establishes permanent or other standing or ad hoc commissions and working groups whenever it appears necessary. Except where expressly provided otherwise in the Olympic Charter or in specific regulations established by the IOC Executive Board, the President establishes their terms of reference, designates all their members and decides their dissolution once he considers that they have fulfilled their mandates. No meeting of any commission or working group may be held without the prior agreement of the President except where expressly provided otherwise in the Olympic Charter or in specific regulations established by the IOC Executive Board. The President is a member ex officio of all commissions and working groups and shall have precedence whenever he attends one of their meetings.

*Bye-law to Rule 21*

1. The IOC Athletes' Commission:

   An IOC Athletes' Commission shall be constituted, the majority of whose members shall be athletes elected by athletes participating in the Olympic Games. The election shall be

held on the occasion of the Games of the Olympiad and the Olympic Winter Games in accordance with regulations adopted by the IOC Executive Board, in consultation with the Athletes' Commission, and communicated to the IFs and NOCs not later than one year prior to the Olympic Games at which such election is to be held.

All regulations and procedures of the IOC Athletes' Commission shall be adopted by the IOC Executive Board after consulting of the IOC Athletes' Commission.

2. The IOC Ethics Commission:

   The IOC Ethics Commission is constituted in accordance with Rule 22 and BLR 22.

3. The IOC Nominations Commission:

   In order to examine all candidatures for election to IOC membership, an IOC Nominations Commission shall be established in accordance with BLR 16.2.3.

   All regulations and procedures of the IOC Nominations Commission shall be adopted by the IOC Executive Board after consulting the IOC Nominations Commission.

4. The Olympic Solidarity Commission:

   The Olympic Solidarity Commission is established in order to perform the tasks attributed to it in Rule 5 and BLR 5.

5. The Evaluation Commissions for Candidate Cities:

   In order to examine the candidatures of the cities applying to host the Games of the Olympiad and the Olympic Winter Games, the President sets up two evaluation commissions for candidate cities in accordance with BLR 34.2.2.

6. The Olympic Games Coordination Commissions:

   In order to assist in improving the organisation of the Olympic Games and the cooperation between the IOC, OCOGs, IFs and NOCs, the President sets up Coordination Commissions in accordance with Rule 38 and BLR 38.

7. The IOC Medical Commission:

    7.1 The President establishes a Medical Commission, the terms of reference of which shall include the following duties:

        7.1.1 to implement the World Anti-Doping Code and all other IOC Anti-Doping Rules, in particular upon the occasion of the Olympic Games;

        7.1.2 to elaborate guidelines relating to the medical care and health of the athletes.

    7.2 Members of the Medical Commission shall not act in any medical capacity whatsoever for the delegation of an NOC at the Olympic Games nor participate in the discussions relating to non-compliance with the World Anti-Doping Code by members of their respective NOC's delegations.

8. Procedure:

Each IOC commission is chaired by an IOC member. IOC commissions may hold meetings in the form of teleconferences or videoconferences.

## 22 IOC Ethics Commission*

The IOC Ethics Commission is charged with defining and updating a framework of ethical principles, including a Code of Ethics, based upon the values and principles enshrined in the Olympic Charter of which the said Code forms an integral part. In addition, it investigates complaints raised in relation to the non-respect of such ethical principles, including breaches of the Code of Ethics and, if necessary, proposes sanctions to the IOC Executive Board.

### Bye-law to Rule 22

1. The composition and organisation of the IOC Ethics Commission are provided for in its statutes.

49

2. Any modification of the Code of Ethics, the statutes of the IOC Ethics Commission and any other regulation and implementing provisions emanating from the IOC Ethics Commission is submitted for the approval of the IOC Executive Board.

## 23 Measures and Sanctions*

In the case of any violation of the Olympic Charter, the World Anti-Doping Code, or any other regulation, as the case may be, the measures or sanctions which may be taken by the Session, the IOC Executive Board or the disciplinary commission referred to under 2.4 below are:

1. In the context of the Olympic Movement:

   1.1 with regard to IOC members, the Honorary President, honorary members and honour members:
   
   a) a reprimand, pronounced by the IOC Executive Board;
   
   b) suspension, for a specific period, pronounced by the IOC Executive Board. The suspension may be extended to all or part of the rights, prerogatives and functions deriving from the membership of the person concerned.

   The above-mentioned sanctions may be combined. They may be imposed on IOC members, the Honorary President, honorary members or honour members who, by their conduct, jeopardise the interests of the IOC, also regardless of any specific violation of the Olympic Charter or any other regulation.

   1.2 with regard to IFs:
   
   a) withdrawal from the programme of the Olympic Games of:
   
   – a sport (Session),
   
   – a discipline (IOC Executive Board),
   
   – an event (IOC Executive Board);
   
   b) withdrawal of provisional recognition (IOC Executive Board);
   
   c) withdrawal of full recognition (Session).

1.3 with regard to associations of IFs:
   a) withdrawal of provisional recognition (IOC Executive Board);
   b) withdrawal of full recognition (Session).

1.4 with regard to NOCs:
   a) suspension (IOC Executive Board); in such event, the IOC Executive Board determines in each case the consequences for the NOC concerned and its athletes;
   b) withdrawal of provisional recognition (IOC Executive Board);
   c) withdrawal of full recognition (Session); in such a case, the NOC forfeits all rights conferred upon it in accordance with the Olympic Charter;
   d) withdrawal of the right to organise a Session or an Olympic Congress (Session).

1.5 with regard to associations of NOCs:
   a) withdrawal of provisional recognition (IOC Executive Board);
   b) withdrawal of full recognition (Session).

1.6 with regard to a host city, an OCOG and an NOC:
   withdrawal of the right to organise the Olympic Games (Session).

1.7 with regard to applicant or candidate cities and an NOC:
   withdrawal of the right to be an applicant or a candidate city to host the Olympic Games (IOC Executive Board).

1.8 with regard to other recognised associations and organisations:
   a) withdrawal of provisional recognition (IOC Executive Board);
   b) withdrawal of full recognition (Session).

2. In the context of the Olympic Games, in the case of any violation of the Olympic Charter, of the World Anti-Doping Code, or of any other decision or applicable regulation issued by the IOC or any IF or NOC, including but not limited to the IOC Code of Ethics, or of any applicable public law or regulation, or in case of any form of misbehaviour:

51

2.1 with regard to individual competitors and teams:

temporary or permanent ineligibility or exclusion from the Olympic Games, disqualification or withdrawal of accreditation; in the case of disqualification or exclusion, the medals and diplomas obtained in relation to the relevant infringement of the Olympic Charter shall be returned to the IOC. In addition, at the discretion of the IOC Executive Board, a competitor or a team may lose the benefit of any ranking obtained in relation to other events at the Olympic Games at which he or it was disqualified or excluded; in such case the medals and diplomas won by him or it shall be returned to the IOC (Executive Board);

2.2 with regard to officials, managers and other members of any delegation as well as referees and members of the jury: temporary or permanent ineligibility or exclusion from the Olympic Games (IOC Executive Board);

2.3 with regard to all other accredited persons:

withdrawal of accreditation (IOC Executive Board);

2.4 the IOC Executive Board may delegate its power to a disciplinary commission.

3. Before applying any measure or sanction, the competent IOC body may issue a warning.

4. All sanctions and measures are taken without prejudice to any other rights of the IOC and of any other body, including but not limited to NOCs and IFs.

## Bye-law to Rule 23

1. Any inquiry relating to facts that may lead to any measure or sanction is conducted under the authority of the IOC Executive Board, which may delegate all or part of its authority to that effect.

2.  Throughout any inquiry, the IOC Executive Board may provisionally withdraw from any concerned person or organisation all or part of the rights, prerogatives and functions deriving from such person's or organisation's membership or status.

3.  Any individual, team or any other individual or legal entity has the right to be heard by the IOC body competent to apply a measure or sanction to such individual, team or legal entity. The right to be heard in the sense of this provision includes the right to be acquainted with the charges and the right to appear personally or to submit a defence in writing.

4.  Any measure or sanction decided by the Session, the IOC Executive Board or the disciplinary commission referred to in Rule 23.2.4 shall be communicated in writing to the party concerned.

5.  All measures or sanctions shall be effective forthwith unless the competent body decides otherwise.

## 24 Languages

1.  The official languages of the IOC are French and English.

2.  At all Sessions, simultaneous interpretation must be provided into French, English, German, Spanish, Russian and Arabic.

3.  In the case of divergence between the French and English texts of the Olympic Charter and any other IOC document, the French text shall prevail unless expressly provided otherwise in writing.



## 25  IOC Resources

1.  The IOC may accept gifts and bequests and seek all other resources enabling it to fulfil its tasks. It collects revenues from the exploitation of any of its rights, including but not limited to television rights, sponsorships, licences and Olympic properties as well as from the celebration of the Olympic Games.

2.  In order to enhance the development of the Olympic Movement, the IOC may grant part of its revenues to the IFs, to the NOCs including Olympic Solidarity, and to the OCOGs.



# The International Federations (IFs)

## 26 Recognition of IFs

In order to develop and promote the Olympic Movement, the IOC may recognise as IFs international non-governmental organisations administering one or several sports at world level and encompassing organisations administering such sports at national level.

The statutes, practice and activities of the IFs within the Olympic Movement must be in conformity with the Olympic Charter, including the adoption and implementation of the World Anti-Doping Code. Subject to the foregoing, each IF maintains its independence and autonomy in the administration of its sport.

## 27 Mission and Role of the IFs within the Olympic Movement

1. The mission and role of the IFs within the Olympic Movement are:

    1.1 to establish and enforce, in accordance with the Olympic spirit, the rules concerning the practice of their respective sports and to ensure their application;

1.2 to ensure the development of their sports throughout the world;

1.3 to contribute to the achievement of the goals set out in the Olympic Charter, in particular by way of the spread of Olympism and Olympic education;

1.4 to express their opinions on the candidatures for organising the Olympic Games, in particular as far as the technical aspects of venues for their respective sports are concerned;

1.5 to establish their criteria of eligibility for the competitions of the Olympic Games in conformity with the Olympic Charter, and to submit these to the IOC for approval;

1.6 to assume the responsibility for the technical control and direction of their sports at the Olympic Games and at the Games held under the patronage of the IOC;

1.7 to provide technical assistance in the practical implementation of the Olympic Solidarity programmes.

2. In addition, the IFs have the right to:

2.1 formulate proposals addressed to the IOC concerning the Olympic Charter and the Olympic Movement;

2.2 collaborate in the preparation of Olympic Congresses;

2.3 participate, on request from the IOC, in the activities of the IOC commissions.


# 4 The National Olympic Committees (NOCs)

## 28 Mission and Role of the NOCs*

1. The mission of the NOCs is to develop, promote and protect the Olympic Movement in their respective countries, in accordance with the Olympic Charter.

2. The NOCs' role is:

   2.1 to promote the fundamental principles and values of Olympism in their countries, in particular, in the fields of sport and education, by promoting Olympic educational programmes in all levels of schools, sports and physical education institutions and universities, as well as by encouraging the creation of institutions dedicated to Olympic education, such as National Olympic Academies, Olympic Museums and other programmes, including cultural, related to the Olympic Movement;

   2.2 to ensure the observance of the Olympic Charter in their countries;

   2.3 to encourage the development of high performance sport as well as sport for all;

   2.4 to help in the training of sports administrators by organising courses and ensure that such courses contribute to the propagation of the fundamental principles of Olympism;

2.5 to take action against any form of discrimination and violence in sport;

2.6 to adopt and implement the World Anti-Doping Code.

3. The NOCs have the exclusive authority for the representation of their respective countries at the Olympic Games and at the regional, continental or world multi-sports competitions patronised by the IOC. In addition, each NOC is obliged to participate in the Games of the Olympiad by sending athletes.

4. The NOCs have the exclusive authority to select and designate the city which may apply to organise Olympic Games in their respective countries.

5. In order to fulfil their mission, the NOCs may cooperate with governmental bodies, with which they shall achieve harmonious relations. However, they shall not associate themselves with any activity which would be in contradiction with the Olympic Charter. The NOCs may also cooperate with non-governmental bodies.

6. The NOCs must preserve their autonomy and resist all pressures of any kind, including but not limited to political, legal, religious or economic pressures which may prevent them from complying with the Olympic Charter.

7. NOCs have the right to:

7.1 designate, identify or refer to themselves as "National Olympic Committees" ("NOCs"), which designation or identification shall be included or referred to in their name;

7.2 send competitors, team officials and other team personnel to the Olympic Games in compliance with the Olympic Charter;

7.3   benefit from the assistance of Olympic Solidarity;

7.4   use certain Olympic properties as authorised by the IOC and in compliance with Rules 7-14 and BLR 7-14;

7.5   take part in activities led or patronised by the IOC, including regional Games;

7.6   belong to associations of NOCs recognised by the IOC;

7.7   formulate proposals to the IOC concerning the Olympic Charter and the Olympic Movement, including the organisation of the Olympic Games;

7.8   give their opinions concerning the candidatures for the organisation of the Olympic Games;

7.9   participate, on request from the IOC, in the activities of the IOC commissions;

7.10  collaborate in the preparation of Olympic Congresses;

7.11  exercise other rights as granted to them by the Olympic Charter or by the IOC.

8.  The IOC helps the NOCs fulfil their mission through its various departments and Olympic Solidarity.

9.  Apart from the measures and sanctions provided in the case of infringement of the Olympic Charter, the IOC Executive Board may take any appropriate decisions for the protection of the Olympic Movement in the country of an NOC, including suspension of or withdrawal of recognition from such NOC if the constitution, law or other regulations in force in the country concerned, or any act by any governmental or other body causes the activity of the NOC or the making or expression of its will to be hampered. The IOC Executive Board shall offer such NOC an opportunity to be heard before any such decision is taken.