## 29 Composition of the NOCs*

1. Whatever their composition, NOCs must include:

   1.1 all IOC members in their country, if any. Such members have the right to vote in the general assemblies of the NOC. In addition, the IOC members in the country referred to in Rule 16.1.1.1 are ex officio members of the NOC executive body, within which they have the right to vote;

   1.2 all national federations affiliated to the IFs governing sports included in the programme of the Olympic Games or their representatives;

   1.3 active athletes or retired athletes having taken part in the Olympic Games; however, the latter must retire from their posts at the latest by the end of the third Olympiad after the last Olympic Games in which they took part.

2. The NOCs may include as members:

   2.1 national federations affiliated to IFs recognised by the IOC, the sports of which are not included in the programme of the Olympic Games;

   2.2 multi-sports groups and other sports-oriented organisations or their representatives, as well as nationals of the country liable to reinforce the effectiveness of the NOC or who have rendered distinguished services to the cause of sport and Olympism.

3. The voting majority of an NOC and of its executive body shall consist of the votes cast by the national federations referred to in paragraph 1.2 above or their representatives. When dealing with questions relating to the Olympic Games, only the votes cast by such federations and by the members of the executive body of the NOC are taken into consideration. Subject to the approval of the IOC Executive Board, an NOC may also include in its voting majority as well as in the votes taken into consideration on questions relating to the Olympic Games, the votes cast by the IOC members in its country referred to in paragraph 1.1 above and by the active or retired athletes in its country referred to in paragraph 1.3 above.

GATLIN v. UNITED STATES ANTI-DOPING AGENCY INC

Dockets.Justia.com

4. Governments or other public authorities shall not designate any members of an NOC. However, an NOC may decide, at its discretion, to elect as members representatives of such authorities.

5. The area of jurisdiction of an NOC must coincide with the limits of the country in which it is established and has its headquarters.

*Bye-law to Rules 28 and 29*

1. NOC recognition procedure:

   1.1 A national sports organisation applying for recognition as an NOC shall file an application with the IOC demonstrating that the applicant fulfils all conditions prescribed by the Olympic Charter, in particular in Rule 29 and BLR 28 and 29.

   1.2 Proof must be adduced that the national federations which are members of the NOC exercise a specific and real on-going sports activity in their country and internationally, in particular by organising and participating in competitions and implementing training programmes for athletes. An NOC shall not recognise more than one national federation for each sport governed by an IF. Such national federations or the representatives chosen by them must constitute the voting majority of the NOC and of its executive organ. At least five national federations included in an NOC must be affiliated to the IFs governing sports included in the programme of the Olympic Games.

   1.3 The approval of an applicant's statutes by the IOC Executive Board is a condition for recognition. The same condition applies to any subsequent change or amendment to the statutes of an NOC. Such statutes shall, at all times, comply with the Olympic Charter to which they must refer expressly. If there is any doubt as to the signification or interpretation of the statutes of an NOC, or if there is a contradiction between such statutes and the Olympic Charter, the latter takes precedence.

1.4 Each NOC shall hold a General Assembly of its members at least once a year, in accordance with the NOC's statutes. NOCs shall, in particular, include on the agenda of their General Assemblies the presentation of annual reports and audited financial statements and, as the case may be, the election of officers and members of the executive body.

1.5 The officers and members of the executive body of an NOC shall be elected in accordance with the NOC's statutes, for a term of office not exceeding four years; they may be eligible for re-election.

1.6 The members of an NOC, except for professional sports administrators, shall not accept any compensation or bonus of any kind in consideration for their services or for the performance of their duties. They may be reimbursed for their travelling, accommodation and other justified expenses incurred in the carrying out of their functions.

1.7 The withdrawal or lapse of recognition of an NOC entails its forfeiture of all rights conferred upon it by the Olympic Charter or the IOC.

2. NOCs' tasks:

The NOCs perform the following tasks:

2.1 They constitute, organise and lead their respective delegations at the Olympic Games and at the regional, continental or world multi-sports competitions patronised by the IOC. They decide upon the entry of athletes proposed by their respective national federations. Such selection shall be based not only on the sports performance of an athlete but also on his ability to serve as an example to the sporting youth of his country. The NOCs must ensure that the entries proposed by the national federations comply in all respects with the provisions of the Olympic Charter.

2.2 They provide for the equipment, transport and accommodation of the members of their delegations. They contract for the latter's benefit adequate insurance covering the risks of death, disability, illness, medical and pharmaceutical expenses and third party liability. They are responsible for the behaviour of the members of their delegations.

2.3 They have the sole and exclusive authority to prescribe and determine the clothing and uniforms to be worn, and the equipment to be used, by the members of their delegations on the occasion of the Olympic Games and in connection with all sports competitions and ceremonies related thereto.

This exclusive authority does not extend to specialised equipment used by athletes of their delegations during the actual sports competitions. For the purposes of this rule, specialised equipment shall be limited to such equipment acknowledged by the NOC concerned as having a material effect on the performance of athletes, due to the specialised characteristics of the equipment. Any publicity in respect of any such specialised equipment must be submitted to the NOC concerned for approval if there is any reference, express or implied, to the Olympic Games.

3. Recommendations:

It is recommended that NOCs:

3.1 regularly organise – if possible each year – an Olympic Day or Week intended to promote the Olympic Movement;

3.2 include in their activities the promotion of culture and arts in the fields of sport and Olympism;

3.3 participate in the programmes of Olympic Solidarity;

3.4 seek sources of financing in a manner compatible with the fundamental principles of Olympism.

# 30 The National Federations

To be recognised by an NOC and accepted as a member of such NOC, a national federation must exercise a specific, real and on-going sports activity, be affiliated to an IF recognised by the IOC and be governed by and comply in all aspects with both the Olympic Charter and the rules of its IF.

## 31 Country and Name of an NOC

1. In the Olympic Charter, the expression "country" means an independent State recognised by the international community.

2. The name of an NOC must reflect the territorial extent and tradition of its country and shall be subject to the approval of the IOC Executive Board.

## 32 Flag, Emblem and Anthem of an NOC

The flag, the emblem and the anthem adopted by an NOC for use in relation to its activities, including the Olympic Games, shall be subject to the approval of the IOC Executive Board.




# The Olympic Games

## I. CELEBRATION, ORGANISATION AND ADMINISTRATION OF THE OLYMPIC GAMES

### 33 Celebration of the Olympic Games*

1. The Games of the Olympiad are celebrated during the first year of an Olympiad, and the Olympic Winter Games during its third year.

2. The honour and responsibility of hosting the Olympic Games are entrusted by the IOC to a city, which is elected as the host city of the Olympic Games.

3. The dates of the Olympic Games are determined by the IOC Executive Board.

4. The non-celebration of the Olympic Games during the year in which they should be held entails the cancellation of the rights of the host city, without prejudice to any other rights of the IOC.

5.  Any surplus incurred by a host city, an OCOG or the NOC of the country of a host city as a result of the celebration of an Olympic Games shall be applied to the development of the Olympic Movement and of sport.

*Bye-law to Rule 33*

The duration of the competitions of the Olympic Games shall not exceed sixteen days.

## 34 Election of the host city*

1.  The election of any host city is the prerogative of the Session.

2.  The IOC Executive Board determines the procedure to be followed until the election by the Session takes place. Save in exceptional circumstances, such election takes place seven years before the celebration of the Olympic Games.

3.  The National Government of the country of any applicant city must submit to the IOC a legally binding instrument by which the said government undertakes and guarantees that the country and its public authorities will comply with and respect the Olympic Charter.

4.  The election of the host city takes place in a country having no candidate city for the organisation of the Olympic Games concerned.

*Bye-law to Rule 34*

1.  Application to host Olympic Games – Applicant Cities:

1.1 In order to be admissible, any application by any city to host Olympic Games must be approved by the NOC of its country, in which case, such city is considered as an applicant city.

1.2 Any application to host Olympic Games must be submitted to the IOC by the competent public authorities of the applicant city together with the approval of the NOC of the country. Such authorities and the NOC must guarantee that the Olympic Games will be organised to the satisfaction of and under the conditions required by the IOC.

1.3 Should there be several potential applicant cities in the same country to the same Olympic Games, one city only may apply, as decided by the NOC of the country concerned.

1.4 From the day of submission to the IOC of an application to host the Olympic Games, the NOC of the applicant city's country shall supervise and shall be jointly responsible for the actions and conduct of the applicant city in relation to its application, and, as the case may be, to the city's candidature to host the Olympic Games.

1.5 Each applicant city has the obligation to comply with the Olympic Charter and with any other regulations or requirements issued by the IOC Executive Board, as well as with all technical norms issued by the IFs for their respective sports.

1.6 All applicant cities shall comply with a candidature acceptance procedure, conducted under the authority of the IOC Executive Board, which shall determine the contents of such procedure. The IOC Executive Board shall decide which cities will be accepted as candidate cities.

2. Candidate Cities – Evaluation:

2.1 Candidate cities are those applicant cities which will be eligible for a decision by the IOC Executive Board to be submitted to the Session for election.

2.2 The President appoints an Evaluation Commission for candidate cities for each edition of the Olympic Games. These commissions shall each include IOC members, representatives of the IFs, of the NOCs, of the Athletes' Commission and of the

International Paralympic Committee ("IPC"). Nationals of candidate cities' countries are not eligible as members of the Evaluation Commission. The Evaluation Commission may be assisted by experts.

2.3 Each Evaluation Commission shall study the candidatures of all candidate cities, inspect the sites and submit to all IOC members a written report on all candidatures not later than one month before the opening date of the Session which shall elect the host city of the Olympic Games.

2.4 Each candidate city shall provide financial guarantees as required by the IOC Executive Board, which will determine whether such guarantees shall be issued by the city itself, or by any other competent local, regional or national public authorities, or by any third parties.

3. Election of the host city – Execution of Host City Contract:

3.1 Following the submission of its report by the Evaluation Commission, the IOC Executive Board shall draw up the final list of candidate cities retained by the IOC Executive Board in order to be submitted to the vote by the Session for election.

3.2 The election of the host city takes place after the Session has considered the report by the Evaluation Commission.

3.3 The IOC enters into a written agreement with the host city and the NOC of its country. Such agreement, which is commonly referred to as the Host City Contract, is executed by all parties immediately upon the election of the host city.

# 35 Location, sites and venues of the Olympic Games*

1. All sports competition must take place in the host city of the Olympic Games, unless the IOC Executive Board authorises the organisation of certain events in other cities, sites or venues situated in the same country. The Opening and Closing Ceremonies must take place in the host city itself. The location, sites and venues for any sports or other events of any kind must all be approved by the IOC Executive Board.

2. For the Olympic Winter Games, when for geographical or topographical reasons it is impossible to organize certain events or disciplines of a sport in the country of the host city, the IOC may, on an exceptional basis, authorise the holding of these in a bordering country.

*Bye-law to Rule 35*

1. Any request to organise any event, discipline or other sports competition in any other city or location than the host city itself must be presented in writing to the IOC at the latest prior to the visit of the Evaluation Commission for candidate cities.

2. The organisation, holding and media coverage of the Olympic Games shall not be impaired in any way by any other event taking place in the host city or its neighbourhood or in other competition sites or venues.

## 36 Organising Committee*

The organisation of the Olympic Games is entrusted by the IOC to the NOC of the country of the host city as well as to the host city itself. The NOC shall be responsible for the establishment, for that purpose, of an Organising Committee ("OCOG") which, from the time it is constituted, reports directly to the IOC Executive Board.

*Bye-law to Rule 36*

1. The OCOG shall have the status of a legal person in its country.

2. The executive body of the OCOG shall include:
   - the IOC member or members in the country referred to in Rule 16.1.1.1;
   - the President and Secretary General of the NOC;
   - at least one member representing, and designated by, the host city.

The executive body of the OCOG may also include representatives of the public authorities and other leading figures.

3. From the time of its constitution to the end of its liquidation, the OCOG shall conduct all its activities in accordance with the Olympic Charter, with the agreement entered into between the IOC, the NOC and the host city and with any other regulations or instructions of the IOC Executive Board.

## 37 Liabilities – Withdrawal of the organisation of the Olympic Games

1. The NOC, the OCOG and the host city are jointly and severally liable for all commitments entered into individually or collectively concerning the organisation and staging of the Olympic Games, excluding the financial responsibility for the organisation and staging of such Games, which shall be entirely assumed jointly and severally by the host city and the OCOG, without prejudice to any liability of any other party, particularly as may result from any guarantee given pursuant to BLR 34. The IOC shall have no financial responsibility whatsoever in respect of the organisation and staging of the Olympic Games.

2. In the event of non compliance with the Olympic Charter or other regulations or instructions of the IOC, or a breach of the obligations entered into by the NOC, the OCOG or the host city, the IOC is entitled to withdraw, at any time and with immediate effect, the organisation of the Olympic Games from the host city, the OCOG and the NOC, without prejudice to compensation for any damage thereby caused to the IOC. In such a case, the NOC, the OCOG, the host city, the country of the host city and all their governmental or other authorities, or any other party, whether at any city, local, state, provincial, other regional or national level, shall have no claim for any form of compensation against the IOC.

## 38 Olympic Games Coordination Commission – Liaison between the NOCs and the OCOG*

1. Olympic Games Coordination Commission:

   In order to improve the organisation of the Olympic Games and cooperation amongst the IOC, the OCOG, the IFs and the NOCs, the President shall establish an Olympic Games Coordination Commission (Coordination Commission) to manage and implement the working relationship between such parties. The Coordination Commission shall include representatives of the IOC, the IFs, the NOCs and the athletes.

2. Liaison between NOCs and OCOG – Chefs de Mission:

   During the Olympic Games, the competitors, officials and other team personnel of each NOC are placed under the responsibility of a chef de mission appointed by his NOC and whose task, in addition to any other functions assigned to him by his NOC, is to liaise with the IOC, the IFs and the OCOG.

### Bye-law to Rule 38

1. Coordination Commission's mandate:

   The mandate of a Coordination Commission includes the following:

   1.1 to monitor the progress of the OCOG;

   1.2 to review and examine all major aspects of the organisation of the Olympic Games;

   1.3 to assist the OCOG;

   1.4 to help liaise between the OCOG, on the one hand, and, on the other hand, the IOC, the IFs and the NOCs;

   1.5 to help resolve any differences which may arise between any of the parties;

1.6 to ensure that all IFs and NOCs are kept informed, either through the OCOG or by the IOC at the Coordination Commission's own initiative, of the progress of the organisation of the Olympic Games;

1.7 to ensure that the IOC Executive Board is kept informed of the opinions expressed by the OCOG, IFs and NOCs on matters of importance pertaining to the Olympic Games;

1.8 to examine, after consultation with the IOC Executive Board and the OCOG, the areas in which beneficial cooperation between NOCs can be established, in particular with regard to air transport, freight, rental of accommodation for additional officials and procedures for allocating tickets to IFs, NOCs and appointed travel agencies;

1.9 to suggest to the OCOG and to determine, subject to approval by the IOC Executive Board:

    1.9.1 arrangements at the competition and training venues and for accommodation and facilities in the Olympic Village,

    1.9.2 costs of participation, accommodation and related services to be provided by the OCOG,

    1.9.3 provisions for transport and accommodation of participants and officials and other matters which, in its opinion, concern the well-being of competitors and officials and their ability to perform the necessary functions at the Olympic Games;

1.10 to inspect competition, training and other facilities, and to report thereon in respect of any matters it may be unable to resolve to the IOC Executive Board;

1.11 to ensure that the OCOG responds appropriately to the views of the IFs and of the chefs de mission;

1.12 to establish, subject to approval of the IOC Executive Board, specialised working groups which will deal with specific areas of the organisation of the Olympic Games and report to the IOC Executive Board with recommendations as to improvements which should be implemented by the Coordination Commission;

1.13 after the Olympic Games, to carry out an analysis relating to the organisation of the Games and to report on such matters to the IOC Executive Board;

1.14 to exercise any additional authority or carry out any other instructions conferred upon it by the IOC Executive Board;

1.15 in the case of any matter which the Coordination Commission determines that it is unable to resolve, or in respect of which any party refuses to act in accordance with its decision, it shall forthwith report such matter and the full circumstances thereof to the IOC Executive Board, which shall make the final decision;

1.16 at the Olympic Games, the duties of the Coordination Commission shall revert to the IOC Executive Board. The Chairman of the Coordination Commission attends the daily coordination meetings with the OCOG.

2. Chefs de mission:

During the period of the Olympic Games, the chef de mission stays in the Olympic Village and has access to all medical, training and competition facilities, as well as to the media centres and the Olympic Family hotels.

3. Attachés:

Each NOC may appoint an attaché in order to facilitate co-operation with the OCOG. The attaché acts as an intermediary between the OCOG and his NOC, in order to assist in solving practical problems such as for instance, travel and accommodation. During the period of the Olympic Games, the attaché must be accredited as a member of his NOC delegation.

# 39 Olympic Village*

With the objective of bringing together all competitors, team officials and other team personnel in one place, the OCOG shall provide an Olympic Village for a period determined by the IOC Executive Board.

> *Bye-law to Rule 39*
>
> 1. The Olympic Village shall meet all requirements as established by the IOC Executive Board.
>
> 2. The quotas for team officials and other team personnel accommodated in the Olympic Village shall be established by the IOC Executive Board.
>
> 3. Should the IOC authorise the OCOG to hold events in any location other than in the host city, the OCOG may be required to provide appropriate accommodations, services and facilities in accordance with requirements established by the IOC Executive Board.
>
> 4. The OCOG shall bear all expenses for board and lodging of competitors, team officials and other team personnel in the Olympic Village and other accommodations as required above, as well as their local transport expenses.

## 40 Cultural Programme

The OCOG shall organise a programme of cultural events which must cover at least the entire period during which the Olympic Village is open. Such programme shall be submitted to the IOC Executive Board for its prior approval.

# II. PARTICIPATION IN THE OLYMPIC GAMES

## 41 Eligibility Code*

To be eligible for participation in the Olympic Games, a competitor, coach, trainer or other team official must comply with the Olympic Charter as well as with the rules of the IF

concerned as approved by the IOC, and the competitor, coach, trainer or other team official must be entered by his NOC. The above-noted persons must notably:
— respect the spirit of fair play and non violence, and behave accordingly; and
— respect and comply in all aspects with the World Anti-Doping Code.

*Bye-law to Rule 41*

1. Each IF establishes its sport's own eligibility criteria in accordance with the Olympic Charter. Such criteria must be submitted to the IOC Executive Board for approval.

2. The application of the eligibility criteria lies with the IFs, their affiliated national federations and the NOCs in the fields of their respective responsibilities.

3. Except as permitted by the IOC Executive Board, no competitor, coach, trainer or official who participates in the Olympic Games may allow his person, name, picture or sports performances to be used for advertising purposes during the Olympic Games.

4. The entry or participation of a competitor in the Olympic Games shall not be conditional on any financial consideration.

## 42 Nationality of Competitors*

1. Any competitor in the Olympic Games must be a national of the country of the NOC which is entering such competitor.

2. All disputes relating to the determination of the country which a competitor may represent in the Olympic Games shall be resolved by the IOC Executive Board.

## Bye-law to Rule 42

1. A competitor who is a national of two or more countries at the same time may represent either one of them, as he may elect. However, after having represented one country in the Olympic Games, in continental or regional games or in world or regional championships recognised by the relevant IF, he may not represent another country unless he meets the conditions set forth in paragraph 2 below that apply to persons who have changed their nationality or acquired a new nationality.

2. A competitor who has represented one country in the Olympic Games, in continental or regional games or in world or regional championships recognised by the relevant IF, and who has changed his nationality or acquired a new nationality, may participate in the Olympic Games to represent his new country provided that at least three years have passed since the competitor last represented his former country. This period may be reduced or even cancelled, with the agreement of the NOCs and IF concerned, by the IOC Executive Board, which takes into account the circumstances of each case.

3. If an associated State, province or overseas department, a country or colony acquires independence, if a country becomes incorporated within another country by reason of a change of border, if a country merges with another country, or if a new NOC is recognised by the IOC, a competitor may continue to represent the country to which he belongs or belonged. However, he may, if he prefers, elect to represent his country or be entered in the Olympic Games by his new NOC if one exists. This particular choice may be made only once.

4. Furthermore, in all cases in which a competitor would be eligible to participate in the Olympic Games, either by representing another country than his or by having the choice as to the country which such competitor intends to represent, the IOC Executive Board may take all decisions of a general or individual nature with regard to issues resulting from nationality, citizenship, domicile or residence of any competitor, including the duration of any waiting period.

## 43 Age limit

There may be no age limit for competitors in the Olympic Games other than as prescribed in the competition rules of an IF as approved by the IOC Executive Board.

## 44 World Anti-Doping Code

The World Anti-Doping Code is mandatory for the whole Olympic Movement.

## 45 Invitations and Entries*

1. The invitations to take part in the Olympic Games shall be sent out by the IOC to all NOCs one year before the opening ceremony.

2. Only NOCs recognised by the IOC may enter competitors in the Olympic Games. Any entry is subject to acceptance by the IOC, which may at its discretion, at any time, refuse any entry, without indication of grounds. Nobody is entitled to any right of any kind to participate in the Olympic Games.

3. An NOC shall only enter competitors upon the recommendations for entries given by national federations. If the NOC approves thereof, it shall transmit such entries to the OCOG. The OCOG must acknowledge their receipt. NOCs must investigate the validity of the entries proposed by the national federations and ensure that no one has been excluded for racial, religious or political reasons or by reason of other forms of discrimination.

4. The NOCs shall send to the Olympic Games only those competitors adequately prepared for high level international competition. Through its IF, a national federation may ask that

the IOC Executive Board to review a decision by an NOC in a matter of entries. The IOC Executive Board's decision shall be final.

## Bye-law to Rule 45

1. The IOC Executive Board determines the numbers of all participants in the Olympic Games.

2. The procedures and the deadlines for the entries of competitors for sports competitions at the Olympic Games and their acceptances are established by the IOC Executive Board.

3. All entries must be printed on a special form approved by the IOC and sent in such number of copies as determined by the OCOG.

4. As a condition precedent to participation in the Olympic Games, every competitor shall comply with all provisions contained in the Olympic Charter and the rules of the IF governing his sport. Such competitor must be duly qualified by such IF. The NOC which enters the competitor ensures under its own responsibility that such competitor is fully aware of and complies with the Olympic Charter and the World Anti-Doping Code.

5. Should there be no national federation for a particular sport in a country which has a recognised NOC, the latter may enter competitors individually in such sport in the Olympic Games subject to the approval of the IOC Executive Board and the IF governing such sport.

6. Any participant in the Olympic Games in whatever capacity must sign the following declaration:

*"Understanding that, as a participant in the Olympic Games, I am participating in an exceptional event which has ongoing international and historical significance, and in consideration of the acceptance of my participation therein, I agree to be filmed, televised, photographed, identified and otherwise recorded during the Olympic Games under the conditions and for the purposes now or hereafter authorised by the*

*International Olympic Committee ("IOC") in relation to the promotion of the Olympic Games and Olympic Movement.*

*I also agree to comply with the Olympic Charter currently in force, in particular, with the provisions of the Olympic Charter regarding eligibility for the Olympic Games (including Rule 41 and its Bye-law), the mass media (Rule 49), and the allowable trademark identification on clothing and equipment worn or used at the Olympic Games (Bye-law to Rule 51).*

*I also agree that any dispute arising on the occasion of or in connection with my participation in the Olympic Games shall be submitted exclusively to the Court of Arbitration for Sport, in accordance with the Code of Sports-Related Arbitration (Rule 59).*

*I also agree to comply with the World Anti-Doping Code and with the IOC Code of Ethics.*

*All relevant and applicable provisions and rules have been brought to my attention by my National Olympic Committee and/or my National Sports Federation or International Sports Federation."*

7. The relevant NOC shall also sign the declaration referred to in paragraph 6 above to confirm and guarantee that all the relevant rules have been brought to the notice of the competitor and that the NOC has been authorised by the National Sports Federation concerned to sign the entry form on its behalf, with the approval of the relevant IF.

8. No entry shall be valid unless the above provisions have been observed.

9. The withdrawal of a duly entered delegation, team or individual shall, if effected without the consent of the IOC Executive Board, constitute an infringement of the Olympic Charter and shall be subject to an inquiry and may lead to measures or sanctions.

10. The number of entries for each sport is established by the IOC Executive Board following consultation with the relevant IFs two years before the Olympic Games concerned.

11. The number of entries in the individual events shall not exceed that provided for in the World Championships and shall, in no event, exceed three per country. The IOC Executive Board may grant exceptions for certain winter sports.

12. For team sports, the number of teams shall not exceed twelve teams for each gender and not be less than eight teams, unless the IOC Executive Board decides otherwise.

13. In order to obtain an equitable breakdown in the number of substitutes in certain sports, both individual and team, and taking into account the fact that in certain other sports a single entry per event and per country is allowed without any substitute, the IOC Executive Board, following consultation with the IFs concerned, may increase or reduce the number of substitutes.

14. In the absence of a decision to the contrary taken by the IOC Executive Board and written into the Host City Contract, the number of athletes competing in the Games of the Olympiad shall be limited to ten thousand five hundred (10,500) and the numbers of officials to five thousand (5,000).

## III. PROGRAMME OF THE OLYMPIC GAMES

## 46 Programme of the Olympic Games*

1. The Programme of the Olympic Games (herein also referred to as "the programme") is the programme of all competitions of the Olympic Games established for each edition of the Olympic Games by the IOC in accordance with the present Rule and its Bye-Law.

2. The components of the programme are sports, disciplines and events. The sports are those sports governed by the IFs referred to in BLR 46.1 and BLR 46.2. A discipline is a branch of a sport comprising one or several events. An event is a competition in a sport or in one of its disciplines, resulting in a ranking and giving rise to the award of medals and diplomas.

3. The choice of all sports for the programme, as well as the determination of the criteria and conditions for the inclusion of any sport in the programme, falls within the competence of the Session. Only sports that adopt and implement the World Anti-Doping Code can be included or remain in the programme.

4. The decision to include a discipline or event in the programme falls within the competence of the IOC Executive Board.

*Bye-law to Rule 46*

1. General provisions applicable to both the Games of the Olympiad and the Winter Olympic Games

   1.1 After each edition of any Olympic Games, the IOC reviews the programme. On the occasion of each review, the standards for the inclusion of sports, disciplines or events may be reviewed and the inclusion or exclusion of sports, disciplines or events determined by the competent IOC organs.

   1.2 Prior to any decision by the Session on the establishment of the programme of any edition of the Olympic Games, the IFs governing the sports which are proposed for inclusion in the programme must confirm to the IOC their participation in that edition of the Olympic Games.

   1.3 The inclusion of any sport in the programme of any edition of any Olympic Games shall be decided not later than at the Session electing the host city of that edition of the Olympic Games.

   1.4 The inclusion of disciplines or events into the programme of any edition of any Olympic Games shall be decided by the IOC Executive Board not later than three years before the opening of the Olympic Games.

   1.5 The deadlines set forth in BLR 46.1.3 and 1.4 may be waived, in order to allow changes in the programme with the approval of the relevant IF, of the OCOG and of the competent organ of the IOC.

   1.6 Prior to any decision on the inclusion of any sport in the programme, the Session may establish specific criteria or conditions for inclusion.

   1.7 The Session is entitled to exclude from the programme any sport, at any time, if the

relevant IF governing such sport does not comply with the Olympic Charter or with the World Anti-Doping Code. In addition, the measures and sanctions provided for in Rule 23 may apply.

1.8 An amendment to BLR 46.2.1.2 and 3.1.2 to the effect of reducing the number of IFs listed therein may be proposed to and decided by the Session for serious grounds only, in particular if the relevant IF does not comply with the Olympic Charter or with the World Anti-Doping Code.

1.9 Any IF concerned by any proposed decision submitted to the Session pursuant to BLR 46.1.1.7 or 1.1.8 has the right to be heard before any such decision is taken.

2. Provisions applicable to the Games of the Olympiad

   2.1 Inclusion of sports in the programme

      2.1.1 The sports included in the programme consist of a sports core (hereafter "the core") and additional sports.

      2.1.2 The core includes at least 25 sports chosen by the Session upon proposal by the IOC Executive Board among the sports governed by the following IFs:

      - International Association of Athletics Federations (IAAF);
      - International Rowing Federation (FISA);
      - International Badminton Federation (IBF);
      - International Baseball Federation (IBAF);
      - International Basketball Federation (FIBA);
      - International Boxing Association (AIBA);
      - International Canoe Federation (ICF);
      - International Cycling Union (UCI);
      - International Equestrian Federation (FEI);
      - International Fencing Federation (FIE);
      - International Association Football Federation (FIFA);
      - International Gymnastic Federation (FIG);

- International Weightlifting Federation (IWF);
- International Handball Federation (IHF);
- International Hockey Federation (FIH);
- International Judo Federation (IJF);
- International Federation of Associated Wrestling Styles (FILA);
- International Swimming Federation (FINA);
- International Union of the Modern Pentathlon (UIPM);
- International Softball Federation (ISF);
- World Taekwondo Federation (WTF);
- International Tennis Federation (ITF);
- International Table Tennis Federation (ITTF);
- International Shooting Sport Federation (ISSF);
- International Archery Federation (FITA);
- International Triathlon Union (ITU);
- International Sailing Federation (ISAF);
- International Volleyball Federation (FIVB).

2.1.3  Upon proposal by the IOC Executive Board, the Session may choose one or several additional sports among those sports listed in BLR 46.2.1.2 and which would not have been included into the core by decision of the Session, as well as among sports governed by IFs recognized by the IOC.

2.1.4  The total number of additional sports chosen by the Session for the programme shall be such that the total number of sports included in the programme, including the core, shall not exceed 28.

2.2  Applicable procedure

2.2.1  The IOC Executive Board proposes to the Session the inclusion in the programme of at least 25 sports which shall constitute the core. The Session shall vote en bloc on the inclusion of the core, its decision being taken by a

majority of the votes cast. In case such majority is not reached, there shall be additional rounds of votes by the Session as determined by the President. All sports included in the programme pursuant to such rounds of votes shall then constitute the core.

2.2.2 Once the core has been constituted in accordance with BLR 46.2.2.1, the IOC Executive Board may propose to the Session the inclusion in the programme of one or several additional sports as defined in BLR 46.2.1.3. The Session may vote on the inclusion of additional sports en bloc or through individual votes, its decision being taken by a majority of the votes cast.

3. Provisions applicable to the Olympic Winter Games

3.1 Inclusion of sports in the programme

3.1.1 The sports included in the programme consist of a sports core (hereafter "the core").

3.1.2 The core includes the sports governed by the following IFs:

- International Biathlon Union (IBU),
- International Bobsleigh and Tobogganing Federation (FIBT);
- World Curling Federation (WCF);
- International Ice Hockey Federation (IIHF);
- International Luge Federation (FIL);
- International Skating Union (ISU);
- International Ski Federation (FIS).

3.1.3 Applicable procedure

The Session votes en bloc on the admission of the core, its decision being taken by a majority of the votes cast. In case such majority is not reached, there shall be additional rounds of votes by the Session as determined by the President. All sports included in the programme pursuant to such rounds of votes shall then constitute the core.

3.1.4 Should additional sports be contemplated for inclusion in the programme, the procedure to be followed will be the same, mutatis mutandis, as the procedure applicable to the Games of the Olympiad.

## 47 Technical responsibilities of the IFs at the Olympic Games*

1. Each IF is responsible for the technical control and direction of its sport at the Olympic Games; all elements of the competitions, including the schedule, field of play, training sites and all equipment must comply with its rules. For all these technical arrangements, the OCOG must consult the relevant IFs. The holding of all events in each sport is placed under the direct responsibility of the IF concerned.

2. The OCOG must ensure that the various sports included in the programme of the Olympic Games are treated and integrated equitably.

3. As to the schedule and daily timetable of events, the final decision lies with the IOC Executive Board.

*Bye-law to Rule 47*

1. Technical arrangements at the Olympic Games:

   The IFs have the following rights and responsibilities regarding the technical arrangements at the Olympic Games:

   1.1 To establish the technical rules of their own sports, disciplines and events, including, but not limited to, results standards, technical specifications of equipment, installations and facilities, rules of technical movements, exercises or games, rules of technical disqualification and rules of judging and timing.

1.2 To establish the final results and ranking of Olympic competitions. Such results shall be made available to the IFs by the OCOG, at its expense, immediately after each event in electronic form, in accordance with guidelines established by the IOC. The IF concerned then has the right to display such competition results for its own sport on its official website.

1.3 Subject to the IOC's authority, to exercise technical jurisdiction over the competition and training venues of their respective sports during the competition and training sessions at the Olympic Games.

1.4 To select judges, referees and other technical officials from the host country and from abroad within the total number adopted by the IOC Executive Board upon proposal of the IF concerned. The expenses for accommodation, transport and uniforms of such judges, referees and other technical officials coming from countries other than the host country shall be paid by the OCOG. The technical officials must be present at the site at least three days prior to the first event in their sport and at least one day after the last event.

1.5 To appoint two technical delegates during the planning and setting up of the facilities for their sports in order to ensure that their rules are complied with and to review and validate all technical elements of the competitions including entries, venue standards, competition schedule, pre-Olympic events as well as the conditions regarding accommodation, food and transport provided for the technical officials and judges.

1.5.1 The two technical delegates from each IF must be present at the site at least five days prior to the start of the first event in their sport, in order to make all necessary arrangements regarding entries.

1.5.2 The reasonable expenses of such delegates during such period and until the Olympic Games are over (business class air fares if the journey exceeds 2,500 km or economy class if the journey does not exceed 2,500 km, board and lodging) are to be paid by the OCOG.

1.5.3 In exceptional cases when, for technical reasons, the presence of delegates or the organisation of extra visits is necessary, suitable arrangements are to

be made by the OCOG, after it has informed the IOC thereof. In case of disagreement, the IOC Executive Board shall decide.

1.6 To ensure that all competitors comply with the provisions of Rules 49 and 51.

1.7 To enforce, under the authority of the IOC and the NOCs, the IOC's rules in regard to the eligibility of the participants before the Olympic Games (preliminaries) and during the Olympic Games.

1.8 To prepare and revise their IF's technical requirements for the candidate cities together with the IOC.

2. Technical provisions requiring the agreement of the IFs and of the OCOG before being submitted to the IOC Executive Board for approval:

2.1 Daily timetable of the programme for a sport at the Olympic Games.

2.2 Itineraries of events taking place outside the Olympic venues (e.g. sailing, marathon, walking, road cycle race and equestrian three-day event).

2.3 Training facilities requirements before and during the Olympic Games.

2.4 Technical equipment at the venues which is neither defined nor listed in the technical rules of the IFs.

2.5 Technical installations for establishing results.

2.6 Uniforms of IF officials (such as judges and referees) necessary during the Olympic Games.

3. IF proposals requiring the approval of the IOC Executive Board:

3.1 Establishment of the programme of the Olympic Games in their respective sports, including or deleting events, in accordance with the rules, criteria and conditions determined by the IOC.

3.2 Establishment of the number of competitors per event and per country, and of the number of teams participating in the Olympic Games.

93

3.3 Establishment, three years before the Olympic Games, of the system for qualifying preliminaries.

3.4 Establishment of the system of grouping and selecting the athletes in qualifying heats (or teams in preliminary groups) for the Olympic Games.

3.5 Establishment of the number of substitutes in individual or team sports or events.

3.6 Establishment of the number of, and selection of, competitors for doping tests.

3.7 Delegation of more than two technical delegates to supervise the preparations for the Olympic Games or the organisation of additional visits, other than those provided for in the Olympic Charter.

3.8 Production by the IFs, in any medium, of any visual or audiovisual recordings of the Olympic competitions, any use of such recordings for commercial purposes being prohibited.

4. Further provisions regarding technical arrangements:

4.1 At the latest three years before the opening of the Olympic Games, the IFs must inform the OCOG, the IOC and the NOCs about the characteristics of the required technical installations and the sports equipment to be used to equip the venues during the Olympic Games. The respective IF(s) may require that, subject to the guidelines established by the IOC Executive Board, such sports equipment be furnished by a particular company or companies.

4.2 The necessary technical officials (referees, judges, timekeepers, inspectors) and a jury of appeal for each sport are appointed by the IF concerned, within the limit of the total number set by the IOC Executive Board upon the recommendation of the IF concerned. They perform their tasks in accordance with the directions of such IF and in coordination with the OCOG.

4.3 No official who has participated in a decision may be a member of the jury responsible for making a ruling on the resulting dispute.

4.4 The findings of the juries must be communicated to the IOC Executive Board as soon as possible.

4.5 Juries make a ruling on all technical questions concerning their respective sports, and their decisions, including any related sanctions, are without appeal, without prejudice to further measures and sanctions which may be decided by the IOC Executive Board or Session.

4.6 The OCOG must provide facilities separate from the Olympic Village for the accommodation of all technical officials appointed by the IFs. Technical officials and members of the juries may not be accommodated in the Olympic Village. They do not belong to the NOCs' delegations and answer only to their respective IFs.

5. Premises and facilities for the IFs:

5.1 At the Olympic Games, the OCOG shall provide, at its expense, the IFs governing the sports included in the programme of such Games with the premises and facilities necessary for processing matters of a technical nature.

5.2 Subject to the approval of the IOC Executive Board, the OCOG shall provide the above-mentioned IFs, at their request and at their expense, with the administrative and technical facilities, as well as accommodation, if available, enabling them to hold their meetings in the host city.

6. Qualifying Events Organised by the IFs:

6.1 For certain sports, the IFs may oganise qualifying events or otherwise establish a limited participation in order to select the competitors, particularly teams in team sports, who will take part in the Olympic Games.

6.2 The systems of restrictions and of qualifying events are subject to the provisions of the Olympic Charter to the extent decided upon by the IOC Executive Board. The formula for qualification must be submitted to the IOC Executive Board for approval. The NOCs will be informed by the IOC of all matters relating to qualifying events organised by the IFs.

6.3   Rules 49, 56 and 57 are not applicable to the qualifying events.

7.   Pre-Olympic Events Organised by the OCOG:

7.1   In accordance with a formula submitted to the IOC Executive Board for approval, the OCOG, after consultation with the IFs, may organise pre-Olympic events for the purpose of testing the facilities to be used during the Olympic Games, in particular the technical aspects of venues and technology.

7.2   The pre-Olympic events must take place under the technical supervision of the relevant IFs.

7.3   The pre-Olympic events are subject to the provisions of the Olympic Charter to the extent determined by the IOC Executive Board.

# 48  Youth Camp

With the authorisation of the IOC Executive Board, the OCOG may, under its own responsibility, organise an international youth camp on the occasion of the Olympic Games.

# 49  Media Coverage of the Olympic Games*

1.   The IOC takes all necessary steps in order to ensure the fullest coverage by the different media and the widest possible audience in the world for the Olympic Games.

2.   All decisions concerning the coverage of the Olympic Games by the media rest within the competence of the IOC.

*Bye-law to Rule 49*

1. It is an objective of the Olympic Movement that, through its contents, the media coverage of the Olympic Games should spread and promote the principles and values of Olympism.

2. The IOC Executive Board establishes all technical regulations and requirements regarding media coverage of the Olympic Games in an IOC Media Guide, which forms an integral part of the Host City Contract. The contents of the IOC Media Guide, and all other instructions of the IOC Executive Board, are binding for any and all persons involved in media coverage of the Olympic Games.

3. Only those persons accredited as media may act as journalists, reporters or in any other media capacity. Under no circumstances, throughout the duration of the Olympic Games, may any athlete, coach, official, press attaché or any other accredited participant act as a journalist or in any other media capacity.

## 50 Publications relating to the Olympic Games*

All publications relating to the Olympic Games and required by the IOC shall be produced and distributed, at the expense of the OCOG, in such format as may be requested by the IOC.

*Bye-law to Rule 50*

1. The OCOG is responsible for the preparation, production, edition and distribution, including to the IOC, to the IFs and to all NOCs, of the following publications and documents:

   1.1 For each sport, an explanatory brochure containing the general programme and technical arrangements;

   1.2 A medical brochure in accordance with the IOC's instructions; and

1.3 A complete report on the celebration and holding of the Olympic Games, as directed by the IOC.

2. For all documents and publications relating to the Olympic Games, the OCOG shall comply with the instructions of the IOC Executive Board. As a general rule, the content of all documents and publications shall be submitted to the IOC for prior approval.

# 51 Advertising, Demonstrations, Propaganda*

1. The IOC Executive Board determines the principles and conditions under which any form of advertising or other publicity may be authorised.

2. No form of advertising or other publicity shall be allowed in and above the stadia, venues and other competition areas which are considered as part of the Olympic sites. Commercial installations and advertising signs shall not be allowed in the stadia, venues or other sports grounds.

3. No kind of demonstration or political, religious or racial propaganda is permitted in any Olympic sites, venues or other areas.

*Bye-law to Rule 51*

1. No form of publicity or propaganda, commercial or otherwise, may appear on persons, on sportswear, accessories or, more generally, on any article of clothing or equipment whatsoever worn or used by the athletes or other participants in the Olympic Games, except for the identification -- as defined in paragraph 8 below -- of the manufacturer of the article or equipment concerned, provided that such identification shall not be marked conspicuously for advertising purposes.

1.1 The identification of the manufacturer shall not appear more than once per item of clothing and equipment.

1.2 Equipment: any manufacturer's identification that is greater than 10% of the surface area of the equipment that is exposed during competition shall be deemed to be marked conspicuously. However, there shall be no manufacturer's identification greater than 60 cm².

1.3 Headgear (e.g. hats, helmets, sunglasses, goggles) and gloves: any manufacturer's identification over 6 cm² shall be deemed to be marked conspicuously.

1.4 Clothing (e.g. T-shirts, shorts, sweat tops and sweat pants): any manufacturer's identification which is greater than 20 cm² shall be deemed to be marked conspicuously.

1.5 Shoes: it is acceptable that there appear the normal distinctive design pattern of the manufacturer. The manufacturer's name and/or logo may also appear, up to a maximum of 6 cm², either as part of the normal distinctive design pattern or independent of the normal distinctive design pattern.

1.6 In case of special rules adopted by an International Sports Federation, exceptions to the rules mentioned above may be approved by the IOC Executive Board.

Any violation of the provisions of the present clause may result in disqualification or withdrawal of the accreditation of the person concerned. The decisions of the IOC Executive Board regarding this matter shall be final.

The numbers worn by competitors may not display publicity of any kind and must bear the Olympic emblem of the OCOG.

2. To be valid, all contracts of the OCOG containing any element whatsoever of advertising, including the right or licence to use the emblem or the mascot of the Olympic Games, must be in conformity with the Olympic Charter and must comply with the instructions given by the IOC Executive Board. The same shall apply to contracts relating to the timing equipment, the scoreboards, and to the injection of any identification signal in television programmes. Breaches of these regulations come under the authority of the IOC Executive Board.

3. Any mascot created for the Olympic Games shall be considered to be an Olympic emblem, the design of which must be submitted by the OCOG to the IOC Executive Board for its approval. Such mascot may not be used for commercial purposes in the country of an NOC without the latter's prior written approval.

4. The OCOG shall ensure the protection of the property of the emblem and the mascot of the Olympic Games for the benefit of the IOC, both nationally and internationally. However, the OCOG alone and, after the OCOG has been wound up, the NOC of the host country, may exploit such emblem and mascot, as well as other marks, designs, badges, posters, objects and documents connected with the Olympic Games during their preparation, during their holding and during a period terminating not later than the end of the calendar year during which such Olympic Games are held. Upon the expiry of this period, all rights in or relating to such emblem, mascot and other marks, designs, badges, posters, objects and documents shall thereafter belong entirely to the IOC. The OCOG and/or the NOC, as the case may be and to the extent necessary, shall act as trustees (in a fiduciary capacity) for the sole benefit of the IOC in this respect.

5. The provisions of this bye-law also apply, mutatis mutandis, to all contracts signed by the organising committee of a Session or an Olympic Congress.

6. The uniforms of the competitors and of all persons holding an official position may include the flag or Olympic emblem of their NOC or, with the consent of the OCOG, the OCOG Olympic emblem. The IF officials may wear the uniform and the emblem of their federations.

7. The identification on all technical gear, installations and other apparatus, which are neither worn nor used by athletes or other participants at the Olympic Games, including timing equipment and scoreboards, may on no account be larger than 1/10th of the height of the equipment, installation or apparatus in question, and shall not be greater than 10 centimetres high.

8. The word "identification" means the normal display of the name, designation, trademark, logo or any other distinctive sign of the manufacturer of the item, appearing not more than once per item.

9. The OCOG, all participants and all other persons accredited at the Olympic Games and all other persons or parties concerned shall comply with the manuals, guides, or guidelines, and all other instructions of the IOC Executive Board, in respect of all matters subject to Rule 51 and this Bye-law.

## IV. PROTOCOL

## 52 Protocol

1. Throughout the period of the Olympic Games, the IOC Executive Board alone has the authority to determine the protocol applicable at all sites and venues placed under the responsibility of the OCOG.

2. At all Olympic functions and events during the Olympic Games, the members, Honorary President, honorary members and honour members of the IOC in their order of seniority, the President, Honorary President and Vice-Presidents leading, take precedence followed by the members of the OCOG, the Presidents of the IFs and the Presidents of the NOCs.

3. The OCOG, the IFs, the NOCs and all other persons accredited at the Olympic Games, in any capacity whatsoever, shall comply with the IOC Protocol Guide, and all other instructions of the IOC Executive Board, in respect of all matters subject to this Rule.

## 53 Olympic Identity and Accreditation Card – Rights attached thereto

1. The Olympic identity and accreditation card is a document which establishes the identity of its holder and confers upon the latter the right to take part in the Olympic Games. Together with a passport or other official travel documents of the holder, the Olympic

101

identity and accreditation card authorises entry into the country of the host city. It allows the holder to stay and perform his Olympic function for the duration of the Olympic Games, including a period not exceeding one month before and one month after the Olympic Games.

2. The Olympic identity and accreditation card is delivered, under the authority of the IOC, to persons eligible for accreditation. It gives access, to the degree necessary and as indicated thereon, to the sites, venues and events placed under the responsibility of the OCOG. The IOC Executive Board determines the persons entitled to such cards and the conditions applicable to their delivery. The OCOGs, IFs, NOCs and all other persons or parties concerned shall comply with the manuals, guides or guidelines, and all other instructions of the IOC Executive Board, in respect of all matters subject to this Rule.

## 54 Use of the Olympic Flag

1. An Olympic flag of larger dimensions than any other flag must fly for the entire duration of the Olympic Games from a flagpole placed in a prominent position in the main stadium and in all other venues placed under the responsibility of the OCOG. Such flags are hoisted during the Opening Ceremony and lowered during the Closing Ceremony of the Olympic Games.

2. Large numbers of Olympic flags shall be flown in the Olympic Village, in all competition and training venues, in the host city and in all sites, venues and places placed under the responsibility of the OCOG.

## 55 Use of the Olympic Flame

1. The OCOG is responsible for bringing the Olympic flame to the Olympic stadium. All arrangements for any torch relay and any use of the Olympic flame shall be carried out in strict compliance with the IOC Protocol Guide.

2. After the closing ceremony of the Olympic Games, any Olympic torch, cauldron or other device intended for any form of combustion of the Olympic flame may not be used, in any host city or elsewhere, without the approval of the IOC.

## 56 Opening and Closing Ceremonies

1. The Opening and Closing Ceremonies shall be held in strict compliance with the IOC Protocol Guide.

2. The contents and details of all scenarios, schedules and programmes of all ceremonies must be submitted to the IOC for its prior approval.

3. The Olympic Games shall be proclaimed open by the Head of State of the host country by pronouncing either of the following sentences as the case may be:

   – if at the opening of the Games of the Olympiad:

      *"I declare open the Games of* ... (name of the host city) *celebrating the* ... (number of the Olympiad) ... *Olympiad of the modern era."*

   – If at the opening of the Olympic Winter Games:

      *"I declare open the* ... (number of the Olympic Winter Games) *Olympic Winter Games of* ... (name of the host city).*"*

During the entire period of the Olympic Games, including all ceremonies, no speeches of any kind may be held by any representative of any government or other public authority, nor by any other politician, in any venue placed under the responsibility of the OCOG. During the Opening and Closing Ceremonies, only the IOC President and the President of the OCOG are entitled to deliver short addresses.

## 57 Victory, Medals and Diplomas Ceremonies

Victory, medals and diplomas ceremonies shall be held in strict compliance with the IOC Protocol Guide. The format of the medals and diplomas shall be submitted to the IOC for its prior approval.

## 58 Roll of Honour

The IOC and the OCOG shall not draw up any global ranking per country. A roll of honour bearing the names of medal winners and those awarded diplomas in each event shall be established by the OCOG and the names of the medal winners shall be featured prominently and be on permanent display in the main stadium.

## V. ARBITRATION

## 59 Disputes – Arbitration

Any dispute arising on the occasion of, or in connection with, the Olympic Games shall be submitted exclusively to the Court of Arbitration for Sport, in accordance with the Code of Sports-Related Arbitration.