BEFORE THE AMERICAN ARBITRATION ASSOCIATION
North American Court of Arbitration for Sport Panel

| | |
|---|---|
| Justin Gatlin )<br>)<br>Claimant, )<br>)<br>v. )<br>)<br>United States Anti-Doping Agency )<br>)<br>Respondent. ) | AAA No. 30 190 00170 07 |

## SECOND STIPULATION of UNCONTESTED FACTS and ISSUES BETWEEN THE UNITED STATES ANTI-DOPING AGENCY AND JUSTIN GATLIN

The United States Anti-Doping Agency ("USADA") and Justin Gatlin hereby stipulate and agree for all purposes to the following:

1. Justin Gatlin, an elite track athlete, has provided a number of urine samples from 2001 through 2006 that were drug tested by the UCLA Olympic Analytical Laboratory, a WADA accredited laboratory as depicted on Attachment 1.

2. That screen results of the tests from Mr. Gatlin's samples on Attachment 1 show a low urinary T/E ratio.

3. That some individuals naturally have low T/E ratios based on urine screen results.

4. That when testosterone is administered to individuals who have naturally low urinary T/E ratios, their urinary T/E ratios may increase a few percentage points but not significantly. In such instances, however, a urine sample from such individual could produce a positive CIR test indicating use of synthetic testosterone or its precursors.

GATLIN v. UNITED STATES ANTI-DOPING AGENCY INC                    Doc. 28 Att. 1

5. That Michelle Collins informed USADA in May 2004 that her former coach, Trevor Graham, told her to appear at track events with no drug testing and to use fast acting drugs to avoid detection.

6. That Ms. Collins last trained with Mr. Graham in 2001, which was before Justin Gatlin began training with Mr. Graham.

7. Justin Gatlin has no basis to determine whether her statement is accurate. Mr. Gatlin does not dispute that the statement was made nor does he dispute that USADA acted upon that statement in determining which track meets it would conduct testing.

8. That USADA considered this information provided by Michelle Collins and decided to test at the 2006 Kansas Relays, an event at which it had not previously tested.

9. That in late 2005, USADA notified USA Track & Field and thereafter the organizing authority for the Kansas Relays that it would be conducting drug testing at the 2006 Kansas Relays.

10. That Justin Gatlin was selected for testing at the Kansas Relays after his relay team won first place and he was the anchor leg of that relay. This selection was in accordance with USADA's routine selection criteria for track and field relay events.

11. That nothing in this Second Stipulation modifies or in any way changes the previously entered *Stipulation of Uncontested Facts and Issues Between the United States Anti-Doping Agency and Justin Gatlin* included at Gatlin Exhibit 1.

Stipulated and Agreed to:

By: John P. Collins                    By:  United States Anti-Doping Agency

_____                 _____
Attorney for Justin Gatlin                  Travis T. Tygart
                                            USADA General Counsel

STEROID PROFILE FROM USADA AND IAAF TESTS
Justin Gatlin

| Bottle# | Collection | SG | pH | TE | [Test] | [Epi] | [Andr] | [Etio] | Andro/Etio | AndroT | Lab |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 456500 | 6/16/2001 | 1.023 | 5.5 | 0.14 | 4.6 | 39.7 | 1843 | 2595 | 0.7 | 400.7 | UCLA |
| 456473 | 6/17/2001 | 1.026 | 5.0 | 0.15 | 5.4 | 41.2 | 1625 | 1582 | 1.0 | 300.8 | UCLA |
| 458990 | 1/9/2002 | 1.030 | 6.5 | 0.17 | 7.2 | 45.6 | 1578 | 1418 | 1.1 | 219.2 | UCLA |
| 454859 | 5/21/2002 | 1.021 | 5.5 | 0.16 | 5.7 | 40.0 | 2759 | 2071 | 1.3 | 484.1 | UCLA |
| 458989 | 6/5/2002 | 1.026 | 6.5 | 0.12 | 3.8 | 35.6 | 1856 | 1643 | 1.1 | 488.4 | UCLA |
| 469210 | 3/1/2003 | 1.028 | 5.5 | 0.16 | 3.5 | 26.2 | 1541 | 828 | 1.9 | 440.2 | UCLA |
| 473047 | 4/26/2003 | 1.027 | 5.1 | 0.18 | 4.4 | 24.7 | 2553 | 2133 | 1.2 | 580.2 | UCLA |
| 473327 | 12/9/2003 | 1.032 | 5.5 | 0.12 | 9.3 | 71.2 | 3199 | 4938 | 0.6 | 343.9 | UCLA |
| 476912 | 2/18/2004 | 1.025 | 7.0 | 0.11 | 2.8 | 27.8 | 2247 | 2469 | 0.9 | 802.3 | UCLA |
| 378232 | 3/12/2004 | 1.022 |  | 0.15 | 5.3 | 29.0 | 719 | 960 | 0.7 | 135.7 | Montreal |
| 480975 | 4/2/2004 | 1.029 | 5.5 | 0.14 | 5.2 | 43.6 | 1754 | 1639 | 1.1 | 337.3 | UCLA |
| 378223 | 4/22/2004 | 1.024 |  | 0.11 | 5.6 | 43.0 | 2187 | 2309 | 0.9 | 387.8 | Montreal |
| 481474 | 4/24/2004 | 1.014 | 5.5 | 0.19 | 2.4 | 13.4 | 1526 | 1411 | 1.1 | 635.7 | UCLA |
| 484343 | 7/11/2004 | 1.021 | 6.0 | 0.16 | 1.9 | 15.5 | 1200 | 1720 | 0.7 | 631.6 | UCLA |
| 484118 | 7/16/2004 | 1.017 | 5.5 | 0.17 | 3.0 | 28.8 | 1272 | 1126 | 1.1 | 424.1 | UCLA |
| 484187 | 7/16/2004 | 1.023 | 6.0 | 0.16 | 3.8 | 28.9 | 1625 | 1479 | 1.1 | 427.7 | UCLA |
| 461909 | 9/11/2004 | 1.028 | 6.0 | 0.13 | 11.6 | 123.3 | 4195 | 6208 | 0.7 | 361.7 | UCLA |
| 383643 | 1/18/2005 | 1.027 |  | 0.1 | 7.50 | 47.0 | 1934 | 2097 | 0.9 | 254.5 | Montreal |
| 476909 | 1/21/2005 | 1.023 | 6.0 | 0.12 | 5.8 | 42.3 | 1521 | 3619 | 0.4 | 279.5 | UCLA |
| 388479 | 4/28/2005 | 1.027 |  | 0.08 | 6.4 | 47.0 | 1873 | 1523 | 1.2 | 202.7 | Montreal |
| 388472 | 5/26/2005 | 1.028 |  | 0.06 | 4.8 | 39.0 | 1069 | 873 | 1.2 | 222.7 | Montreal |
| 486333 | 6/18/2005 | 1.022 | 5.5 | 0.13 | 3.8 | 34.6 | 1492 | 1341 | 1.1 | 302.6 | UCLA |
| 491725 | 6/25/2005 | 1.013 | 5.5 | 0.22 | 1.6 | 7.7 | 1054 | 770 | 1.4 | 656.5 | UCLA |
| 491689 | 6/26/2005 | 1.030 | 5.5 | 0.14 | 4.1 | 31.8 | 2503 | 1614 | 1.6 | 610.4 | UCLA |
| 914921 | 7/8/2005 | 1.024 |  | n.d. | n.d. | 16.0 | 568 | 177 | 3.2 |  | Rome |
| 692476 | 8/7/2005 | 1.027 |  | 0.20 | 1.6 | 9.8 | 1490 | 1844 | 0.8 | 931.3 | Helsinki |
| 692633 | 8/11/2005 | 1.029 |  | 0.10 | 1.4 | 9.3 | 1373 | 2237 | 0.6 | 980.7 | Helsinki |
| 394990 | 2/8/2006 | 1.030 |  | 0.20 | 9.2 | 61.0 | 2248 | 2346 | 1.0 | 244.3 | Montreal |
| 496040 | 4/22/2006 | 1.017 | 5.5 | 0.19 | 5.3 | 28.3 | 2284 | 1986 | 1.2 | 431.0 | UCLA |
| 394995 | 4/29/2006 | 1.028 |  | 0.30 | 11.6 | 54.0 | 2674 | 1921 | 1.4 | 230.5 | Montreal |
| 495757 | 5/18/2006 | 1.031 | 6.5 | 0.15 | 4.7 | 36.7 | 2396 | 1511 | 1.6 | 509.8 | UCLA |
| 499864 | 5/28/2006 | 1.015 | 5.5 | 0.15 | 10.0 | 67.0 | 2811 | 2806 | 1.0 | 281.1 | UCLA |
| 495480 | 6/5/2006 | 1.015 | 5.5 | 0.39 | 1.7 | 11.9 | 733 | 1104 | 0.7 | 431.3 | UCLA |
| 499148 | 6/23/2006 | 1.028 | 5.5 | 0.17 | 3.1 | 9.1 | 830 | 1070 | 0.8 | 267.9 | UCLA |
| 195007 | 11/9/2006 | 1.031 | 5.5 | 0.13 | 5.2 | 33.4 | 2517 | 2629 | 1.0 | 484.0 | UCLA |
| 492155 |  |  |  |  | 10.1 | 77.2 | 1601 | 2770 | 0.6 | 158.6 | UCLA |

ATTACHMENT 1