BEFORE THE AMERICAN ARBITRATION ASSOCIATION
North American Court of Arbitration for Sport Panel

| | |
|---|---|
| Justin Gatlin )<br>)<br>Claimant, )<br>)<br>v. )<br>)<br>United States Anti-Doping Agency )<br>)<br>Respondent. ) | AAA No. 30 190 00170 07 |

## JUSTIN GATLIN'S PROPOSED WITNESS LIST

Justin Gatlin, by and through his attorneys, Collins & Collins, hereby discloses the names and subject matter of the witnesses he intends to call at the hearing in this matter. Mr. Gatlin expressly reserves the right to amend this list prior to the hearing. If Mr. Gatlin decides to call additional witnesses he will promptly notify USADA and the panel.

<u>Proposed Witnesses</u>

1. Justin Gatlin – It is anticipated that Mr. Gatlin will testify that he never knowingly ingested any prohibited substance, he exercised utmost caution to avoid ingesting any prohibited substances, the facts and circumstances surrounding the Kansas Relays and the urine sample he provided on April 22, 2006, his cooperation with the IRS, his actions since learning of his positive test, financial hardships and other relevant information.

2. Renaldo Nehemiah – Mr. Nehemiah is Justin Gatlin's agent. It is anticipated that he will testify about Justin Gatlin's utmost caution to avoid ingesting any prohibited substances, events surrounding the April 22, 2006 Kansas Relays, the investigation as to how the adverse analytical test may have occurred, the financial hardship to Justin Gatlin, and other relevant information.

3. Randall Evans – It is anticipated that he will testify about Justin Gatlin's utmost caution to avoid ingesting any prohibited substances, events surrounding the April 22, 2006 Kansas Relays, general in track & field information, and other relevant information.

4. Jeanette Gatlin – Jeanette Gatlin is Justin Gatlin's mother. It is anticipated that she will testify about how Trevor Graham became Justin Gatlin's coach, Justin Gatlin's utmost caution to avoid ingesting any prohibited substances, events surrounding the April 22, 2006 Kansas Relays, the investigation as to how the adverse analytical test

GATLIN v. UNITED STATES ANTI-DOPING AGENCY INC    Doc. 28 Att. 3

may have occurred, the financial hardship to Justin Gatlin, and other relevant information.

5. Dr. David Black – It is anticipated that Dr. Black will testify about interpreting test results of Justin Gatlin's April 22, 2006 urine sample and other relevant information.

6. Terri Blankenship – Ms. Blankenship is a physical therapist, who worked with Justin Gatlin. It is anticipated that she will testify about Justin Gatlin's utmost caution to avoid ingesting any prohibited substances and other relevant information.

7. Jeff Novitsky – Mr. Novitsky is a Special Agent of the United States Internal Revenue Service. It is anticipated that Special Agent Novitsky will testify about Justin Gatlin's cooperation with the IRS criminal investigation into doping in track & field and other relevant information.

Respectfully submitted,
COLLINS & COLLINS

John P. Collins

Attorneys for Claimant Justin Gatlin

John P. Collins
COLLINS & COLLINS
8 S. Michigan Ave., Ste. 1414
Chicago, IL 60603
312-201-8700