INTERNATIONAL ASSOCIATION OF ATHLETICS FEDERATIONS

# CONSTITUTION

IN FORCE AS FROM 1ST NOVEMBER 2007

GATLIN v. UNITED STATES ANTI-DOPING AGENCY INC          Doc. 29 Att. 8

17, rue Princesse Florestine · BP 359
MC 98007 MONACO Cedex
Tel. : +377 93 10 88 88 · Fax +377 93 15 95 15
http ://www.iaaf.org

Dockets.Justia.com

# TABLE OF CONTENTS

FOREWORD                                                                    5

## THE IAAF CONSTITUTION

Article 1   The International Association of Athletics Federations    7
Article 2   Definitions                                              7
Article 3   Objects                                                 10
Article 4   Membership                                              12
Article 5   Congress                                                17
Article 6   Council                                                 23
Article 7   The President                                           28
Article 8   The Advisory Board                                      29
Article 9   Area Associations                                       30
Article 10  Committees                                              32
Article 11  Official Languages                                      33
Article 12  Amendments to the Constitution                          34
Article 13  Amendments to the Rules                                 35
Article 14  Suspensions and other Sanctions                         36
Article 15  Disputes                                                40
Article 16  Governing Law                                           41
Article 17  IAAF Office                                             41
Article 18  Dissolution                                             42

## ABOUT THE IAAF

Council 2007-2011                                                    46
Committees 2007-2011                                                 48
Area Associations                                                   51
Member Federations                                                  52
Honorary Members                                                    60
Recipients of the Veteran Pin                                       61
Recipients of the Plaque of Merit                                   72
History                                                             73

# FOREWORD

I am very pleased to introduce the latest edition of the IAAF Constitution which consists in a coherent, well-structured and easy-to-understand text, containing all the amendments made at the 46th IAAF Congress in Osaka.

Our Constitution defines and regulates our organisation; it must therefore constantly evolve with the changing times. This is why I am pleased that the new edition of the Constitution reflects our long-standing commitment to encourage the greater presence of women in positions of authority in our sport. This commitment and the amendments illustrate our willingness to make the IAAF more effective and more able to cope with the growing demands and responsibilities of Athletics in the 21st Century.

It remains for me to thank all those who have been involved in the drafting of this new edition of our Constitution, including members of the World Athletics Family, IAAF Council, the Juridical Commission and IAAF Staff.

Lamine Diack
*IAAF President*

# ARTICLE 1

## The International Association of Athletics Federations

1. The International Association of Athletics Federations (IAAF) is the world governing body for the sport of Athletics.

2. The IAAF is established for an indefinite period with legal status as an association under the laws of Monaco (Act No. 1072 of 27 June 1984).

# ARTICLE 2

## Definitions

*Area*
The geographical area comprising all of the Countries and Territories affiliated to one of the six Area Associations.

*Area Association*
An area association of the IAAF responsible for fostering Athletics in one of the six areas into which the Members are divided in the Constitution.

*Athletics*
Track and Field, Road Running, Race Walking, Cross Country Running and Mountain Running.

*Club*
A club or society of athletes affiliated to a Member of the IAAF in accordance with the rules of the Member.

*Commission*
A Commission of the IAAF that has been appointed by the Council under the terms of this Constitution.

*Committee*
A Committee of the IAAF that has been elected under the terms of this Constitution.

7                                    ARTICLE 1 to 2

*Congress*
The IAAF Congress.

*Constitution*
The IAAF Constitution.

*Council*
The IAAF Council.

*Council Member*
A member of the Council who has been elected under the terms of this Constitution.

*Country*
A self-governing geographical area of the world recognised as an independent state by international law and international governmental bodies.

*IAAF*
The International Association of Athletics Federations.

*IAAF World Athletics Series*
The major events in the IAAF's four-yearly official competition programme.

*IOC*
International Olympic Committee.

*Majority*
An Absolute Majority is more than half the valid votes cast.

A Simple Majority is the highest number of valid votes cast for a candidate, subject or motion in a specific vote.

A Special Majority is two-thirds of the valid votes cast at a Congress or Special Congress, such two-thirds to represent at least one half of the total voting power of all Members of the IAAF.

*Member*
A national governing body for Athletics affiliated to the IAAF.

*Membership*
Membership of the IAAF.

*National Federation*
The Member of the IAAF to which an athlete or other person under this Constitution is affiliated.

*Regulations*
The Regulations of the IAAF as may be passed by the Council from time to time.

*Rules*
The rules of competition of the IAAF as set out in the IAAF Competition Rules handbook.

*Rules of Congress Procedure*
The Rules of Congress Procedure of the IAAF as may be amended by the Council from time to time.

*Territory*
A geographical territory or region which is not a Country, but which has certain aspects of self-government, at least to the extent of being autonomous in the control of its sport and which is thus recognised as such by the IAAF.

*Valid Vote*
A valid vote is one that conforms to all stated requirements. The following shall not be counted as valid votes:
(a) abstentions;
(b) blank votes;
(c) votes for more or fewer candidates than the number required;
(d) votes declared void by the scrutineers whose decision shall be final e.g., unintelligible votes.

*Note 1: All references to the masculine gender shall also include references to the feminine and all references to the singular shall also include references to the plural.*

*Note 2: Amendments to the Constitution, as approved by the 2007 Congress, are marked by double lines in the margin.*

## ARTICLE 3

### Objects

The Objects of the IAAF are:

1. To act as the world governing body for the sport of Athletics.

2. To promote the sport of Athletics and its ethical values as an educational subject and life affirming and life enhancing activity.

3. To encourage participation in Athletics at all levels throughout the world regardless of age, gender or race.

4. To strive to ensure that no gender, race, religious, political or other kind of unfair discrimination exists, continues to exist, or is allowed to develop in Athletics in any form, and that all may participate in Athletics regardless of their gender, race, religious or political views or any other irrelevant factor.

5. To compile and enforce rules and regulations governing Athletics and to ensure in all competitions, whether sanctioned by the IAAF, an Area Association or a Member, that such rules and regulations shall be applied in accordance with their terms.

6. To supervise and enforce the obligations of Members.

7. To create and enforce a mechanism whereby all disputes within Athletics are resolved by arbitration.

8. To promote fair play in sport, in particular, to play a leading role in the fight against doping both within Athletics and externally in the wider sporting community and to develop and maintain programmes of detection, deterrence and education which are aimed at the eradication of the scourge of doping within sport.

9. To foster and support the worldwide development of Athletics and the dissemination of technical, medical, logistical, statistical, financial or other information which achieves this aim to its Members and Area Associations.

10. To affiliate to the IOC and play a leading role in the achievement of the aims of the Olympic Movement. In particular, to assume full responsibility for the organisation, supervision and officiation of the Athletics programme at the Olympic Games.

11. To foster and develop links with other International Federations, National Governments and Non-Governmental Organisations in order to promote the interests of sport in general, and Athletics in particular, at all levels throughout the world.

12. To recognise World, Olympic and other records in Athletics as Congress considers should be recognised.

13. To organise and promote World Championships and any other athletics championship, competition or event the Congress considers would be desirable.

14. To promote all rights of the IAAF towards the achievement of these Objects.

# ARTICLE 4

## Membership

1. The IAAF shall comprise national governing bodies for Athletics which have been democratically elected in accordance with their constitutions and which agree to abide by the Constitution and by the Rules and Regulations. A national governing body (including its executive body) which has not been so elected, even on an interim basis, shall not be recognised by the IAAF.

### Eligibility for Membership

2. The national governing body for Athletics in any Country or Territory shall be eligible for Membership. Only one Member from each Country or Territory may be affiliated to the IAAF, and such Member shall be recognised by the IAAF as the only national governing body for Athletics in such Country or Territory. The jurisdiction of Members shall be limited to the political boundaries of the Country or Territory that they represent.

   *Note: There are current Members that are Territories and they shall continue to be Members. Since 1 January 2006, no new Territories shall be admitted to the Membership.*

### Application for Membership

3. Application for Membership to the IAAF by a national governing body for Athletics shall be submitted in writing to the General Secretary who shall place the matter on the agenda for the next Council meeting. The application for Membership must include the following information:

   (a) the national governing body's official address and contact details;
   (b) a copy of its current constitution and by-laws;
   (c) a list of its principal officers;
   (d) its active membership (i.e. clubs, athletes, coaches, officials);
   (e) a financial declaration as to its solvency; and
   (f) a formal undertaking to observe and abide by the Constitution, Rules and Regulations.

4. The Council shall have the power to elect a national governing body to Membership on a provisional basis. Membership provisionally granted by the Council must be confirmed at the next Congress, which confirmation must obtain a Special Majority.

5. On granting a national governing body Membership, Congress shall decide the name under which the Member is to be listed in the List of Members and under which the Member may compete.

6. There shall be an annual fee for each Member affiliated to the IAAF and this shall be paid in advance, by the 1st of January each year.

### Rights and Obligations of Members

7. Subject to Article 5.10, all Members shall have equal rights at Congress.

8. Members shall have the following obligations of Membership:

   (a) to respect and further the Objects set out in Article 3;
   (b) to comply with all applicable Rules and Regulations;
   (c) to accept and comply with decisions of the Council and Congress;
   (d) to insert into their constitutions and regulations such provisions as may be required by the Constitution, Rules and Regulations;
   (e) to participate in international athletics competitions (including World Athletics Series competitions and/or Area competitions under Rule1.1(f));
   (f) to keep on file at the IAAF a copy of its current constitution and regulations in English or French;
   (g) to make the annual report set out in Article 4.9.

9. All Members shall be required to submit to the IAAF, within the first three months of each year, an annual report which shall include the following information:

   (a) the Member's address, telephone, fax, e-mail, etc.;
   (b) a list of principal officers;
   (c) active membership of the National Federation (i.e., clubs, athletes, coaches, officials, etc.);

(d) major championships and competitions held during the year (senior, junior, men, women, etc.);

(e) national records at the close of the preceding year;

(f) a report on all in and out-of-competition testing conducted in the Country or Territory of the Member in the preceding year other than that carried out by the IAAF.

Members shall be required to submit a copy of the annual report to their respective Area Association at the same time as submitting a copy to the IAAF. Appropriate sanctions shall be imposed on Members which fail to meet the deadline for submitting the annual report to the IAAF and fail to supply the report within a reasonable period of time of receiving a written reminder to do so.

10. Neither this Constitution nor a Member's Membership shall constitute the IAAF or a Member being an agent of the other or create a partnership, joint venture or similar relationship between the parties, nor shall this Constitution constitute the authorization of either party to act for or on behalf of the other.

### Grouping of Members

11. There shall be one official List of Members composed of the Countries and Territories set out in Article 4.12.

12. For the purpose of electing the Council in accordance with Article 6.2, or any Area Association council or committee, Members shall be divided into the following areas:

### AFRICA (53)

| | | |
|---|---|---|
| Algeria | Central African | Egypt |
| Angola | Republic | Eritrea |
| Benin | Chad | Ethiopia |
| Botswana | Comoros | Equatorial Guinea |
| Burkina Faso | Congo | Gabon |
| Burundi | Congo (Democratic | Gambia |
| Cape Verde | Republic of) | Ghana |
| Cameroon | Djibouti | Guinea |

Guinea-Bissau
Ivory Coast
Kenya
Lesotho
Liberia
Libya
Madagascar
Malawi
Mali
Mauritania
Mauritius

Morocco
Mozambique
Namibia
Niger
Nigeria
Rwanda
Sao Tome
Senegal
Seychelles
Sierra Leone
Somalia

South Africa
Sudan
Swaziland
Tanzania
Togo
Tunisia
Uganda
Zambia
Zimbabwe

## ASIA (45)

Afghanistan
Bahrain
Bangladesh
Bhutan
Brunei
Cambodia
China (People's
   Republic of)
East Timor
Hong Kong-China
India
Indonesia
Iran
Iraq
Japan
Jordan

Kazakstan
Kyrghizstan
Korea
Korea (Democratic
   People's Republic of)
Kuwait
Laos
Lebanon
Macao
Malaysia
Maldives
Mongolia
Myanmar
Nepal
Oman
Pakistan

Palestine
Philippines
Qatar
Saudi Arabia
Singapore
Sri Lanka
Syria
Chinese Taipei
Tajikistan
Thailand
Turkmenistan
United Arab Emirates
Uzbekistan
Vietnam
Yemen

## EUROPE (50)

Albania
Andorra
Armenia
Austria
Azerbaijan
Belarus
Belgium

Bosnia & Herzegovina
Bulgaria
Croatia
Cyprus
Czech Republic
Denmark
Estonia

Finland
France
Georgia
Germany
Gibraltar
GB & NI
Greece

| | | |
|---|---|---|
| Hungary | Malta | Serbia |
| Iceland | Moldova | Slovak Republic |
| Ireland | Monaco | Slovenia |
| Israel | Montenegro | Spain |
| Italy | Netherlands | Sweden |
| Latvia | Norway | Switzerland |
| Liechtenstein | Poland | Turkey |
| Lithuania | Portugal | Ukraine |
| Luxembourg | Romania | |
| Macedonia (Former | Russia | |
| Yugoslav Republic of) | San Marino | |

## NORTH AMERICA, CENTRALAMERICA AND THE CARIBBEAN (32)

| | | |
|---|---|---|
| Anguilla | Cuba | Nicaragua |
| Antigua | Dominica | Puerto Rico |
| Aruba | Dominican Republic | El Salvador |
| Bahamas | Grenada | Saint Kitts & Nevis |
| Barbados | Guatemala | Saint Lucia |
| Belize | Haiti | Saint Vincent |
| Bermuda | Honduras | Trinidad & Tobago |
| British Virgin Islands | Jamaica | Turks & Caicos |
| Canada | Mexico | USA |
| Cayman Islands | Montserrat | US Virgin Islands |
| Costa Rica | Netherlands Antilles | |

## OCEANIA (19)

| | | |
|---|---|---|
| American Samoa | Marshall Islands | Palau |
| Australia | Micronesia (Federated | Papua New Guinea |
| Cook Islands | States of) | Samoa |
| Fiji | Nauru | Solomon Islands |
| French Polynesia | New Zealand | Tonga |
| Guam | Norfolk Island | Vanuatu |
| Kiribati | Northern Marianas | |

ARTICLE 4.12                                    16

### SOUTH AMERICA (13)

| | | |
|---|---|---|
| Argentina | Ecuador | Surinam |
| Bolivia | Guyana | Uruguay |
| Brazil | Panama | Venezuela |
| Chile | Paraguay | |
| Colombia | Peru | |

13. In every form of information, bulletin, circular, competition document, etc., and on official occasions, the names of the participating Members shall correspond, in the language of the organising Member, to the translation of the List of Members. Any abbreviation used for the names of these participating Members must be in conformity with the official abbreviations recognised by the Council.

**Withdrawal of Membership**

14. Any Member may withdraw its Membership at the end of any calendar year provided it has provided to the General Secretary at least six months notice in writing of its intention to do so and provided the Member has settled all outstanding fees or other monies payable to the IAAF.

15. Withdrawal of Membership from the IAAF shall mean simultaneous withdrawal of membership from the Member's Area Association.


# ARTICLE 5

## Congress

1. The Congress is the general assembly of the Members and the highest authority of the IAAF.

2. A Congress shall be convened biennially in conjunction with the World Championships. The date and venue of the Congress shall be confirmed at the preceding Congress.

### Powers of the Congress

3. The Congress alone shall have the power to amend the Constitution. Such power must be exercised in accordance with Article 12.

4. The Congress shall have the power to amend the Rules and to decide whether any interim amendments made to the Rules by the Council since the last Congress shall be made permanent. Such power must be exercised in accordance with Article 13.

5. The Congress shall have the power to suspend or take other sanctions against Members and to reinstate Members that have been suspended. Such power must be exercised in accordance with Article 14.

6. The Congress alone shall have the right to decide upon the introduction of new competitions directly organised by the IAAF i.e., World Championships and World Cups.

### The Congress Agenda

7. No later than two months before the Congress, the General Secretary shall dispatch the Congress agenda. In years in which one or more elections are to be held, a list of the persons who have been nominated for the election(s) shall be attached to the Congress agenda.

8. No business other than items appearing on the Congress agenda shall be dealt with.

9. The Council shall however have authority to add a new matter to the Congress agenda if it is an urgent item.

### Participation at Congress

10. A Member may participate and vote in a meeting of the Congress provided that:

(a) it has paid its subscription for the current year; and

(b) it has taken part in at least one World Athletics Series event and/or one Area Competition under Rule 1.1(f) since the last meeting of the Congress; and

(c) it is not suspended.

A Member that is not suspended but is otherwise in breach of Article 5.10 (a) or (b) may participate at the meeting of Congress but shall not be eligible to vote unless the Council determines that there was a justifiable reason for the breach in question.

11. Members shall only be represented by delegates. Delegates shall be affiliated to the Member which they represent. A delegate may represent only one Member.

12. Members must certify the names of their delegates in writing to the General Secretary prior to the commencement of the Congress meeting. A Member may have no more than three delegates present at the Congress, only one of whom may record votes from that Member.

13. The Council shall attend the Congress but no members of Council shall represent their own Member. Council members may speak, but may not vote.

14. Honorary Presidents, Honorary Life Vice Presidents and Honorary Life Personal Members may attend the Congress and may speak, but may not vote.

15. The Chairpersons of all Committees and Commissions shall attend the Congress but no Committee or Commission Chairperson shall represent his or her own Member. Committee or Commission Chairpersons may speak but may not vote. Committee and Commission Members may attend the Congress as observers.

16. Area Associations formed for each of the six areas listed under Article 4.12 may appoint up to 3 representatives who may attend the Congress as observers.

### Quorum

17. No business shall be transacted at Congress unless a quorum is present. A quorum shall exist if delegates representing one-third of the Members are present.

18. If it is clear that no quorum is present, the President shall adjourn the Congress until either such a quorum is present or, if there is no real possibility of a quorum within a reasonable period, until the next date for Congress or Special Congress as set out hereunder.

### Proceedings of Congress

19. The Congress shall be conducted in accordance with the Rules of Congress Procedure.

20. Immediately after the number of Members present has been confirmed, the first voting strength shall be announced and the appointment of scrutineers nominated by the Council from the delegates at the Congress shall be put to the Congress for approval.

21. Confirmation of any Membership provisionally granted by the Council under Article 4.4 shall then be voted upon and the second voting strength shall be announced.

### Elections

22. Elections will be held at the even numbered Congresses.

23. All nominations shall have been submitted to the General Secretary at least three months prior to the date of the Congress. In all cases, nominations can only be made by the Member to which the candidate is affiliated.

24. Electronic voting and tabulating equipment shall be used for voting on the election of members to the Council and Committees, whenever possible.

The elections shall be held in the following order:-

(a) President

(b) Four Vice Presidents

In order to be registered as voting, each Member shall vote for four candidates, no more and no less. If there are three or four successful candidates from the same Area Association, then only the two with the most votes shall be declared elected, and, in the next round of voting, only candidates from the other Area Associations may participate.

(c) Treasurer

(d) Individual Members of Council

Congress shall elect first four female members. In order to be registered as voting, each Member shall vote for four female candidates, no more and no less. If, in the election of members of the Council which precedes the vote for individual Council Members, one or more female(s) is/are elected, the minimum number of female individual Council Members for which Members must vote will be reduced by a corresponding number. Following the election of the female members, Congress shall proceed to elect the remaining individual members, who may be male or female. In order to be registered as voting, each Member shall vote for eleven candidates, no more and no less.

(e) Committees

The Technical Committee; the Women's Committee; the Race Walking Committee; the Cross Country Committee; the Masters' Committee and any other Committee as the Congress may consider to be necessary or advisable.

Congress shall elect first the Chairperson of the Committee. Following the election of the Chairperson, Congress shall proceed to elect the remaining individual members.

There shall be a minimum of three female members in the Technical Committee and a minimum of two female members in all other Committees (with the exception of the Women's Committee).

If in the election of the Chairperson which precedes the vote for members, a female is elected, the minimum number of female individual members for which Members must vote will be reduced to two in the Technical Committee and one in all other Committees (with the exception of the Women's Committee).

25. Elections held under Article 5.24 shall require an Absolute Majority on the first round and a Simple Majority on the second round.

26. If, at the time of an election, there are fewer candidates than there are vacancies, the President may invite all Members at the Congress to submit further nominations.

27. Any unsuccessful candidate for any position may, if also so nominated, be included in a subsequent election for any other position.

28. The Council and Committees elected at a Congress coinciding with a World Championships shall take office immediately following the end of the Championships.

**Granting of IAAF Awards**

29. On the recommendation of Council, in recognition of valued services given to the IAAF, Congress shall be entitled to elect Honorary Life Presidents, Honorary Life Vice Presidents and Honorary Life Personal Members, without voting powers.

30. In addition, the Congress, on the recommendation of the Council, may grant the following awards:

    (a) IAAF Veteran Pin
        For long and meritorious service to the cause of world Athletics within IAAF activities. Normally, eighteen per Congress shall be awarded.

    (b) Plaque of Merit
        For meritorious service to the cause of world athletics within Area Association activities, to be proposed by Area Associations.

    (c) Admittance to the Hall of Fame
        For exceptional, meritorious performances of outstanding athletes, and other persons within IAAF activities.

A suitable IAAF diploma will be presented to all recipients of the above awards as well as to Honorary Life Presidents, Honorary Life Vice Presidents and Honorary Life Personal Members.

**Special Congress**

31. A Special Congress may be convened by the Council, and shall be so convened if not less than one-third of the Members give notice in writing to the General Secretary stating that they desire such a meeting and the reasons therefore. The Council shall summon a Special Congress to be held within three months from the receipt of the aforementioned notice.

32. If a Special Congress is so convened, the Rules of Congress Procedure shall apply to the proceedings before such Special Congress, where appropriate.


## ARTICLE 6

## Council

1. The Council shall be responsible for overseeing and supervising the activities of the IAAF, reporting to Congress every two years.

**Composition of Council**

2. The Council shall consist of 27 elected members as follows:
   (a) A President
   (b) 4 Vice Presidents
   (c) A Treasurer
   (d) One representative elected by each of the following six Area Associations:

   | | |
   |---|---|
   | Africa | North America, Central America and the Caribbean |
   | Asia | Oceania |
   | Europe | South America |

   (e) Fifteen members elected as individuals.

3. Not more than one Council Member may come from any one Member.

4. At least four Council Members shall be female.

5. The General Secretary shall be an ex officio member of the Council.

6. Council Members shall be elected for a period of four years in accordance with the procedures set out in Article 5.24. If during the first two years of the term of office, a vacancy arises in the Council for a President, Vice President, Treasurer or individual Council Member, a substitute shall be elected at the next Congress for the residuary period.

### Proceedings of Council

7. The Council shall meet at least once a year. In advance of the meeting, the General Secretary shall provide all Council Members with an agenda of the business that is to be discussed at the meeting.

8. The President, or Senior Vice President in his absence, will preside at all meetings of the Council.

9. At its first meeting of a new term of office, the Council shall nominate one of the Vice Presidents as Senior Vice President for the purpose of presiding over the Council in the absence of the President. The Vice Presidents shall occupy honorary positions and shall have equal rights to other Council Members (other than the President and the Senior Vice President, as referred to above).

10. The President and each Council Member shall have a vote on all decisions to be taken and all decisions of the Council shall be by a Simple Majority. The President, in the case of a tie in the voting, shall have a second or casting vote. The General Secretary shall not participate in the voting.

### Powers and Duties of the Council

11. The Council's powers shall include the following:-

    (a) to elect a national governing body provisionally to Membership in accordance with the provisions of Article 4.4.

    (b) to suspend or take other sanctions against a Member in accordance with the provisions of Article 14.7.

(c) to make any interim amendments to the Rules it considers to be necessary between Congresses and to fix a date on which such amendments shall take effect. The IAAF Office shall notify the Members of the amendments and the date on which they shall take effect and shall publish them on the IAAF website. The interim amendments shall be reported to the next Congress, which shall decide whether they shall be made permanent in accordance with Article 13.

(d) to make decisions in urgent matters relating to all Rules. Any such decisions may be notified to the Members by the IAAF Office and shall be reported to the next Congress.

(e) to make decisions regarding the interpretation of the Rules. Any such decisions may be notified to the Members by the IAAF Office and shall be reported to the next Congress.

(f) to approve the annual budget presented by the Treasurer.

(g) to appoint the IAAF's financial auditors in accordance with Article 6.18.

(h) to summon a Special Congress to deal with any special case of great importance requiring an urgent decision.

(i) to approve, reject or amend any Regulations or Procedural Guidelines.

(j) to establish any Commission or sub-Commission, whether on an ad hoc or permanent basis, that it deems to be necessary or advisable for the proper functioning of the IAAF. There shall be a minimum of two female members in each Commission except where the Commission is composed solely of ex officio members.

(k) to make recommendations to Congress to elect Honorary Life Presidents, Honorary Life Vice Presidents and Honorary Life Personal Members, without voting powers, in recognition of valued services given to the IAAF.

12. The Council's duties shall include the following:

(a) to oversee and supervise the activities of the IAAF in accordance with the Objects laid down in Article 3.

(b) to submit to each Congress a report of its activities in the preceding two-year period, together with audited financial statements for such period, and to submit a budget for the succeeding two years.

(c) to examine any proposals from Members, Committees or Commissions which are to be discussed at Congress, to submit such reports on them as they think fit and to submit to Congress any other proposals they may deem desirable.

(d) to ensure the execution of all decisions taken by the Congress.

(e) to notify Members of the imposition of any suspensions or other sanctions by either Congress or Council.

(f) to recognise World, Olympic and any such other records as Congress may decide to recognise.

(g) to ensure the maintenance of proper standards in the organisation of all events and competitions under the direct control of the IAAF.

(h) to control and supervise the technical organisation of the Athletics programme at the Olympic Games.

(i) to facilitate and co-ordinate the establishment of an official worldwide calendar of Athletics events.

(j) to make the necessary appointments of Technical Delegates and other officials at all major International Competitions directly organised by the IAAF and at the Olympic Games.

(k) to appoint the official IAAF Representative at Area, Regional or Group Games and Area or Regional Championships or Inter-Area matches. This IAAF Representative shall, if possible, be appointed from the Council and shall ensure, as far as is reasonably practicable, that the Rules and Regulations are observed.

(l) to appoint the General Secretary, who shall attend all meetings of the Council and of Committees and Commissions. The General Secretary shall be an ex officio member of the Council, with a voice but not a vote. The General Secretary shall be responsible for the engagement of IAAF staff, with the approval of the President and the Treasurer.

(m) to appoint such honorary assistants as it may deem necessary for the purpose of administering the affairs of the IAAF.

(n) to promote a Development Programme for the benefit of Members requiring assistance in administration, marketing, anti-doping education, sports medecine, the training of coaches, technical officials, etc.

(o) to nominate one or more Vice Presidents or Council Members to undertake special responsibility for the supervision of the Development Programme, or to perform any other special duties subject to the overall control of the Council.

(p) to decide on dates and venues for International Meetings defined in the Rules which are directly organised by the IAAF.

### The Finances of the IAAF

13. The Council shall be responsible for the finances of the IAAF and only the Council shall have the right to administer the revenues obtained by the IAAF during the Council's four-year term.

14. The finances shall be conducted by the Council in a prudent manner to assure the retention of sufficient reserves and to assure continuation of the many activities and programmes of the IAAF, including the following:

(a) the organisation of IAAF events;

(b) the participation of athletes and teams in IAAF events;

(c) the administration of the IAAF Office;

(d) the IAAF Anti-Doping Programme;

(e) the worldwide promotion of Athletics;

(f) the support of, and contributions to, Area Associations and Members through the Development Programme.

15. The Council may delegate, in its supervision of the activities of the IAAF, the authority to act in urgent financial matters to the President and the Treasurer, as appropriate. In such a case, the Council must be advised at the earliest opportunity of any action that is taken pursuant to such delegated authority.

16. A Finance Commission shall be appointed by the Council composed of the Treasurer and such other members as the Council may deem particularly suited to contribute to the oversight of the financial affairs of the IAAF by virtue of their relevant expertise and experience.

17. An annual budget (accompanied by a financial forecast for the four-year cycle), which shall have been approved by the Finance Commission, shall be presented to the Council by the Treasurer at the first meeting of the calendar year, and shall be adopted as approved by the said Council. In preparing the annual budget of the IAAF, an adequate amount shall be set aside to carry out the administrative and operational duties of the various Committees and Commissions.

18. The complete set of financial accounts and records of the IAAF shall be audited by an outside accounting firm of international reputation which shall be appointed by the Council for a fixed term of four years subject to earlier termination by the Council at any time. The auditors shall be required to deliver a report to the Council on an annual basis in the form of a true and fair audit of the IAAF's finances.

### Status of Council Members in National Federations

19. A Council Member shall, as of right, be a voting member of the council and/or the executive body of his National Federation. He shall also be entitled to vote in the general assembly of his National Federation.

# ARTICLE 7

## The President

1. The principal elected officer of the IAAF shall be the President.

2. The President shall have the following roles and duties:

   (a) to preside over all meetings of the Congress, the Council and the Advisory Board.

(b) to represent the IAAF in all dealings with the IOC and the Association of Summer Olympic International Federations (ASOIF) and any other relevant international organisations.

(c) to negotiate or oversee the negotiation of all major contracts on behalf of the IAAF in consultation with the appropriate members of the Advisory Board and/or any other relevant persons.

(d) to evaluate the performance of the General Secretary and make an annual report to the Council in this regard.

(e) to be an ex officio member of all Committees and Commissions.

(f) to be an ex officio member of the executive committee of all Area Associations.

(g) to create any task force or working group he may deem necessary or advisable to address any urgent situation.

(h) to be responsible, as the principal elected officer of the IAAF, for the oversight of the operations of the IAAF Office and, where appropriate, to take such measures as he may deem necessary for the proper administration of the IAAF. He shall periodically report to the Council in this regard. Such oversight shall be conducted in close co-operation with the General Secretary.

3. In consultation with the Advisory Board, the President may engage such persons as he may deem necessary or advisable for the fulfilment of his role or duties as President.

4. The President may delegate any of his duties as he considers appropriate.

## ARTICLE 8

### The Advisory Board

1. There shall be an Advisory Board composed of the President, the 4 Vice Presidents and the Treasurer.

2. The Advisory Board shall meet on at least one occasion between each Council meeting and more often if required to deal with any urgent

business that may arise. The General Secretary should be in attendance at all meetings of the Advisory Board and the President may also request the attendance of such other persons as may be required.

3. When necessary at Advisory Board meetings, the Advisory Board may take decisions on the Council's behalf which, because of their urgency, cannot be transferred to the next Council meeting.

4. All decisions of the Advisory Board must be reported to the Council at its next meeting. The Council may confirm or otherwise act upon such decisions.


# ARTICLE 9

## Area Associations

1. Area Associations shall be formed for each of the six groups listed under Article 4.12 and each Member shall be affiliated to the Area Association under which it is listed. Area Associations shall perform an essential role in the IAAF in fostering and developing Athletics in their respective areas taking into consideration the specific needs of their Members.

2. Each Area Association shall draw up its own constitution and rules of operation which shall in all cases be limited to operation within its own area and shall in no sense be conflicting with this Constitution or the Rules or Regulations. In the case of conflict between this Constitution and the constitution of an Area Association, the terms of this Constitution shall prevail.

3. The constitution of each Area Association shall establish the following:

   (a) that there be a central office established to administer the affairs of the Association;

   (b) that there be a meeting of the members of the Association held at least once every two years;

(c) that there be a president and executive council democratically elected by the Association every four years; and

(d) that the Association shall be represented on the Council by an elected Area Association Representative.

4.   Each Area Association shall:

(a) render a detailed, written report of its activities to Congress every two years and, in so doing, draw to the attention of Congress any Athletics-related issues specific to its Area.

(b) establish and control a competition structure suitable for the needs of Athletics in its Area.

(c) grant authorisation for International Invitation Meetings to be held in its Area in accordance with IAAF Rule 2.

(d) be responsible for publishing and controlling an annual calendar of all International Competitions to be held at an Area level within its Area. The calendar shall include the national championships of its Members.

(e) establish and control from its own resources a development programme having the objective of ensuring the continuity of the development of Athletics in its Area and co-ordinate such a programme with the IAAF's development activities.

(f) have the right to be represented at Congress by up to three observers.

(g) have the right to make proposals to Congress.

5.   Members shall not be permitted to organise or take part in Area Championships or Games if their subscriptions to the IAAF are unpaid for the current year; nor may a representative from any Member take part in any meeting of the Area Association, unless the subscription of the Member he represents or to which he is affiliated has been paid for the current year.

6.   If at any time a position as Area Association Representative on the Council becomes vacant, through resignation or otherwise, the General Secretary

shall ask the Area Association concerned to elect a Representative within three months to hold office until the next Congress.

# ARTICLE 10

## Committees

1. All Committees shall be elected for a period of four years, unless otherwise decided by Congress.

2. The President shall be an ex officio member of all Committees.

3. There shall be at least the following Committees:

   (a) Technical Committee - the Technical Committee, to whom all questions concerning Technical Rules shall be referred, shall consist of a Chairperson and fifteen individuals. At least three members of the Technical Committee must be female.

   (b) Women's Committee - the Women's Committee to whom all questions concerning women's Athletics shall be referred, shall consist of a Chairperson and ten individuals. At least two members of the Women's Committee must be male.

   (c) Race Walking Committee - the Race Walking Committee, to whom all questions concerning race walking shall be referred, shall consist of a Chairperson and ten individuals. At least two members of the Race Walking Committee must be female.

   (d) Cross Country Committee - the Cross Country Committee, to whom all questions concerning Cross Country and Mountain Running shall be referred, shall consist of a Chairperson and ten individuals. At least two members of the Cross Country Committee must be female.

   (e) Masters' Committee - the Masters' Committee, to whom all questions concerning masters athletes shall be referred, shall consist of a Chairperson and ten individuals. At least two members of the Masters' Committee must be female.

4.  All Committees shall meet when summoned by the General Secretary and their recommendations shall be reported to the Council through their respective Committee Chairpersons.

5.  Individual members of Committees (excluding ex officio members) must come from different Countries or Territories. If an Area Association is not represented on a Committee, that Area Association shall nominate one additional person for that Committee until the next election.

6.  No Committee member may take part in any meeting unless the subscription of the Member to which he is affiliated has been paid for the current year.

**Extraordinary vacancies on IAAF elected Committees**

7.  If, at any time, a position on a Committee becomes vacant through resignation or otherwise, the following action shall be taken:

    (a) should the vacancy be for an Area Association Representative, the General Secretary shall ask the Area Association to nominate a Representative within three months to hold office until the next Congress.

    (b) should the vacancy be for an individually elected member, then the candidate with the highest number of votes of those not elected for that Committee at the last election shall be appointed by the Council to hold office until the next Congress.


## ARTICLE 11

### Official Languages

1.  The official languages of the IAAF shall be English and French.

2.  The Constitution and Rules and Regulations, Minutes, Reports and other communications shall be drawn up in English and French and in any other language(s) as the Council may decide.

3.  In all cases of a difference in interpretation of any text, the English version shall apply.

4.  All documents or letters addressed to the IAAF shall be in English or French.

5.  At Congress meetings, each delegate of a Member may speak in his own language. Simultaneous translations must be made in Arabic, German, Russian and Spanish, in addition to English and French. Simultaneous translations may be made from and into any additional language required, provided that the cost of this can be met by, or on behalf of, the Member requesting the additional language.

# ARTICLE 12

## Amendments to the Constitution

1.  Amendments to the Constitution may be made at any Congress. Only the Congress shall be entitled to make amendments to the Constitution.

2.  A proposal to amend the Constitution, unless this is proposed by the Council, must be submitted to the General Secretary by a Member, or by an Area Association council or congress, at least six months prior to the Congress at which it is to be considered. All proposals, together with the recommendations of the Council in relation to such proposals, shall be sent by the General Secretary to the Members at least three months before the Congress.

3.  A proposal for amendment to the Constitution may be withdrawn at any time but a withdrawal by a Member must be in writing unless it is made by the head of the delegation of that Member during the Congress.

4.  To be accepted, any proposal to amend the Constitution must obtain a Special Majority.

5. Any subsequent amendments that may be necessary to the wording of Articles of the Constitution which have been passed by Congress can only be made by the President (or by any person or persons nominated by him for such purpose) or by the General Secretary, and this provided no material change to the decision of Congress is made.

6. The amendments referred to in Article 12.5 shall be pointed out to the Council at the first opportunity and, if necessary, to Congress.

7. Amendments to the Constitution adopted by Congress shall take effect on the publication of the Constitution in English, unless otherwise specified by the Congress. The Constitution shall be published in English by the 1st of November and in French by the 1st of December of the same year.


# ARTICLE 13

## Amendments to the Rules

1. Amendments to the Rules may be made at any Congress.

2. A proposal to amend a Rule, unless made by the Council or any permanent Committee, must be submitted to the General Secretary at least six months prior to the Congress at which it is to be considered. A proposal to amend a Rule may only be submitted by a Member, the Council, a Council Member, any permanent Committee or by an Area Association council or congress. All proposals, together with the recommendations of the Council and, where appropriate, any relevant permanent Committee in relation to such proposals, shall be sent by the General Secretary to Members at least three months before the Congress.

3. A proposal for amendment to a Rule may be withdrawn at any time but a withdrawal by a Member must be in writing unless it is made by the head of the delegation of that Member during the Congress.

4. To be accepted, any proposal to amend a Rule, including any proposal to make permanent an interim amendment to a Rule made by Council in accordance with Article 6.11(c) since the previous Congress, must obtain an Absolute Majority.

5. When an amendment to a Rule is adopted by Congress (other than an interim amendment by the Council already in effect which has been made permanent by the Congress), a fixed date for when the amendment shall take effect shall be stated, failing which the amendment shall take effect on the date of publication of the new IAAF Competition Rules handbook in English in accordance with Article 13.8.

6. Any subsequent amendments that may be necessary to the wording of the Rules which have been passed by Congress can only be made by the President (or by any person or persons nominated by him for such purpose) or by the General Secretary, and this provided no material change to the decision of Congress is made.

7. The amendments referred to in Article 13.6 shall be pointed out to the Council at the first opportunity and, if necessary, to the Congress.

8. The IAAF Competition Rules handbook incorporating the changes to the Rules made by Congress shall be published in English by the 1st of November and in French by the 1st of December of the same year.


## ARTICLE 14

### Suspensions and other Sanctions

1. The Congress shall have the following powers under this Article:

   (a) to suspend a Member from Membership for a fixed period or until a specified set of circumstances changes or ceases to exist;

(b) to reinstate a Member who has been suspended under (a) above, before the end of the fixed period or before the set of circumstances specified has changed or ceased to exist;

(c) to caution or censure a Member;

(d) to issue fines against a Member;

(e) to withold grants or subsidies from a Member;

(f) to exclude a Member's athletes from any one or more of the types of International Meeting defined in the Rules;

(g) to remove or deny accreditation to officers or other representatives of a Member; and

(h) to impose any other sanction it may deem to be appropriate.

2. The Congress may exercise its suspensive powers under Article 14.1(a), and may reinstate a Member under Article 14.1(b) only if:

(a) a proposal for such suspension or reinstatement, as the case may be, has been received by the General Secretary at least six months before the relevant Congress meeting (unless the Member is already suspended by the Council, or is suspended by the Council during those six months); and

(b) either:

(i) the proposal has been sent by the General Secretary to Members at least four months before the said Congress; or

(ii) the Members have been informed at least four months before the said Congress of a Member's suspension by the Council and of a Council proposal that the Member be suspended by Congress; or

(iii) the Members have been informed at least four months before the said Congress of a Council proposal that the Member should be reinstated; or

(iv) the Members have been informed in writing, before the start of the Congress, that the Council has suspended a Member within the

four months preceding the Congress and of a Council proposal that the Member should be suspended by Congress; and

(c) the proposal obtains a Special Majority.

3. The Congress may exercise its suspensive powers under Article 14.1(a) only if:

   (a) a Member has failed to pay the subscription for the preceding year by the 31st of December of that year; or

   (b) in the opinion of the Congress, the Member is in breach of the Constitution or any one or more of the Rules; or

   (c) the conduct of the Member, or the Government of the Country or Territory that the Member represents, or any organisation with which it is otherwise associated, breaches, or remains in breach of, the Objects of the IAAF; or

   (d) the Congress considers that the Member does not fulfil the requirements of eligibility for Membership.

4. Before the Congress may exercise its suspensive powers under Article 14.1(a), the Member must have been sent notice in writing of the grounds for suspension at least one month before the Congress meeting, at which the Member will be afforded a reasonable opportunity of being heard.

5. A Member who has been suspended by the Congress under Article 14.1(a) may request, provided that notice in writing is received by the General Secretary at least six months before the next ensuing Congress, that a proposal for that Member's re-instatement be considered at the next Congress meeting.

6. A Member who has been suspended by the Congress under Article 14.1(a) shall automatically cease to be suspended:

   (a) at the end of the fixed period, or

(b) once, in the opinion of Council, the set of circumstances specified has changed or ceases to exist.

7. The Council shall have the following powers under this Article:

(a) to suspend a Member from Membership until the next meeting of Congress or for any shorter period;

(b) to reinstate a Member who has been suspended by the Council in accordance with Article 14.7(a);

(c) to caution or censure a Member;

(d) to issue fines against a Member;

(e) to withold grants or subsidies from a Member;

(f) to exclude a Member's athletes from any one or more of the types of International Meeting defined in the Rules;

(g) to remove or deny accreditation to officers or other representatives of a Member; and

(h) to impose any other sanction it may deem to be appropriate.

8. The Council may exercise its suspensive powers under Article 14.7(a) only if:

(a) a Member has failed to pay the appropriate subscription for the preceding year by the 31st of December of that year; or

(b) in the opinion of the Council, the Member is in breach of the Constitution or any one or more of the Rules; or

(c) the conduct of the Member, or the Government of the Country or Territory that the Member represents, or any organisation with which it is otherwise associated, breaches, or remains in breach of, the Objects of the IAAF; or

(d) the Council considers that the Member does not fulfil the requirements of eligibility for Membership.

9.  Before the Council may exercise its suspensive powers under Article 14.7(a), the Member must have been sent a notice in writing of the grounds for suspension and must have been given a reasonable opportunity to be heard on the matter.

10. Any hearing under Article 14.9 shall take place before a three person panel appointed by the President no later than 60 days following the date of service of the above notice on the Member. The panel shall report in writing to the Council at its next meeting and the Council shall decide whether or not to suspend the Member on the basis of the findings in the panel's report. The Council's decision shall be communicated to the Member in writing.

11. A decision of the Council whether to suspend a Member under Article 14.7(a) or to issue any other sanction under Article 14.7 shall be subject to an appeal before the Court of Arbitration for Sport (CAS).

12. In any case where a Member has been suspended or has had any other sanction issued against it by the Council in accordance with Article 14.11, such a decision, together with any CAS award where applicable, shall be reported to the next Congress which shall take any further action it considers to be necessary.


# ARTICLE 15

## Disputes

1.  All disputes arising under this Constitution shall, in accordance with its provisions, be subject to an appeal to the Court of Arbitration for Sport in Lausanne (CAS).

2.  The CAS appeal shall be in accordance with the rules of CAS currently in force, provided always that the CAS Panel shall be bound to apply the Articles of this Constitution and the appellant shall file its statement of

appeal within sixty days of the date of communication in writing of the decision that is to be appealed.

3. The decision of CAS shall be final and binding on the parties and no right of appeal will lie from the CAS decision. The decision shall have immediate effect and all Members shall take all necessary action to ensure that it is effective.

4. The governing law of any such appeal shall be the law of Monaco and the arbitration shall be conducted in English, unless the parties agree otherwise.

5. All disputes arising under the Rules and Regulations shall be resolved in accordance with their provisions.

## ARTICLE 16

### Governing Law

The governing law of the IAAF shall be the law of Monaco.

## ARTICLE 17

### IAAF Office

1. The registered office of the IAAF shall be in Monaco at a location to be determined by the Council. Any decision to change the registered office to a location outside of Monaco may be made only with the approval of Congress.

2. The IAAF Office shall carry out the daily administration of the IAAF in accordance with the decisions of the Congress, the Council, the President and the Advisory Board.

3. The IAAF Office shall be managed by the General Secretary.


## ARTICLE 18

### Dissolution

1. The IAAF may be dissolved only at a Special Congress convened for the purpose and by a Special Majority.

2. In the event of dissolution, the Congress shall appoint one or more liquidators who shall discharge all debts and liabilities incurred on behalf of the IAAF. The remaining assets, if any, shall be donated to a suitable body for the ongoing promotion and development of Athletics.

3. At the conclusion of the liquidation, the liquidators shall submit a final report to the Congress, which shall declare the liquidation closed.



Villa Miraflores
Offices of the IAAF President and General Secretary