

April 17, 2008

Matthieu Reeb
Secretary General
Tribunal Arbitral du Sport
Château de Béthusy
Avenue de Beaumont 2
CH-1012 Lausanne, Switzerland

Re:    CAS 2008/A/1461 Gatlin v/ USADA
       CAS 2008/A/1462 IAAF v/ USATF and Gatlin

Dear Mr. Reeb:

In terms of its written submission and witness statements in this matter, USADA has reviewed a copy of the IAAF's answer brief filed in this matter and determined that a separate submission by USADA would be unlikely to materially aid the Panel. Accordingly, USADA adopts paragraphs 2 through 3, and paragraphs 6 through 78 of the IAAF's answer brief. USADA also requests the right to rely upon the witness statements filed by the IAAF in this matter for all purposes.

Should you require any clarification regarding this matter please do not hesitate to contact me.

GATLIN v. UNITED STATES ANTI-DOPING AGENCY INC                Doc. 30 Att. 7

Very truly yours,

William Bock, III
General Counsel
United State Anti-Doping Agency

cc:    Maurice M. Suh, Esq.
       Daniel L. Weiss, Esq.
       Pierre Weiss, IAAF
       Lamont Jones, USATF

*United States Anti-Doping Agency*

*1330 Quail Lake Loop, Suite 260, Colorado Springs, CO 80906 ▪ Tel: 719.785.2000 ▪ Fax: 719.785.2001*

*usada@usada.org ▪ www.usada.org*

Dockets.Justia.com