BEFORE THE AMERICAN ARBITRATION ASSOCIATION
North American Court of Arbitration for Sport Panel

| | |
|---|---|
| Justin Gatlin | ) |
| | ) |
| Claimant, | ) |
| | ) |
| v. | ) AAA No. 30 190 00170 07 |
| | ) |
| United States Anti-Doping Agency | ) |
| | ) |
| Respondent. | ) |

### JUSTIN GATLIN'S MOTION TO STRIKE USADA'S RESPONSE TO JUSTIN GATLIN'S MOTION FOR MODIFICATION OF THE AWARD PURSUANT TO RULE 48 OF THE AAA SUPPLEMENTARY PROCEDURES FOR THE ARBITRATION OF OLYMPIC SPORT DOPING DISPUTES

Claimant, Justin Gatlin, by and through his attorneys, Collins & Collins, hereby moves to strike the response filed by USADA to Justin Gatlin's motion for modification of the award pursuant to Rule 48 of the American Arbitration Association Supplementary Procedures for the Arbitration of Olympic Sport Doping Disputes (the "AAA Supplementary Procedures") and states as follows:

1. Rule 48 of the AAA Supplementary Procedures provides:

   **R-48. Modification of Award**

   Within 5 days after the transmittal of an award, any party, upon notice to the other parties, may request the arbitrator, through the AAA, to correct any clerical, typographical, or computational errors in the award. The arbitrator is not empowered to redetermine the merits of any claim already decided. The other parties shall be given 5 days to respond to the request. The arbitrator shall dispose of the request within 5 days after transmittal by the AAA to the arbitrator of the request and any response thereto. *The time periods provided for seeking modification of the award under rule 48 of the Commercial Arbitration Rules shall be reduced to 5 days.*

   R-48 AAA Supplementary Procedures (emphasis in original).

2. Justin Gatlin's motion (the "Motion") to modify the decision by the majority of Panel (the "Majority Decision") was limited to the correction of clerical, typographical or computational errors in the Majority Decision as provided in R-48 of the

GATLIN v. UNITED STATES ANTI-DOPING AGENCY INC

Dockets.Justia.com

AAA Supplementary Procedures. Specifically, Mr. Gatlin sought to correct the computational error in the Majority Decision with respect to the commencement date of his sanction so that it commenced 30-days from the date of the test as indicated by the Panel in the Majority Decision (i.e., so the sanction commenced as of May 22, 2006 and terminated on May 21, 2010.

3. In its response, USADA attempts to reargue substantive issues about the commencement date that were already decided by the Panel. The raising of sucgh substantive issues is not permitted under R-48. R-48 specifically states that: *"The arbitrator is not empowered to redetermine the merits of any claim already decided."* R-48 AAA Supplementary Procedures. As a result, this Panel is not empowered to hear the arguments raised by USADA and therefore, USADA's response must be stricken.

WHEREFORE, Justin Gatlin respectfully requests that the Panel (i) strike USADA's response to the Motion; (ii) grant the Motion to correct the computational errors in the Majority Decision and (iii) grant such other and further relief as is appropriate under the circumstances.

Respectfully submitted,<br>
COLLINS & COLLINS<br>
<br>
_____<br>
John P. Collins<br>
<br>
Attorneys for Claimant Justin Gatlin

John P. Collins
COLLINS & COLLINS
8 S. Michigan Ave., Ste. 1414
Chicago, IL 60603
312-201-8700

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 8th day of January 2008, a true and correct copy of the foregoing **JUSTIN GATLIN'S MOTION FOR MODIFICATION OF THE AWARD PURSUANT TO RULE 48 OF THE AAA SUPPLEMENTARY PROCEDURES FOR THE ARBITRATION OF OLYMPIC SPORT DOPING DISPUTES** was served via electronic mail as follows:

Edward T. Colbert, Esq.
Kenyon & Kenyon
1500 K. Street, NW, Suite 700
Washington, DC 2005
ecolbert@kenyon.com

Samuel David Cheris, Esq.
11385 East Alabama Circle
Aurora, CO 80012
sam.cheris2@relera.com

Christopher L. Campbell, Esq.
Chapman & Intrieri, LLP
2236 Mariner Square Drive, Suite 300
Alameda, CA 94501
ccampbell@chapmanandintrieri.com

Travis T. Tygart
General Counsel – USADA
1330 Quail Lake Loop, Suite 260
Colorado Springs, CO 80906
ttygart@usantidoping.org

William Bock, III
Kroger, Gardis & Regas, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204
WB@kgrlaw.com