# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JUSTIN GATLIN

    VS                        USDC NO. **3:08CV241/LAC/EMT**
                              USCA NO. _____

UNITED STATES ANTI-DOPING AGENCY INC

## TRANSMITTAL OF NOTICE OF APPEAL

      The following documents are hereby transmitted to the Clerk, U. S. Court of Appeals. The Certified copy of the appeal notice, docket entries, judgment/opinion/order appealed from are enclosed.

First Appeal Notice.
The appellate docket fee paid.  Date paid: 6/23/08
Judge/Magistrate Judge appealed from: Lacey A. Collier

Please acknowledge receipt on the enclosed copy of this transmittal to: PENSACOLA DIVISION

                                                          WILLIAM M. McCOOL,
                                                          CLERK OF COURT

                                                           By: *s/ Katherine V. Goodman*

                                                          Deputy Clerk
                                                          One North Palafox Street

June 24, 2008                                          Pensacola, Florida 32502-5658