## UNITED STATES DISTRICT COURT
## NORTHERN DISCTRICT OF FLORIDA
## PENSACOLA DIVISION

JUSTIN GATLIN,

Plaintiff,

v.

UNITED STATES ANTI-DOPING
AGENCY, INC., U.S.A. TRACK AND
FIELD, INC., UNITED STATES OLYMPIC
COMMITTEE and INTERNATIONAL
ASSOCIATION OF ATHLETICS
FEDERATIONS,

Defendants.

Cause No. 3:08−cv−00241−LC−EMT

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Robert C. Palmer, III in the

above-styled case as counsel on behalf of, U.S.A. TRACK AND FIELD, INC.

Dated: **June 24, 2008**.                                   Respectfully submitted,

**WADE PALMER & SHOEMAKER P.A.**

s/ *Robert C. Palmer, III*

WADE PALMER & SHOEMAKER P.A.
25 W Cedar Street, Suite 450
Pensacola, Florida 32591
bpalmer@wpslawyers.com

Lamont Jones
USA Track & Field
132 East Washington Street, Suite 800
Indianapolis, IN 46204
Lamont.jones@usatf.org

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing document was served upon the following counsel of record by way of operation of the Court's electronic filing system this **24th day** of **June**, **2008**:

| | |
|---|---|
| Joseph A. Zarzaur, Jr<br>ZARZAUR LAW, P.A.<br>PO Box 12305<br>Pensacola, Florida 32591<br>joe@zarzaurlaw.com<br>*Attorneys for Justin Gatlin* | Robert C. Palmer, III<br>WADE PALMER & SHOEMAKER P.A.<br>25 W Cedar Street, Suite 450<br>Pensacola, Florida 32591<br>bpalmer@wpslawyers.com<br>*Attorneys for United States Anti-Doping Agency* |
| Lorence J. Bielby<br>John K. Londot<br>GREENBERG TRAURIG P.A.<br>101 E. College Ave<br>PO Drawer 1838<br>Tallahassee, Florida 32302−1838<br>bielbyl@gtlaw.com<br>LondotJ@gtlaw.com<br>*Attorneys for United States Olympic Committee* | |

                                                           s/ *Robert C. Palmer, III*

WADE PALMER & SHOEMAKER P.A.
25 W Cedar Street, Suite 450
Pensacola, Florida 32591
bpalmer@wpslawyers.com