IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JUSTIN GATLIN

Plaintiff

v.                              CASE NO. 3:08cv241/LAC/EMT

UNITED STATES ANTI-DOPING
AGENCY INC.;UNITED STATES
TRACK ANDFIELD ASSOCIATION;
UNTIED STATES OLYMPIC
COMMITTEE, INC.; INTERNATIONAL
ASSOCIATION OF ATHELTICS
FEDERATIONS;

Defendants
_____

## NOTICE OF APPEARANCE

NOTICE IS GIVEN that the undersigned attorney, Bryan S. Gowdy and John S. Mills, enter their appearance as appellate counsel for the Plaintiff/Appellant, Justin Gatlin, and request that they be served with all further papers in this case at the address listed below.

                                                 Respectfully submitted,
                                                 MILLS & CREED, P.A.

                                                 s/Bryan S. Gowdy
                                                 Bryan S. Gowdy
                                                 Florida Bar No. 0975109

Email: bgowdy@appellate-firm.com
John S. Mills
Florida Bar No. 0107719
Email: jmills@appellate-firm.com
865 May Street
Jacksonville, Florida 32204
(904) 350-0075
(904) 350-0086 facsimile


Attorneys for Plaintiff/Appellant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served per Federal Rule of Civil Procedure 5(b) (2) (E) and Northern District of Florida Local Rule 5.1 (A) (6) this 25th day of June 2008, to the following:

Robert Palmer, III
Wade, Palmer & Shoemaker, P.A.
25 West Cedar Street, Suite 450
Pensacola, Florida 32502

John K. Londot
Lorence Jon Bielby
Greenberg Traurig, P.A.
101 East College Avenue
Post Office Drawer 1838
Tallahassee, Florida  32302


                                                          s/Bryan S. Gowdy
                                                         Bryan S. Gowdy