IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JUSTIN GATLIN

Plaintiff

v.                              CASE NO. 3:08cv241/LAC/EMT

UNITED STATES ANTI-DOPING
AGENCY INC.;UNITED STATES
TRACK ANDFIELD ASSOCIATION;
UNTIED STATES OLYMPIC
COMMITTEE, INC.; INTERNATIONAL
ASSOCIATION OF ATHELTICS
FEDERATIONS;

Defendants
_____

### NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1292(a)(1), notice is hereby given that Plaintiff Justin Gatlin appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's June 24, 2008 order denying Plaintiff's motion for preliminary injunction and dissolving its temporary restraining order. (Doc. 36.).

Dated this the 25th day of June, 2008.

Respectfully submitted,
MILLS & CREED, P.A.

s/Bryan S. Gowdy
Bryan S. Gowdy
Florida Bar No. 0975109
Email: bgowdy@appellate-firm.com
John S. Mills
Florida Bar No. 0107719
Email: jmills@appellate-firm.com
865 May Street
Jacksonville, Florida 32204
(904) 350-0075
(904) 350-0086 facsimile

and

Joseph A. Zarzaur, Jr.
Florida Bar No. 96806
Zarzaur Law, P.A.
Post Office Box 12305
Pensacola, Florida 32302
(850)444-9299 p
(866)588-1493 f

Attorneys for Plaintiff/Appellant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served per Federal Rule of Civil Procedure 5(b) (2) (E) and Northern District of Florida Local Rule 5.1 (A) (6) this 25th day of June 2008, to the following:

Robert Palmer, III

Wade, Palmer & Shoemaker, P.A.
25 West Cedar Street, Suite 450
Pensacola, Florida 32502

John K. Londot
Lorence Jon Bielby
Greenberg Traurig, P.A.
101 East College Avenue
Post Office Drawer 1838
Tallahassee, Florida  32302

                                                <u>s/Bryan S. Gowdy</u>
                                                Bryan S. Gowdy