UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Pensacola Division

JUSTIN GATLIN,

        Plaintiff,

v.                             CASE NO.  3:08-cv-241/LAC/EMT

UNITED STATE ANTI-
DOPING AGENCY, INC., et al.,

        Defendants.

_____

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John S. Mills of Mills & Creed, P.A., hereby appears as additional counsel for the Plaintiff/Appellant Justin Gatlin. I request that I be served with all papers and copied with all communications between counsel in this case.

                            Respectfully submitted,

ZARZAUR LAW, P.A.        MILLS & CREED, P.A.

                          /s/ John S. Mills
Joseph A. Zarzaur, Jr.       John S. Mills
Florida Bar No. 96806       Florida Bar No. 0107719
Email: joe@zarzaurlaw.com    Email: jmills@appellate-firm.com

Post Office Box 12305                      Bryan S. Gowdy
Pensacola, Florida 32302                   Florida Bar No. 0975109
(850)444-9299                              Email: bgowdy@appellate-firm.com
(866)588-1493 facsimile                    865 May Street
                                           Jacksonville, Florida 32204
                                           (904) 350-0075
                                           (904) 350-0086 facsimile


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by Notice of Electronic Filing per Federal Rule of Civil Procedure 5(b)(2)(E) and Northern District of Florida Local Rule 5.1(A)(6) this 25th day of June 2008, to Robert Conrad Palmer, III, counsel for United States Anti-Doping Agency, Inc., and USA Track and Field, Inc., and John K. Londot and Lorence Jon Bielby, counsel for United States Olympic Committee.

/s/ John S. Mills
Attorney