## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

JUSTIN GATLIN

     VS                             USDC NO. **3:08CV241/LAC/EMT**
                                        USCA NO. _____

UNITED STATES ANTI-DOPING AGENCY INC ET AL

### TRANSMITTAL OF NOTICE OF INTERLOCUTORY APPEAL

The following documents are hereby transmitted to the Clerk, U. S. Court of Appeals. The Certified copy of the appeal notice, docket entries, judgment/opinion/order appealed from are enclosed.

First Appeal Notice.
The appellate docket fee paid.  Date paid: 6/25/08
Judge/Magistrate Judge appealed from: Lacey A. Collier

Please acknowledge receipt on the enclosed copy of this transmittal to: PENSACOLA DIVISION

                                      WILLIAM M. McCOOL,
                                      CLERK OF COURT

                                      By: *s/ Katherine V. Goodman*

                                      Deputy Clerk
                                      One North Palafox Street

June 25, 2008                        Pensacola, Florida 32502-5658