IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT
OF FLORIDA

JUSTIN GATLIN

**Plaintiff**

v.                                                        CASE NO. 3:08cv241/LAC/EMT

UNITED STATES ANTI-DOPING
AGENCY, INC.; UNITED STATES TRACK
AND FIELD ASSOCIATION, INC.;
UNITED STATES OLYMPIC COMMITTEE, INC.;
INTERNATIONAL ASSOCIATION OF ATHLETICS
FEDERATIONS;

**Defendants.**

_____

NOTICE OF FILING
ON BEHALF OF JUSTIN GATLIN
_____

Plaintiff, Justin Gatlin, through its undersigned counsel, respectfully files herewith the following materials in support and addition to the Plaintiffs Motion for Temporary Restraining Order and/or Preliminary Injunction and Incorporated Memorandum of Law:

**EXHIBITS:**

        L. USADA Athletic Handbook

        M. Justin Gatlin Appeal Press Release

        N. Rickey Harris 2006 Arbitration Decision

        O. Gary Hartman Brief

        P. International Olympic Committee

Respectfully submitted,

*/s/: Joseph A. Zarzaur, Jr.*
_____

Joseph A. Zarzaur, Jr.
Attorney for Justin Gatlin
Zarzaur Law, P.A.
Post Office Box 12305
Pensacola, Florida 32591
Florida Bar #96806
850-444-9299 p
866-588-1493 f

CERTIFICATE OF SERVICE

Plaintiffs hereby certify that this motion was served on Robert Palmer, Esquire via email, John Londot, Esquire via email, Liame Diack, President of Defendant IAAF via email and LaMont Jones, Esquire, USA Track and Field, Inc., via email on the 25th day of June 2008.

*/s/: Joseph A. Zarzaur, Jr.*
_____

Joseph A. Zarzaur, Jr.