

*The information in this publication is provided for reference purposes and is only a summary. The examples of prohibited classes of substances and prohibited methods in this Handbook are subject to change. For additional information and the most up-to-date lists, contact:*

U.S. Anti-Doping Agency
1330 Quail Lake Loop
Suite 260
Colorado Springs, CO
80906

Phone:
(866) 601-2632 (toll-free)
or (719) 785-2000

Web site:
www.usada.org

Drug Reference Online™:
www.usada.org/dro

Drug Reference Line™ :
(800) 233-0393 (in the U.S.)
or (719) 785-2020
(outside the U.S.)

*© 2007 USADA. USADA and the USADA logo are registered trademarks and the Drug Reference Line, Drug Reference Online, Play Clean Line, Spirit of Sport, 100% Me, The Playing Field and Athlete Express are trademarks of the U.S. Anti-Doping Agency. All Rights Reserved.*

**Table of Contents**

1. Introduction — Pg 1
2. Worldwide Effort for Clean Sport — Pg 2
3. List of Prohibited Substances and Prohibited Methods — Pg 4
4. Therapeutic Use Exemptions — Pg 13
5. Dietary Supplements — Pg 15
6. Doping Control Procedures — Pg 17
7. Out-of-Competition Testing Program — Pg 24
8. Results Management — Pg 30
9. Resources — Pg 33

**USADA Mission Statement**

*USADA is dedicated to preserving the well being of Olympic sport, the integrity of competition, and ensuring the health of athletes.*



# Introduction

*"The most important thing in the Olympic Games is not to win but to take part, just as the most important thing in life is not the triumph but the struggle. The essential thing is not to have conquered but to have fought well."* – Olympic Creed

Athletes and athlete support personnel are critical to preserving the ideals of the Olympic Games. While almost every athlete competes with the hope of winning, the powerful message of the Olympic Creed is the declaration that the essential thing is to have fought well. It is this basic human value that is at the heart of the effort to achieve clean sport, and the use of performance-enhancing substances and methods is cheating and contrary to the "Spirit of Sport" and the Olympic Games. The "Spirit of Sport" means competing fairly and performing to the best of your ability– the pursuit of excellence with honor.

This Athlete Handbook summarizes anti-doping rules, policies, procedures, and other information designed to protect the fundamental values of clean sport and the Olympic movement. Take the time to know and understand the anti-doping policies and procedures governing your sport. That knowledge, properly applied, is not only a protection, but demonstrates a commitment to fair play which can foster a brighter future for clean sport and for aspiring athletes of all ages.

1

## Worldwide Effort for CLEAN SPORT

The United States Anti-Doping Agency (USADA) began operations on October 1, 2000, following a recommendation by the United States Olympic Committee's Select Task Force on Externalization that an independent agency be created to uphold the Olympic ideal of fair play on behalf of the nation's Olympic and Paralympic movement. USADA was given full authority to execute a comprehensive national anti-doping program encompassing testing, results management, education, and research and to develop programs, policies and procedures in each of those areas. USADA is an independent, nonprofit, non-governmental agency and administers its own protocols and programs as well as the anti-doping policies of the United States Olympic Committee (USOC).

On a parallel track, the International Olympic Committee (IOC) established the World Anti-Doping Agency (WADA) which developed the World Anti-Doping Program. The Program consists of the:

- World Anti-Doping Code (Code), which was developed to harmonize anti-doping rules and sanctions on a worldwide basis.
- International Standards for: Testing, Therapeutic Use Exemptions, Laboratory Practices, and the List of Prohibited Substances and Prohibited Methods.
- Models of Best Practice, which provide state-of-the-art solutions in different areas of anti-doping that are encouraged but not mandatory.

Beginning in August 2004, International Federations (IFs), National Olympic Committees (NOCs), the International Paralympic Committee (IPC) and many other sports organizations, including USADA, formally adopted the Code. This collective agreement to harmonize anti-doping efforts has significantly improved the fairness and effectiveness of the effort to achieve clean sport within the Olympic movement.



## DEFINITION OF DOPING

In order to eliminate doping in sport, it is important to define what doping is. As defined by the Code, doping is the occurrence of one or more of the following anti-doping rule violations:

- The Presence of a *Prohibited Substance* or its *Metabolites* or *Markers* in an *Athlete's* bodily *Specimen*.
- *Use* or *Attempted Use* of a *Prohibited Substance* or a *Prohibited Method*.
- Refusing, or failing without compelling justification, to submit to *Sample* collection after notification as authorized in applicable anti-doping rules or otherwise evading *Sample* collection.
- Violation of applicable requirements regarding *Athlete* availability for *Out-of-Competition Testing* including failure to provide required whereabouts information and missed tests which are declared based on reasonable rules.
- *Tampering* or *Attempting* to tamper, with any part of *Doping Control*.
- *Possession* of *Prohibited Substances* and *Methods*.
- *Trafficking* in any *Prohibited Substance* or *Prohibited Method*.
- Administration or *Attempted* administration of a *Prohibited Substance* or *Prohibited Method* to any *Athlete,* or assisting, encouraging, aiding, abetting, covering up or any other type of complicity involving an anti-doping rule violation or any *Attempted* violation.

*Due to the doctrine of strict liability, it is important to remember that an anti-doping rule violation can happen regardless of whether an athlete deliberately uses a prohibited substance or prohibited method, or unknowingly uses a product containing a prohibited substance.*

> "I CHOOSE TO COMPETE CLEAN BECAUSE TO ME, LIFE AFTER WEIGHTLIFTING IS SO MUCH MORE IMPORTANT AND I DON'T WANT TO DO ANYTHING DURING MY WEIGHTLIFTING CAREER THAT'S GOING TO JEOPARDIZE MY LIFE AFTER WEIGHTLIFTING.
>
> – TARA (NOTT) CUNNINGHAM   weightlifting

## The List of PROHIBITED SUBSTANCES and PROHIBITED METHODS

WADA prepares and publishes the List of Prohibited Substances and Prohibited Methods each year. Samples collected by USADA and other anti-doping organizations, including IFs, are sent to WADA accredited laboratories for analysis in accordance with this list.

*How does a substance and/or method get placed on the Prohibited List?*

Typically, a substance or method will be considered for the WADA Prohibited List if the substance or method meets any two of the following three criteria:

- It has the potential to enhance or enhances sport performance
- It represents an actual or potential health risk to the athlete
- It violates the spirit of sport

None of the three criteria alone is sufficient to add a substance or method to the List.

*NOTE: This Prohibited List is effective January 1, 2007 and is subject to change. For the most up-to-date information, visit www.usada.org.*

### In-Competition (full menu)

Samples are tested for the following classes of substances/methods:

- Anabolic agents
- Diuretics & other masking agents
- Hormones & related substances
- Beta-2 agonists
- Agents with anti-estrogenic activity
- Stimulants
- Narcotics
- Cannabinoids (THC – marijuana, hashish, cannabis)
- Glucocorticosteroids
- Prohibited methods, including enhancement of oxygen transfer (i.e., blood doping), gene doping, and chemical and/or physical manipulation

### Out-of-Competition (partial menu)

Samples are tested for the following classes of substances/methods:

- Anabolic agents
- Diuretics & other masking agents
- Hormones & related substances
- Beta-2 agonists
- Agents with anti-estrogenic activity
- Prohibited methods, including enhancement of oxygen transfer (i.e., blood doping), gene doping, and chemical and/or physical manipulations

*NOTE: International Federations (IFs) can place additional substances on the list (i.e., alcohol and beta blockers) for specific sports and/or disciplines within a sport.*

The Prohibited List identifies *Specified Substances* that are particularly susceptible to unintentional doping violations because of their general availability in medicinal products or which are less likely to be successfully abused as doping agents. A doping violation involving such substances **may** result in a reduced sanction. The Specified Substances are:

- All inhaled beta-2 agonists, except clenbuterol
- Probenecid
- Ephedrine, L-methylamphetamine, methylephedrine and many other stimulants
- Cannabinoids
- All glucocorticosteroids
- Alcohol
- All beta blockers

*WADA, in consultation with other Code signatories and governments, has established a monitoring program regarding substances which are not on the Prohibited List, but are monitored in order to detect patterns of misuse in sport. For more information on the monitoring list, visit WADA's Web site at www.wada-ama.org.*



# HEALTH & SAFETY SUMMARY OF PROHIBITED SUBSTANCES

This section provides answers to common questions about health and safety risks associated with the Prohibited Classes of Substances and Prohibited Methods of Doping. It also provides information concerning the legitimate medical use of substances. However, when these compounds are misused, it constitutes a breach of ethics both by the user and supplier.

## ANABOLIC AGENTS

*The primary medical use of these compounds is to treat delayed puberty, some types of impotence, and wasting of the body caused by HIV infection or other muscle-wasting diseases.*

**What are some potential side effects of anabolic steroid abuse?**

Some physiological and psychological side effects of anabolic steroid abuse have potential to impact any user, while other side effects are gender specific.

*NOTE: *- Effects may be permanent and can vary from individual to individual. This list is not comprehensive.*

### Physiological side effects of anabolic steroid abuse

- Pustular acne on upper back
- Male pattern baldness
- Liver Damage*
- Premature closure of the growth centers of long bones (in adolescents) which may result in stunted growth*

### Psychological

- Increased aggressiveness and sexual appetite, sometimes resulting in aberrant sexual and criminal behavior, often referred to as "Roid Rage"
- Withdrawal from anabolic steroid use can be associated with depression, and in some cases, suicide

| Males | Females |
|---|---|
| Breast tissue development* | Lowering of the voice* |
| Testicular atrophy* | Cessation of breast development |
| Impotence | Growth of hair on the face, stomach and upper back * |
| Reduction in sperm production | Growth of the clitoris* |
| | Serious disruption or cessation of the menstrual cycle |

There are many other health consequences associated with anabolic steroid abuse. For more information, visit www.usada.org/steroids.

## DIURETICS AND OTHER MASKING AGENTS

*The primary medical use of these compounds is to treat conditions such as kidney disease and congestive heart failure. Taken without medical supervision, diuretics can result in potassium depletion and death.*

**What are some potential side effects of diuretics?**



- Dehydration
- Muscle cramps
- Blood volume depletion
- Drop in blood pressure
- Severe electrolyte imbalance

## HORMONES AND RELATED SUBSTANCES

*The primary medical use of these compounds is to treat cancer or someone born prematurely.*

The presence of an abnormal concentration of an endogenous hormone or its diagnostic marker(s) in the urine (or other specimen) of an athlete constitutes doping, unless it has been conclusively documented to be solely due to a physiological or pathological condition. Examples of hormones include human chorionic gonadotrophin (hCG), adreno corticotrophin (ACTH), human growth hormone (hGH), and erythropoietin (EPO).

## BETA-2 AGONISTS

*The primary medical use of these compounds is to treat conditions such as asthma and other respiratory ailments. Beta-2 agonists have been shown to have anabolic effects when consistently high levels are present in the blood.*

**What are some potential side effects of beta-2 agonists?**

- Increased heart rate and blood pressure
- Headaches
- Insomnia
- Nausea
- Tremors
- Nervousness

*NOTE: See Therapeutic Use Exemption (TUE) policies pertaining to the use of beta-2 agonists in USADA's Guide to Prohibited Substances and Prohibited Methods and also Pages 13-14 of this Handbook.*

## STIMULANTS

*The primary medical use of these compounds is to treat conditions such as Attention Deficit Disorders (ADD/ADHD), asthma, narcolepsy, and obesity.*

**What are some potential side effects and health risks of stimulants?**

- Insomnia
- Anxiety
- Increased aggressiveness
- Addiction to the stimulant(s) and withdrawal symptoms
- Dehydration
- Tremors
- Increased heart rate and blood pressure
- Increased risk of stroke, heart attack, and cardiac arrhythmia
- Sudden death

**What about over-the-counter products containing stimulants?**

Prohibited stimulants are often present in over-the-counter products such as nasal sprays, diet aids, and headache/cold remedies. Because these products are readily available and commonly used, you must be careful to avoid inadvertently taking products containing prohibited substances. *Be sure to check USADA's Drug Reference Online™, Drug Reference Line™ and USADA's Guide to Prohibited Substances and Prohibited Methods.*

*Be careful when purchasing medications in countries outside the U.S. A foreign product with the same U.S. product name could contain prohibited substances.*

**What about asthma medications?**

The choice of medications in the treatment of asthma and respiratory ailments has traditionally posed challenges in sport because many commonly prescribed drugs are powerful stimulants. Some of these agents also possess anabolic properties, especially when taken orally or by injection. Because of their stimulatory and potential anabolic effects, limitations have been placed on their use.

*NOTE: See TUE policies pertaining to the use of prohibited medications in USADA's Guide to Prohibited Substances and Prohibited Methods and also Pages 13-14 of this Handbook.*

## NARCOTICS

*In small doses, narcotics have valuable medical uses including relieving severe pain and inducing sleep. However, narcotic overdoses are always a medical emergency and can lead to respiratory depression and even death.*

**What are some of the potential health risks of narcotics?**

While a sensation of euphoria and psychological stimulation are effects common to the use of narcotics, misuse of narcotics can pose ethical questions about the handling of the substance and also pose great health risks, including:

- A false sense of invincibility
- Illusions of athletic prowess beyond an athlete's inherent ability
- Increased pain threshold and failure to recognize injury
- Dangerous situations may be perceived as safe, resulting in an increased risk for injury
- Physical and psychological dependence - leading to addiction and withdrawal symptoms

**What if painkillers are needed for an injury?**

Check USADA's Drug Reference Online™, Drug Reference Line™, USADA's Guide to Prohibited Substances and Prohibited Methods, or Wallet Card for examples of permitted narcotics and medications for treatment of mild to moderate pain.

## CANNABINOIDS

*Cannabinoids (THC – marijuana, hashish, cannabis) are illegal substances and tested for In-Competition.*

The body absorbs THC, which is the mind-altering ingredient in cannabinoids, and transforms it into metabolites. These metabolites can be detected in the urine for weeks or even months after use depending on the user's metabolism and other habits.

**What are some potential health risks of marijuana use?**

- Increased heart rate
- Impaired short-term memory
- Distorted sense of time and space
- Diminished ability to concentrate
- Slowing of coordination and reaction of reflexes
- Fear of losing control
- Impaired thinking and reading comprehension
- Chest pain and airway irritation



## GLUCOCORTICOSTEROIDS

The primary medical use of these compounds is to treat allergies, asthma, inflammatory conditions, skin disorders, and many other ailments.

Glucocorticosteroids are often found in eye drops, ear drops, and nasal sprays. In addition, they may be found in local injections and transmitted through iontophoresis and inhalation.

*NOTE: See TUE policies pertaining to the use of glucocorticosteroids in USADA's Guide to Prohibited Substances and Prohibited Methods and also Pages 13-14 of this Handbook.*

## AGENTS WITH ANTI-ESTROGENIC ACITIVITY

Agents with anti-estrogenic activity are drugs that are taken to block circulating estrogen in the body. These agents can lead to many menopausal symptoms (i.e., hot flashes, sweating, and insomnia). They are prohibited because they have been shown to enhance performance.

## SUMMARY OF SPECIFIED SUBSTANCES

### ALCOHOL

The safety of athletes and others involved in a competition is at risk if someone is under the influence of alcohol, and therefore it is prohibited under the WADA Code for certain sports.

Although alcohol is the most widely abused drug socially, it does not generally improve sports performance. It depresses the central nervous system and adversely affects coordination and fine hand-eye movements. Responsible authorities, including your IF, may request a determination of your breath or blood alcohol levels.

### BETA-BLOCKERS

The primary medical use of beta-blockers is to control hypertension, cardiac arrhythmias, angina pectoris, migraine, and nervous or anxiety-related conditions.

Due to the continued misuse of beta-blockers in some anaerobic sports, tests for beta-blockers may be determined at the request of the responsible authorities, including your IF.

## SUMMARY OF PROHIBITED METHODS OF DOPING

### ENHANCEMENT OF OXYGEN TRANSFER

Blood doping is one method of enhancing oxygen transport to the tissues. Blood doping is used to increase the number of red cells in the body by transfusion of one's own blood (autologous transfusion) or blood from donors matched by blood type (homologous). The end result is that the hematocrit (percent of red cells in the blood) is increased for a period of time and the blood can carry more oxygen to tissues that are performing work.

**Is the use of Erythropoietin (EPO) considered blood doping?**

No. Although the use of EPO does produce enhanced oxygen transport through increased red cell production, EPO is prohibited under the classification of "Hormones" rather than under "Blood Doping". EPO (pharmaceutical or recombinant) can be detected in a urine sample.

**What are the health risks of blood doping?**

Adding more red blood cells to the cardiovascular system can cause the blood to be more viscous and cause the heart to overload during exercise. A person with already thickened blood can be at greater risk during exercise due to dehydration. With increased red blood cell counts there are risks for:



- ➤ Increased stress on the heart
- ➤ Blood clotting
- ➤ Stroke

With transfusions, there is an additional increased risk of infectious disease such as AIDS or hepatitis.

### CHEMICAL AND/OR PHYSICAL MANIPULATION

Chemical and/or physical manipulation means the use of substances and methods, including masking agents, which alter, attempt to alter, or may reasonably be expected to alter the integrity and validity of urine samples used in doping controls.

### GENE DOPING

Gene doping is the non-therapeutic use of cells, genes, or genetic elements to modify gene expression, thereby having the capacity to enhance athletic performance.

## DIFFERENCES IN THE NCAA BANNED DRUG LIST AND THE WADA PROHIBITED LIST

In addition to competing in National Collegiate Athletic Association (NCAA) sponsored competitions, many athletes participate in competitions governed by the WADA Code. The Prohibited Lists and rules are similar, but there are some significant differences.

For example, in NCAA competitions marijuana and THC are banned In- and Out-of-Competition, and a concentration of THC metabolites in a urine sample exceeding 15 nanograms/mL is considered positive. The WADA Prohibited List states that cannabinoids (THC – marijuana, hashish, cannabis) are prohibited and tested for In-Competition only.

Under a newly adopted NCAA rule, NCAA athletes who are sanctioned by organizations complying with the WADA Code are no longer allowed to compete in any intercollegiate sport or participate in any NCAA Championship competition while serving their suspension.

Be sure to find out which Prohibited List is applicable to you in different testing situations.

> For the NCAA Banned List, visit the National Center for Drug Free Sport at www.drugfreesport.com.

> For the WADA Prohibited List, visit the U.S. Anti-Doping Agency at www.usada.org.

## THERAPEUTIC USE EXEMPTIONS (TUEs)

There may be circumstances in which treatment for either an acute or chronic medical condition requires that you take a medication that contains a substance included on the Prohibited List. If this occurs, you must seek approval prior to using a prohibited substance or method through the TUE application process.



Depending on the type of substance or method involved, there are two types of TUEs: Abbreviated and Standard.

1. **Abbreviated TUEs** serve as a notification and are required for the use of:

   ➤ Four specific beta-2 agonists taken by inhalation:
   Formoterol, Salbutamol (albuterol, levalbuterol), Salmeterol, and Terbutaline

   ➤ Glucocorticosteroids used locally (local injections, intra-articular injections, inhalation, and iontophoresis) In-Competition only.

   *NOTE: Glucocorticosteroids used as dermal (topical on skin), eye drops, ear drops and nasal sprays are permitted and do NOT require an Abbreviated TUE.*

   All glucocorticosteroids administered systemically (i.e., by oral, rectal, intravenous or intramuscular routes) require a *Standard TUE* for use In-Competition.

2. **Standard TUE** applications are required for the medically-justified use of all other prohibited substances.

## Helpful Hints – TUEs

For the most timely and accurate processing of TUE applications, you should:

➤ Submit the **Abbreviated TUE** notification *at least 21 days prior* to testing.

➤ Submit **Standard TUE** forms *at least 30 days prior* to the need for an exemption in order to receive approval for use of the substance either In-Competition or Out-of-Competition.

➤ **Standard TUE** forms must include all pertinent medical information that is related to the prohibited substance.

➤ Ensure that forms are complete, legible and signed by you and your physician.

➤ Some IFs require specific forms and processes for submitting TUEs. It is your responsibility to check with your IF for the most up-to-date information. Links to IF Web sites can be found on USADA's Web site.

**Should your application for any TUE be refused, there is an appeal process.**

NOTE: If emergency treatment is required or your health would be endangered by any delay in treatment, you must file an application for a Standard TUE with full medical documentation of the emergency as soon as possible after the start of treatment. The decision on the emergency TUE request will be made by a committee of physicians after treatment has taken place.

USADA does not provide medical advice and the information about TUEs in this Handbook is intended to summarize the rules of the WADA Code related to the use of medications in sport. Please see USADA's Guide to Prohibited Substances and Prohibited Methods of Doping for complete information.



TUE forms and instructions for both the Abbreviated and Standard processes are available on USADA's Web site at www.usada.org/go/ae.

For additional information about the Abbreviated TUE application, contact USADA at (719) 785-2045.

For additional information about the Standard TUE application, contact the USOC sports medicine department at (719) 866-4668.



## DIETARY SUPPLEMENTS

*The use of vitamins, minerals, herbs, amino acids, proteins, energy products, and other dietary supplements, even if "approved" or "verified", is completely at your own risk of committing an anti-doping rule violation.*

If you take nutritional or dietary supplements you may test positive for a prohibited substance which is not disclosed on the product label. If you test positive you will be sanctioned in accordance with applicable rules.

USADA understands that some trade associations and reputable companies are attempting to test supplements and even are "verifying" or "certifying" that certain nutritional or dietary supplements are safe for athletes and others to use. Athletes do need to be aware that these verification or certification programs do not guarantee that those dietary or nutritional supplements are free from minute amounts of prohibited substances which could result in an adverse laboratory finding and a doping violation.

Bottom Line: USADA warns against taking any dietary or nutritional supplements. Athletes who take dietary or nutritional supplements, even if "approved" or "verified", do so at their own risk.

Athletes searching for a competitive edge often look to a supplement or special combination of nutrients to find it. Research has shown, however, that there are no quick-fix supplements for improving sports performance. Consuming a wide variety of foods and staying well hydrated are the basic cornerstones to reaching athletic potential. For more information, see www.usada.org/go/nutrition.

*NOTE: USADA's Drug Reference Line™ and Drug Reference Online™ do not provide information about dietary supplements.*


USADA, through its membership in the Coalition for Anabolic Steroid Precursor and Ephedra Regulation (CASPER), spearheaded the introduction of the Anabolic Steroid Control Act of 2004. Signed into law in October 2004, the Anabolic Steroid Control Act (S. 2195), added certain anabolic steroid precursors to the list of controlled substances.

These substances were regularly available for purchase over-the-counter and over the internet as dietary supplements. As a result of the Anabolic Steroid Control Act, which took effect January 20, 2005, certain anabolic steroid precursors are now illegal to possess or distribute without a medical prescription.

A few of the most notable precursors identified in the Act include androstenedione, androstenediole, and 4-hydroxy-19nortestosterone.

**According to the Anabolic Steroid Control Act:**

➤ Possession of a single prohormone tablet is punishable by up to a year in jail (even if the product was purchased prior to the change in the law).

➤ Distribution of these substances is a felony punishable by up to five years in prison for a first offense.

For more information or a complete copy of the Act, visit www.casper207.com.

*AS AN ATHLETE, YOU HAVE THE RESPONSIBILITY TO YOURSELF,*

*FAMILY, FRIENDS AND FANS TO COMPETE CLEAN. ASIDE FROM RISKING YOUR OWN*

*HEALTH, YOU JEOPARDIZE THE PURITY OF SPORT AND IT'S IMPORTANT TO SET AN*

*EXAMPLE FOR YOUNGER ATHLETES.*

*– GENAI KERR  water polo*

## Doping Control **PROCEDURES**

USADA conducts two types of doping control tests: In-Competition and Out-of-Competition (OOC). In-Competition testing is conducted at a competition venue, while OOC testing typically takes place at one of the locations listed on your quarterly Athlete Location Form (ALF). The following information identifies your rights and responsibilities as an athlete, the processes unique to each type of test, and the procedures you can expect to follow when providing a sample. The steps for urine sample collection and processing are similar for both In-Competition and OOC testing.

More specific information on USADA's OOC Testing Program can be found on Pages 24-29 of this Handbook.

*Don't let a mistake jeopardize your career. Remember that everything you consume is ultimately your responsibility.*

### ATHLETE'S RIGHTS & RESPONSIBILITIES


As an athlete, you have a number of rights and responsibilities with respect to doping control. Many of your responsibilities are task-related requirements to ensure you are in compliance with doping control policies, and are ultimately in place to help ensure the integrity of the process. These rights and responsibilities are essentially the same for both In-Competition and OOC testing.

When selected for testing, your **rights** include:

➤ Having a representative accompany you throughout the doping control process (this representative is not allowed in the area where you actually provide the sample)

➤ Having a language interpreter present, if available

➤ Having the testing procedures explained to you, including how the sample collection equipment works

➤ Having a choice of sample collection kits

➤ Receiving a copy of all forms used to document the processing of your sample

➤ Providing written feedback on USADA's Athlete Evaluation Form and/or a Supplementary Report Form

Your **responsibilities** during a doping control test include:

- Complying with the doping control procedure**
- Arriving with your Chaperone at the Doping Control Station within 60 minutes of being notified (for In-Competition testing)
- Bringing a photo ID with you to the Doping Control Station
- Staying in view of the DCO or Chaperone from the time you are notified until the sample collection session is complete
- Keeping your collection container and your sample in your possession and in view of the DCO at all times
- Having control of your sample until it is sealed in the sample collection bottles (the DCO may assist you)
- Ensuring that your sample code number is correctly documented on the Doping Control Official Record
- Ensuring that all appropriate paperwork is accurate, complete, and signed

*** NOTE: As defined by the Code:** 'Refusing, or failing without compelling justification, to submit to *Sample* collection after notification as authorized in applicable anti-doping rules or otherwise evading *Sample* collection', is an anti-doping rule violation.

## SELECTION

When developing its Test Distribution Plan, USADA's key considerations include WADA's International Standards for Testing. These standards, at a minimum, may include:



- Physical demands of the sport and possible performance enhancing effect that doping may elicit
- Available doping analysis statistics
- Available research on doping trends
- Training periods and competition season

Resources aimed at the detection of doping may be specifically targeted, and USADA retains the right to test any athlete at any time.

**How could I be selected for USADA testing at a competition and/or event?**

In-Competition testing plans are primarily developed with coordination from each National Governing Body (NGB). You could be selected for testing by USADA based on criteria that typically includes established rules set forth by your IF, selected placed finishers, such as the top three finishers, and randomly selected athletes.

**How could I be selected for USADA's OOC testing?**

USADA's Test Distribution Plan establishes the number of tests per sport based upon the number of athletes in each NGB registered testing pool and in evaluation of the international standards listed on Page 18. Tests are then allocated to periods throughout the year when OOC testing is most effective.

**As a reminder, USADA retains the right to test any athlete at any time.**

## NOTIFICATION

**How will I be notified for In-Competition testing?**



A USADA representative (or for international competitions, a doping control representative from another testing agency) will notify you in person of your selection for doping control. You will then be asked to acknowledge in writing on the Doping Control Official Record that you were notified. The representative, commonly referred to as a Chaperone, will accompany you at all times until you report to the Doping Control Station, where you will provide your sample.

**How and where do I report for In-Competition testing?**

You, your representative (if applicable), and the Chaperone should report to the Doping Control Station as soon as possible, but no later than 60 minutes after the notification. Sealed beverages will be available for you in the Doping Control Station.

Within the 60 minute period after being notified for In-Competition testing, with the consent of your DCO and at all times in full view of the DCO (or designated chaperone), you may:

- Locate a representative and/or language interpreter (if available) to accompany you to the Doping Control Station
- Attend a medal ceremony
- Compete in further events
- Attend to personal obligations such as:
  • Receiving necessary medical attention
  • Fulfilling media commitments
  • Cooling down

## PROVIDING A URINE SAMPLE



If you have a representative with you, he/she can accompany you in the waiting and processing areas of the Doping Control Station. However, he/she will be asked to remain in the waiting area while you provide your sample. Only trained USADA representatives, who are the same gender as you, may observe the actual provision of the urine sample.

The following points describe what you should typically expect when providing a sample. During this process, you should:

- Have at least three collection containers from which to choose
- Be instructed to select a sealed collection container and visually check that it is empty and clean
- Proceed to the toilet area, accompanied by a DCO or Chaperone, to provide the sample
- The DCO or Chaperone must have a clear and unobstructed view of the passing of the sample. To accomplish this, you should be instructed to:
  - Wash your hands
  - Pull your shirt up to mid-torso
  - Push sleeves up to your elbows
  - Pull trousers/shorts, etc., down to mid-thigh
- Provide as much urine as possible

## SAMPLE PROCESSING



*NOTE: Your representative (if you have one) may be present during the remainder of the procedure.*

After providing your urine sample, the DCO will ask you to select a sealed sample collection kit. The following points describe how a sample is typically processed. During this process, you should:

- Have at least three sample collection kits from which to choose.
- Examine the sample collection kit to determine that the kit is not damaged, the tape is intact and the numbers on the sample collection kit box match with the numbers on both bottles and lids.

You will then open the sample kit, pour a prescribed amount of urine into each of the two sample kit bottles, and seal the bottles. The DCO may check to ensure that the bottles are properly sealed and that there is no leakage. The DCO will confirm that the urine sample is within the required physiological limits. This is done by testing the pH and specific gravity of the sample using the small amount of urine remaining in the collection container.

If the sample is deemed unsuitable, the DCO will still process that sample, but you will be required to provide a subsequent sample, and both samples will be sent to the laboratory. Typically the reasons that a DCO may ask you to provide a second sample are that:

- The sample does not meet pH and/or specific gravity requirements  or
- There is some doubt as to the origin or authenticity of the sample

*NOTE: A minimum of 85mLs of urine (approximately 1/3 of a cup) is required. If you do not provide the minimum amount of urine, you will be instructed to provide additional volume.*

**How can I provide feedback or comments about my testing experience?**

If you, the DCO, Chaperone and/or your representative are interested in submitting written comments specific to your sample or the testing session, this may be done on a Supplementary Report Form. You are also encouraged to provide feedback about your doping control experience on an Athlete Evaluation Form and return it to USADA. These forms are available from your DCO.

## GIVING CONSENT FOR RESEARCH



Recognizing that research is the cornerstone of an effective anti-doping program, USADA allocates approximately $2 million annually toward the study of prohibited substances, the development of tests, and other research that impacts anti-doping science.

You can contribute to anti-doping research as well. To voluntarily choose this option, check the box on the Doping Control Official Record that gives your consent for research. For key points which address commonly asked questions regarding "Consent for Research", go to: www.usada.org/files/active/athletes/newsletter/Website%20version_final.pdf

*Take a stand for Clean Sport and give your consent for research!*

## MINOR ATHLETES (under the age of 18) AND ATHLETES WITH DISABILITIES

If you are under the age of 18 or have a disability, USADA recommends that you notify a coach, parent, or other representative whenever possible to be present during the testing process. You may request that your representative accompany you into the restroom to observe the DCO or Chaperone while you provide a urine sample, but he/she may not view the passing of the sample unless authorized by you. The DCO has the authority to make procedural modifications only if such modifications will not compromise the integrity, security, or identity of the sample and are authorized by you and agreed to by the DCO.

## SAMPLE SECURITY AND LABORATORY ANALYSIS

**How do I know that my sealed urine sample won't be tampered with?**

All sample collection kit bottles are secured with a tamper evident seal, and all samples are sent in a shipping container to WADA accredited laboratories. These laboratories are equipped with devices to remove the sealed sample bottle lids without compromising the sample. The chain of custody of your sample is closely monitored by USADA.

 

**What kind of information accompanies my urine sample to the lab?**

Every sample sent to a WADA accredited laboratory is accompanied by a copy of the Doping Control Official Record, which does NOT include your name. The information on the laboratory copy of the Doping Control Official Record contains:

➤ The sample code number that matches the numbers on the sample collection kit
➤ The list of medicines, supplements, and other substances you declare
➤ The declaration of any blood transfusions within the past three months
➤ Your sport and discipline (if applicable)
➤ Whether or not you want your sample to be donated for research
➤ The date and time of the sample collection
➤ The testing menu for which your sample will be analyzed
➤ Your gender
➤ City and state of where the test occurred
➤ Name of the event if it was an In-Competition test, or if it was an OOC test

> *THE REASON THAT WINNERS NEVER CHEAT IS THAT WINNERS RECOGNIZE THE IMPORTANT LIFE LESSONS TAUGHT BY SPORT WHICH ARE FAR GREATER THAN ANY TITLE, RECORD OR PRIZE. TRUE CHAMPIONS RECOGNIZE THAT SPORTSMANSHIP EXISTS NOT ONLY IN WINNING BUT IN WINNING WITH INTEGRITY.*
>
> – MARI HOLDEN  cycling

## COORDINATION OF INTERNATIONAL TESTING

USADA works with many other Anti-Doping Organizations (ADOs) from around the world to coordinate testing of U.S. athletes who are living and training abroad. If you are selected for testing under USADA's program, and the attempt is made outside of the U.S., you will be provided with a Letter of Authority that will confirm your selection for testing under the USADA program.

In addition to USADA, U.S. athletes are subject to doping control by:

➤ The ADO of the country or region in which you are living, training, and/or competing
➤ WADA
➤ The IF governing your sport, or a testing agency appointed by your IF
➤ Major Games Organizations, such as the Olympic Games, all continental championships, etc.

When you are contacted or notified for testing, be aware of which entity is conducting the test. Ask for credentials if they are not presented and understand your basic rights and responsibilities. While many aspects of the testing process are identical worldwide, minor modifications to notification and collection protocols are normal.

As worldwide efforts for clean sport increase, being tested internationally will become an even more common occurrence.



# OUT-OF-COMPETITION Testing Program

NOTE: *Some athletes in USADA's OOC Testing Program may also be subject to OOC testing by their IFs. Some IFs may require you to submit whereabouts information, including updates, directly to them in addition to submitting the information to USADA. Contact your NGB to find out if this applies to you.*

Check your knowledge about USADA's OOC Testing Program online at www.usada.org/advantage.



**How do I know if I am in USADA's OOC Testing Program?**

Every NGB sets criteria which identifies athletes who are to be included in USADA's OOC Testing Program. You should receive notification from your NGB if you are in the OOC testing program.

**How will I be notified of my selection for OOC testing?**

A trained USADA representative (or if training/living abroad, a doping control representative) will notify you in person, with no-advance-notice, of your selection for doping control. You will be asked to acknowledge in writing on a Doping Control Official Record that you were notified. Once you have been notified, the USADA representative must accompany you at all times until your urine sample is processed and sealed in a sample kit.



**How long will I be subject to OOC testing?**

You will be subject to OOC testing until you no longer meet your NGB's criteria and are removed from the program, or until you provide written notification of your retirement to USADA and your NGB. See Page 29 for information on the USOC's anti-doping policy retirement rule.

## ATHLETE WHEREABOUTS REQUIREMENTS

**What do I need to do to be sure that I am in compliance with the OOC testing policy?**

Under the USOC Anti-Doping Policies, if you are in USADA's OOC Testing Program, you are responsible for directly keeping USADA informed of your whereabouts. It is essential that you submit accurate and complete quarterly Athlete Location Forms (ALFs) and updates so that USADA can locate you for testing. By submitting your complete whereabouts information on time each quarter and updating your information when plans change, you can say that you are in compliance with the policy.

All necessary forms (online and downloadable copies) are located at the Athlete Express section of USADA's Web site.



### ATHLETE LOCATION FORMS

**Purpose:** The information you provide is used to locate you when selected for OOC testing. It is important that you write legibly and correctly complete the form in its entirety.

ALFs must be submitted quarterly (every three months) and are due one month prior to the beginning of each quarter. Deadlines for submitting hardcopy forms are:

➤ **December 1st** for the first quarter (beginning January 1st)
➤ **March 1st** for the second quarter (beginning April 1st)
➤ **June 1st** for the third quarter (beginning July 1st)
➤ **September 1st** for the fourth quarter (beginning October 1st)

**Submitting a hardcopy form:** The first time you complete your quarterly ALF, it must be submitted in a hardcopy form, either by FAX or by mail.

**FAX:** (719) 785-2099
**MAIL:** U.S. Anti-Doping Agency, Out-of-Competition Testing Program,
1330 Quail Lake Loop, Suite 260, Colorado Springs, CO 80906

**Submitting Online:** You are encouraged to use USADA's online system to submit your ALF. After you submit your first ALF in hardcopy and provide your e-mail address, USADA will automatically assign you a temporary password and login. You will be required to replace the temporary password the first time you login.

## CHANGE OF PLAN

➤ **Purpose:** To submit temporary changes to your schedule during a particular quarter. For example, if you will be in a location different from what you provided on your quarterly ALF, you must submit a Change of Plan (COP), commonly known as an update.

➤ **Submitting an update:** You can submit an update by fax, mail, with the online system, with an e-mail update or by text message. **Updates submitted by e-mail must be sent from the e-mail address you have on file with USADA, and when text messaging an update it must be sent from one of the phone numbers you have on file with USADA.**

*The quickest ways to send your Change of Plan / Updates:*

➤ *Text Message  text@usantidoping.org*
➤ *E-mail        update@usantidoping.org*
➤ *Online        www.usantidoping.org/ae*

*If sending updates by Fax or Mail, use the contact information at the bottom of page 25.*

**Helpful Hints - Whereabouts**

➤ To submit your wherebouts electronically, your e-mail address must be registered with USADA on a previously submitted quarterly ALF, or on the e-mail add/change form

➤ If you move and change your primary residence and training facility, you need to complete a new ALF rather than submitting an update

➤ Be sure to include your e-mail address, name and sport on all correspondence to USADA

When you submit your form online you can have the benefit of knowing that:

➤ Your form is complete
➤ Your location information is instantly uploaded into USADA's database
➤ You will receive an e-mail confirmation from USADA

If you have questions about USADA's online system or need help with your login or password, contact USADA at: formsadmin@usada.org
(866) 601-2632, ext. 2006 (toll free) or (719) 785-2006 (outside the U.S.)
## DOPING CONTROL OFFICER (DCO) INSTRUCTIONS

A DCO makes his or her attempt to locate you for testing using the information provided on your ALF and any submitted updates. The goal for each test USADA assigns is to successfully complete a testing session. To help ensure this goal is met, there are specific instructions the DCO follows when attempting to locate you for an OOC test.

### DCO INSTRUCTIONS

The following portion of the DCO Instructions summarizes the standards for locating athletes prior to a DCO reporting an athlete unavailable.

➤ On the date of the attempt to test, the DCO must visit all locations, in no particular order, identified by the Athlete for that date on the quarterly Athlete Location Form or update.

➤ The DCO is not required to visit unidentifiable locations or unspecific geographic locations listed by an Athlete (i.e., a "P.O. Box," "roads surrounding my house," or "Mt. Hood").

➤ The DCO must spend a reasonable amount of time at each location (approximately 45 minutes).

➤ After one visit at each identified location during the time identified by the Athlete for that date, the DCO must attempt to contact all numbers listed on the ALF.

➤ If contact is made at any of the contact numbers, the DCO should invite the Athlete to come to a specified location within two hours to be tested, or leave a message for the athlete to that effect. The specified location should be one of the locations identified by the Athlete on the Athlete Location Form, unless otherwise agreed to by the Athlete and the DCO.

*NOTE: Visit the Athlete Express section of USADA's Web site at www.usada.org/go/ae for the full DCO Instructions.*



## MISSED TESTS

Providing timely and accurate whereabouts information is important to help avoid having a missed test declared under the USOC Anti-Doping Policies. It is critical that you submit your quarterly ALFs on time, update your whereabouts information when quarterly plans change, and make sure you are actually at the locations specified on your forms.

**How could I receive a missed test?**

The two ways that you could face having a missed test declared are:

- Being unavailable at the locations and times specified on your quarterly ALF or COP Forms and/or updates
- Failing to submit accurate and complete quarterly ALFs by the applicable deadlines when you are selected for OOC testing

The procedures USADA uses for declaring or dismissing a missed test remain the same regardless of whether it was submitted as an unavailable athlete, or from a failure to submit a quarterly ALF. You will be notified of any possible missed test in writing by USADA, and given an opportunity to provide an explanation as to why the missed test should not count against you.

After having three missed tests declared within a rolling 18-month period, you could be subject to ineligibility. Ineligibility means you are barred for a specific period of time from participating in any competition or other activity authorized by your NGB or the USOC; some or all USOC financial support or other related benefits will be withheld as well.

For a complete copy of the Missed Test Policy, visit USADA's Web site at www.usada.org/go/protocol.

**It is your responsibility to update USADA any time your schedule changes from the information submitted on your quarterly ALF.**



*WINNING WITH INTEGRITY MEANS HAVING THE ABILITY TO BE ABLE TO SLEEP AT NIGHT AND HAVE A CLEAR CONSCIOUS THAT I WAS DOING THE RIGHT THING. I FELT A RESPONSIBILITY TO MY SPORT TO MAINTAIN THE INTEGRITY OF MY SPORT.*

– STEVE HOLMAN  track & field

## ATHLETE RETIREMENT

In accordance with the USOC's anti-doping policies, if you are enrolled in USADA's OOC Testing Program and are retiring, you must:

- Promptly notify USADA and your NGB in writing in order for your withdrawal from the OOC testing program to be official
- Check your IF's procedure concerning retirement for any additional requirements

If you do not provide advance written notice of retirement and are notified for, but refuse to provide a sample for an OOC test, this is a refusal to test. If you refuse to cooperate or fail to report to testing within the given timeframe, you will be subject to all consequences consistent with an anti-doping rule violation.

**What if I want to come out of retirement and return to competition?**

Check your NGB and IF requirements. Regardless, you must enroll in USADA's OOC Testing Program for at least six months prior to regaining eligible status.

*NOTE: USADA will not suspend or terminate the prosecution of an anti-doping rule violation as a result of your subsequent retirement.*

## ALL POTENTIAL ATHLETES OF OLYMPIC AND PARALYMPIC TEAMS

There are two important rules that apply to the Games in accordance with the USOC's Anti-Doping Policies:

- **The "12 Month Rule"** This rule requires that every athlete who is a potential candidate to make an Olympic or Paralympic team be enrolled in USADA's OOC Testing Program at least 12 months prior to the start of the Games.
- **The 120-day Testing Policy** All athletes nominated for appointment to a U.S. team for the Olympic, Paralympic or Pan American Games shall be subject to OOC testing and/or In-Competition testing at least once within the 120 days prior to the opening ceremonies.

All athletes appointed to a U.S. Team may also be subject to additional testing throughout the Games by the IOC or the Games Organizing Committee.



# RESULTS MANAGEMENT

With the adoption of the Code in August 2004, USADA revised its Protocol for Olympic Movement Testing (Protocol) to comply with the mandatory language of the Code. The objective of the Protocol is to provide a process that:

- Is fair to athletes and others
- Has international credibility
- Provides for a full evidentiary hearing with the right of appeal
- Eliminates the NGBs from directly sanctioning its members

**What is the notification process for test results?**

All laboratory results reports are sent to USADA, which provides written notification of each result to you, your NGB, and the USOC regardless of the finding. This process usually takes 4-6 weeks.

**If my "A" sample is reported an adverse analytical finding (positive test), what happens next?**

See table on Page 32 for an approximate timeline. In summary:

- USADA will advise you of the date on which the laboratory will conduct the opening and analysis of the "B" sample.
- Under the USADA Protocol you or your representative, at your expense, have the right to attend the "B" sample opening.
- If the "B" sample is confirmed as an adverse analytical finding, or if there is other evidence of an anti-doping rule violation, the matter proceeds to USADA's independent anti-doping review board (a panel drawn from a pool of independent experts).
- The independent review board makes a recommendation to USADA as to whether there is sufficient evidence of an anti-doping rule violation to proceed to a hearing.
- If USADA charges you with an anti-doping rule violation, you have the choice of accepting the recommended sanction or taking the case to a hearing before Arbitrators who are members of both the *American Arbitration Association and the North American Court of Arbitration (AAA/NCAS),* with the right to appeal.
- The decision by the AAA/NCAS arbitrators may be appealed to the International Court of Arbitration for Sport (CAS).
- The decision of CAS is final and binding on all parties and is not subject to further review or appeal.

**What are the consequences of an individual commiting an anti-doping rule violation?**

Sanctions on individuals may include:

- Disqualification of results in a particular competition or event
- Forfeiture of any medals, points and prizes
- Team disqualification and forfeiture
- Ineligibility for a period of:
  - Two (2) years for the first violation
  - Lifetime for the second violation
- Public announcement

For more information on consequences of anti-doping rule violations, please refer to USADA's Protocol for Olympic Movement Testing at www.usada.org/go/protocol.

**When are doping violations publicly announced?**

USADA publicly announces doping violations following the conclusion of its results management process. USADA also announces aggregate data for all test results and arbitration outcomes on its Web site.



## Approximate Timelines and Notices Under USADA Protocol

*This timeline is for general guidance only and does not create any obligation, requirement or right under the USADA Protocol.*

| Step In Process: | Notice Goes To: |
|---|---|
| Urine provided by Athlete | |
| *2 weeks* | |
| Negative A laboratory report → | Athlete, NGB & USOC [1] |
| Positive (or elevated) A lab report → | Athlete, NGB & USOC |
| *2 weeks* | |
| B lab report (positive or negative) Notice of other potential doping violations → | Athlete, NGB & USOC |
| *3 weeks* | |
| Review Panel Recommendation → | Athlete, NGB, USOC, IF & WADA |
| *10 days* | |
| Notice that the athlete has accepted a sanction proposed by USADA → | Athlete, NGB, USOC, IF & WADA - Public announcement of sanction |
| Notice of hearing → | Athlete, IF, (NGB, USOC & WADA, but not as parties) |
| *3 months* | |
| AAA/CAS Decision → | Athlete, IF, NGB, USOC & WADA - Public announcement of sanction |
| *20 days* | |
| Appeal by Athlete, USADA, WADA or IF of AAA decision to CAS → | Athlete, IF, NGB, USOC & WADA |
| *3 months* | |
| Decision by CAS on appeal → | CAS decision is a public document |

[1] *Notice from USADA includes the date and location of the sample collection, the athlete's sample number and name and the laboratory test result. The WADA accredited laboratories are required to give notice to WADA and the relevant IF directly any time there is a positive A or B test. However, that notice does not include the athlete's name (samples sent to the labs are identified only by number – not by name). Most NGBs will, upon request, routinely forward the athlete's name to the IF and update the IF on the status of proceedings.*

## USADA RESOURCES

Check your knowledge about USADA's Testing Program online at www.usada.org/advantage 

### DRUG REFERENCE RESOURCES:

➤ Prohibited List: www.usada.org/go/prohibitedlist

➤ Drug Reference Online™: www.usada.org/dro 

➤ Drug Reference Line™: (800) 233-0393 (toll-free) or (719) 785-2020 (outside the U.S.)

➤ Guide to Prohibited Substances and Prohibited Methods of Doping: www.usada.org/go/prohibitedguide

➤ Wallet Card: www.usada.org/go/walletcard

➤ TUE Process: www.usada.org/go/TUEs

*NOTE: USADA's Drug Reference resources do not provide medical advice and do not include information about dietary supplements.*

### OUT-OF-COMPETITION (OOC) ATHLETES:

Visit the Athlete Express section of the Web site for forms: www.usada.org/go/ae 

### OTHER RESOURCES:

**Spirit of Sport™ / The Playing Field™** – USADA's quarterly newsletter: www.usada.org/go/spiritofsport

**Test Alert Card** – a summary of drug testing: www.usada.org/go/testalert

**USADA's Protocol for Olympic Movement** – www.usada.org/go/protocol

**Athlete Handbook** – download a PDF of this Athlete Handbook: www.usada.org/go/athletehandbook

**Optimal Dietary Intake...The Basics For Sport. For Life.** – www.usada.org/go/nutrition

**The Journey…Struggling with Ethics in Sport** – www.usada.org/go/journey

**Visit USADA's Youth and Health Initiatives online –**

➤ **Youth in Sports** – www.usadakids.org

➤ **Thatsdope.org** – www.thatsdsope.org

➤ **Cheating Your Health** – www.usada.org/steroids

*Cover basketball photo by Stuart Franklin/Getty Images.*

*Copyright 2007 USADA. All Rights Reserved.*
*This handbook may be copied and distributed in its entirety. Permission to reprint or redistribute altered or excerpted material will be granted on a case by case basis; all requests must be made in writing to the U.S. Anti-Doping Agency.*

1330 Quail Lake Loop
Suite 260
Colorado Springs,
Colorado 80906

Tel: (866) 601-2632 (toll-free )
or (719) 785-2000
Fax: (719) 785-2001
General e-mail: usada@usada.org
Web site: www.usada.org





Integrity.

Health.

Sport.