UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Pensacola Division

JUSTIN GATLIN,

      Plaintiff,

v.                            CASE NO.  3:08-cv-241/LAC/EMT

UNITED STATES ANTI-
DOPING AGENCY, INC., et al.,

      Defendants.

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE REPLY MEMORANDUM IN SUPPORT
OF EMERGENCY MOTION FOR INJUNCTION PENDING APPEAL**

Pursuant to Local Rule 7.1(C)(2), the Plaintiff moves for leave to file a reply memorandum in support of his emergency motion for injunction pending appeal and states:

1.    On June 25, 2008, the Plaintiff filed his emergency motion for injunction pending appeal. Overnight, the Defendant United States Olympic Committee, Inc., filed a response that raises several issues that were not addressed in the motion.

2. Given the incredibly short time frame involved, it was not possible to anticipate these points in preparing the initial motion and memorandum. In the early morning hours, the Plaintiff's counsel put together a short reply memorandum

3. Given the short time frames involved, there is good cause to accept this reply brief so that the Court can be fully informed in its ruling on this important issue.

4. So that this Court's deliberations are not unnecessarily delayed, the proposed reply is filed herewith.

5. The undersigned counsel certifies that he has conferred with opposing counsel in a good faith efforts to resolve by agreement the request in this motion. Lorence Jon Bielby, Esq., on behalf of the USOC, responded that they oppose this motion.

WHEREFORE, the Court should accept the proposed reply memorandum filed herewith.

## Memorandum of Law

Pursuant to Local Rule 7.1(C)(2), this Court has discretion to grant leave to file a reply memorandum upon "a showing of good cause."

Respectfully submitted,

| ZARZAUR LAW, P.A. | MILLS & CREED, P.A. |
|---|---|
| | /s/ John S. Mills |
| Joseph A. Zarzaur, Jr. | John S. Mills |
| Florida Bar No. 96806 | Florida Bar No. 0107719 |
| Email: joe@zarzaurlaw.com | Email: jmills@appellate-firm.com |
| Post Office Box 12305 | /s/ Bryan S. Gowdy |
| Pensacola, Florida 32302 | Bryan S. Gowdy |
| (850)444-9299 | Florida Bar No. 0975109 |
| (866)588-1493 facsimile | Email: bgowdy@appellate-firm.com |
| | 865 May Street |
| | Jacksonville, Florida 32204 |
| | (904) 350-0075 |
| | (904) 350-0086 facsimile |

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by Notice of Electronic Filing per Federal Rule of Civil Procedure 5(b)(2)(E) and Northern District of Florida Local Rule 5.1(A)(6)

this 26th day of June 2008, to Robert Conrad Palmer, III, counsel for United States Anti-Doping Agency, Inc., and USA Track and Field, Inc., and John K. Londot and Lorence Jon Bielby, counsel for United States Olympic Committee.

/s/ Bryan S. Gowdy
Attorney