UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Pensacola Division

JUSTIN GATLIN,

      Plaintiff,

v.                           CASE NO.  3:08-cv-241/LAC/EMT

UNITED STATES ANTI-DOPING
AGENCY, INC., et al.,

      Defendants.

## PLAINTIFF'S NOTICE OF FILING *CORRECTED* DECLARATION-EXPERT REPORT OF HORACE GAUTIER ON ISSUES OF SWISS LAW

Plaintiff, Justin Gatlin, hereby gives notice that it is filing the *CORRECTED* Declaration-Expert Report of Horace Gautier on Issue of Swiss Law in support of his Emergency Motion for an Injunction Pending Appeal. The previous declaration filed with this Court omitted the last paragraph contained in this corrected declaration.

| | |
|---|---|
| ZARZAUR LAW, P.A. | MILLS & CREED, P.A. |
| | /s/ Bryan S. Gowdy |
| Joseph A. Zarzaur, Jr. | John S. Mills |
| Florida Bar No. 96806 | Florida Bar No. 0107719 |
| Email: joe@zarzaurlaw.com | Email: jmills@appellate-firm.com |
| Post Office Box 12305 | Bryan S. Gowdy |
| Pensacola, Florida 32302 | Florida Bar No. 0975109 |
| (850)444-9299 | Email: bgowdy@appellate-firm.com |
| (866)588-1493 facsimile | 865 May Street |
| | Jacksonville, Florida 32204 |

1

(904) 350-0075
(904) 350-0086 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by Notice of Electronic Filing per Federal Rule of Civil Procedure 5(b)(2)(E) and Northern District of Florida Local Rule 5.1(A)(6) this 25th day of June 2008, to Robert Conrad Palmer, III, counsel for United States Anti-Doping Agency, Inc., and USA Track and Field, Inc., and John K. Londot and Lorence Jon Bielby, counsel for United States Olympic Committee.

/s/ Bryan S. Gowdy
Attorney