IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| JUSTIN GATLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:08-cv-241/LAC/EMT |
| ) | |
| UNITED STATES ANTI-DOPING ) | |
| AGENCY, INC.; UNITED STATES ) | |
| TRACK AND FIELD ASSOCIATION; ) | |
| UNITED STATES OLYMPIC COMMITTEE, ) | |
| INC.; INTERNATIONAL ASSOCIATION ) | |
| OF ATHLETICS FEDERATIONS ) | |
| ) | |
| Defendants. ) | |
| _____/ | |

## NOTICE OF LIMITED APPEARANCE

PLEASE TAKE NOTICE of the limited appearance of Robert C. Palmer, III in the above-styled case as counsel on behalf of, INTERNATIONAL ASSOCIATION OF ATHLETICS FEDERATIONS, to file its Memorandum in Opposition of Plaintiff's Motion for Injunction Pending Appeal.  INTERNATIONAL ASSOCIATION OF ATHLETICS FEDERATIONS reserves all rights and defenses in this action, including lack of personal jurisdiction, *Reynolds v. International Amateur Athletic Fed'n*, 23 F.3d 1110 (6th Cir. 1994.)

Dated:  June 26, 2008                    Respectfully submitted,

                                         WADE PALMER & SHOEMAKER P.A.

                                         s*/ Robert C. Palmer, III*
                                         *Counsel for Defendant, International*
                                         *Association of Athletics Federations.*

Eugene D. Gulland, Esq.
COVERINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, DC 20004-2401
(202) 662-5504

(202) 778-5504 Facsimile
egulland@cov.com

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served upon the following counsel of record by way of operation of the Court's electronic filing system this 26th day of June, 2008:

Joseph A. Zarzaur, Jr
ZARZAUR LAW, P.A.
PO Box 12305
Pensacola, Florida 32591
joe@zarzaurlaw.com

John S. Mills
Bryan Gowdy
MILLS AND CREED, P.A.
865 May Street
Jacksonville, Florida 32204
jmills@appellate-firm.com
bgowdy@appellate-firm.com
Attorneys for Justin Gatlin

Lorence J. Bielby
John K. Londot
GREENBERG TRAURIG P.A.
101 E. College Ave
PO Drawer 1838
Tallahassee, Florida 32302-1838
bielbyl@gtlaw.com
LondotJ@gtlaw.com
Attorneys for United States Olympic Committee

   /s/ *Robert C. Palmer, III*
Robert C. Palmer, III
Florida Bar No.: 316776
Wade, Palmer & Shoemaker, P.A.
25 West Cedar Street, Suite 450
Pensacola, Florida 32502
PH: (850) 429-0755
FX: (850) 429-0871
*Counsel for Defendant, International Association of Athletics Federations*