# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

June 25, 2008

William McCool
Clerk, U.S. District Court
1 N PALAFOX ST STE 226
PENSACOLA FL 32502-5658

**Appeal Number: 08-13541-F**
Case Style: Justin Gatlin v. U.S. Anti-Doping Agency
District Court Number: 08-00241 CV-3-LAC-EMT

The enclosed certified copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

        Sincerely,

        THOMAS K. KAHN, Clerk

        Reply To: Mildred Norwood (404) 335-6185

Encl.



OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

08 JUN 26 PH 1: 33



FILED

DIS-3 (6-2004)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 08-13541-F

JUSTIN GATLIN,

    Plaintiff-Appellee,

versus

UNITED STATES OLYMPIC COMMITTEE,

    Defendant-Appellant

UNITED STATES ANTI-DOPING AGENCY INC.,
USA TRACK AND FIELD INC.,

    Defendants.

---

On Appeal from the United States District Court for the
Northern District of Florida

---

### ENTRY OF DISMISSAL

Pursuant to the appellant's motion for voluntary dismissal, Fed.R.App.P. Rule 42 and 11th Cir. R. 42-1(a), the above-referenced appeal was duly entered dismissed this 25th day of June, 2008.

    THOMAS K. KAHN
    Clerk of the United States Court
    of Appeals for the Eleventh Circuit

By:    Mildred Norwood
        Deputy Clerk
FOR THE COURT - BY DIRECTION

A True Copy - Attested:
Clerk, U. S. Court of Appeals,
Eleventh Circuit
By: Mildred Norwood
Deputy Clerk
Atlanta, Georgia