# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

June 25, 2008

Bryan Scott Gowdy
Mills & Creed, P.A.
865 MAY ST
JACKSONVILLE FL 32204-3310



**Appeal Number: 08-13572-F**
Case Style: Justin Gatlin v. United States Anti-Doping Agency,
District Court Number: 08-00241 CV-3-LAC-EMT

The referenced case was docketed in this court on June 25, 2008.
Please use the appellate docket number noted above when making inquiries. Attorneys
who wish to participate in this appeal must be properly admitted either to the bar of this
court or for this particular proceeding pursuant to 11th Cir. R. 46-1, et seq. An attorney not yet
properly admitted must file an appropriate application for admission within fourteen (14)
days from this date. In addition, all attorneys (except court appointed-counsel) who wish
to participate in this appeal must complete and return an appearance form within (14) days
from this date. Application and appearance forms are available on the Internet at
www.ca11.uscourts.gov. The clerk may not accept motions or other filings from an
attorney until that attorney files an appearance form. See 11th Cir. R. 46-5.

11th Cir. R. 33-1(a)(1) requires appellant to file "with the clerk of the court of appeals,
with service on all other parties, an original and one copy of a completed Civil Appeal
Statement within 10 days after filing the notice of appeal in the district court." Civil
Appeal Statement forms are available on the Internet at www.ca11.uscourts.gov, and as
provided by 11th Cir. R. 33-1(a)(4).

We have not yet received the Certificate of Interested Persons and Corporate Disclosure Statement
(CIP) required by FRAP 26.1 and the accompanying circuit rules. The rules provide that the
certificate must be filed by every appellant [and cross-appellant] with this court within 10 days
after the appeal is docketed in this court, or along with the filing in this court by any party of
any motion, petition, or pleading, whichever occurs first. The rules further provide that on
the same day a paper certificate is served, the party filing it must also complete the court's
web-based certificate at the "Electronic Filing" link of the court's website, www.ca11.uscourts.gov,
by electronically providing the information required for that form. Only the ticker symbols for
publicly traded corporations that are listed on the paper CIP must be entered in the web-based
system. If your CIP does not include any publicly traded corporations, you are required to go to
the website and simply click the button indicating that you have no publicly traded corporations
to report. Pro se parties are not required or authorized to complete the web-based certificate.

You are hereby notified that the clerk is not authorized to submit to the court any brief (except
for the reply brief of an appellant or cross-appellant), petition, answer, motion or response that
does not contain the certificate, but may receive and retain the papers pending supplementation of
the papers with the required certificate. You are also hereby notified that failure to submit the
required certificate will result in your document(s) being returned unfiled which may ultimately
result in dismissal of your appeal.

Pursuant to Eleventh Circuit Rule 42-1(b) appellant is hereby notified that upon expiration
of fourteen (14) days from this date, this appeal will be dismissed without further notice by
the clerk unless the default(s) noted below have been corrected:

File a Transcript Information Form, as required by Fed.R.App.P. 10(b)(1); a Transcript Information Form is available from the district court clerk. Appellant is required to file and serve copies of the form in accordance with the instructions included on the form. UNLESS A TRANSCRIPT IS ORDERED, APPELLANT'S BRIEF MUST BE FILED WITHIN 40 DAYS OF THE DATE THE APPEAL WAS DOCKETED IN THIS COURT. See 11th Cir. R. 12-1 and 31-1.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Mildred Norwood (404) 335-6185