# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JUSTIN GATLIN

    VS                                          CASE NO. 3:08cv241/LAC/EMT

UNITED STATES ANTI-DOPING
AGENCY, INC., et al

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on **JUNE 26, 2008**

Motion/Pleadings: <u>MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF EMERGENCY MOTION FOR INJUNCTION PENDING APPEAL</u>

Filed by **PLAINTIFF** on **6/26/08** Doc.# **48**

RESPONSES:

     on     Doc.#

     on     Doc.#

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

    s/Civil Case Manager
LC (1 OR 2)    Deputy Clerk

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 26th day of June, 2008, that:*

*(a) The relief requested is **GRANTED**.*

*(b) The clerk shall file the reply.*

                                           *s/L.A. Collier*
                                           ***LACEY A. COLLIER***
                                       *United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.