## UNITED STATES DISTRICT COURT
## NORTHERN DISCTRICT OF FLORIDA
## PENSACOLA DIVISION

JUSTIN GATLIN,

Plaintiff,

v.

UNITED STATES ANTI-DOPING
AGENCY, INC., U.S.A. TRACK AND
FIELD, INC., UNITED STATES OLYMPIC
COMMITTEE and INTERNATIONAL
ASSOCIATION OF ATHLETICS
FEDERATIONS,

Defendants.

Cause No. 3:08−cv−00241−LC−EMT

## NOTICE OF FILING

The Defendant, United States Anti-Doping Agency, Inc. ("USADA"), by counsel,

hereby files the United States Court of Appeals for the Eleventh Circuit Order filed June 26,

2008:

Dated: **June 26, 2008**.

Respectfully submitted,

**WADE PALMER & SHOEMAKER P.A.**

_____s/ *Robert C. Palmer, III*_____

WADE PALMER & SHOEMAKER P.A.
25 W Cedar Street, Suite 450
Pensacola, Florida 32591
bpalmer@wpslawyers.com

William Bock, III
General Counsel
**UNITED STATES ANTI-DOPING AGENCY**
1330 Quail Lake Loop, Suite 260
Colorado Springs, CO 80906
Telephone: (317) 692-9000
Facsimile:  (317) 264-6832
wb@kgrlaw.com

Brent E. Rychener
Holme Roberts and Owen LLP
90 South Cascade Avenue
Suite 1300
Colorado Springs, CO  80903-1615
Telephone:     (719) 473-3800
Facsmilie:      (719) 633-1618

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served upon the following counsel of record by way of operation of the Court's electronic filing system this 26th day of June, 2008:

Joseph A. Zarzaur, Jr
ZARZAUR LAW, P.A.
PO Box 12305
Pensacola, Florida 32591
joe@zarzaurlaw.com

John S. Mills
Bryan Gowdy
MILLS AND CREED, P.A.
865 May Street
Jacksonville, Florida 32204
jmills@appellate-firm.com
bgowdy@appellate-firm.com
Attorneys for Justin Gatlin

Lorence J. Bielby
John K. Londot
GREENBERG TRAURIG P.A.
101 E. College Ave
PO Drawer 1838
Tallahassee, Florida 32302-1838
bielbyl@gtlaw.com
LondotJ@gtlaw.com
Attorneys for United States Olympic Committee

  /s/ Robert C. Palmer, III
Robert C. Palmer, III
Florida Bar No.: 316776
Wade, Palmer & Shoemaker, P.A.
25 West Cedar Street, Suite 450
Pensacola, Florida 32502
PH: (850) 429-0755
FX: (850) 429-0871
*Counsel for Defendant, United States Anti-Doping Agency, Inc.*