# UNITED STATES COURT OF APPEALS
# for the ELEVENTH CIRCUIT

Clerk's Office
56 Forsyth St., NW
Atlanta, GA 30303

## FAX TRANSMITTAL COVER SHEET

TO: Bryan Gowdy 904-350-0086    FROM: Jenny Nerenberg

Elliott Schenker 305-579-0717

Eugene Gulland 202-662-6291

Jeffrey Swart 404-253-8866

DOCUMENT DESCRIPTION: Order on Emergency Motion for Injunction pending appeal in 08-13572 - Gatlin

GATLIN v. UNITED STATES ANTI-DOPING AGENCY INC    Doc. 59 Att. 1

TOTAL NUMBER OF PAGES (including this page): 2

CONTACT PERSON: _____

PHONE NUMBER: (404) 335-6207

COMMENTS: _____

Dockets.Justia.com

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE ELEVENTH CIRCUIT



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUN 2 6 2008
THOMAS K. KAHN
CLERK

No. 08-13572-F

JUSTIN GATLIN,

                            Plaintiff-Appellant,

versus

UNITED STATES ANTI-DOPING AGENCY, INC.,
UNITED STATES OF AMERICA USA TRACK AND FIELD, INC.,
ET AL.,

                            Defendants-Appellees.

---

On Appeal from the United States District Court for the
Northern District of Florida

---

BEFORE: BIRCH, DUBINA and PRYOR, Circuit Judges.

BY THE COURT:

Appellees' motions for leave to file responses with excess pages are GRANTED.

Appellant's Emergency Motion for Injunction Pending Appeal is DENIED as Appellant has not shown that he meets the applicable standard for such an injunction. See Touchston v. McDermott, 234 F.3d 1130, 1132 (11th Cir. 2000).