

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

08-13572FF

**JUSTIN GATLIN**

VS   USDC NO. **3:08CV241/LAC/EMT**
     USCA NO. _____

Hard copy of
NOA packet.

**UNITED STATES ANTI-DOPING AGENCY INC ET AL**

## TRANSMITTAL OF NOTICE OF INTERLOCUTORY APPEAL

The following documents are hereby transmitted to the Clerk, U. S. Court of Appeals. The Certified copy of the appeal notice, docket entries, judgment/opinion/order appealed from are enclosed.

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JUN 27 2008

THOMAS K. KAHN
CLERK

First Appeal Notice.
The appellate docket fee paid. Date paid: 6/25/08
Judge/Magistrate Judge appealed from: Lacey A. Collier

Please acknowledge receipt on the enclosed copy of this transmittal to: PENSACOLA DIVISION

WILLIAM M. McCOOL,
CLERK OF COURT

By: s/ *Katherine V. Goodman*
Deputy Clerk
One North Palafox Street
Pensacola, Florida 32502-5658

June 25, 2008

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA
PENSACOLA, FLA

2008 JUL -2 AM 11: 29

KG

FILED