# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of Florida

Case Number: 3:08-CV-241/LAC/EMT

Plaintiff:
**Justin Gatlin**

vs.

Defendant:
**United States Anti-Doping Agency Inc.; U.S.A. Track and Field, Inc.;
United States Olympic Committee; Internatinal Association of
Athletics Federations**

Received by EXPRESS PROCESS SERVICE, INC. on the 16th day of June, 2008 at 12:17 pm to be served on **U.S.A. Track and Field c/o Lamont Jones, 132 E. Washington Street, Suite 800, Indianapolis, IN 46204**.

I, Pamela J. Conley, being duly sworn, depose and say that on the **18th day of June, 2008** at **10:07 am, I:**

**Individually Served** the within named person with a true copy of the **Summons and Complaint** at the aforementioned address.

**Description** of Person Served:  Age: 36,  Sex: M,  Race/Skin Color: Black,  Height: 5'10",  Weight: 165,  Hair: Black,  Glasses: N

I certify that I am over the age of 18, have no interest in the above action and have proper authority in the jurisdiction in which service was made.  I declare that the facts set forth in the foregoing Affidavit of Service are true and correct.

Subscribed and Sworn to before me on the 18th day of June, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

**Pamela J. Conley**
Process Server

**EXPRESS PROCESS SERVICE, INC.**
8418 Brookville Road
Indianapolis, IN  46239-9491
(317) 890-1055

Our Job Serial Number: 2008004450
Ref: Gatlin v. U.S. Anti-Doping Agency, et al

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f