IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| JUSTIN GATLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:08-cv-241/LAC/EMT |
| ) | |
| UNITED STATES ANTI-DOPING ) | |
| AGENCY, INC.; UNITED STATES ) | |
| TRACK AND FIELD ASSOCIATION; ) | |
| UNITED STATES OLYMPIC COMMITTEE, ) | |
| INC.; INTERNATIONAL ASSOCIATION ) | |
| OF ATHLETICS FEDERATIONS ) | |
| ) | |
| Defendants. ) | |
| _____/ | |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME
TO FILE A RESPONSIVE PLEADING**

COMES NOW Defendant, U.S.A. Track and Field Association, by and through its undersigned counsel, and moves this Court to extend the time to file a responsive pleading to Plaintiff's Complaint and as grounds thereof would state:

1.    Plaintiff filed suit against Defendants on June 9, 2008 (Doc. 1). Plaintiff thereafter served Defendant with the Complaint on June 18, 2008, to which a responsive pleading was due on or before July 8, 2008.

2.    Defendant hereby moves this Court for an extension until July 18, 2008, in which to file a responsive pleading to Plaintiff's Complaint.

3.    The undersigned certifies pursuant to N.D. Fla. Loc. R. 7.1(B) that he has conferred

with opposing counsel and all opposing counsel stipulate to the relief requested in this Motion.

Dated: July 9, 2008                               Respectfully submitted,

                                                  */s/ Robert C. Palmer, III*
                                                  *Counsel for Defendant, U.S.A.*
                                                  *Track and Field Association*

WADE PALMER & SHOEMAKER P.A.
25 W Cedar Street, Suite 450
Pensacola, Florida 32591
bpalmer@wpslawyers.com

Lamont Jones
USA Track & Field Association
132 East Washington Street, Suite 800
Indianapolis, IN 46204
Lamont.jones@usatf.org

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served upon the following counsel of record by way of operation of the Court's electronic filing system this 9th day of July, 2008:

Joseph A. Zarzaur, Jr
ZARZAUR LAW, P.A.
PO Box 12305
Pensacola, Florida 32591
joe@zarzaurlaw.com

John S. Mills
Bryan Gowdy
MILLS AND CREED, P.A.
865 May Street
Jacksonville, Florida 32204
jmills@appellate-firm.com
bgowdy@appellate-firm.com
Attorneys for Justin Gatlin

Lorence J. Bielby
John K. Londot
GREENBERG TAURIG P.A.
101 E. College Ave
PO Drawer 1838
Tallahassee, Florida 32302-1838
bielbyl@gtlaw.com
LondotJ@gtlaw.com
Attorneys for United States Olympic Committee

      /s/ Robert C. Palmer, III
Robert C. Palmer, III
Florida Bar No.: 316776
Wade, Palmer & Shoemaker, P.A.
25 West Cedar Street, Suite 450
Pensacola, Florida 32502
PH: (850) 429-0755
FX: (850) 429-0871
*Counsel for Defendant, U.S.A.*
*Track and Field Association*