# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JUSTIN GATLIN

vs.　　　　　　　　　　　Case No.　　3:08cv241 LAC/EMT

UNITED STATES ANTI-DOPING AGENCY,
INC., ET AL

## ORDER

**DEFENDANT, UNTIED STATES OLYMPIC COMMITTEE'S MOTION TO DISMISS COMPLAINT posted July 8, 2008, document #64**, was referred to the undersigned with the following deficiencies:

Counsel for the moving party shall confer with counsel for the opposing party and shall file with the court, at the time of filing a motion, a statement certifying that counsel has conferred with counsel for the opposing party in a good-faith effort to resolve by agreement the issues raised or has attempted to so confer but, for good cause stated, was unsuccessful, as required by N.D. Fla. Loc. R. 7.1(B).

For these reasons, IT IS ORDERED that:

The document shall remain in the electronic file, but the court will not consider it until you have corrected the above deficiencies through the filing of a corrected document.

DONE and ORDERED this 9th day of July, 2008.

*s/L.A. Collier*
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE