# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JUSTIN GATLIN

    VS                                              CASE NO. 3:08cv241 LAC/EMT

UNITED STATES ANTI-DOPING
AGENCY, INC., ET AL

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on July 9, 2008

Motion/Pleadings: UNOPPOSED MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING (until July 18, 2008 to file responsive pleading to Plaintiff's complaint)

Filed by Defendant, U.S.A. Track and Field Association on 7/9/08 Doc.# 66

RESPONSES:

    on     Doc.#
    on     Doc.#

____ Stipulated      ____ Joint Pldg.
____ Unopposed      ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

/s/ Lynn C. Uhl

LC (1 OR 2)          Deputy Clerk: Lynn Uhl

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 9th day of July, 2008, that:*

*(a) The relief requested is **GRANTED**.*

*(b) _____*

                                             s/*L.A. Collier*
                                             ***LACEY A. COLLIER***
                                     ***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.