# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

July 09, 2008

William McCool
Clerk, U.S. District Court
1 N PALAFOX ST STE 226
PENSACOLA FL 32502-5658

**Appeal Number: 08-13572-FF**
Case Style: Justin Gatlin v. United States Anti-Doping Agency,
District Court Number: 08-00241 CV-3-LAC-EMT

The enclosed certified copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Debbie Cordell (404) 335-6219

Encl.

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

08 JUL 10 AM 11:05

FILED

DIS-3 (6-2004)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 08-13572-FF

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUL - 9 2008
THOMAS K. KAHN
CLERK

Justin Gatlin,

Plaintiff-Appellant,

versus

United States Anti-Doping Agency, Inc.,et al,

Defendants-Appellees.

Appeal from the United States District Court for the

Northern District of Florida

ENTRY OF DISMISSAL

Pursuant to the appellant's motion for voluntary dismissal, Fed.R.App.P. 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed this 9th day of July, 2008.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Debbie Cordell
Deputy Clerk

FOR THE COURT - BY DIRECTION

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: Debbie Cordell
Deputy Clerk
Atlanta, Georgia

ORD-50