In The United States District Court for the Northern District of Florida.

**Justin Gatlin**

**Plaintiff,**

v.                                                    3:08cv241/LAC/EMT

**United States Anti-Doping Agency,
Inc., U.S.A. Track and Field, Inc.;
United States Olympic Committee,
International Association of Athletics Federations,**

**Defendants.**

TO:     Joseph A. Zarzaur, Jr.
        Bar Roll Number: 0096806
        Post Office Box 12305
        Pensacola, Florida 32591
        (850)444-9299
        (850)444-9629 (fax)
        jaz@zarzaurlaw.com

I acknowledge receipt of your request that defendant International Association of Athletics Federations ("IAAF") waive service of a summons in this action, along with a copy of the Complaint in the action, two copies of the waiver form, and a means by which I can return one signed copy of the waiver to you without cost. I have been authorized by IAAF to accept service on its behalf in accordance with FRCP 4(d).

IAAF agrees to save the cost of service of Summons and Complaint in this lawsuit by not requiring that IAAF be served with judicial process by alternative method(s) provided by Rule 4.

The IAAF will retain all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but waives any objections to a defect in the summons or in the service of the summons.

IAAF understands that a default judgment may be entered against it if an Answer or Motion under Rule 12 is not filed and served upon you within 60 days after July 14, 2008.

July 14, 2008

_____
Attorney for IAAF

Eugene D. Gulland
Counsel for Defendant, International Association of Athletics Federations
**Covington & Burling LLP**
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004
202-662-6000 Telephone
202-662-6291 Facsimile
egulland@cov.com