# AFFIDAVIT OF SERVICE

State of FLORIDA     County of     U.S. District Court

Case Number: 3:08CV241/LAC/EMT

**Plaintiff:**
JUSTIN GATLIN

vs.

**Defendant:**
UNITED STATES ANTI-DOPING AGENCY, INC.; U.S.A TRACK AND FIELD, INC.; UNITED STATES OLYMPIC COMMITTEE; INTERNATIONAL ASSOCIATION OF ATHLETIC FEDERATIONS

For:
Zarzaur Law, PA
P.O. Box 12305
Pensacola, FL 32591

Received by Colorado Court Services, LLC. on the 9th day of July, 2008 at 7:09 am to be served on **UNITED STATES ANTI-DOPING AGENCY, INC., 1330 QUAIL LAKE LOOP SUITE 260, COLORADO SPRINGS, CO 80906**.

I, Scott Vanochten, being duly sworn, depose and say that on the **9th day of July, 2008** at **2:31 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS & COMPLAINT** with the date and hour of service endorsed thereon by me, to: **DEDE ROHRER** as **HR & FINANCE COORDINATOR** for **UNITED STATES ANTI-DOPING AGENCY, INC.**, at the address of: **1330 QUAIL LAKE LOOP SUITE 260, COLORADO SPRINGS, CO 80906**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 10th day of July, 2008 by the affiant who is personally known to me.

_Timothy B. Hubbard_
NOTARY PUBLIC

Notarized in County of Jefferson, State of Colorado

My Commission Expires 09/29/2008

Scott Vanochten
Process Server

Colorado Court Services, LLC.
9956 W. Remington Place A10
#314
Littleton, CO 80128
(303) 325-3131
Our Job Serial Number: 2008000405

Service Fee: $65.00

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V6.2v