# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of FLORIDA | County of | U.S. District Court |

Case Number: 3:08CV241/LAC/EMT

**Plaintiff:**
**JUSTIN GATLIN**
vs.
**Defendant:**
**UNITED STATES ANTI-DOPING AGENCY, INC.; U.S.A TRACK AND FIELD, INC.; UNITED STATES OLYMPIC COMMITTEE; INTERNATIONAL ASSOCIATION OF ATHLETIC FEDERATIONS**

For:
Zarzaur Law, PA
P.O. Box 12305
Pensacola, FL 32591

Received by Colorado Court Services, LLC. on the 9th day of July, 2008 at 7:09 am to be served on **UNITED STATES OLYMPIC COMMITTEE, ONE OLYMPIC PLAZA, COLORADO SPRINGS, CO 80909**.

I, Scott Vanochten, being duly sworn, depose and say that on the **9th day of July, 2008 at 5:01 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS & COMPLAINT** with the date and hour of service endorsed thereon by me, to: **GARY JOHANSEN** as **ASSOCIATE GENERAL COUNSEL** for **UNITED STATES OLYMPIC COMMITTEE**, at the address of: **ONE OLYMPIC PLAZA, COLORADO SPRINGS, CO 80909**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 10th day of July, 2008 by the affiant who is personally known to me.

_Timothy B. Hubbard_
NOTARY PUBLIC

Notarized in County of Jefferson, State of Colorado

My Commission Expires 09/29/2008

_Scott Vanochten_
Process Server

Colorado Court Services, LLC.
9956 W. Remington Place A10
#314
Littleton, CO 80128
(303) 325-3131
Our Job Serial Number: 2008000404

Service Fee: $115.00

..., Inc. - Process Server's Toolbox V6.2v